**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| **v.** | ) | No.  CR-04-115-P |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**MOTION TO REMOVE COUNSEL**

**COMES NOW** the United States of America, by and through Sheldon J. Sperling, United States Attorney  for the Eastern District of Oklahoma, and moves this Honorable Court to remove D. Michael Littlefield as counsel of record in the above-captioned case.  Mr. Littlefield is no longer an Assistant United States Attorney with our office and will no longer be representing the United States of America in the above-captioned matter.  The undersigned will be counsel for the United States of America in this matter.

Respectfully submitted,

s/Sheldon J. Sperling
SHELDON J. SPERLING
United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
(918) 684-5100

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on September 6, 2007, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

n/a

I, hereby certify that on September 6, 2007, I served the attached document by first class U.S. Mail on the following who are not registered participants of the ECF System:

MARK HENRICKSEN                          ROGER HILFIGER
HENRICKSEN & HENRICKSON           ATTORNEY AT LAW
210 North Choctaw                            620 W. Broadway
P.O. Box 1129                                    P.O. Box 791
El Reno, OK 73036                             Muskogee, OK 74402

_____
s/Sheldon J. Sperling

2