# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

**March 26, 2008**

Douglas E. Cressler
Chief Deputy Clerk

Honorable Deanell Reece Tacha
Circuit Judge

Honorable Mary Beck Briscoe
Circuit Judge

Honorable Michael R. Murphy
Circuit Judge

**RE:    06-7005, United States v. Barrett**
Dist/Ag docket: CR-04-115-P

Dear Judges:

We have received notice that the petition for writ of certiorari filed in this case was denied on March 17, 2008.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:    James H. Payne
William Bruce Guthrie