# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

March 17, 2008

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

       Re:  Kenneth Eugene Barrett
              v. United States
              No. 07-7066
              (Your No. 06-7005)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk