# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

**FILED**

APR 0 1 2008

By:_____

WILLIAM B. GUTHRIE
Clerk, U.S. District Court

Deputy Clerk

UNITED STATES OF AMERICA ,        )
                     Plaintiff,        )
                                     )
           v.        )        Case No.  CR-04-115-JHP
                                     )
KENNETH EUGENE BARRETT,        )
                     Defendant.        )

## APPEARANCE

To the Clerk of this Court and all parties of record:

       Enter my appearance as counsel in this case for Kenneth Eugene Barrett.

| | |
|---|---|
| __March 31, 2008__ | [signature] |
| Date | Signature |

Type of Appointment: [] Retained [X] CJA     __David Autry__
                                                  Print Name

    [] FPD       [] Pro Bono       [] Pro Se     __1021 N.W. 16th St.,__
                                                  Address

__11600__                              __Oklahoma City, OK__    __73106__
Oklahoma State Bar Number (If Applicable)      City           State          Zip Code

__dbautry44@hotmail.com__           __405.521.9600__      __405.521.9669__
e-mail address                            Phone number        Fax Number

AT-01 (7/05)

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I mailed, via U.S. Mail, postage prepaid, a copy of the foregoing document to Sheldon Sperling, United States Attorney, and Michael Littlefield, Assistant United States Attorney, 1200 W. Okmulgee, Muskogee, OK 74401.

DAVID AUTRY

AT-01 (7/05)