# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No.    CR-04-115-JHP |
| v. | ) | |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | APPEARANCE |
| | ) | |
| **Defendant.** | ) | |

To the Clerk of this court and all parties of record:

Pursuant to the Court's order filed March 27, 2008 (Doc. 371), please enter my appearance as co-counsel in this case for defendant KENNETH BARRETT. I am eligible for membership in the bar of this Court and, pursuant to L.Cv.R. 83.2, I have submitted my application to the Committee on Admissions and Grievances.

DATED: April 2, 2008

DANIEL J. BRODERICK, Cal. Bar No. 89424
Federal Defender

By:    /s/ Tivon Schardl
TIVON SCHARDL, Fla. Bar No. 73016
Assistant Federal Defender
Office of the Federal Defender, Eastern District of
    California
Capital Habeas Unit
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-6666
(916) 498-6656  (fax)
tim.schardl@fd.org

1 of  1