# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. CR-04-115-P |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

## DEFENDANT'S MOTION TO FILE DECLARATION UNDER SEAL

COMES NOW defendant KENNETH EUGENE BARRETT, by and through his undersigned counsel, and respectfully requests that this Court enter attached proposed order directing the Clerk to file under seal the declarations of counsel offered in support of Defendant's Emergency Motion to Toll Time.  Mr. Barrett states the following as good cause for entering the proposed order:

1.      The declarations of counsel contain confidential medical information protected from disclosure under federal law.  Undersigned counsel is revealing this information to the Court out of necessity, so that the Court will have sufficient information upon which to base a ruling on the motion to toll time.

2.      The declarations of counsel contain information related to the budgeting and work of Mr. Barrett's attorneys and their support staff.

WHEREFORE, Mr. BARRETT respectfully requests the Court enter the attached proposed order.

////

////

DATED:   February 6, 2009

                                    Respectfully submitted,

                                    DAVID B. AUTRY, OBA #11600
                                    Attorney at law
                                    1021 N.W. 16th Street
                                    Oklahoma City, Oklahoma 73106-6405
                                    Telephone:  405-521-9600

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                     /s/ Tivon Schardl
                                    TIVON SCHARDL, Fla. Bar No. 73016
                                    Assistant Federal Defender
                                    801 I Street, 3rd Floor
                                    Sacramento, California 95814
                                    Telephone:  916-498-6666

                                    Attorneys for Defendant
                                    KENNETH EUGENE BARRETT