# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| U.S.A., | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| **v.** | ) | Case No. CR-04-115-JHP |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | Date: 2/11/09 |
| Defendant(s). | ) | Court Time: 1 hour 15 minutes |

## MINUTE SHEET - MOTION HEARING

JAMES H. PAYNE, Judge                dg, Law Clerk                Reporter: B.Neil
                                     C.Trzcinski, Courtroom Deputy

**Government  present by counsel in person**:  Sheldon Sperling, USA
**Defendant  present by counsel by telephone**:  David Autry, Tivon Schardl, AFPD and Daniel Broderick, FPD

**MINUTES:**   Telephonic hearing on defendant's Emergency Motion to Toll Time.  Discussions out of the presence of U.S. Attorney.  Redacted copies of Declarations provided to U.S. Attorney.  Hearing continued with U.S. Attorney present.  Declarations and redacted Declaration ordered to be filed under seal.  Government directed to respond to motion within 10 days; defendant to reply within 3 days.  Minute order to follow.