**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT'S MOTION TO FILE DECLARATIONS
EX PARTE AND UNDER SEAL**

COMES NOW defendant KENNETH EUGENE BARRETT, by and through his undersigned counsel, and respectfully requests that this Court enter attached proposed order directing the Clerk to file under seal the declarations of counsel and the Administrative Officer of the Federal Defender's Office offered in support of Defendant's Emergency Motion to Toll Time.  Mr. Barrett states the following as good cause for entering the proposed order:

1.       The declarations of counsel and the Federal Defender's administrative officer contains information protected from disclosure by the work product doctrine and confidential medical information protected from disclosure under federal law.  Undersigned counsel is revealing this information to the Court out of necessity, so that the Court will have sufficient information upon which to base a ruling on the motion to toll time.

2.       The declarations of counsel contain information related to the budgeting and work of Mr. Barrett's attorneys and their support staff.  Mr. Barrett is submitting this information under court order.  The Court's minute order entered February 11, 2009 provides that these materials should be filed under seal.  Mr. Barrett's counsel request that they also be considered *ex*

*parte.*

WHEREFORE, Mr. BARRETT respectfully requests the Court enter the attached

proposed order.

DATED:   February 26, 2009

Respectfully submitted,

DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

 /s/ Tivon Schardl
TIVON SCHARDL, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT