## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## [PROPOSED] ORDER SEALING DECLARATIONS OF COUNSEL

On February 26, 2009, in compliance with this Court's prior order, counsel for Defendant have lodged declarations regarding work on post-conviction matters. These declarations contain personal medical information, and information related to the work of defense counsel, which is protected from disclosure under federal law. GOOD CAUSE appearing, Defendant's motion to file declarations under seal is GRANTED. The Clerk is directed to file counsel's declaration under seal for consideration by the Court *ex parte*.

IT IS SO ORDERED

DATED:    ____, 2009

_____
HON. JAMES H. PAYNE
CHIEF JUDGE
UNITED STATES DISTRICT COURT

[Prop] Order Sealing Docs                                                                 *U.S. v. Barrett*, CR-04-115-P