**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

### DEFENDANT'S MOTION
### TO FILE EXHIBITS UNDER SEAL
### AND FOR A PROTECTIVE ORDER

COMES NOW defendant KENNETH EUGENE BARRETT, by and through his undersigned counsel, and respectfully requests that this Court enter attached proposed order directing the Clerk to file under seal certain exhibits that will accompany his motion for post-conviction relief.  Mr. Barrett states the following as good cause for entering the proposed order:

1.      Exhibits to Mr. Barrett's motion under 28 U.S.C. § 2255 will include medical and educational records of witnesses.  Information contained in these documents is considered private and confidential under federal law, including, the Health Insurance Portability And Accountability Act ("HIPAA") which protects the privacy of medical records.  Mr. Barrett's counsel obtained these records through HIPAA-compliant releases.  In order to protect the witnesses from breaches of their privacy unrelated to the litigation in this case, the records should be maintained under seal.

2.      Exhibits to Mr. Barrett's § 2255 motion will include birth and death certificates that are considered confidential under Oklahoma law.  Mr. Barrett's counsel obtained these documents with appropriate releases.  However, in order not to frustrate the purposes of

Oklahoma law – including the prevention of fraud through such practices as identity theft – these records should be kept under seal.

3.    On March 10, 2009, undersigned counsel contacted United States Attorney Sheldon Sperling by e-mail in order to confer regarding this motion.  As of this filing, undersigned counsel is not aware of the Government's position regarding this motion.

WHEREFORE, Mr. BARRETT respectfully requests the Court enter the attached proposed protective order.

DATED:   March 10, 2009

Respectfully submitted,

DAVID B. AUTRY, OBA #11600
Attorney at law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405
Telephone:  405-521-9600

DANIEL J. BRODERICK
Federal Defender

 /s/ Tivon Schardl
TIVON SCHARDL, Fla. Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916-498-6666

Attorneys for Defendant
KENNETH EUGENE BARRETT
