**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| **v.** | )          **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) |
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Defendant.* | ) |

**EXHIBIT 1**

7209

## MARRIAGE RECORD

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT

I, _A. J. Barrett_, the undersigned, hereby apply for a Marriage License to be issued to

Mr. _A. J. Barrett_, aged _21_ years

whose residence is _Akins_, State of _Okla._

and Miss _Ada May Hatter_, aged _18_ years

whose residence is _Akins_, State of _Okla._,

and for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering into the marriage relation, nor are they related to each other within the degrees prohibited by law. That I am _21_ years of age, and legally competent to take an oath, and that I reside at _Akins_, County of _Sequoyah_, State of _Oklahoma_

_A. J. Barrett_

Subscribed and sworn to before me, this _25_ day of _January_ 193_6_

By _Frances Tinney_ Deputy          _Horace Moore_ Court Clerk

I, the undersigned, _____ of _____

named in the application as being of the age of _____ years, do hereby consent to _____ marriage to

_____

Dated at _____ Oklahoma, this _____ day of _____, 193___

_____
Parent or Guardian

STATE OF OKLAHOMA, Sequoyah County, ss

Before me, _____

a _____ in and for said County and State, on the _____ day of _____, 193___

personally appeared _____ to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that _____ executed the same as _____ free and voluntary act and deed for the uses and purposes therein set forth.

Witness my hand and official seal, the day and date above written.

My commission expires _____ 193___

## MARRIAGE LICENSE

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT

To any Person authorized to Perform and Solemnize the Marriage Ceremony—GREETING:

You are hereby authorized to join in marriage Mr. _A. J. Barrett_

of _Akins_, County of _Sequoyah_, State of _Okla_

aged _21_ years, and Miss _Ada May Hatter_

of _Akins_, County of _Sequoyah_, State of _Okla_

aged _18_ years, and of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, this _2nd_ day of _January_ 193_6_

My credentials are recorded in Ministers' Credentials, book _____, page _____

By _Frances Tinney_ Deputy.          _Horace Moore_ Court Clerk.

Recorded this _2nd_ day of _January_ 193_6_

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, Sequoyah County, ss.

I, _N. B. Burros_ Name, _Minister_ Official Designation, _Baptist_ Court or Congregation

of _Maple_, in _Sequoyah_ County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be married, on the _2nd_ day of _Jan_ A. D., 193_6_, at _Akins_, in Sequoyah County, State of Oklahoma, in the presence of _D. m. Allen_

of _Akins, Okla_, and _Georgia Liles_

of _____

_N. B. Burros_
_Baptist Minister_ Official Designation

Returned and recorded this _27_ day of _Jan_ 193_6_.

_Horace Moore_ Court Clerk

By _Frances Tinney_ Deputy

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| **v.** ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| ) | |
| **KENNETH EUGENE BARRETT,** ) | |
| ) | |
| *Defendant.* ) | |

_____

**EXHIBIT 2**

_____

1036

# MARRIAGE RECORD

STATE OF OKLAHOMA, *Sequoyah* County. ss.                    IN COUNTY COURT.

I, *Abe Datson*, the undersigned, hereby apply for a
MARRIAGE LICENSE, to be issued to Mr. *Abe Datson* Okla aged *28* years,
whose residence is *Marble City* State of *Okla* and
M *iss Minnie Andrews* aged *18* years,
whose residence is *Marble City* State of *Okla* and
for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places
of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering
into the marriage relation, nor are they related to each other within the degrees prohibited by law. That I am *28* years of age, and
reside at *Marble City* County of *Sequoyah*
State of *Okla* *Abe Datson* Applicant.
Subscribed and sworn to before me, this *8* day of *July* 19*11*.
*M. D. Jones* County Judge.
Clerk County Court.

I, the undersigned, of
named in the above application as being of the age of years, do hereby
consent to marriage to
Dated at , Oklahoma, this day
of 19 Parent or Guardian.

STATE OF OKLAHOMA, County. ss.

Before me, a
in and for said County and State, on the day of 19
personally appeared
to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that
executed the same as free and voluntary act and deed for the uses and purposes therein set forth.
WITNESS my hand and official seal, the day and date above written.

My commission expires 19

## MARRIAGE LICENSE

STATE OF OKLAHOMA, *Sequoyah* County. ss.                    IN COUNTY COURT.

To any Person Authorized to Perform and Solemnize the Marriage Ceremony—GREETING:
You are hereby authorized to join in marriage M* Abe Datson*
of *Marble City*, County of *Sequoyah*, State of *Oklahoma*,
aged *28* years, and M*iss Minnie Andrews*, of *Marble City*,
County of *Sequoyah*, State of *Oklahoma*, aged *18* years.
And of this License you will make due return to my office within thirty days from this date.
Witness my hand and official seal, at in said County, this *8* day of *July* A. D. 19*11*
*N. M. Littlejohn* County Judge.
By *M D Jones* Clerk County Court.
Recorded this *8* day of *July* 19*11* *M D Jones Clerk*

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, *Sequoyah* County. ss.

I, *R L Horn*
NAME
*Justice of the Peace*
OFFICIAL DESIGNATION.          COURT OR CONGREGATION.
of *McKey* in *Sequoyah* County, State of Oklahoma, do hereby
certify that I joined in marriage the persons named in and authorized by this License to be married, on the *8*
day of *July* A. D. 19*11*, at *R Horn* in *McKey*
County, State of Oklahoma, in the presence of *Lafayette Horn* of *McKey*
and *Jennie Horn* of *McKey*
*R L Horn*
*Justice of the Peace*
Returned and recorded this *11* day of *July* 19*11* *M D Jones*
*Clerk County Court*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 3**

---



This Certifies that

Allen C. Real
of Quinton I. T.                    and
Ida Goodwin
of Quinton, I. T.

were by me united in

Matrimony

according to the ordinance of GOD and the

laws of

at Quinton

on the eighteenth day of Feb.

in the year of our Lord 19 07

Witnesses

Frank Bean
Alfred Goodwin

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 4**

**MARRIAGE LICENSE**

STATE OF OKLAHOMA, COUNTY OF ADAIR, ss.                                        IN COUNTY COURT

TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY — GREETING:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. _David A. Joseph_ , of _Pensacola_

County of _Escambia_ , State of _Florida_ , age _21_ years, and

M _iss_ _Carolyn Watson_ , of _Sallisaw_

County of _Sequoyah_ , State of _Oklahoma_ , age _18_ years; and by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized.

Issued under my hand and official seal, and recorded in my Marriage Record before delivery, at Stilwell, Oklahoma, this _24th_

day of _Sept_ 19 _64_

(SEAL)                                               _Virginia Harper_ Court Clerk

By_____Deputy

ENDORSEMENT: By this endorsement to the within and foregoing Marriage License, I hereby verify, and truly certify, that the Application for said License was accompanied by proper credentials under the circumstance indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below.

_____ (1) Physician's and laboratory technician's statements required by Statute, relative to the examination and health of either or both of the parties.

_✓_ (2) An order of the County Judge, with memoranda of reasons for the order dispensing with Statutory requirements relative to the examination and health of either or both of the parties.

_____ (3) An order of the County Judge with accompanying memoranda of reasons for the order extending the 30 day period following the examination to 90 days or less together with papers complying with the requirements of Number (1) above.

_____ (4) Affidavits of Consent to Marriage of parent or guardian, in lieu of personal appearance as provided by House Bill No. 688 of the 1959 Legislative Session.

All the above and foregoing recorded on this _24th_ day of _Sept_ A. D., 19 _64_, and thereafter said License delivered according to Law.

_Virginia Harper_ Court Clerk

By_____Deputy

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, COUNTY OF ADAIR, ss.

I, _E. B. Arnold_ _Co. Judge_ _Adair Co. Court_
(Name)                        (Official Designation)          (Court or Congregation)

of _Stilwell_ in Adair County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized

by this License to be married, on the _24th_ day of _Sept_ , A. D., 19 _64_ at _Stilwell_

in Adair County, State of Oklahoma, in the presence of _Phyllis Crawford_ of _Sallisaw, Okla_

and _Ruth Harris_ of " "

My credentials of authority are recorded in Minister's Credentials                _E. B. Arnold_
(Person Performing Ceremony)

_____Book_____

_Co. Judge_
at page_____of_____County, Oklahoma.          (Official Designation)

License returned, and Certificate of Marriage recorded subjoining the record of License issued and recorded in Marriage Record Book _20_ at page _31-1_

on this the _24th_ day of _Sept_ , 19 _64_ _Virginia Harper_ Court Clerk

By_____Deputy

I, Shawna Baird Court Clerk, for Adair County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears of record in the Court Clerk's Office of Adair County, Oklahoma, this _2nd_ day of _April 2001_

By: _Shawna Baird_

Clerk/Deputy

KEB400570

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 5**

---

Subscribed and sworn to before me this................................................................day of..................................................... ...................................................... Parent or Guardian.

(SEAL)

................................................, 19..........

By ...................................................... ...................................................... Court Clerk.

...................................................... Deputy.

STATE OF OKLAHOMA, Adair County, ss.                    MARRIAGE LICENSE

To any Person Authorized to Perform and Solemnize the Marriage Ceremony—Greeting:                    IN COUNTY COURT

You are hereby authorized to join in marriage Mr. _Ernest E. Barrett_

of _Sallisaw_ County of _Sequoyah_ State of _Oklahoma_ aged _21_ years,

and M _Sylvia F. Watson_

of _Sallisaw_ County of _Sequoyah_ State of _Oklahoma_ aged _16_ years,

And of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, at _Stilwell_ in said County, this _8th_ day of

_July_ A. D. 19 _60_ ...................................................... Court Clerk.

By ......................................................

Recorded this _8th_ day of _July_ ...................................................... Deputy.

19 _60_

...................................................... Court Clerk.

By ......................................................

...................................................... Deputy.

STATE OF OKLAHOMA, Adair County, ss.                    CERTIFICATE OF MARRIAGE

I, _E. B. Arnold_ _County Judge_ _Adair County Court_

NAME                    OFFICIAL DESIGNATION                    COURT OR CONGREGATION

of _Stilwell_ in _Adair_ County, State of Oklahoma, do hereby certify

that I joined in marriage the persons named in and authorized by this License to be married, on the _8th_ day of

_July_ A. D. 19 _60_ at _Stilwell_ in _Adair_ County,

State of Oklahoma, in the presence of _Johnny Simmonds_ of _Sallisaw, Okla_

and _Bu eeks Mannford_ of _Sallisaw, Okla_

My credentials are recorded in Minister's Credentials

Book............ Page............

