**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| *Defendant.* | ) | |
| | ) | |

I, the undersigned hereby declare:

I am over the age of eighteen years and am not a party to the within-entitled action. My business address is Federal Public Defender, 801 I Street, Third Floor, Sacramento, CA 95814.

On March 17, 2009, I served the within **SEALED EXHIBITS IN SUPPORT OF DEFENDANT'S § 2255 MOTION** placing a copy in an envelope and delivering the copy addressed in the manner set forth as follows:

**SHELLY SPERLING, U.S. Attorney**
**1200 W. Okmulgee**
**Muskogee, OK 74401**
**(918) 684-5100**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of March, 2009.

/s/Tivon Schardl
Assistant Federal Defender

CERTIFICATE OF SERVICE

*United States of America v. Barrett*, 6:04-CR-00115-JHP-SPS

CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE