**DAVID AUTRY**, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

**HEATHER E. WILLIAMS,** CA Bar #122664
Federal Defender
Eastern District of California
**JOAN M. FISHER,** ID Bar #2854
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-5700
(916) 498-5710 [fax]
Joan_Fisher@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **<u>CAPITAL CASE</u>** |
| | ) | |
| *Plaintiff,* | ) | Case No. 6:04-CR-00115-JHP-SPS |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**NOTICE OF CONDITIONAL FILING OF DEFENDANT/MOVANTS'S**

**SECTION 2255 MOTION TO VACATE UNDER 28 U.S.C. § 2255(h)(1)**

1

NOTICE IS HEREBY GIVEN, that Defendant/Movant KENNETH E. BARRETT, herein has timely caused to be filed a Notice of Conditional Filing of Defendant/Movant's Section 2255 Motion to Vacate under 28 U.S.C. § 2255(h)(1) in this Court. On this day, Mr. Barrett has concurrently filed a Motion for Pre-Filing Authority in the Tenth Circuit Court of Appeals, seeking initial certification that Defendant/Movant's Section 2255 Motion to Vacate attached hereto contains newly discovered evidence pursuant to 28 U.S.C. § 2255(h), (h)(1). Said evidence—if proven and viewed in light of the evidence as a whole—unquestionably would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found Mr. Barret guilty of the offenses for which he was convicted.  28 U.S.C. § 2255(h), (h)(1).

Mr. Barrett has made a prima facie showing of newly discovered evidence under 28 U.S.C. § 2255(h)(1) in his attached Defendant/Movant's Section 2255 Motion to Vacate sufficient to warrant fuller consideration by this District Court. *See Case v. Hatch*, 731 F.3d 1015, 1028-29 (10th Cir. 2013) (prima facie showing constitutes a simple showing of possible merit to warrant fuller exploration by district court). Such newly discovered evidence includes *inter alia* a May 11, 2015 declaration of critical witness and confidential informant Charles Monk Sanders, recanting his materially false trial testimony; evidence affecting the credibility of Sanders and witness Clint Johnson that was previously non-disclosed; and evidence of prosecutor Michael Littlefield's subornation of perjury from multiple witnesses and his presentation of materially false

testimony that was used to secure Mr. Barrett's convictions and death verdict. *Napue v. Illinois*, 360 U.S. 264; *Giglio v. United States*, 405 U.S. 150 (1972).

For the reasons enumerated in his attached Motion, Defendant/Movant's Section 2255 Motion to Vacate warrants initial certification, full evaluation by this Court, and ultimate collateral relief.

DATED this 11th day of May, 2016.

DAVID AUTRY, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

HEATHER E. WILLIAMS CA Bar #122664
Federal Defender
Eastern District of California

/s/ *Joan M. Fisher*
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-5700
(916) 498-5710 [fax]
Joan Fisher@fd.org

Attorneys for Petitioner Kenneth Eugene Barrett

# CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on May 11, 2016, I caused the foregoing instrument to be filed with the Clerk of Court using the ECF System for filing, with electronic service to be made via CM/ECF to the following counsel of record for the Plaintiff:

Mr. Jeffrey B. Kahan at jeffrey_kahan@usdoj.gov

Mr. Christopher J. Wilson at Chris.Wilson@usdoj.gov

/s/ Joan M. Fisher
JOAN M. FISHER