**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

**EXHIBIT 3a**

**INFORMATION**

========================================================================

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | SEQUOYAH COUNTY, OKLAHOMA |
|          Plaintiff, | ) | FILED |
| vs. | ) | IN DISTRICT COURT |
| | ) | No. CF-97-86 |
| KENNETH EUGENE BARRETT | ) | MAR 2 4 1997 |
| DOB:6/29/61 | ) | |
| DL/SS#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 | ) | BERNELL EDWARDS, COURT CLERK |
|         Defendant. | ) | BY _____ DEPUTY |

# I N F O R M A T I O N

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:**

Now comes DIANNE BARKER HARROLD, the duly qualified and acting District Attorney, in and for Sequoyah County, State of Oklahoma and gives the District Court to know and to be informed that KENNETH EUGENE BARRETT did, in Sequoyah County, and in the State of Oklahoma, on the 19th day of December, in the year of our Lord, One Thousand, Nine Hundred and Ninety-Six and before the presentment hereof, commit the crime of

**UNLAWFUL DELIVERY OF A CONTROLLED DRUG -63 O.S. 2-401**

On the day and year in the County and State aforesaid, said KENNETH EUGENE BARRETT did unlawfully, wilfully and feloniously deliver and distribute METHAMPHETAMINE to one Kevin Ottwell, said drug being classified as a controlled dangerous substance in Schedule II of the Uniform Controlled Dangerous substances Act of this State,

contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DIANNE BARKER HARROLD
DISTRICT ATTORNEY

By _____
Assistant District Attorney

STATE OF OKLAHOMA )
               ) ss.
COUNTY OF SEQUOYAH)

Undersigned, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

Subscribed and sworn to before me this _____ day of March, 1997.

My Commission Expires:
_____6/28/99_____

NOTARY PUBLIC

WITNESSES:
| | |
|---|---|
| Kevin Ottwell | OBN, 3313 W. 45th St., Tulsa, OK |
| Robert Jerome | OBN, 3313 W. 45th St., Tulsa, OK |
| Chemist | OSBI Lab, Tahlequah, OK |
| Larry Blount | Sallisaw Police Dept., Sallisaw, OK |

IN THE DISTRICT COURT OF SEQUOYAH COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
                    Plaintiff,

vs.                                              No. CF-97-86

BARRETT, KENNETH EUGENE        ,
                    Defendant.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

A F F I D A V I T                    MAR 2 4 1997

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

State of Oklahoma  )
County of Sequoyah ) ss.

        DET. LARRY BLOUNT        , of lawful age and being first duly
sworn upon an oath, deposes and says:

        On December 19, 1996 AT APPROXIMATELY 1310 HOURS, AN AGENT
PURCHASED ONE-QUARTER (1/4) GRAM OF METHAMPHETAMINE FROM
Kenneth EUGENE BARRETT OF MCKEY, SEQUOYAH COUNTY, OKLAHOMA.
THIS AGENT USED TWENTY-FIVE DOLLARS ($25.00) OF OKLAHOMA STATE
BUREAU OF NARCOTICS (OBN) OFFICIAL ADVANCED FUNDS DURING THE BUY.

SURVEILLANCE DURING THE BUY WAS MADE BY THIS OFFICER AND
ANOTHER AGENT OF THE OBN.

        Based on this information, the undersigned prays that this
Honorable Court issue a finding of fact that probable cause exists
to believe that a crime has been committed and that there is
probable cause to believe the defendant(s) above named committed
that crime.

        FURTHER AFFIANT SAYETH NOT.


Subscribed and sworn to before me this 18th day of
March        , 1997.

MY COMMISSION EXPIRES:
   3-23-2000                        NOTARY PUBLIC

FINDING OF PROBABLE CAUSE

        The undersigned Judge of this Court, upon sworn testimony
and/or affidavit, hereby determines there to be probable cause to
detain the defendant(s).
        DATED this 24th day of March        , 1997.

JUDGE OF THE DISTRICT COURT