**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

**KENNETH EUGENE BARRETT,**          )
                                      )
                   *Movant,*          )
                                      )
**v.**                                )
                                      )
**UNITED STATES OF AMERICA,**         )
                                      )
                 *Respondent.*   )

---

**EXHIBIT 3b**

---

## IN THE DISTRICT COURT OF SEQUOYAH COUNTY
## STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
                    Plaintiff,

vs.

No. CF-97-86

BARRETT, KENNETH EUGENE        ,
                    Defendant.

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

**A F F I D A V I T**

MAR 2 4 1997

State of Oklahoma    )
County of Sequoyah ) ss.

BERNELL EDWARDS, COURT CLERK
BY _____ DEPUTY

DET. LARRY BLOUNT        , of lawful age and being first duly sworn upon an oath, deposes and says:

On December 19, 1996 AT APPROXIMATELY 1310 HOURS, AN AGENT PURCHASED ONE-QUARTER (1/4) GRAM OF METHAMPHETAMINE FROM Kenneth EUGENE BARRETT OF MCKEY, SEQUOYAH COUNTY, OKLAHOMA. THIS AGENT USED TWENTY-FIVE DOLLARS ($25.00) OF OKLAHOMA STATE BUREAU OF NARCOTICS (OBN) OFFICIAL ADVANCED FUNDS DURING THE BUY.

SURVEILLANCE DURING THE BUY WAS MADE BY THIS OFFICER AND ANOTHER AGENT OF THE OBN.

Based on this information, the undersigned prays that this Honorable Court issue a finding of fact that probable cause exists to believe that a crime has been committed and that there is probable cause to believe the defendant(s) above named committed that crime.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me this 18ᵗʰ day of maron , 1997.

MY COMMISSION EXPIRES:
3-23-2000

NOTARY PUBLIC

### FINDING OF PROBABLE CAUSE

The undersigned Judge of this Court, upon sworn testimony and/or affidavit, hereby determines there to be probable cause to detain the defendant(s).
DATED this 24ᵗʰ day of March , 1997.

JUDGE OF THE DISTRICT COURT