**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

**EXHIBIT 3d**



# OKLAHOMA STATE BUREAU OF INVESTIGATION
Tahlequah Regional Laboratory
P.O. Box 767
Tahlequah, OK 74465
(918) 456-0653

## CRIMINALISTICS EXAMINATION REPORT

| LAB NO.: | 97-1078 | Reported To: | OBNDD |
|---|---|---|---|
| | | Address: | 3313 W. 45th |
| | | | Tulsa, Oklahoma   74107 |

Date Received: 01-29-97
Date Reported: 04-30-97
Classification of Case: Drugs

Submitted By: Kevin Ottwell, OBN
By Cert. Mail Z 346 910 200

Suspect(s): Kenny BARRETT, WM

Victim(s):

**Description of Evidence:**
Sealed manilla envelope containing sealed evidence envelope with OBN seal #28610 containing manilla envelope containing:

#T1      Small ziplock plastic bag containing cellophane wrapper containing off white powder, net weight: 0.15 gram.
#T2      Piece of notebook paper with writing.

**Analysis of Evidence:**

| ITEMS: | ANALYSIS: |
|---|---|
| #T1 | Methamphetamine, Schedule II. |
| #T2 | Not analyzed. |

Dennis W. Reimer
Senior Criminalist

DWR/cr

Pursuant to Title 22 O.S. Section 751,
I hereby certify that I am maker of
this document, and that it is a true and
correct report of the findings of the
Oklahoma State Bureau of Investigation
Criminalistics Laboratory.



00001170

KEB301358