**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

**KENNETH EUGENE BARRETT,**　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　*Movant,*　　　　)
　　　　　　　　　　　　　　　　　　　　　)
**v.**　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
**UNITED STATES OF AMERICA,**　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　*Respondent.*　)

---

**EXHIBIT 3e**

---



*Aug 27, 1997*
*@ 1:00 p.m.*

**DIANNE BARKER HARROLD**
DISTRICT ATTORNEY

**STATE OF OKLAHOMA**
**OFFICE OF THE DISTRICT ATTORNEY**
DISTRICT 27

SEQUOYAH COUNTY
120 EAST CHICKASAW
SALLISAW, OK 74955
(918) 775-9131

RE:   State v. _Barrett_ _____ CF-_97-86___

~~Preliminary Hearing~~ Date _7-2-97_

Dear

    I have reviewed the above referenced file and, in order to streamline plea negotiations, convey the following recommendation:

1. Number of years: _15 yr Susp. but_
2. Subject to PSI reserving right to object to a deferred or or suspended: Yes _____ No _____
3. Fine: $_1000_
4. Victim of Crime Fund: $_250_ .
5. Drug Enforcement Fund: $_100_
6. Restitution: $_$150 lab fee_
7. Hours of Community Service: _____
8. Other: _Court Costs_

    I reserve the right to change this recommendation until your client's acceptance.  Please contact me if you have additional information or questions.

    Thank you for your consideration in this matter.

_R+C prob._
_w/ substance abuse tx_

Sincerely,

_S. Hett Barnes_
Assistant District Attorney