**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

**KENNETH EUGENE BARRETT,**          )
                                     )
                            *Movant,*          )
                                     )
**v.**                               )
                                     )
**UNITED STATES OF AMERICA,**          )
                                     )
                        *Respondent.*  )

---

**EXHIBIT 3g**

---

## SUBPOENA - - - Criminal Action

STATE OF OKLAHOMA, } SS:          IN DISTRICT COURT          CASE No.  CRM-_____
Sequoyah County,                                                        CRF - 97-86

In the Name of the State of Oklahoma

To  FRANK LLoyd
    Dist. Atty's office
    Sequoyah County Courthouse, Sallesow, OK _____, GREETING:

YOU ARE COMMANDED to appear before the District Court of the County of Sequoyah, at the Court House in Sallisaw, State of Oklahoma, on the ___27th___ day of ___August___, 1997 at the hour of ___1:00___ o'clock in the ___After___ noon of said day, and remain in attendance on call of said court from day to day and term to term until lawfully discharged, as a witness in a criminal action prosecuted by the State of Oklahoma, against ___Kenneth Barrett___ on behalf of the ___Defendant___

Dated at Sallisaw, in said Sequoyah County, the ___25th___ day of ___August___, 1997

Hereof fail not, under penalty of law.

Bernell Edwards, Court Clerk

By ___Patty Lasiter___

                                          Deputy