**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

**EXHIBIT 3h**

IN THE DISTRICT COURT WITHIN AND FOR SEQUOYAH COUNTY,
STATE OF OKLAHOMA

CRIMINAL JURY DOCKET
CIVIL JURY DOCKET
COMMENCING MONDAY JANUARY 25, 1999
9:00 A.M.

| | |
|---|---|
| HONORABLE JOHN C. GARRETT<br>District Judge | HONORABLE JAMES EDMONDSON<br>District Judge |
| HONORABLE MIKE NORMAN<br>District Judge | HONORABLE BRUCE SEWELL<br>District Judge |
| HONORABLE A.J. HENSHAW, JR.,<br>Associate District Judge | HONORABLE DENNIS SPROUSE<br>Special District Judge |

MONDAY, JANUARY 25, 1999    cont – 8th

| CF-98-134 | State of Oklahoma<br>vs.<br>Ruben Guitterrez | District Attorney<br>(Dowty)<br>Lowell Burgess, Jr. |
|---|---|---|
| JUDGE GARRETT | | |

| D-94-370 | Robert A. Smith<br>vs.<br>Jeanne Ann Smith | C. Woods |
|---|---|---|
| JUDGE SPROUSE | | Jeanne Ann Smith<br>103 Windham<br>Apt 5, B 1<br>Poteau, OK 74953 |

TUESDAY, JANUARY 26, 1999

| CF-94-277 | State of Oklahoma<br>vs<br>Wayne Hill | District Attorney<br>Donn Baker |
|---|---|---|
| JUDGE GARRETT | | |

| CF-95-346 | State of Oklahoma | District Attorney |
|---|---|---|
| JUDGE HENSHAW | vs Daniel Wolbert | Frank Sullivan |

## WEDNESDAY, JANUARY 27, 1999

| CS-96-80 | Barbara D. Lewis | Barney Long |
|---|---|---|
| JUDGE GARRETT | vs Thomas K. Frizzell and Daisy J. Frizzell | John T. Cripps |

| CF-97-86 | State of Oklahoma v Kenneth Barrett | District Attorney (Cowan) Kenneth Eugene Barrett Rt. # 2 Box 93-6 Vian, OK. 74962 |
|---|---|---|
| JUDGE HENSHAW | | |

| CF-98-373 | State of Oklahoma | District Attorney |
|---|---|---|
| JUDGE GARRETT | vs Harvey Joe Robison | Gerald Hunter |

## THURSDAY, JANUARY 28, 1999

| CJ-94-29 | Michael Bowman, et al., | Harry Scoufos Tom Condit |
|---|---|---|
| JUDGE GARRETT | vs Sequoyah Fuels Corp | Michael Masterson James E. Frasier Jon Brightmire Steven R. Hickman |

| CF-96-350 | State of Oklahoma | District Attorney (Cowan) |
|---|---|---|
| JUDGE HENSHAW | vs Jackie Wayne Nelson | OIDS OKC Albert L. Wheeler, III |