**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,    )
                                     )
               *Movant,*    )
                                     )
v.                                        )
                                     )
UNITED STATES OF AMERICA,    )
                                     )
           *Respondent.*  )

---

**EXHIBIT 3j**

---

ISSUED
1-28-99

# BENCH WARRANT ON INDICTMENT OR INFORMATION

STATE OF OKLAHOMA,)
SEQUOYAH COUNTY,  )

IN THE DISTRICT COURT

THE STATE OF OKLAHOMA )
VS. )
Kenneth Eugene Barrett )

CASE NO: CF-97-86

DOB: 6/29/61 SS# 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

## THE STATE OF OKLAHOMA
To any Sheriff, Constable, Marshal or Policeman of the State of Oklahoma-Greeting:

Whereas an Information having been filed on the _____ day of _____ 19_____, in the District Court of Sequoyah County, State of Oklahoma, charging Kenneth Eugene Barrett with the crime of Unlaw. del. of CD and failure to appear for jury trial

YOU ARE THEREFORE COMMANDED FORTHWITH TO ARREST THE ABOVE NAMED: Kenneth Eugene Barrett and bring him before* A.J. Henshaw or if the said Court have adjourned for the term that you deliver him into the custody of the Sheriff of Sequoyah County, Oklahoma.

Given under my hand and the seal of said Court affixed. this 28th day of Jan 19 99. By order of the Court.

BERNELL EDWARDS, COURT CLERK

by: Amanda Woody
**Deputy Court Clerk**

## SHERIFF'S RETURN

Received the Writ on the _____ day of _____ 19___, at _____ o'clock _____ M., and executed on the _____ day of _____ 19___, at _____ o'clock

by: _____

DATED THIS _____ DAY OF _____ 19___.

_____
SHERIFF OF SEQUOYAH COUNTY, OK.

_____
DEPUTY

*see sec. 5384, Wilson's Statutes

168

169

KEB203166