**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,            )
                                   )
                    *Movant,*       )
                                   )
v.                                 )
                                   )
UNITED STATES OF AMERICA,           )
                                   )
                    *Respondent.*   )

**EXHIBIT 11**

# OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE 1 of 1

TITLE OF
REPORT  INTERVIEW OF KEVIN OTTWELL

KEVIN OTTWELL, WM, Agent, Oklahoma Bureau of Narcotics (OBN), Tulsa, Oklahoma, 918/446-1616, provided the following information:

OTTWELL did not have any brothers but he did have a brother-in-law, DEWAYNE BURGESS, who worked at Farmers Furniture in Sallisaw, Oklahoma. BURGESS had told OTTWELL something about KENNETH BARRETT saying that OTTWELL had lied about buying drugs off BARRETT. BURGESS had never told OTTWELL anything about BARRETT threatening to kill OTTWELL or anyone else.

INVESTIGATION ON 11/01/99               AT VIA TELEPHONE               BY DENNIS FRANCHINI _____ FILE CR 99-746

OFFENSE HOMICIDE                              VICTIM DAVID EALES               CASE AGENT BEN ROSSER

OFFICE NERO _____ DATE REPORTED 11/03/99 _____ DATE TYPED 11/17/99 _____ TYPIST kc _____ APPROVED ___ IND 058

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be di outside your agency.

KEB002493