**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**


**KENNETH EUGENE BARRETT,**              )
                                         )
                            *Movant,*    )
                                         )
**v.**                                   )
                                         )
**UNITED STATES OF AMERICA,**            )
                                         )
                        *Respondent.*    )


**EXHIBIT 15**

# SUPPLEMENTAL DECLARATION OF RICHARD GRAY

I, Richard Gray, a person over eighteen (18) years of age and competent to testify, declare as follows:

1. I am an attorney in private practice in Wagoner, Oklahoma.

2. I have executed a sworn statement regarding information known to me in relation to the District 27 Drug Task Force and Drug Task Force Agent Clint Johnson, and the prosecution of Kenneth E. Barrett for the death of David "Rocky" Eales. This declaration is supplemental to the original declaration.

3. Six Oklahoma Highway Patrol (OHP) troopers came to my office when I was District Attorney to request that Darrell Dowty be appointed special prosecutor, one of whom was a helicopter pilot who flew Mrs. Eales to the state trials, and was either second or third in the OHP chain of command. Since Mr. Dowty had retired, my office could not afford the expense of hiring him as a special prosecutor. I reached an agreement to split District 27 forfeiture proceedings on a 50/50 basis with OHP, who prior to that agreement took 100 percent. That deal was effected with newly appointed

**DECLARATION OF RICHARD GRAY**

1

1



DPS Director Gary Ward. There is no written documentation of this agreement.

4. I attended portions of the second state trial, including the day when the verdict came down. I recall that trooper Danny Oliver, who was the DEA Drug Task Force Liaison, was very angry, and said for all to hear in the courtroom that this was not the end of it, that he would see about the feds prosecuting Barrett. It was apparent to me that this was not a new idea, but was Backup Plan A should law enforcement not be satisfied with the state verdict.

5. As indicated in my initial declaration, Michael Littlefield and Clint Johnson were very close. I was told that the onset of this relationship was in or around 1995 when Mr. Johnson found Littlefield drunk in his car by the side of the road and gave him a ride home without reporting it.

6. I once found Clint Johnson and a friend in the evidence room looking for a sniper rifle to hunt with. When I objected, I was advised that they did it every year. I did not permit them or anyone to use evidence for their personal use.

**DECLARATION OF RICHARD GRAY**

2

7. When assistant district attorney Janet Bickle was under suspicion for stealing drugs during a search in which Clint Johnson was also involved, I contacted the OSBI about their process of lie detector tests and the individual told me that they were not reliable for drug officers because they were used to lying and therefore the test would result in a number of false positives. About six months later, the Tahlequah Police Department (TPD) performed a drug raid and drugs were missing from the scene and the Police Chief, Steve Farmer, contacted the OSBI and they later performed lie detector tests on all the officers, which led me to believe the information I received about the lie detector tests not being reliable was not genuine.

8. I believe Mr. Littlefield relied on Agent Johnson to make many of his cases. In December of 2004, AUSA Littlefield asked if he could borrow Johnson's services for a week. I granted the request. In the spring of 2005, Littlefield again asked me if he could borrow Clint Johnson's services, this time for a month, shortly before Barrett's federal trial started. Again I agreed to permit Agent Johnson to assist Mr. Littlefield. To the best of my knowledge Mr.

**DECLARATION OF RICHARD GRAY**

3

3

Johnson attended many of the federal pretrial motions and the trial of Mr. Barrett. I recall during pretrial motions Mr. Johnson stating that then defense attorney John Echols was not getting away with the things he got away with in state court.

9.  I have read the entire OSBI investigative report related to former Sallisaw Police Chief Gary Philpot including that he took money off "drug girls." Two of my assistants, Jeff Sheridan and Kyle Waters, recommended that we not prosecute and I went along with their recommendations, though I believed there was probable cause that Gary Philpot had committed a crime.

10. Jeff Sheridan, who recently died, fired Johnson.  Jim Jones and Courtney Bates, Drug Task Investigators,  retrieved the county car and inventoried its contents. Jeff Sheridan was present also.  Items of evidence from various cases were in Johnson's vehicle.

11. I have requested that my original declaration and this supplemental declaration be filed under seal if at all possible because I am fearful of retaliation.

**DECLARATION OF RICHARD GRAY**

4

Mindful of the penalties of perjury, I declare the foregoing supplemental declaration is true and correct. Executed on this 20th day of November, 2015 in Wagoner, Wagoner County, Oklahoma.

_____
Richard Gray

**DECLARATION OF RICHARD GRAY**

5