**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

---

**EXHIBIT 17**

---

# DECLARATION OF LEONARD POST

I, Leonard Post, a person over eighteen (18) and competent to testify, mindful of the penalties of perjury, declare as follows:

1. I am a licensed investigator retained by the Federal Defenders Office of the Eastern District of California to assist in a postconviction investigation on behalf of Kenneth Eugene Barrett, a person convicted of capital murder in the Eastern District of Oklahoma and currently under sentences of death and life without possibility of parole.

2. On or about May 2, 2015, I interviewed Earl Beaver, an agent with the Oklahoma Bureau of Narcotics ["OBN"] in Tulsa, OK.

3. The following is a true and correct accounting of Earl Beaver's statements to me.

      a. Earl Beaver is an agent with the OBN and has been an agent with OBN since 1983 when he began his career in law enforcement.

      b. In the late 1990s or in early 2000, Michael Reese then of the Cherokee County Sheriff's office and Clint Johnson of the District 27 Drug Task Force were temporarily tasked to OBN. As part of their

duties, they – Beaver, Reese and Johnson – went on marijuana missions, including flyovers looking for outdoor marijuana growers.

c. On one occasion during this time period, they were on a mission in a helicopter when Clint Johnson reported that he thought he knew where there were some plants growing. OBN did a flyover and there was a patch of marijuana growing behind the house described by Johnson on Coffee Hollow Road in Tahlequah, Oklahoma.

d. In the course of his regular duties as an agent for OBN, Agent Beaver was told that when the house was raided, a triple beam balance scale, commonly used by drug dealers to weigh drugs to prepare them for sale, was found, and that OBN suspected those scales came from the District 27 District Attorney's Office, the office for which Mr. Johnson worked. Agent Beaver later learned that Mr. Johnson had previously and fairly recently lived with his wife on those same premises and that relatives of Johnson's lived in that house at the time of the raid.

e. Though Agent Beaver was not privy to the conversation OBN had with Mr. Johnson, he knows that such a conversation took place when the OBN attempted to investigate the source of that scale. Agent

Beaver does not know the results of that investigation and does not

know if the report of that investigation still exists

4. I have no reason to believe that Agent Beaver, if called to testify, would

not testify as set forth above.

I declare under penalty of perjury that this three-page declaration is true and

correct.

Executed by me this 24th day of June, 2015 in New York County, New York.

Leonard Post

NYS Investigator's License #110001455413

3