**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,            )
                                   )
                    *Movant,*      )
                                   )
v.                                 )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                    *Respondent.*  )

**EXHIBIT 21**

**Declaration of Charles Sanders**

I, Charles Sanders, a person over eighteen (18) and competent to testify, declare as follows:

1. I am Charles "Monk" Sanders, and live in Oolagah, Oklahoma. I no longer use methamphetamine or any illegal drug. When Leonard Post, an investigator for Kenny Barrett's lawyer, attempted to interview me several years ago, I refused to talk to him except to tell him to leave.

2. In 2005, I was called to testify by the United States Assistant Attorney Michael Littlefield against Kenneth Eugene "Ken" Barrett at his capital murder trial for the death of an Oklahoma Highway Patrol Trooper, David "Rocky" Eales who was killed when they raided Ken's house.

3. I had not been out to Ken's place for two to three weeks before the raid in September of 1999. I never told anyone in or out of law enforcement that I had been out there after that.

4. I lied about Kenny Barrett when I testified in the federal trial because of threats made against me and my family by U.S. Attorney Mike Littlefield and because of promises he made. Also, Clint Johnson promised me that a forgery charge against me would go away.

1 of 4

5. It wasn't like Ken wasn't into drugs or meth because he was, or had been, but I had no personal knowledge of anything Ken was doing in the two to three weeks before the raid on his house.

6. Now that Michael Littlefield is no longer a federal prosecutor, I feel like I can tell the truth.

7. On the day I was to be released from Stringtown, (the Mack Alford Correctional Center), because I had finished doing my time, I was told that a federal hold had been put on me and they moved me to the Tulsa County Jail. Mr. Littlefield came to the jail and told me he wanted me to testify against Kenneth Barrett and I told him that I wouldn't. Clint Johnson was with him. Mr. Littlefield got very angry.

8. A few days later, Mr. Littlefield came back alone and brought me into an office and asked me to testify. When I again told him no, he got so angry he raked all the papers off the desk.

9. He must have come back about six times. On one of those occasions, he said that if I didn't testify he was going to file a career criminal case against me and said that I would get 150 years and never see daylight again.

10. About four days later he came back and repeated that threat and told me that if I refused to testify he would subpoena me but that if I

would willingly testify that he would give me $30,000.00 and move my family and change my name and buy us a house. I told him that my father's name was Sanders and that I am proud of my name and would never change it. Except for that first time. Mr. Littlefield always came alone.

11. One of the occasions he came he told me that if I didn't testify that my mother would be sorry, which I took as a threat against my mother. I was scared for her and for me. He told me that if I testified he would give me the $30,000 and make all my cases go away and I agreed.

12. In the middle of my testimony, Mr. Littlefield asked to stop the trial, to take a break, a recess I think they call it.

13. Mr. Sperling and Mr. Littlefield came to my holding cell and Mr. Littlefield said I can't be testifying the way I was, which was telling the truth, although I don't recall exactly what I was testifying about at that time. He said that instead I should be saying "I don't recall." Mr. Sperling spoke up and said to Mr. Littlefield that I needed to be truthful, but Mr. Littlefield said to me "no," that we had a deal, and that I needed to say that I didn't recall, which is what I said on the

witness stand when the trial resumed. They had me lying on the witness stand.

14. I am not a bad person and I am sorry I lied about Ken.  I didn't feel like I had a choice.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 11 day of May 2015 in Rogers County, Oklahoma.

Monk Sanders