_E. B. Arnold_

of............................................................................................ County, Oklahoma.                    _County Judge_

Returned and recorded this _8th_ day of _July_

19 _60_

...................................................... Court Clerk.

By ......................................................

...................................................... Deputy.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )     **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) |
| KENNETH EUGENE BARRETT, | ) |
| | ) |
| *Defendant.* | ) |

---

**EXHIBIT 6**

---

## DECLARATION OF RODNEY FLOYD

I, Rodney Floyd, declare the following:

I am one of the investigators currently working for the defense in Kenneth Eugene Barrett's case. On February 21, 2008, I interviewed former Sequoyah County Sheriff John Philpot. Mr. Philpot told me that less than a month before the incident in which Oklahoma State Highway Patrol Trooper David "Rocky" Eales was shot and killed, he and three other law enforcement officers went to Mr. Barrett's residence. They did not serve an arrest warrant on Mr. Barrett, or take him into custody. They encountered no violence from Mr. Barrett, and were not harmed or assaulted.

I did not draft this declaration. The information detailed above is based on what I told one of Mr. Barrett's lawyers, David Autry, based on my investigation. I have read this declaration carefully, and it accurately states what I told Mr. Autry.

I declare under penalty of perjury that the foregoing 1 page declaration is true and correct.

Executed by me this $\underline{11}$ day of $\underline{\text{March}}$, 2009, in

$\underline{\text{Lincoln}}$ County, Oklahoma.

<u>Rodney Floyd</u>
Rodney Floyd

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,   )
   )
       *Plaintiff,*   )
   )
v.   )    **Case No. 6:04-CR-00115-JHP-SPS**
   )
KENNETH EUGENE BARRETT,   )
   )
       *Defendant.*   )

**EXHIBIT 7**

532

## MARRIAGE RECORD No. 33

SEI No. 100 (1968)  MID-WEST · SAPULPA, OKLAHOMA

### APPLICATION FOR MARRIAGE LICENSE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.          IN DISTRICT COURT

We the undersigned, hereby apply for the issuance of a Marriage License and certify as to our ages and places of residence as follows:

Name .....Kenneth Eugene Barrett....................................., Age .......18....

of .........Sallisaw.............................., County of .....Sequoyah........., State of .....Oklahoma.......

Name .....Abigail Teague.........................................., Age ....16....

of .........Sallisaw.............................., County of .....Sequoyah........, State of .....Oklahoma.....

and for the purpose of procuring same, we do solemnly swear that the names, ages and places of residence as set out above are true and correct, as evidenced by documents described in particular as follows;

(First Party) ...................................... (Second Party) ....................................

and that we are not disqualified or incapable under the law of entering into the marriage relation, nor are we related to each other within the degree prohibited by law.

__Kenneth Eugene Barrett__ ....Applicant          __Abby Teague__ ....Applicant

Subscribed and sworn to before me this..28.....day of ...April......................A. D. 19..80

                                        THEODORE STITES, Court Clerk

                            By.....__Pamela Dyer__................Deputy

NOTE—In event one or both of the parties to be married are under age, such application shall have been on file in the Court Clerk's office for a period of not less than seventy-two hours, prior to the issuance of the license.

### Consent Affidavit — In Person (1)

I, the undersigned, state that I am the ...mother.... of ...Abigail Teague............ named in the above application as being

of the age of ......16.... years, and in the presence of the issuing official, I do hereby consent to ............her......................... marriage to

.......Kenneth Eugene Barrett.................................

In the presence of          Signed this ..28... day of ..April......... 19.80 __Wyona Teague__..Signature

                    THEODORE STITES, Court Clerk

By ...__Pamela Dyer__.................... Deputy

### Consent Affidavit — In Person (2)

I, the undersigned, state that I am the ............... ... of ........................... named in the above application as being

of the age of .............. years, and in the presence of the issuing official, I do hereby consent to ........................................ marriage to

...............................................

In the presence of          Signed this ........ . day of.... ............ , 19 .... ...............................Signature

                    THEODORE STITES, Court Clerk

By ........................................ Deputy

### MARRIAGE LICENSE

NO.........................          IN DISTRICT COURT

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.

TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY —— GREETINGS:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. .........Kenneth Eugene Barrett................................. of ...Sallisaw...................

County of .........Sequoyah......................., State of ...Oklahoma................, Age ...18...... years, and

M .....Abigail Teague.................................. of ...Sallisaw....................

County of .........Sequoyah......................., State of Oklahoma................, Age 16...... years, and

by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized.

Issued under my hand and official seal, and recorded in my Marriage Record before delivery, at Sallisaw, Oklahoma, this...7th.day of...May...., 1980.

                                        THEODORE STITES, Court Clerk

                            By ...__Pamela Dyer__..................Deputy

(SEAL)

ENDORSEMENT: By this endorsement to the within and foregoing Marriage License, I hereby verify and truly certify, that the Application for said License was accompanied by proper credentials under the circumstance indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below.

..__Filed__...(1) Physician's and laboratory technician's statements required by statute, relative to the examination and health of either or both of the parties.

_____(2) An order of the District Court with memoranda of reasons for this order dispensing with statutory requirements relative to the examination and health of either or both of the parties.

_____(3) An order of the District Court with accompanying memoranda of reasons for the order, extending the 30 day period following the examination to 90 days or less, together with papers complying with the requirements of number (1) above.

_____(4) Affidavits of consent to marriage of an underage person by parent or guardian, in lieu of personal appearance as provided by Statute 43 O. S. Supp. 1967, par. 3.

_____(5) Affidavits of consent to marriage of an underage person by parent or guardian, residing in another county of this State or outside the State and acknowledged as provided by Statute 43 O.S. Supp. 1967, par. 3.

_____(6) Affidavit of three persons authorizing marriage of underage person when parents are deceased or otherwise incapable of giving consent. 43 O.S. Supp. 1967, par. 3.

Witness my hand and official seal this .......28...... day of ......April................, 19.80

          THEODORE STITES, Court Clerk     By ....__Pamela Dyer__....................... Deputy

All the above and foregoing recorded on this .... .......... day of .................................. A. D., 19 .., and thereafter said License delivered according to Law.

By ........................................ Deputy          THEODORE STITES, Court Clerk

### CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.

I .....__Jerry Harris__................... __Ordained Minister__.............

(NAME)          (OFFICIAL DESIGNATION)

__Deborah Watson__.................. of ...__Sallisaw__.............

(COURT OR CONGREGATION)          (TOWN)

In ..__Sequoyah__..., County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be

married on the ....10th. day of ......__May__........ A. D., 1980, at ...__Sallisaw__......, in Sequoyah County, State of Oklahoma, in the

presence of ...__Angela Polasek__.......................... of ...__Carolyn Joseph__................

and ...__Jeff Neal__................................ of ...__Henry Hodges__...............

My credentials of authority are recorded in Minister's          ...__Jerry Harris__.................

                                        (PERSON PERFORMING CEREMONY)

Credentials ............. Book ....................

at page ........... of ................. County,          ....................................

Oklahoma.          (OFFICIAL DESIGNATION)

License returned, and Certificate of Marriage recorded subjoining the record of License issued and recorded in Marriage Record Book 33 at page..........

on this the ....14th. day of ...__May__..............., 19.80

          THEODORE STITES, Court Clerk          By ...__Nona Edwards__..................Deputy

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 8**

**181**
920°
10000

## MARRIAGE RECORD

THE STAR PRINTERY, INC. BLANK BOOK MANUFACTURERS, MUSKOGEE, OKLAHOMA

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT

I, _____, the undersigned, hereby apply for Marriage License, to be issued to

Mr _Hugh Dotson_____, age _21_ ,

Color_____ W. ___, residence _McKey_____ County of _Sequoyah_, State of _Okla_ ,

and Miss _Hattie Read_____, age _18_ ,

Color_____ W. ___, residence _McKey_____ County of _Sequoyah_, State of _Okla_ ,

and for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places

of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering into

the marriage relation, nor are they related to each other within the degrees prohibited by law. That I am_____ _21_ _____years of age, and

reside at_ McKey _____, County of_ Sequoyah ____, State of _Okla_ ____.

_____ Hugh Datson _____, Applicant.

Subscribed and sworn to before me, this_____ _3_ ____day of_____ _July_ _____, A. D. 19 _39_.

By_____, Deputy Court Clerk.    _Lillie Rosson_____, Court Clerk.

I, the undersigned, _____of_____

named in the above application as being of the age of_____years, do hereby consent to_____

marriage to_____

Dated at_____, Oklahoma, this_____day of_____, 19____.

_____, Parent or Guardian.

STATE OF OKLAHOMA, Sequoyah County, ss.

BEFORE ME, _____, a_____in and for said County and State,

on the_____day of_____, 19___, personally appeared_____

to me known to be the identical person_____who executed the within and foregoing instrument, and acknowledged to me that_____executed the

same as_____free and voluntary act and deed for the uses and purposes therein set forth.

WITNESS my hand and official seal, the day and date above written.

_____

My commission expires_____, 19____.

### MARRIAGE LICENSE

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT

To any Person authorized to Perform and Solemnize the Marriage Ceremony—GREETING:

You are hereby authorized to join in marriage Mr. _Hugh Watson_____

of: _McKey_____, County of _Sequoyah_____, State of _Okla_____

aged _21_ years, and Miss _Hattie Read_____

of _McKey_____, County of _Sequoyah_____, State of _Okla_____

aged _18_ years, and of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, at Sallisaw, in said County, this_ 3 _day of_ July _, 19 _39_.

By_____, Deputy.    _Lillie Rosson_____ Court Clerk.

Recorded this_ 3 _day of_ July ____ 19 _39_

_Lillie Rosson_____ Court Clerk.

(seal)                                        Deputy.

### CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, Sequoyah County, ss.

I, _Rev Lewis Young_ Minister of The Gospel of Baptist Church
_____Name_____ _Official Designation_ _Court or Congregation_

of _Vian_____, in _Sequoyah_____ County, State of Oklahoma, do hereby

certify that I joined in marriage the persons named in and authorized by this License to be married, on the_ 3rd _____day of

_July_____, A. D., 19 _39_, at _Residence_____, in Sequoyah

County, State of Oklahoma, in the presence of _Eugene Masterson_____

of _McKey Okla_____, and _Margue Goodman_____

of _McKey Okla_____    _Rev Lewis Young_
_Vian Okla_ _Official Designation._

My credentials are recorded in Ministers' Credentials, book_ 1 ___, page _23_ ___.

Returned and recorded this_ 8 ____day of_ July __, 19 _39_.

_Lillie Rosson_____, Court Clerk.

By_____, Deputy.

(seal)

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 9**

2147

## MARRIAGE RECORD

STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss.                    IN COUNTY COURT

I, _Sam Hatter_ the undersigned, hereby apply for a MARRIAGE LICENSE to be issued to Mr. _Sam Hatter_ aged _21_ years, whose residence is _Obi_ State of _Okla_, and Miss _Ida Melton_, aged _19_ years, whose residence is _Obi_, State of _Okla_, and for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering into the marriage relation, nor are they related to each other within the degrees prohibited by law. That I am of _21_ years of age, and reside at _Obi_ County of _Sequoyah_, State of _Okla_

_Sam Hatter_ ...... Applicant.

Subscribed and sworn to before me, this _3_ day of _Feby_ 191_9_

_Joe E. Thornton_ Court Clerk.

By ........................................ Deputy.

I, the undersigned, ........................ of .................... named in the application as being of the age of .................... years, do hereby consent to .................... marriage to ....................

Dated at .................... Oklahoma, this .................... day of .................... 191......

.................... Parent or Guardian.

STATE OF OKLAHOMA, .................... COUNTY, ss.

Before me, .................... a .................... in and for said County and State, on the .................... day of .................... 191...., personally appeared ....................
to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that .................... executed the same as .................... free and voluntary act and deed for the uses and purposes therein set forth.

Witness my hand and official seal, the day and date above written.

My commission expires .................... 191 .....

## MARRIAGE LICENSE

STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss.                    IN COUNTY COURT

TO ANY PERSON AUTHORIZED TO PERFORM AND SOLEMNIZE THE MARRIAGE CEREMONY—Greeting:

You are hereby authorized to join in marriage Mr. _Sam Hatter_ of _Obi_ County of _Sequoyah_ State of _Oklahoma_ aged _21_ years, and Miss _Ida Melton_ of _Obi_ County of _Sequoyah_ State of _Oklahoma_, aged _19_ years,

And of this License you will make due return to my office within thirty days from this date. Witness my hand and official seal, this _2_ day of _Feby_ 191_9_

_Joe E. Thornton_ Court Clerk.

By ........................ Deputy.

Recorded this _3rd_ day of _Feby_ 191_9_ _Joe E. Thornton, Court Clk._
_By Louise Hall, Deputy._

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, SEQUOYAH COUNTY, ss.

I, _N. A. Carlile, County Judge_ of _Lillian_ in _Sequoyah_ County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be married, on the _3rd_ day of _February_ A. D. 191_9_, at _Sallisaw_ in _Sequoyah_ County, State of Oklahoma, in the presence of _Wm. McCombs_ of _Sallisaw Okla_ and _Mose Sanders_ of _Sallisaw Okla_

_N. A. Carlile_
_County Judge of Sequoyah County Okla._

Returned and recorded this _3rd_ day of _Feby_ 191_9_
_Joe E. Thornton_

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

———————————————————————————

**EXHIBIT 10**

———————————————————————————

Copy. mid
3/18-55

625

## MARRIAGE RECORD

9644

THE STAR PRINTERY, INC. BLANK BOOK MANUFACTURERS, MUSKOGEE, OKLAHOMA—no

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT

I, _____, the undersigned, hereby apply for Marriage License, to be issued to

Mr. Sam Hatter _____, age 41,
Color W, residence Akins, County of Sequoyah, State of Okla,
and Miss Bessie Reed _____, age 22,
Color W, residence Akins, County of Sequoyah, State of Okla,

and for the purpose of procuring the same, do solemnly swear that I have personal knowledge of the facts herein stated; that the names, ages and places

of residence of said parties are truly and correctly set out above; that neither of said parties is disqualified or incapable under the law of entering into

the marriage relation, nor are they related to each other within the degree prohibited by law. That I am 41 years of age, and

reside at Akins, County of Sequoyah, State of Okla,                    , Applicant.
Sam Hatter

Subscribed and sworn to before me, this 26 day of Oct, A. D. 19 40
By _____, Deputy Court Clerk. Lillie Rosson, Court Clerk.

I, the undersigned, _____ of _____

named in the above application as being of the age of _____ years, do hereby consent to _____

marriage to _____

Dated at _____, Oklahoma, this _____ day of _____, 19_____
_____, Parent or Guardian.

STATE OF OKLAHOMA, Sequoyah County, ss.

BEFORE ME, _____, a _____ in and for said County and State,

on the _____ day of _____, 19___, personally appeared _____

to me known to be the identical person ____ who executed the within and foregoing instrument, and acknowledged to me that _____ executed the

same as _____ free and voluntary act and deed for the uses and purposes therein set forth.

WITNESS my hand and official seal, the day and date above written.

My commission expires _____, 19_____        _____

## MARRIAGE LICENSE

STATE OF OKLAHOMA, Sequoyah County, ss.                    IN COUNTY COURT
To any Person authorized to Perform and Solemnize the Marriage Ceremony—GREETING:

You are hereby authorized to join in marriage Mr. Sam Hatter

of Akins, County of Sequoyah, State of Okla,

aged 41 years, and Miss Bessie Reed

of Akins, County of Sequoyah, State of Okla,

aged 22 years, and of this License you will make due return to my office within thirty days from this date.

Witness my hand and official seal, at Sallisaw, in said County, this 26 day of Oct, 19 40

By _____, Deputy. Lillie Rosson, Court Clerk.

Recorded this 26 day of Oct 19 40
Lillie Rosson, Court Clerk.
_____, Deputy.

(seal)

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, Sequoyah County, ss.

I, O. W. White, Minister, Baptist,
Name                    Official Designation                    Court or Congregation

of Short, in Sequoyah County, State of Oklahoma, do hereby

certify that I joined in marriage the persons named in and authorized by this License to be married, on the 27 day of

October, A. D., 1940, at Short, in Sequoyah

County, State of Oklahoma, in the presence of Marie Lizzie White

of Short Okla, and Mrs. Della Reed
of Sallisaw R/
O. W. White
Baptist Minister, Official Designation.

My credentials are recorded in Ministers' Credentials, book 1, page 46

Returned and recorded this 2 day of November, 1940
Lillie Rosson, Court Clerk.
By Flo Smith, Deputy.

(seal)

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 11**

---

507

MARRIAGE RECORD No. 35

### APPLICATION FOR MARRIAGE LICENSE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.       IN DISTRICT COURT

We the undersigned, hereby apply for the issuance of a Marriage License and certify as to our ages and places of residence as follows:

Name .....Paul Dudley................................................................................., Age ..43..........

of .........Sallisaw........................................., County of .....Sequoyah........., State of ....Oklahoma......

Name .........Sylvia Gelene Barrett............................................, Age ..42............

of .........Sallisaw........................................., County of ......Sequoyah........., State of ....Oklahoma...
and for the purpose of procuring same, we do solemnly swear that the names, ages and places of residence as set out above are true and correct, as evidenced by documents described in particular as follows:

(First Party) ...................................................... (Second Party) ......................................................
and that we are not disqualified or incapable under the law of entering into the marriage relation, nor are we related to each other within the degree prohibited by law.

.................................,Applicant       Sylvia Gelene Dudley.........Applicant

Subscribed and sworn to before me this....18.. day of ...October.........................A. D. 1982.

THEODORE STITES, Court Clerk

By..Pamela Dyer.....................Deputy

NOTE—In event one or both of the parties to be married are under age, such application shall have been on file in the Court Clerk's office for a period of not less than seventy-two hours, prior to the issuance of the license.

#### Consent Affidavit — In Person (1)

I, the undersigned, state that I am the ........................ of ............................... named in the above application as being

of the age of ......... .... years, and in the presence of the issuing official, I do hereby consent to ....... ........ ...................... marriage to

......................................

In the presence of    Signed this ......... day of ............ .. ...... , 19 ..... .............................Signature

THEODORE STITES, Court Clerk

By ..................................................... Deputy

#### Consent Affidavit — In Person (2)

I, the undersigned, state that I am the ...... .. of ....... .. ... ...................... named in the above application as being

of the age of ........ ..... years, and in the presence of the issuing official, I do hereby consent to .................... marriage to

......................................

In the presence of    Signed this ... .. .. .. day of.... . ... ..... .... , 19 ..... .............................Signature

THEODORE STITES, Court Clerk

By ..................................................... Deputy

### MARRIAGE LICENSE

NO........................       IN DISTRICT COURT

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.

TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY —— GREETINGS:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. ......Paul Dudley.................................................. of ......Sallisaw..........

County of ........Sequoyah..................., State of ...Oklahoma..................., Age .........43..., years, and

M ......Sylvia Gelene Barrett................................................ of ......Sallisaw..........

County of ..........Sequoyah..................., State of ...Oklahoma..................., Age ...42...... years, and
by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized.

Issued under my hand and official seal, and recorded in my Marriage Record before delivery, at, Sallisaw, Oklahoma, this.....18.day of......Oct....., 19.82.

THEODORE STITES, Court Clerk

(SEAL)    By...Pamela Dyer...............Deputy

ENDORSEMENT: By this endorsement to the within and foregoing Marriage License, I hereby verify, and truly certify, that the Application for said License was accompanied by proper credentials under the circumstance indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below.

__Filed__(1) Physician's and laboratory technician's statements required by statute, relative to the examination and health of either or both of the parties.

_____(2) An order of the District Court with memoranda of reasons for the order dispensing with statutory requirements relative to the examination and health of either or both of the parties.

_____(3) An order of the District Court with accompanying memoranda of reasons for the order, extending the 30 day period following the examination to 90 days or less, together with papers complying with the requirements of number (1) above.

_____(4) Affidavits of consent to marriage of an underage person by parent or guardian, in lieu of personal appearance as provided by Statute 43 O. S. Supp. 1967, par. 3.

_____(5) Affidavits of consent to marriage of an underage person by parent or guardian, residing in another county of this State or outside the State and acknowledged as provided by Statute 43 O.S. Supp. 1967, par. 3.

_____(6) Affidavit of three persons authorizing marriage of underage person when parents are deceased or otherwise incapable of giving consent, 43 O.S. Supp. 1967, par. 3.

Witness my hand and official seal this ....18......... day of ......October............. 1982.

THEODORE STITES, Court Clerk    By ........Pamela Dyer.................. Deputy

All the above and foregoing recorded on this ............. .. day of ....................................... A. D., 19. .., and thereafter said License delivered according to Law.

By ..................................................... Deputy    THEODORE STITES, Court Clerk

### CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, COUNTY OF SEQUOYAH, ss.

I, ........Billy Ray Jackson ............................., ...........Minister..............
    (NAME)        (OFFICIAL DESIGNATION)

......................Baptist.......................... of .......Sallisaw..........
    (COURT OR CONGREGATION)        (TOWN)

In .Sequoyah.........., County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be

married on the ...18th.. day of ...October........, A. D., 19.82, at,....Sallisaw........., in .Sequoyah.. County, State of Oklahoma,

in the presence of .......Bernell Edwards... .. .... ......................... of .....Sallisaw,. Okla.....................

and ...................Kathy Reed................................ of ....Sallisaw,. Okla....... ......

My credentials of authority are recorded in Minister's

Credentials .................. Book ....2............,    ...........Billy Ray Jackson......... ..............
        (PERSON PERFORMING CEREMONY)

at page ......33.. of .....Sequoyah... County,    ...........Minister.................... ... ......
Oklahoma.    (OFFICIAL DESIGNATION)

License returned, and Certificate of Marriage recorded subjoining the record of License Issued and recorded in Marriage Record Book 34 at page..507....

on this the ....18th.... day of ......October.......... , 19...82    By..Kathy Reed.......................Deputy

THEODORE STITES, Court Clerk

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 12**

236

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,

Plaintiff,   )
)
)
)
-vs-                                    )        No. D-73-50
)        SEQUOYAH COUNTY, OKLAHOMA
)        FILED
)        IN DISTRICT COURT
ERNEST BARRETT,                          )
Defendant.   )        JUN 20 1973

DECREE OF DIVORCE        THEODORE STILES, Court Clerk

By Carleno, Deputy

On this 20th day of ____June____, 1973, the above entitled and numbered cause comes on for trial on its merits. The plaintiff, Sylvia Gelene Barrett, appears in person and by her attorney, John Robert Montgomery, of Scoufos and Montgomery, and the defendant appears not, having heretofore executed and filed sufficient Waiver of Service of Summons and Entry of Appearance, same having been filed on the 19 th day of ____JUNE____, 1973.

The Court having ordered that the allegations contained in said Petition be taken as confessed, and having examined the files and records in this case and having heard the oral testimony of witnesses sworn and examined in open Court, having fully considered the evidence, and being fully advised in the premises, finds: That all material facts alleged in plaintiff's Petition are true; that the parties hereto were legally married at Stilwell, Oklahoma, on the 8th day of July, 1960, and have since that time been husband and wife though said parties have been separated since September 12, 1972; and that of said marriage three (3) children have been born, namely: Kenneth Barrett, age 11, Richard Barrett, age 8, and Stephen Barrett, age 4; that the plaintiff is now and has been for more than six (6) months next preceding the filing of plaintiff's Petition herein a bona fide resident in good faith of the State of Oklahoma, and is now and has been for more than thirty (30) days prior to the filing of plaintiff's Petition an actual resident in good faith of Sequoyah County, Oklahoma; that the plaintiff is entitled to a divorce upon the grounds of adultery in that the defendant has repeatedly engaged in unlawful voluntary sexual intercourse with persons of the opposite sex during the marriage of the parties, as alleged in plaintiff's Petition; that the plaintiff is a fit and proper person

page two, Barrett
Decree of Divorce

237

to be awarded the exclusive care and custody of the minor children, subject to the defendant's right of reasonable visitation, and that the defendant should be required to pay reasonable child support during their minority, or until further order of the Court, in the amount of FIFTY DOLLARS ($50.00) per week, for the care and maintenance of said children; that during said marriage of the parties hereto they have acquired no real property and have acquired certain person property, to wit: One 1973 Pontiac automobile, household furniture and goods, including but not limited to a television, living room suit and living room rug, of which said person property the said 1973 Pontiac automobile should be awarded to the defendant as his sole and separate property and the household furniture and goods, including the television, living room set and living room rug should be awarded to the plaintiff as her sole and separate property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT that Sylvia Gelene Barrett, plaintiff herein, be and she is hereby awarded an absolute decree of divorce from the defendant, Ernest Barrett, and the bonds of matrimoney heretofore existing between said parties are hereby dissolved, set aside and held for naught, and both parties are released therefrom; PROVIDED, that this part of the decree does not become absolute and final until six (6) months from the date hereof, during which time the parties are enjoined from marrying any other party.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that the plaintiff be and she is hereby granted the exclusive care and custody of the minor children, Kenneth Barrett, Richard Barrett and Stephen Barrett; and the defendant is granted rights of visitation with said children at reasonable times, and under reasonable conditions; and the defendant is ordered and directed to pay, as reasonable child support, the sum of FIFTY DOLLARS ($50.00) per week, for the care and maintenance of said children during their minority, or until further order of the Court, the initial child support payment to be made on or before the _2nd_ day of _July_, 1973, by cash, cashier's check or money order through the Clerk of the District Court of Sequoyah County, Oklahoma, and like payments on or before the _1st_ day of each week thereafter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that the defendant be, and he is hereby, awarded the 1973 Pontiac automobile and his

238

page three, Barrett
Decree of Divorce

personal effects and belongings as his sole and separate property, free and clear of any claims, rights, or interest whatsoever of the plaintiff, and the plaintiff be, and she is hereby, awarded the household furniture and goods, including but not limited to a television, living room suit and living room rug, and her personal effects and belongings and those of the children as her sole and separate property, free and clear of any claims, rights or interest whatsoever of the defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that each of the parties hereto are hereby ordered and directed forthwith to execute and deliver to the other such assignments, bills of sale, deeds or conveyances of record that may be necessary to carry the terms of the division of property into effect, and in the event either of said parties fail to do so within five (5) days from this date, then this decree shall operate as such conveyance.

BILL ED ROGERS
Associate Judge of the District Court

APPROVED:

SYLVIA GELENE BARRETT, Plaintiff

ERNEST BARRETT, Defendant

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,

                    Plaintiff,   )
                            )
                            )
-vs-                         )     No. **D-73-50**

SEQUOYAH COUNTY, OKLAHOMA
**FILED**
IN DISTRICT COURT

ERNEST BARRETT,

                    Defendant  )

JUN 19 1973

ENTRY OF APPEARANCE AND WAIVER   THEODORE STITES, Court Clerk

By _____ Deputy

Comes now the defendant herein, the undersigned, and acknowledges receipt of a copy of the petition filed and on file herein, states that he has read and understands the same, hereby waives the issuance, service, and return of procees upon him in this action, enters a voluntary appearance in this cause, waiving all time and right to plead, answer or appear in this action, and consents that the same may be set down for trial and heard by the Court at any time hereafter without notice to, and in the absence of, this defendant.

                          _____
                          ERNEST BARRETT, Defendant

STATE OF WEST VIRGINIA

XXXXXXXXXXXXXXXXXXXXXXXXXX   )
                        )  SS
COUNTY OF   CABELL       )

        Before me, the undersigned, a Notary Public within and for the State of West Virginia XXXXXXXXX, on this  6  day of June 1973, personally appeared the above named defendant, Ernest Barrett, to me known to be the identical person who executed the above and foregoing entry of appearance and waiver, and personally acknowledged to me that he has read, understood and signed the same, and that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

        IN WITNESS WHEREOF I have hereunto affixed my signature and official seal the date and date theretofore stated.

                          _____
                          NOTARY PUBLIC

My commission expires the  27  day of  September , 19 73 .

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,
                                     Plaintiff,    )
                                                   )
                                                   )
                                                   )
-vs-                                               )    No. D-73-50
                                                   )
                                                   )    SEQUOYAH COUNTY, OKLAHOMA
                                                   )    F I L E D
ERNEST BARRETT,                                    )    IN DISTRICT COURT
                                     Defendant     )
                                                        MAR 14 1973

                        PETITION                        THEODORE STITES, Court Clerk
                                                        By ................Deputy

The plaintiff, Sylvia Gelene Barrett, for cause of action against the defendant, Ernest Barrett, alleges and states:

I

That the plaintiff is now and has been for more than six (6) months next preceding the filing of the petition herein an actual resident, in good faith, of the State of Oklahoma, and a resident of Sequoyah County for thirty (30) days at the time her petition was filed herein.

II

That the parties hereto were married on or about the 8th day of July, 1960, at Stilwell, Adair County, Oklahoma and have been since that time, and are at the present time, husband and wife.

III

That of said marriage aforesaid three (3) children, now minors, have been born, to wit: Kenneth Barrett, age 11, Richard Barrett, age 8, and Stephen Barrett, age 4.

IV

That as grounds for divorce the plaintiff alleges that the defendant has, during the marriage of the parties, been guilty of adultery in that the defendant has repeatedly engaged in unlawful voluntary sexual intercourse with persons of the opposite sex, by reason of which the plaintiff is entitled to a decree of divorce from the defendant.

page two, Barrett
Petition

V

That during the marriage of the parties hereto they have acquired no

real property and the following personal property, to wit:

> One 1973 Pontiac automobile
> Household furniture and goods, including but not limited to
> a television, living room suit and living room rug.

VI

That the Court should award the said 1973 Pontiac automobile to the

defendant as his sole and separate property and should award the household furniture

and goods, including the television, living room set and living room rug to the

plaintiff as her sole and separate property.

VII

That the defendant is a healthy man regularly and profitably employed

with current gross earnings of approximately ONE THOUSAND FIVE HUNDRED DOL-

LARS ($1,500.00) per month, and that he should be ordered and directed to make

regular periodic payments of child support through the office of the Court Clerk of

the District Court of Sequoyah County, Oklahoma, for the maintenance and support

of the children of the parties hereto, in the amount of SEVENTY FIVE DOLLARS

($75.00) per week.

VIII

That the plaintiff is a fit and proper person to have custody of the minor

children of the parties and that custody of said children should be awarded to the

plaintiff subject to the right of the defendant to visit with said children at reasonable

times and places.

IX

That plaintiff does not have an adequate means of support and the Court

should require the defendant to pay her attorney's fee in the reasonable amount of

ONE HUNDRED FIFTY DOLLARS ($150.00) and the Court costs herein.

page three, Barrett
Petition

WHEREFORE, premises considered, the plaintiff prays that upon hearing this cause the Court grant and award the plaintiff a decree of divorce from the defendant; custody of the minor children of the parties with reasonable visitation privileges to the defendant; child support; attorney fees in the amount of ONE HUNDRED FIFTY DOLLARS ($150.00); a fair and equitable division and distribution of the property accumulated by the parties by awarding the defendant the 1973 Pontiac automobile and awarding the plaintiff the household furniture and goods, including but not limited to the television, living room rug and living room set; Court costs; and such other and further relief as to which the plaintiff may be entitled and which may be deemed just and proper by the Court.

SYLVIA GELENE BARRETT

By _____
JOHN ROBERT MONTGOMERY
SCOUFOS & MONTGOMERY
Attorneys at Law
P. O. Box 787
Sallisaw, Oklahoma 74955
Attorneys for Plaintiff

STATE OF OKLAHOMA      )
                       ) SS
COUNTY OF SEQUOYAH     )

Sylvia Gelene Barrett, being first duly sworn upon oath says: That she is the plaintiff above named, that she has read the foregoing Petition and knows the contents thereof, and that the facts therein set forth are true.

_____
SYLVIA GELENE BARRETT

Subscribed and sworn to before me this 14th day of March, 1973.

_____
NOTARY PUBLIC

My Commission Expires:

November 1, 1976

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, STATE OF OKLAHOMA

SYLVIA GELENE BARRETT,

_____
                    Plaintiff,        )
                                      )
                                      )
                                      )
-vs-                                  )          No. ___D-73-50___
                                      )
                                      )          SEQUOYAH COUNTY, OKLAHOMA
                                      )              **FILED**
ERNEST BARRETT,                       )          IN DISTRICT COURT
_____
                    Defendant         )              MAR 14 1973

AFFIDAVIT FORMA PAUPERIS            THEODORE STITES, Court Clerk
                                          By Arlene a       Deputy

I, Sylvia Gelene Barrett, petitioner, above named, do solemnly swear

that the cause of action set forth in the petition hereto prefixed is just, and I do

further swear that by reason of my poverty, I am unable to give security for costs.


                          _Sylvia Gelene Barrett_
                          SYLVIA GELENE BARRETT

Subscribed and sworn to before me this _14th_ day of March, 1973.


                          _Sandra Taylor_
                          NOTARY PUBLIC

My Commission Expires:

_November 1, 1976_


                          O. K. to file this _14th_ day of _March_,
                          1973.

                          _Bill Ed Rogers_
                          Judge of the District Court

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,    )
    )
        *Plaintiff,*    )
    )
v.    )     **Case No. 6:04-CR-00115-JHP-SPS**
    )
KENNETH EUGENE BARRETT,    )
    )
        *Defendant.*    )

---

**EXHIBIT 13**

---

## DECLARATION OF JANESSE THOMAS

I, Janesse Thomas, declare the following:

I know Charles "Monk" Sanders.  At one time, over a decade ago, I was Monk Sanders ████friend.  I also know Kenny Barrett.

I was at Kenny Barrett's residence perhaps two or three times while Monk Sanders was there.  Mr. Sanders and I did not got to Kenny Barrett's place together.  I never went to Kenny Barrett's residence to buy drugs with Monk Sanders.  I never bought drugs from Kenny Barrett on any occasion I was at his residence.  I never witnessed any drug transaction between Kenny Barrett and Monk Sanders.  Kenny Barrett did not like or trust Monk Sanders, and did not want him around his property.

I am aware that Monk Sanders testified against Kenny Barrett at Mr. Barrett's federal trial in Muskogee.  It is my understanding that Monk Sanders testified that two to three days before the trooper was killed, he and I went to Kenny Barrett's and bought drugs, and that he and I went to Mr. Barrett's property on other occasions in the summer of 1999 to buy drugs.  This never happened, so if Mr. Sanders testified to these things, his testimony was false.  As I said, I never bought drugs from Kenny Barrett, and I never saw Kenny Barrett sell Monk Sanders any drugs at any time, let alone two to three days before the trooper was killed.

On one occasion while I was Monk Sanders's girlfriend, he was harassing me and I got away from his place.  I called Kenny Barrett to come pick me up so I could get away

1

from Mr. Sanders. Mr. Barrett did pick me up, and Monk Sanders and his mother followed us for a while. He was yelling at me that I needed to go back with him, but I didn't. It appeared that Monk was mad at Kenny Barrett for picking me up and getting me away from him.

Based on my contact with Mr. Sanders, it is my personal opinion that he is completely dishonest and untrustworthy. I would not believe a word he said about anything. I am also aware that in the community, Monk Sanders's reputation for honesty and trustworthiness is about as bad as could be. Nobody trusts or believes him.

I was not contacted by any of Kenny Barrett's lawyers or anybody working for them at the time of Kenny Barrett's federal trial. If they had contacted me, I would have given them the information stated above, and would have testified to these things if asked.

I did not write this declaration. I related the above information to one of Mr. Barrett's current lawyers and an investigator working for Kenny Barrett. I have carefully read the contents of this declaration, and it accurately states what I told the lawyer and investigator.

I declare under penalty of perjury that the foregoing 2 page declaration is true and correct.

Executed by me this _12_ day of March, 2009, in ___Sequoyah___ County, Oklahoma.

Janesse Thomas

3

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 14**

---

## DECLARATION OF DALE ANDERSON

I, Dale Anderson, declare the following:

I am one of the investigators working on Kenneth Eugene Barrett's case in preparation for filing a motion attacking his convictions and death sentence pursuant to 28 U.S.C. section 2255. During my investigation, I and another investigator, Leonard Post, interviewed Cindy Crawford. Cindy Crawford testified in both stages of Mr. Barrett's trial. During this interview, Cindy Crawford told Mr. Post and me the following:

Cindy stated that she testified as a government witness in Kenny Barrett's federal trial. She acknowledged that her husband, Travis Crawford, also testified against Kenny Barrett. She stated that as of 1999, she had known Kenny Barrett for approximately 4 years.

Cindy Crawford told Mr. Post and I that one to 2 weeks before her initial testimony against Kenny Barrett, John Philpot came to see her. Mr. Philpot told her that she had to leave with him. Cindy Crawford stated that she did not know whether she was under arrest or not, but it was clear to her that she had no choice but to go with Mr. Philpot. She got into Mr. Philpot's car, and he drove her to Muskogee. There, she met AUSA Mike Littlefield and several men wearing guns who appeared to be law enforcement officers. Cindy Crawford stated that the meeting occurred in Mr. Littlefield's office.

1

Cindy Crawford told us that the men wearing guns showed her several firearms that looked similar to ones that belonged to Kenny Barrett. Cindy stated that she was told by Mr. Littlefield that she needed to work with him and testify against Kenny Barrett, or she was going to prison. She stated that Mr. Littlefield reminded her that she was on a 5-year deferred sentence in a drug case. Mr. Littlefield told her that Kenny Barrett's house had been under surveillance for 6 months prior to the shooting of the trooper, and that during this surveillance she was seen acting as a "lookout" on Kenny Barrett's front porch while he cooked methamphetamine on the property. Cindy Crawford stated that she had never seen Kenny Barrett cook methamphetamine at any time.

Cindy Crawford stated to us that at the time of the meeting in Mike Littlefield's office, she had no pending criminal charges, but had lost one of her children to foster care. Cindy stated that during the meeting, the threat that she would not get her child back hung in the air.

Cindy Crawford told us that during the meeting in Mr. Littlefield's office, she was told by Mr. Littlefield there were certain ways she could phrase her testimony. Cindy stated that Littlefield told her that in her testimony, she should make things look as violent and ominous as possible, and there was imminent danger in being around Kenny Barrett. Cindy stated during our interview that Mr. Littlefield discussed with her the possibility that she could be charged with perjury if she did not put this type of spin on her testimony. Mr. Littlefield also told her that they could make it extremely hard on her

2

if she did not testify against Kenny Barrett.

Cindy Crawford stated that when she was at the meeting in Mr. Littlefield's office in Muskogee, she was not told that she was under arrest, but that the atmosphere was intimidating. She stated that when she went to the bathroom, an armed guard accompanied her and waited outside the restroom. She stated that she believed she was not free to leave because Mr. Philpot had driven her to Muskogee, and she had no way back home other than him. Cindy Crawford stated that she was not going to mess with Mr. Philpot because of his reputation for violence.

Cindy Crawford stated that she was interviewed by Mr. Littlefield and the government about Kenny Barrett's federal case separately from her husband, Travis Crawford. Cindy related that she was told by Travis that John Philpot told him that if he (Travis) said the right things on the witness stand, he would not get into trouble. Cindy stated that she was told by Mike Littlefield, and later by John Philpot, that she did not have to talk to or be interviewed by Mr. Barrett's lawyers or anyone working with them if she did not want to. Cindy stated that it was implied she should not speak to the defense.

Cindy Crawford stated that it was her recollection that when she testified at Mr. Barrett's federal trial, neither the prosecution nor the defense asked about her prior offenses. She admitted to Mr. Post and I that she was a heavy drug user at the time she testified against Mr. Barrett.

Cindy Crawford stated during our interview that during the time she knew Kenny

3

Barrett, she never bought drugs from him, but just used drugs with him. She told us that when she was interviewed by Mr. Littlefield in his office, as described above, she was just coming down off a two-day meth high. She stated that the same was true when she testified at Mr. Barrett's trial. Cindy told us that "if you had ever crashed from a meth high, you would know that you would not be in your right mind."

Cindy told us during our interview that she suffered from post-traumatic stress disorder (PTSD) due to things that happened to her when she was growing up. She stated that she overreacts to stressful situations, sometimes to the point of passing out. She told us that when she was growing up, her father was often in a rage, and that her father had molested her and her sister. Because of this experience, when she is stressed she overreacts, and does not always perceive things correctly or exaggerates what is happening or has happened. Cindy Crawford stated that when she testified in the second stage of Mr. Barrett's trial about Kenny Barrett having once pressed a gun against her leg, she may well have been overreacting and embellishing the story, and Kenny Barrett's mood and actions at the time, due to her PTSD. Cindy stated that other than this incident, which she very well could have exaggerated or embellished, Kenny Barrett had always been nice and helpful to her.

Cindy Crawford stated that during her interviews with the government before she testified in the first stage of trial, she had not told them about the incident with Kenny Barrett putting the gun barrel to her leg. According to Cindy, the prosecutor or law

4

enforcement asked her about this incident after her first stage testimony. She stated it is her belief that they must have gotten this information from Kenny Barrett's brother, Richie Barrett.

Cindy Crawford told us that the prosecutors in the federal trial were upset with her when she denied ever seeing chemicals and equipment for making methamphetamine at Kenny Barrett's place. Cindy stated they were also upset when she said she never saw Kenny Barrett cook methamphetamine. She said that the prosecutors were upset with her after her first stage testimony because she was not hurting Kenny Barrett enough. She stated, "They were very angry. They scared me and threatened me." Cindy related that while the government never told her explicitly that it was all right to lie during her testimony, it was implied that she could lie and make things up so long as it helped them and hurt Kenny Barrett.

Cindy Crawford stated that she was aware John Philpot had gone out to Kenny Barrett's property not too long before the shooting of the trooper to check Kenny Barrett's guns, and there had been no problem. Cindy said that from the information she had about this incident, Kenny Barrett and John Philpot acted like they were old buddies.

During the course of this investigation, I attempted on several occasions to interview Charles "Monk" Sanders. I was unsuccessful. On February 12, 2009, I went to the home of Evelyn Sanders, Mr. Sanders's mother. She lives in Oolagah, Oklahoma. Ms. Sanders told me that her son, Charles, had been promised things by the federal

5

prosecutors in exchange for his testimony against Mr. Barrett that he never received. Mr. Sanders, Mrs. Sanders and the Sanders family were upset about this.

I declare under penalty of perjury that the foregoing 6 page declaration is true and correct.

Executed by me this _12_ day of ___March___, 2009, in _Oklahoma_ County, Oklahoma.

_____
Dale Anderson

6

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 15**

SEQUOYAH COUNTY, OKLAHOMA
**F I L E D**
IN DISTRICT COURT

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY

STATE OF OKLAHOMA   JAN - 2 1992

KATHY REED, Court Clerk

By_____*V6*_____Deputy

ISSAC C. BARRETT )
      Plaintiff, )
            )
vs. )     Case No. D92-  J
            )
MARILYN S. BARRETT )
      Defendant. )

PETITION FOR DIVORCE

COMES NOW the Plaintiff and for his cause of action against the Defendant alleges and states as follows:

1. That prior to the filing of this Petition, the Plaintiff has been a resident in good faith of the County of Sequoyah and the State of Oklahoma for thirty (30) days and six (6) months respectively;

2. That the parties hereto were legally married on or about the 26th day of July, 1989 in Ft. Smith, Arkansas;

3. That as grounds for divorce, the Plaintiff alleges incompatibility;

4. That of the marriage, no children have been born, nor is the Defendant now pregnant;

5. That during the marriage of the parties, they have acquired certain property which should be equitably and fairly divided by the Court;

6. That during the marriage of the parties, they have incurred certain indebtedness which should be fairly and equitably divided by the Court;

.LIAM K. ORENDORFF
ATTORNEY AT LAW
06 N. OAK STREET
.LLISAW, OKLAHOMA
7-4955

KEB400196

## VERIFICATION

STATE OF OKLAHOMA     )
                      )   ss:
COUNTY OF SEQUOYAH    )

ISSAC C. BARRETT, of full age being first duly sworn upon his oath deposes and states:

That he is the Plaintiff in the above and foregoing instrument; that he has read and understands the contents contained therein and further states that the same are true and correct as he verily believes.

_____
ISSAC C.  BARRETT

SUBSCRIBED AND SWORN to before me this 31ot day of _____, 199_1_.

_____
NOTARY PUBLIC

My Commission Expires:
_5/31/95_____

KEB400197

IN THE DISTRICT COURT IN AND FOR SEQUOYAH COUNTY, OKLAHOMA

STATE OF OKLAHOMA

**FILED**
IN DISTRICT COURT

JAN 29 1992

ISSAC C. BARRETT )

        Plaintiff, )

vs. )

MARILYN S. BARRETT )

        Defendant. )

KATHY REED, Court Clerk

By_____Deputy

Case No. D92-1

## ENTRY OF APPEARANCE AND WAIVER

COMES NOW the Defendant herein, the undersigned, and acknowledges receipt of a copy of the Petition filed and on f: herein, and states that she has read and understands the sai hereby waives the issuance of service and return of process up her in this action, enters a voluntary appearance in this cau waiving all time and right to plead, answer or appear in t action, and consents that the same may be set down for trial heard by the Court at any time hereafter without notice to, in the absence of this Defendant.

The Defendant acknowledges that this Entry of Appearance Waiver has been prepared by the attorney for the Plaintiff fully understands that the attorney for the Plaintiff is un no obligation to protect and/or enforce any of the rights which the Defendant might be entitled, including the right seek the advice of counsel.

I have been presented with a (proposed) DECREE OF DIVC to be presented to the Judge who tries this case. My signat of approval has been endorsed thereon for the benefit of

JAM K. ORENDORFF
ATTORNEY AT LAW
16 N. OAK STREET
SALISAW, OKLAHOMA
74055

KEB400198

BARRETT ENTRY OF APPEARANCE AND WAIVER
Page 2

Court in acknowledgement of the proposed property settlement

these parties.

*Marilyn S. Barrett*

SUBSCRIBED AND SWORN to before me this $3/\underline{st}$ day of *Decmb* 1991.

*Nelda G. Johnson*
NOTARY PUBLIC

My Commission Expires:

7/32/92

KEB400199

#6402.divdec

IN AND FOR THE DISTRICT COURT OF SEQUOYAH COUNTY,

STATE OF OKLAHOMA

ISSAC C. BARRETT

Plaintiff, )
)
)
)
)
vs. )
)
)
)
)
MARILYN S. BARRETT )
Defendant. )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB - 3 1992

KATHY REED, Court Clerk
By._____Deputy

Case No. D-92-1

DECREE OF DIVORCE

ON THIS 3rd day of February, 1992 the above entitled matter comes on for trial; Plaintiff appears in person and with counsel William K. Orendorff, and Defendant appears not; the Court examined the records, heard the evidence and statements of counsel, and based thereon finds:

That Defendant has executed and filed sufficient Entry of Appearance and Waiver; that the Court has jurisdiction over the parties and subject matter of this action;

That prior to the filing of the Petition herein, the Plaintiff had been a resident in good faith of the County of Sequoyah and the State of Oklahoma for thirty (30) days and six (6) months respectively;

That the parties hereto were legally married on or about the 26th day of July, 1989, in Fort Smith, Arkansas;

That the parties hereto are entitled to a divorce on the grounds of incompatibility;

KEB400200

That during the marriage the parties have acquired certain proper which should be equitably divided as specifically set for hereinafter;

That during the marriage, the parties incurred certa indebtedness which should be equitably divided as specifically s forth hereinafter;

That prior to the marriage of the parties, the Defenda acquired certain property which should be awarded to Defendant her separate property as specifically set forth hereinafter;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Cou as follows:

That the parties are hereby granted a Decree of Divorc from each other on the grounds of incompatibility, and thei marriage relationship is dissolved and both parties release therefrom; provided, neither party shall marry any other person i the State of Oklahoma for six (6) months from the date hereof;

That the Plaintiff is awarded as his sole and separat property, free and clear of any right, title, or interest of th Defendant, the following:

The appliances which are secured for the debt to Arkansas Best Federal Credit Union;

Real Estate situated in Sequoyah County, Oklahoma, to-wit:

$E\frac{1}{2}$ NE$\frac{1}{4}$ SW$\frac{1}{4}$ and SE$\frac{1}{4}$ SE$\frac{1}{4}$ NW$\frac{1}{4}$ Section 8, Township 12 North, Range 25, Sequoyah County, Oklahoma; provided, however, that said property is subject to a lien in favor of the Defendant to secure the payment of the sum of $40,000 to the Defendant as hereinafter provided;

The Mobile Home subject to the indebtedness

2

KEB400201

thereunto;

Plaintiff's personal belongings;

That the Defendant shall divest herself of any intere whatsoever in the above described real property once the lienab. claim of the Defendant has been fully satisfied.

That the Defendant is awarded as her sole and separa property , free and clear of any right, title or interest of tl Plaintiff, the following:

1990 GMC Pickup

Bedroom Suite

All furniture she owned prior to marriage

Stock Trailer

1983 Olds Cutlass

All real estate located in Crawford County, Arkansas, to wit;

TRACT 1

All that part of the Southeast Quarter of the Southeast Quarter of Section 18, Township 9 North, Range 32 West lying South and East of the Town of Dora, Arkansas, and South and East of the right of way of Interstate Highway 40; ALL that part of the Fractional Northeast Quarter of Section 19, Township 9 north, Range 32 West, lying South and East of the right of way of Interstate Highway 40, South and East of platted Town of Dora, Arkansas, and North of the right of way of Missouri Pacific Railroad EXCEPT a part of the Southeast Quarter of the Northeast Quarter of Section 19, Township 9 North, Range 32 West heretofore deeded for Dora Cemetery and described as follows: Commencing at the 73d mile post on Oklahoma-Arkansas line, setting in the Southwest part of said Quarter, thence North 45 degrees East 7.5 chains for a point of beginning; thence North 63 degrees East 6.44 chains; thence North 3 degrees West 6.22 chains; thence South 79 degrees West 6.5 chains;

3

KEB400202

thence South 13 degrees East 4.57 chains to the point of beginning, containing 4.67 acres more or less; and, ALL that part of the West Half of the West Half of the Northwest Quarter of Section 20, Township 9 North, Range 32 West lying North of the right of way of the Missouri Pacific Railroad, being the same property described in that certain deed appearing in Book 237, page 285, Blakemore to Hogan; EXCEPT that part Commencing at the Southwesterly Corner of the Dora Cemetery which is described as an exception in that certain deed wherein Mrs. Glenn A. Blakemore was grantor and Joe Ray Hogan and Juanita Hogan, Husband and Wife, were grantees, recorded in Book 237, page 285, thence North along the Westerly line of said Dora Cemetery to the Southeasterly Corner of the Gene C. Smith property; thence Westerly along the South line of the Gene C. Smith property to the West line of the Southeast Quarter (SE¼) of the Northeast Quarter (NE¼) of Section 19, Township 9 North, Range 32 West; thence South along the Westerly line of said Southeast Quarter (SE¼) of the Northeast Quarter (NE¼) to the Missouri Pacific right-of-way; thence in an Easterly direction to the point of beginning; EXCEPT FURTHER the two-acre tract deeded to MARCIA BARNES by her father and mother, Joe Ray Hogan and Juanita Hogan, during their lifetimes; and SUBJECT TO that certain easement granted to Bob Bordelon by Joe Ray Hogan and Juanita Hogan, which, among other things, runs along the South end of the above-described property and along the South end of the two-acre tract deeded by Joe Ray Hogan and Juanita Hogan to MARCIA BARNES; to which both MARILYN SUE REICHERT and MARCIA BARNES, their heirs, and assigns shall have joint right of use.

TRACT 2

Lots 5 and 6, Block 5, Town of Dora, Arkansas.

TRACT 3

A part of the West Half (W½) of the Northwest Quarter (NW¼) of the Northwest Quarter (NW¼) of Section 20, Township 9 North, Range 32 West, more particularly described as follows: Commencing at the intersection of the East line of the said West Half (W½) of the Northwest Quarter (NW¼) of the Northwest Quarter (NW¼) of

4

KEB400203

said Section 20, with the northerly right-of-way line of the Missouri Pacific Railroad Company, thence north along said East line of the said W½ NW¼ NW¼ aforesaid, a distance of 420 feet to a point; thence West 210 feet; thence South to the northerly right-of-way line of the Missouri Pacific Railroad Company, thence North and East along said Missouri Pacific Railroad Company northerly right-of-way line to the point of beginning, containing two acres, more or less.

That the Plaintiff shall divest himself of any interest whatsoever in the above described real property by executing a Quit Claim Deed to Defendant within ten (10) days from the date of this Decree, however, should Plaintiff fail to do so, then this Decree shall be sufficient to effect the conveyance of Plaintiff's interest in said real property to the Defendant;

That as part of the property division Plaintiff shall pay to the Defendant the sum of forty-thousand ($40,000.00) dollars as soon as he is able to secure sufficient financing and the Defendant is hereby granted a lien on the real estate hereunder awarded to the Plaintiff to secure the payment of said sum which shall be paid to the Defendant within thirty (30) days from the date hereof.

As a further part and parcel of the property settlement agreement, the Plaintiff agrees that he shall pay any and all attorney's fees and costs that may have arisen by virtue of litigation over an easement pertaining to the above described Crawford County property, and shall hold the Defendant harmless therefore.

That the Plaintiff shall pay the following indebtedness:

The debt on the Discover Card;

The note at First National Bank of Sallisaw on the Stock

KEB400204

trailer and 1983 Olds Cutlass;

The indebtedness on the Mobile Home, and hold the Defendant harmless from same.

That the Defendant shall pay the following indebtedness:

The debt to Arkansas Best Federal Credit Union on the 199 GMC Pickup;

The debt to Arkansas Best Federal Credit Union on the household appliances;

The Personal Note to Arkansas Best Federal Credit Union and hold Plaintiff harmless from same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Cour as a part and parcel of the property settlement agreement betwee the parties, and as a part and parcel of the division an distribution of said property, that the parties hereto shall fil a joint income tax return for the year 1991 and they shall equall divide any refund received therefrom or shall equally pay the ta obligation created thereby.

_____
WILLIAM K. ORENDORFF OBA #11950
Attorney for Plaintiff
P.O. Box 260
Sallisaw, Oklahoma    74955
(918) 775-4436

_____
ASSOCIATE DISTRICT JUDGE

_____
ISSAC C. BARRETT, Plaintiff

_____
MARILYN S. BARRETT, Defendant

6

KEB400205

#6402.

IN AND FOR THE DISTRICT COURT OF SEQUOYAH COUNTY,

STATE OF OKLAHOMA

ISSAC C. BARRETT

Plaintiff, )
)
)
)
vs.                                    )
)
)
)
)
MARILYN S. BARRETT                       )
Defendant.  )

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 18 1992

KATHY REED, Court Clerk
By _____
Deputy

Case No. D-92-1

## RELEASE AND SATISFACTION OF JUDGMENT

The undersigned Defendant does hereby acknowledge recei[t] from ISSAC C. BARRETT, Plaintiff in the above-entitled cause, t[e] sum of $40,000.00 dollars, the amount due upon the judgment render[ed] in said cause on the 3rd day of February, 1992, which said sum [s] received and accepted in full payment and satisfaction of sa[d] judgment with interest and costs, and in full payment a[d] satisfaction of all fees, liens, and claims in said cause and in a[d] to the proceeds of said judgment, and the undersigned does here[y] release, acquit, and forever discharge the said Plaintiff, of a[d] from all liability to and demand of the undersigned, in respect t[o] said cause and judgment.

This release shall be filed in the Office of the Clerk [f] said Court, and the said Clerk is hereby authorized and directed t[o]

KEB400206

enter said release on the judgment docket of said Court and
release the said judgment of record.

Dated this 5 day of February, 1992.

<u>Marilyn S. Barrett</u>
MARILYN S. BARRETT, Defendant

LAW OFFICES OF HARRY SCOUFOS, P.C
Attorneys at Law
P. O. Box 787
Sallisaw, OK  74955
(918) 775-5546

By: <u>Harry Scoufos</u>
HARRY SCOUFOS  O.B.A.  #8031

2

KEB400207

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 16**

290

And after hearing the testimony offered, by both the plaintiff and defendant, instructi
from the court as to the law governing in this cause the jury retires in care if sworn b
consider its verdict thereafter returning into open court their verdict, as follows, to
State of Oklahoma
Sequoyah County.    IN DISTRICT COURT.

The State of Oklahoma
        vs.
Bob Burchett, Defendant

        We the jury drawn, empaneled and sworn in the above entitled cause do upon our oaths
the defendant Bob Burchett guilty of burglary in the second degree as charged in the info
herein. We fail to agree upon punishment.
                                                        S.E.Winfrey,Foreman.
    Their verdict is received and the jury is discharged from any further service in this ca
and the jury failing to agree as to the punishment the court sets Saturday December 15th
9 o'clock A.M. for sentence.
                        Saturday December 15th 1917.
    The District Court of Sequoyah County, State of Oklahoma met in the court room at Salli
Saturday December 15th 1917 at 9 o'clock A.M. pursuant to adjournment of yesterday. Prese
presiding the honorable John H.Pitchford, Judge, C?E?Holder Sheriff and Joe E.Thornton,Cl
Court is regularly opened by public proclamation and the following proceedings had to-wit
1850                        State of Oklahoma vs. Bob Burchett
        The defendant having on yesterday been tried and convicted of the crime of burglar
he is now sentenced to serve a term of three years in the penitentiary ay McAlester, Okla
                ::::::::::::::::::::::::::
                WEDNESDAY DECEMBER 12th 1917.
                ::::::::::::::::::::::::::::::

The District court met in regular session pursuant to adjournment as of Tuesday December
present and presiding Hon. John H.Pitchford, Judge, thereof, C.E.Holder, Sheriff and Joe
Clerk.and after court being regularly and duly opened by proclamation the following proce
had and entered:
1784                        State of Oklahoma vs. Howard Henson et al.
        This case coming on for trial, present in person and by their attorneys Thomas J.
Defendants Howard Henson and Robert Tabor ask permission to withdraw their plea of not gu
Court grants the permission,and defendant files a general demurrer, Demurrer is by the co
led, defendant excepts. Defendant Ed Gant is three times called and answers not and is
adjudged in default, the Clerk is ordered to draw a jury to try the cause as to Howard He
and Robert Tabor and the following named jurors are drawn and sworn to try the cause.
R.Garrison, D.L.Creekmore        Ed Cox            J.B.Shrum
S.E.Harp        Fonce Holland    S.E.Winfrey        A.P.Flowers
                R.H.Thompson    W.J.Webb            W.B.Briley
J.A.Irwin
    The hearing of testimony is begun, at the conclusion of which the court instructs the ju
as to the law governing in this cause and argument of counsel being waived the jury retir
in care of a sworn bailiff to consider its verdict, thereafter returning into open court
their verdict as follows to-wit:

State of Oklahoma
Sequoyah County        IN DISTRICT COURT.

The State of Oklahoma        1784
        vs.
Howard Henson and Robert Tabor,
        We the jury drawn, empaneled and sworn in the above entitled cause do upon our oaths
find the defendants Howard Henson and Robert Tabor not guilty as charged in the informati
herein.                                                S.E.Winfrey, Foreman.
        Their verdict is received and the jury is discharged from any further service in this
case. Defendants are discharged and their bondsmen exonerated.
                        ::::::::::::::::::::::
                        THURSDAY DECEMBER 13th 1917.
The District Court of Sequoyah County State of Oklahoma met in the Court room at Sallisa
Oklahoma Thursday December 13th 1917 at 9 o'clock A.M. pursuant to adjournment of yester
present and presiding Hon. John H.Pitchford, Judge, there being also present C.E.Holder
Sheriff and Joe E.Thornton, Clerk. Court is regularly opened by public proclamation and
the following proceedings had to-wit:
1862                        State of Oklahoma vs. Joe Morgan
        Stricken for lack of evidence on motion of the County Attorney.
                        ::::::::::::::::::::::
1866                        State of Oklahoma vs. Bob Tabor and George Tabor.
        Continued by agreement.
                        ::::::::::::::::::::::
                        FRIDAY DECEMBER 14th, 1917.
                        ::::::::::::::::::::::::::::::
The District Court of Sequoyah County, Oklahoma met in the court room at Sallisaw, Oklaho
Friday December 14th 1917 at 9 o'clock A.M. pursuant to adjournment of yesterday. Present
and presiding Hon. John H.Pitchford, Judge, C.E.Holder, Sheriff and Joe E.Thornton, Clerk
Court is regularly opened by public proclamation and the following proceedings had to-wit
1660                        State of Oklahoma vs. Lafayette Horn
        The court orders the mandate of the Crimnal Court of Appeals spread of record.
                        ::::::::::::::::::::::
1638                        State of Oklahoma vs. Geo.Williams
        The Court orders the mandate of the Crimnal Court of Appeals spread of record.
                        ::::::::::::::::::::::
1672                        State of Oklahoma vs. E.L.Lemley
        The court orders mandate of the Crimnal Court of appeals spread of record.
                        :::::::::::::::
1727                        State of Oklahoma vs. Abe Dotson.
        The court orders the mandate of the Crimnal Court of Appeals spread of record.
                        :::::::::::::::
1871

KEB502745

State of Oklahoma vs. Levi Chuculate.
ndant present in court and waives arraignment and pleads guilty as charged.
aives time for sentence and is by the court sentenced to serve a term of
in the penitentiary at McAlester, Oklahoma and suspends sentence until
ay of the next term of the District Court.
:.::::::::::::::::::::::::::::
SATURDAY DECEMBER 15th, 1917.
:::::::::::::::::::::::::::::

ict Court of Sequoyah County, State of Oklahoma met in the court room at
Oklahoma Saturday December 15th 1917 at 9 o'clock A.M. pursuant to adjournment of
resent and presiding Hon. John H.Pitchford, Judge, C.E.Holder, Sheriff and
on, Clerk. Court is regularly opened by public proclamation and the following
had to-wit:
State of Oklahoma vs. Lafayette R.Horn.
rt orders the defendant committed to the penitentiary for the term of 20 years
ce with the mandate of the supreme court.
::::::::::::::::::::::::::::::
State of Oklahoma vs. George Williams
orders the defendant committed to the penitentiary for the term of five years
ce with the mandate of the supreme court.
::::::::::::::::::::::::
State of Oklahoma vs. E.L.Lemley
rt orders the defendant committed to the penitentiary for the term of one year
y the mandate of the supreme court.
:::::::::::::::::::::::::::::::::::
State of Oklahoma vs. Abe Dotson.
rt orders the defendant committed to the penitentiary for a term of one year and
compliance with the mandate of the supreme court.
::::::::::::::::::::::::::::::::::::::

KEB502746

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 17**

---

RECORD OF INFORMATIONS.

1703 INFORMATION.                                                    GEO. D. BARNARD CO., ST. LOUIS

THE STATE OF OKLAHOMA
vs.
Abe Dotson, J. H. Stout
C. B. Stout,                    In the _____District_____ Court,
              Defendant          of _____Sequoyah_____ County, Oklahoma.

In the Name and by the Authority of the State of Oklahoma,

Now comes _____J. B. Allen_____ the duly qualified and acting County Attorney, in and
for _____Sequoyah_____ County, State of Oklahoma, and gives the _____District_____ Court of
_____Sequoyah_____ County, State of Oklahoma, to know and be informed that the above named
fendants, Abe Dodson, J. H. Stout and C. B. Stout

did, in _____Sequoyah_____ County, and in the State of Oklahoma, on or about the Twenty-eighth day
of _____June_____ in the year of our Lord One Thousand Nine Hundred and _____fifteen_____
and anterior to the presentment hereof, commit the crime of a felony, to wit, to wit: an assault
with intent to kill
in the manner and form as follows, to-wit: That is to say the said Abe Dodson J. H. Stout,
and C. B. Stout, in the county and state aforesaid and on
or about the day and date aforesaid, then and there being
did then and there, with certain dangerous and deadly weapons,
to-wit: an axe and a hammer, which they, the said Abe Dodson
H. Stout, and C. B. Stout then and there had and held in their hands
intentionally, wrongfully, unlawfully, purposely, wilfully and feloniously,
sault, strike, stab, cut, and wound one Henry Hart with force & energy, to cause
death, with the felonious intent on the part of them the said Abe Dotson J. H.
Stout and C. B. Stout, him, the said Henry Hart then and there wilfully,
unlawfully, intentionally, purposely, wrongfully and feloniously to kill and
murder,
contrary to the form of the statutes, in such cases made and provided, and against the peace and dignity of the State.

                                   J. B. Allen
                                        County Attorney.

STATE OF OKLAHOMA, }
_____Sequoyah_____ County. } ss.   I, J. B. Allen, being duly sworn, on oath
state, that I have read the above and foregoing Information and know the contents thereof and that the facts stated therein are true.
                                   J. B. Allen,
Subscribed and sworn to before me, this _____12_____ day of _____Nov_____ 1915
                                   Fred Mershon
                                   Court Clerk

ENDORSEMENTS.

No. _____1727_____

THE STATE OF OKLAHOMA
vs.
Abe Dotson. et al.

INFORMATION.

In the _____District_____ Court of
_____Sequoyah_____ County, Oklahoma.
Filed _____Nov 12_____ 1915
Fred Mershon
Court Clerk

NAMES OF WITNESSES.

Henry Hart, Marble City, Okla.
Henry Sixkiller           "      "    "
Mattie Sixkiller          "      "    "
Susie Sixkiller           "      "    "
Irene Sixkiller           "      "    "
C. M. Gay    Bullisaw Okla.
Dr. J. L. Holcomb   Marble City

I Hereby Certify that the above and foregoing is a full, true, correct and complete copy of the original Information, together
with the endorsements thereon, now on file in my office.  Dated_____19____

By_____ Deputy.         _____of_____ Co., Okla

KEB503078

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 18**

Infor Rec. on Page, 14

## APPEARANCE DOCKET—CRIMINAL

No. 1227.

| TITLE OF CAUSE | OFFENSE CHARGED | ATTORNEYS | | | | |
|---|---|---|---|---|---|---|
| STATE OF OKLAHOMA vs. Abe Dotson | Assault with intent to kill. | 12/17/15. Jury Trial, Guilty as to Abe Dotson. Not guilty as to J.H. & C.B. State Abe Dotson sent to Pen for 1 year & 1 day | | | | |
| | | CLERK'S Costs | SHERIFF'S Costs | MISCELLA-NEOUS | DISBURSE-MENTS | CREDITS |
| To Fil Tran, Comp, 3 Warrants 30 | | 50 | | | | |
| & Rep Appr Bond | | 1 10 | | | | |
| To Dock Fee | | 2 00 | | | | |
| To J.P. Cost | | | | 8 30 | | |
| Court Cost | | | | 10 55 | | |
| To Dock Notice | | 10 | | | | |
| To Fil & Rec Infor (Total 23.65) | | 1 00 | | | | |
| To Prae & Sa Sub | | 35 | | | | |
| | | 35 | | | | |
| & Is 5 copies | | 35 | | | | |
| Fil & End Sheriff's Ret | | 1 25 | | | | |
| To fil Chas. | | 20 | 6 15 | | | |
| Instruction | | 10 | | | | |
| To fil Mo for New trial | | 10 | | | | |
| " " in arrest of Judgment | | 10 | | | | |
| " off | | 10 | | | | |
| To fil & approving Supersedeas Bond | | 1 10 | | | | |
| Taking ack to Same | | 20 | | 19 50 | | |
| Wit Fees | | | | | | |
| To Appr, Waive 30, Plea 50, Mo 10 & Order 30 | | 1 30 | | | | |
| Swear Jurors 100, Writ 50, Order 30, Verdict 10 | | 1 90 | | | | |
| Appr Order 30, Verdict 10, Order 30 | | 70 | | | | |
| Mo 10, Order 30, Mo 10, Order 30, Mo, Order 30 | | 1 20 | | | | |
| | | 40 | | | | |
| To fil Notice of Appeal | | 70 | | | | |
| & Rec Judgment & Sheriff's Ret | | 1 80 | | | | |

KEB503096

Infor Rec. on Page, 483,

134
17=

# APPEARANCE DOCKET—CRIMINAL          No. 1227.

| CLERK'S Costs | SHERIFF'S Costs | MISCELLA-NEOUS | DISBURSE-MENTS | |
|---|---|---|---|---|

| TITLE OF CAUSE | OFFENSE CHARGED | ATTORNEYS |
|---|---|---|
| STATE OF OKLAHOMA vs. Abe Dotson | Assault with intent to Kill, | 12/17/15. Jury Trial, Guilty as to Abe Dotson. Not guilty as to J.F. & G.B. Stout. Abe Dotson, sent to Pen for 1 year & 1 day |

| | | CLERK'S Costs | SHERIFF'S Costs | MISCELLA-NEOUS | DISBURSE-MENTS | CREDITS |
|---|---|---|---|---|---|---|
| To Fil Tran 10, Comp 10, 3 Warrants 30 | | 50 | | | | |
| " " & Rec Appr Bond | | 1 10 | | | | |
| To Dock Fee | | 2 00 | | | | |
| To J.P. Cost | | | | 8 30 | | |
| Court Cost | | | | 10 55 | | |
| To Dock & Notice | | 10 | | | | |
| To Fil & Rec Infor (Total 23 65) | | 1 10 | | | | |
| To " Proc & " Ind | | 35 | | | | |
| " " " " " " | | 35 | | | | |
| " " " " | | 35 | | | | |
| " " & 5 copies | | 1 25 | | | | |
| " fil & Ent Sheriff's Ret | | 20 | 6 15 | | | |
| " To fil Chas. | | 10 | | | | |
| " Instruction | | 10 | | | | |
| To fil Mo for New trial | | 10 | | | | |
| " " " in arrest of Judgment | | 10 | | | | |
| " " off | | 10 | | | | |
| To fil & approving Supersedeas Bond | | 1 10 | | | | |
| " Taking ack. to same | | 20 | | | | |
| " Fee Wit fee | | | | 19 50 | | |
| " To Appr 10 Waive 30, Plea 50, Mo 10 & Order 30 | | 1 30 | | | | |
| " Swear Jurors 1 00, Writ 50, Order 30, Verdict 10 | | 1 90 | | | | |
| " Appr 10 Order 30, Verdict 10 Order 30 | | 70 | | | | |
| " " 10, " 30, Mo 10, Order 30, Mo 10, Order 30 | | 1 20 | | | | |
| " Mo 10, Order 30 | | 40 | | | | |
| To fil Notice of Appeal | | 50 | | | | |
| " " " & Rec'd Judgment & Sheriff's Ret | | 1 40 | | | | |

KEB503097

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**EXHIBIT 19**

---

# APPEARANCE DOCKET—Criminal

3

| No | TITLE OF CAUSE | OFFENSE CHARGED | ATTORNEYS |
|---|---|---|---|
| 3. | THE STATE OF OKLAHOMA vs. Abe Dotson | Carrying Weapon | W. L. Curtis. County Atty. for State J. H. Jarmon for The Defendant. |

| 190.. | | | Clerk's Cost Plaintiff | Clerk's Cost Defendant | Sheriff | Miscel-laneous | Disburse-ments | Credits |
|---|---|---|---|---|---|---|---|---|
| Nov | 21 | Verifying Complaint | 25 | | | | | |
| | | Issuing Warrant | 25 | | | | | |
| | | Filing Complaint | 5 | | | | | |
| | | " Warrant | 5 | | | | | |
| | | Entering Plea guilty | 10 | | | | | |
| | | Making Entry | 10 | | | | | |
| | | Approving Stay Bond | 25 | | | | | |
| | | Entering Judgement | 25 | | | | | |
| | | Rendering " | 25 | | | | | |
| | | Continuance | 10 | | | | | |
| | | | 1 65 | | | | | |
| | | Sheriffs Fees | | | | | | |
| | | Serving Warrant | | | 50 | | | |
| | | Returning " | | | 50 | | | |

Reported

2 7 6 5

SEP 30 1936
No funds in Depository
Acc't in for this Case
B. L. Seaman, Deputy B. E. &c.

KEB503073

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**EXHIBIT 20**

# CRIMINAL TRIAL DOCKET.

1691.

GEO. D. BARNARD & CO., PRIN'

| No. | TITLE | ATTORNEY | PRESENT STATUS OF CASE OR PREVIOUS ORDERS |
|---|---|---|---|
| 9. | THE STATE OF OKLAHOMA, vs. Charles Nelson Defendant Charge Selling intoxicating Liquors. | W. L. Curtis County Atty. | Trial in Court. |
| 10 | THE STATE OF OKLAHOMA, vs. Abe Detson Charge Being Drunk in a public. | W. L. Curtis. | Trial in Court, |
| 11 | THE STATE OF OKLAHOMA, vs. W. P. White Charge Disposing mortgaged Property & False pretense and cheats. | | |
| 12, | THE STATE OF OKLAHOMA, vs. C. F. Ivey Charge, Bartering Selling & giving away intoxicating Liquors | | |

KEB503080