**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

**EXHIBIT 22**

# U.S. District Court
## Eastern District of Oklahoma (Muskogee)
## CRIMINAL DOCKET FOR CASE #: 6:00-mj-00019-JHP-3

Case title: USA v. Gann, et al                    Date Filed: 03/03/2000

Assigned to: Magistrate Judge James
H. Payne

**Defendant (3)**

**Karen Jean Real**                    represented by    **Michael A. Abel**
*TERMINATED: 03/15/2000*                                District Attorney - Sayre
                                                        P.O. Box 507
                                                        Sayre, OK 73662
                                                        580-928-5555
                                                        Fax: 580-928-3021
                                                        Email:
                                                        michaelallenabel@yahoo.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

                                                        **W. A. Herbert**
                                                        P.O. Box 39
                                                        Salina, OK 74365
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

**Pending Counts**                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                                    **Disposition**

Count 1: 21:846: Drug Conspriacy.
Count 2: 21:841(a)(1) and 18:2:
Manufacture of methamphetamine, a
Schedule II Controlled Substance.

---

**Plaintiff**

United States of America                represented by    **D. Michael Littlefield**
                                                          Littlefield Law Firm
                                                          224 N 4th St
                                                          Muskogee, OK 74401
                                                          918-682-1247
                                                          Fax: 918-682-1248
                                                          Email: dmlittlef@gmail.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2000 | 1 | COMPLAINT against Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real (pyb, Deputy Clerk) (Entered: 03/03/2000) |
| 03/03/2000 | | ARREST Warrant issued for Karen Jean Real by Magistrate Judge James H. Payne (pyb, Deputy Clerk) (Entered: 03/03/2000) |
| 03/03/2000 | 4 | ARREST Warrant returned executed as to Karen Jean Real on 3/2/00 (pyb, Deputy Clerk) (Entered: 03/03/2000) |
| 03/03/2000 | | INITIAL APPEARANCE MINUTES as to ALL defendants: Government present by Assistant U.S. Attorney D. Michael Littlefield. Defendants THOMAS DOSS GANN, RALPH DOUGLAS GANN AND KAREN JEAN REAL all present in person and by Michael Abel, Assistant Federal Public Defender, who appears on behalf of all defendants for initial appearance only, and will continue to represent defendant Karen Jean Real. (before Magistrate Judge James H. Payne Court Reporter: Taped proceeding. Court Room Deputy: PB) All defendants acknowledge being advised of charges in criminal complaint, but that the complaint has not been provided to them yet. Court advises that he has approved court appointed counsel for defendants Thomas Doss Gann and defendant Karen Jean Real, but that it has not received a financial affidavit for defendant Ralph Douglas Gann. Assistant Fed.Public Defender Mike Abel advises the court that he has talked to Donn Baker and Mr. Baker advises that he has represented the defendants in State Court proceedings and would be willing to take an appointment to represent one of them in this proceeding. Mr. Abel advises that Mr. Baker will represent defendant |

| | | |
|---|---|---|
| | | Thomas Doss Gann, and that he will represent defendant Karen Jean Real. Another panel attorney will be appointed to represent defendant Ralph Douglas Gann. Defendants all advised of their constitutional rights, charges and maximum possible penalties. Oral motion of government for detention for all three defendants, and request for 3-day continuance. ENTERING ORDER setting detention hearing for 3/6/00 at 2:00 p.m. for Thomas Doss Gann, Ralph Douglas Gann, and Karen Jean Real . The Court is aware that government counsel may be in the process of selecting juries on 3/6/00 and therefore, the detention hearings will begin as soon after 2:00 p.m. as the Assistant U.S.Attorney is available. The Court will also hear evidence as to preliminary hearing if all counsel for defendants can be ready. If not, the court will set a date for preliminary hearing at the detention hearing on 3/6/00. All defendants to remain in custody until said detention hearing. (JHP) (pyb, Deputy Clerk) Modified on 03/03/2000 (Entered: 03/03/2000) |
| 03/06/2000 | 5 | ORDER by Magistrate Judge James H. Payne appointing Federal Public Defender to represent defendant KAREN JEAN REAL. (cc: all counsel) (pyb, Deputy Clerk) (Entered: 03/06/2000) |
| 03/06/2000 | 6 | ORDER by Magistrate Judge James H. Payne directing Federal Public Defender to provide name of a private attorney to represent defendant THOMAS DOSS GANN. (cc: all counsel) (pyb, Deputy Clerk) (Entered: 03/06/2000) |
| 03/06/2000 | | CJA Form 20 (Appointment of Counsel - Jim McClure) on behalf of defendant Thomas Gann. (JHP 3/6/00) (smg, Deputy Clerk) (Entered: 03/21/2000) |
| 03/07/2000 | | DETENTION HEARING MINUTES AS TO ALL DEFENDANTS: Government present by Assistant U.S.Attorney D. Michael Littlefield. Defendant THOMAS DOSS GANN present in person and by appointed counsel James McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel Lance Hopkins. Defendant KAREN JEAN REAL present in person and by William Herbert, trainee panel attorney, and Michael A. Abel, Assistant Federal Public Defender. (before Magistrate Judge James H. Payne Court Reporter: DA Court Room Deputy: PB) All defendants advise the court they are not prepared for preliminary hearing, but are prepared for the detention hearing. All parties announce ready for the detention hearing. Government's evidence. Government rests. Defendants Thomas Doss Gann and Ralph Douglas Gann offer no evidence and rest. Defendant Karen Jean Real's evidence. Defendant Real rests. Government offers no rebuttal. All parties rest. Arguments of counsel. ENTERING ORDER: The court defers ruling on detention issues as to all defendants until the Preliminary Hearing has been held. Parties will be allowed to further brief, or argue as to issue of danger to the community if desired. PRELIMINARY HEARING set for 10:00 a.m. on 3/9/00 for Thomas Doss Gann, for Ralph Douglas Gann, for Karen Jean Real, and defendants are ordered detained pending |

|  |  |  |
|---|---|---|
|  |  | hearing on 3/9/00. (JHP) (pyb, Deputy Clerk) (Entered: 03/07/2000) |
| 03/09/2000 | 7 | ORDER by Magistrate Judge James H. Payne directing Federal Public Defender to appoint counsel to represent defendant RALPH DOUGLAS GANN. (cc: all counsel) (pyb, Deputy Clerk) (Entered: 03/09/2000) |
| 03/09/2000 |  | PRELIMINARY HEARING MINUTES AS TO ALL DEFENDANTS: Government present by Assistant U.S.Attorney D. Michael Littlefield. Defendant THOMAS DOSS GANN present in person and by appointed counsel James McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel J. Lance Hopkins. Defendant KAREN JEAN REAL present in person and by Michael Abel, Assistant Federal Public Defender and appointed counsel William Herbert. (before Magistrate Judge James H. Payne Court Reporter: DA Court Room Deputy: PB) Parties announce ready. Government requests the court to consider the evidence presented at the detention hearings held 3/7/00. All defendants object. Denied by court. Government's evidence. Government rests. Arguments of counsel. ENTERING ORDER: Based on the evidence presented this date, the Court finds that there is probable cause to believe that all three defendants have committed the offenses charged in the Criminal Complaint and are ordered held for further action of the U.S.District Court. (JHP) ENTERING ORDER: The Court being advised by the Government that the bonds of all three defendants in one of the State Court criminal cases are being revoked, the Court must detain defendants; however, the Court advises counsel that it finds that from the evidence presented at the Detention Hearing on 3/7/00, the defendants have not met their burden of proof nor overcome the presumption and therefore defendants should be detained whether or not the state court matters are resolved. (JHP) (pyb, Deputy Clerk) (Entered: 03/09/2000) |
| 03/09/2000 |  | CJA Form 20 (Appointment of Counsel - J. Lance Hopkins) on behalf of defendant Ralph Gann. (JHP 3/9/00) (smg, Deputy Clerk) (Entered: 03/21/2000) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/20/2013 11:58:37 | | | |
| **PACER Login:** | us2886 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:00-mj-00019-JHP |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

CLOSED,APPEAL

# U.S. District Court
## Eastern District of Oklahoma (Muskogee)
## CRIMINAL DOCKET FOR CASE #: 6:00-cr-00021-FHS-3

Case title: USA v. Gann, et al                    Date Filed: 03/15/2000
Magistrate judge case number: 6:00-mj-00019       Date Terminated: 05/11/2006

Assigned to: Judge Frank H. Seay

**Defendant (3)**

**Karen Jean Real**                 represented by  **Karen Jean Real**
*TERMINATED: 05/11/2006*                            FMC CARSWELL
                                                    Federal Medical Center
                                                    P.O. Box 27137
                                                    Fort Worth, TX 76127
                                                    PRO SE

                                                    **Michael A. Abel**
                                                    District Attorney - Sayre
                                                    P.O. Box 507
                                                    Sayre, OK 73662
                                                    580-928-5555
                                                    Fax: 580-928-3021
                                                    Email:
                                                    michaelallenabel@yahoo.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Public Defender or*
                                                    *Community Defender Appointment*

                                                    **W. A. Herbert**
                                                    P.O. Box 39
                                                    Salina, OK 74365
                                                    *TERMINATED: 07/12/2000*
                                                    *LEAD ATTORNEY*
                                                    *Designation: CJA Appointment*

**Pending Counts**                              **Disposition**

                                                Imprisonment for a term of 108
                                                months. Supervised release for a
21:846: Conspiracy to manufacture,              term of 60 months. Special
possess with intent to distribute and           assessment in the amount of

distribute methamphetamine.
(1s)

21:856(a)(1) and 18:2: Maintaining a place for the purpose of manufacturing, distributing and using methamphetamine.
(3s)

18:924(c) and 2: Possession of firearm during and in relation to a drug trafficking offense.
(5s)

$100.00. (5/11/06) Pursuant to Order entered 4/25/06, defendant Karen Real, released as to time served

Imprisonment for a term of 60 months. Supervised release for a term of 60 months. Special assessment in the amount of $100.00. (5/11/06) Pursuant to Order entered 4/26/06, defendant, Karen Real, released as to time served

Imprisonment for a term of 60 months. Term of imprisonment is to run consecutively with counts 1 and 3. Supervised release for a term of 36 months. Special assessment in the amount of $100.00. (5/11/06) Pursuant to Order entered 4/25/06, defendant, Karen Real, released as to time served

### Highest Offense Level (Opening)

Felony

### Terminated Counts

### Disposition

21:846: Conspiracy to manufacture, possess with intent to distribute and distribute methamphetamine.
(1)

Dismissed on Government Motion

21:846 and 18:2: Attempt to manufacture methamphetamine.
(2)

Dismissed on Government Motion

21:856(a)(1) & 18:2: Maintaining a place for the purpose of manufacturing, distributing and using methamphetamine.
(3)

Dismissed on Government Motion

18:922(n) and 2: Possession of firearm while under indictment.
(6s)

Dismissed on oral motion for judgment of aquittal.

18:922(n) and 2: Possession of firearm while under indictment.
(7s)

Dismissed on oral motion for judgment of aquittal.

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                              **Disposition**

None

---

**Plaintiff**

**United States of America**        represented by   **D. Michael Littlefield**
                                                      Littlefield Law Firm
                                                      224 N 4th St
                                                      Muskogee, OK 74401
                                                      918-682-1247
                                                      Fax: 918-682-1248
                                                      Email: dmlittlef@gmail.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jeffrey A. Gallant**
                                                      US Attorney (OKED)
                                                      1200 W Okmulgee
                                                      Muskogee, OK 74401
                                                      918-684-5100
                                                      Fax: 918-684-5150
                                                      Email: Jeff.Gallant@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert A. Wallace**
                                                      US Attorney (OKED)
                                                      1200 W Okmulgee
                                                      Muskogee, OK 74401
                                                      918-684-5100
                                                      Fax: 918-684-5150
                                                      Email: rob.a.wallace@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sheldon J. Sperling**
                                                      US Attorney (OKED)
                                                      1200 W Okmulgee
                                                      Muskogee, OK 74401
                                                      918-684-5100
                                                      Fax: 918-684-5150

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2000 | 1 | APPLICATION AND AFFIDAVIT for search warrant by USA as to SEALED DEFENDANT: [ 6:00-m -17 ] (pyb, Deputy Clerk) (Entered: 03/09/2000) |
| 03/01/2000 | | SEARCH warrant issued by Magistrate Judge James H. Payne [ 6:00-m -17 ] (pyb, Deputy Clerk) (Entered: 03/09/2000) |
| 03/03/2000 | 1 | COMPLAINT against Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real [ 6:00-m -19 ] (pyb, Deputy Clerk) (Entered: 03/03/2000) |
| 03/03/2000 | | ARREST Warrant issued for Karen Jean Real by Magistrate Judge James H. Payne [ 6:00-m -19 ] (pyb, Deputy Clerk) (Entered: 03/03/2000) |
| 03/03/2000 | 4 | ARREST Warrant returned executed as to Karen Jean Real on 3/2/00 [ 6:00-m -19 ] (pyb, Deputy Clerk) (Entered: 03/03/2000) |
| 03/03/2000 | | INITIAL APPEARANCE MINUTES as to ALL defendants: Government present by Assistant U.S. Attorney D. Michael Littlefield. Defendants THOMAS DOSS GANN, RALPH DOUGLAS GANN AND KAREN JEAN REAL all present in person and by Michael Abel, Assistant Federal Public Defender, who appears on behalf of all defendants for initial appearance only, and will continue to represent defendant Karen Jean Real. (before Magistrate Judge James H. Payne Court Reporter: Taped proceeding. Court Room Deputy: PB) All defendants acknowledge being advised of charges in criminal complaint, but that the complaint has not been provided to them yet. Court advises that he has approved court appointed counsel for defendants Thomas Doss Gann and defendant Karen Jean Real, but that it has not received a financial affidavit for defendant Ralph Douglas Gann. Assistant Fed.Public Defender Mike Abel advises the court that he has talked to Donn Baker and Mr. Baker advises that he has represented the defendants in State Court proceedings and would be willing to take an appointment to represent one of them in this proceeding. Mr. Abel advises that Mr. Baker will represent defendant Thomas Doss Gann, and that he will represent defendant Karen Jean Real. Another panel attorney will be appointed to represent defendant Ralph Douglas Gann. Defendants all advised of their constitutional rights, charges and maximum possible penalties. Oral motion of government for detention for all three defendants, and request for 3-day continuance. ENTERING ORDER setting detention hearing for 3/6/00 at 2:00 p.m. for Thomas Doss Gann, Ralph Douglas Gann, and Karen Jean Real . The Court is aware that government counsel may be |

| | | |
|---|---|---|
| | | in the process of selecting juries on 3/6/00 and therefore, the detention hearings will begin as soon after 2:00 p.m. as the Assistant U.S.Attorney is available. The Court will also hear evidence as to preliminary hearing if all counsel for defendants can be ready. If not, the court will set a date for preliminary hearing at the detention hearing on 3/6/00. All defendants to remain in custody until said detention hearing. (JHP) [ 6:00-m -19 ] (pyb, Deputy Clerk) Modified on 03/03/2000 (Entered: 03/03/2000) |
| 03/06/2000 | 5 | ORDER by Magistrate Judge James H. Payne appointing Federal Public Defender to represent defendant KAREN JEAN REAL. (cc: all counsel) [ 6:00-m -19 ] (pyb, Deputy Clerk) (Entered: 03/06/2000) |
| 03/06/2000 | 6 | ORDER by Magistrate Judge James H. Payne directing Federal Public Defender to provide name of a private attorney to represent defendant THOMAS DOSS GANN. (cc: all counsel) [ 6:00-m -19 ] (pyb, Deputy Clerk) (Entered: 03/06/2000) |
| 03/07/2000 | | DETENTION HEARING MINUTES AS TO ALL DEFENDANTS: Government present by Assistant U.S.Attorney D. Michael Littlefield. Defendant THOMAS DOSS GANN present in person and by appointed counsel James McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel Lance Hopkins. Defendant KAREN JEAN REAL present in person and by William Herbert, trainee panel attorney, and Michael A. Abel, Assistant Federal Public Defender. (before Magistrate Judge James H. Payne Court Reporter: DA Court Room Deputy: PB) All defendants advise the court they are not prepared for preliminary hearing, but are prepared for the detention hearing. All parties announce ready for the detention hearing. Government's evidence. Government rests. Defendants Thomas Doss Gann and Ralph Douglas Gann offer no evidence and rest. Defendant Karen Jean Real's evidence. Defendant Real rests. Government offers no rebuttal. All parties rest. Arguments of counsel. ENTERING ORDER: The court defers ruling on detention issues as to all defendants until the Preliminary Hearing has been held. Parties will be allowed to further brief, or argue as to issue of danger to the community if desired. PRELIMINARY HEARING set for 10:00 a.m. on 3/9/00 for Thomas Doss Gann, for Ralph Douglas Gann, for Karen Jean Real, and defendants are ordered detained pending hearing on 3/9/00. (JHP) [ 6:00-m -19 ] (pyb, Deputy Clerk) (Entered: 03/07/2000) |
| 03/07/2000 | 2 | SEARCH warrant returned executed on 3/1/00 with listing of items taken attached thereto. [ 6:00-m -17 ] (pyb, Deputy Clerk) (Entered: 03/09/2000) |
| 03/09/2000 | 7 | ORDER by Magistrate Judge James H. Payne directing Federal Public Defender to appoint counsel to represent defendant RALPH DOUGLAS GANN. (cc: all counsel) [ 6:00-m -19 ] (pyb, Deputy |

| | | |
|---|---|---|
| | | Clerk) (Entered: 03/09/2000) |
| 03/09/2000 | | PRELIMINARY HEARING MINUTES AS TO ALL DEFENDANTS: Government present by Assistant U.S.Attorney D. Michael Littlefield. Defendant THOMAS DOSS GANN present in person and by appointed counsel James McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel J. Lance Hopkins. Defendant KAREN JEAN REAL present in person and by Michael Abel, Assistant Federal Public Defender and appointed counsel William Herbert. (before Magistrate Judge James H. Payne Court Reporter: DA Court Room Deputy: PB) Parties announce ready. Government requests the court to consider the evidence presented at the detention hearings held 3/7/00. All defendants object. Denied by court. Government's evidence. Government rests. Arguments of counsel. ENTERING ORDER: Based on the evidence presented this date, the Court finds that there is probable cause to believe that all three defendants have committed the offenses charged in the Criminal Complaint and are ordered held for further action of the U.S.District Court. (JHP) ENTERING ORDER: The Court being advised by the Government that the bonds of all three defendants in one of the State Court criminal cases are being revoked, the Court must detain defendants; however, the Court advises counsel that it finds that from the evidence presented at the Detention Hearing on 3/7/00, the defendants have not met their burden of proof nor overcome the presumption and therefore defendants should be detained whether or not the state court matters are resolved. (JHP) [ 6:00-m -19 ] (pyb, Deputy Clerk) (Entered: 03/09/2000) |
| 03/15/2000 | 8 | INDICTMENT by USA Counts filed against Thomas Doss Gann (1) count(s) 1, 2, 3, Ralph Douglas Gann (2) count(s) 1, 2, 3, Karen Jean Real (3) count(s) 1, 2, 3, Irene Marie Gann (4) count(s) 1, 3 (pyb, Deputy Clerk) (Entered: 03/16/2000) |
| 03/15/2000 | | ORDER by Chief Judge Michael Burrage for the issuance of Criminal Warrants for Arrest of defendants THOMAS DOSS GANN, RALPH DOUGLAS GANN, KAREN JEAN REAL, and IRENE MARIE GANN, a/k/a Irene Baker. (pyb, Deputy Clerk) (Entered: 03/16/2000) |
| 03/15/2000 | | ARREST Warrant issued for Karen Jean Real by Chief Judge Michael Burrage (pyb, Deputy Clerk) (Entered: 03/16/2000) |
| 03/15/2000 | | NOTICE: ARRAIGNMENT set for 3/22/00 at 12:00 noon, for Thomas Doss Gann, for Ralph Douglas Gann, for Karen Jean Real, for Irene Marie Gann before Magistrate Judge James H. Payne, Fourth Floor Courtroom, at the U.S. Courthouse, 5th and Okmulgee Streets, Muskogee, OK (cc: all counsel) (pyb, Deputy Clerk) (Entered: 03/16/2000) |
| 03/22/2000 | | ARRAIGNMENT AS TO ALL DEFENDANTS: Government present |

| | | |
|---|---|---|
| | | by Assistant U.S. Attorney D. Michael Littlefield. Defendant THOMAS DOSS GANN present in person and by appointed counsel James Richard (Jim) McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel J.Lance Hopkins. Defendant KAREN JEAN REAL present in person and by appointed counsel W.A. Herbert and Michael Abel, Assist.Fed.Public Defender. Defendant IRENE MARIE GANN present in person and by Michael Abel, Asst.Fed.Public Defender, who appears for arraignment only, and advises that counsel will be appointed for defendant later this afternoon. (before Magistrate Judge James H. Payne Court Reporter: DA Court Room Deputy:PB) All four defendants acknowledge receipt of copy of Indictment and waive reading of same. All four defendants advised of right to counsel, constitutional rights, charges and maximum possible penalties. Defendants THOMAS DOSS GANN, RALPH DOUGLAS GANN and KAREN JEAN REAL all are duly arraigned and enter pleas of not guilty to counts 1, 2, and 3 of the indictment. Defendant IRENE MARIE GANN is duly arraigned and enters a plea of not guilty to counts 1 & 3 of the Indictment. ENTERING ORDER: ALL Defendants will have 11 days in which to file motions, with government having 5 days thereafter to respond. (JHP) JURY TRIAL set for 5/01/2000 as to all defendants. ENTERING ORDER: The issue of bail has previously been addressed as to defendants THOMAS DOSS GANN, RALPH DOUGLAS GANN and KAREN JEAN REAL and these defendants are to remain in custody. The issue of bail as to Defendant Irene Marie Gann is moot at this time. Should the bond set in Cherokee County be cleared up, defendant granted leave to file a motion in regard to bail if it becomes appropriate. (JHP) (pyb, Deputy Clerk) (Entered: 03/22/2000) |
| 03/23/2000 | 11 | ARREST Warrant returned executed as to Karen Jean Real on 3/22/00 (cjt, Deputy Clerk) (Entered: 03/23/2000) |
| 03/24/2000 | 13 | ORDER by Magistrate Judge James H. Payne directing Federal Public Defender to furnish name of private attorney to be appointed to represent defendant IRENE MARIE GANN. (cc: all counsel) (Roger Hilfiger) (pyb, Deputy Clerk) (Entered: 03/27/2000) |
| 03/24/2000 | | CJA Form 20 (Appointment of Counsel - Roger Hilfiger) on behalf of defendant Irene Marie Gann. (MB 3/24/00) (smg, Deputy Clerk) (Entered: 04/05/2000) |
| 03/27/2000 | | NOTICE: JURY TRIAL set for 5/1/00 at 9:00 a.m. for Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real, and Irene Marie Gann before Judge Michael Burrage at the U.S. Courthouse, 5th and Okmulgee Streets, Muskogee, OK (cc: all counsel) (pyb, Deputy Clerk) (Entered: 03/27/2000) |
| 03/29/2000 | 14 | ORDER by Magistrate Judge James H. Payne appointing Federal |

| | | |
|---|---|---|
| | | Public Defender to represent defendant IRENE MARIE GANN, for purposes of INITIAL APPEARANCE/ARRAIGNMENT ONLY. (cc: all counsel) (pyb, Deputy Clerk) (Entered: 03/29/2000) |
| 04/04/2000 | 18 | MINUTE ORDER before Chief Judge Michael Burrage: Plaintiff USA shall file an expedited response to the Motion to Suppress filed by Defendant Ralph Douglas Gann on 4/3/00 (Docket Entry #15); the Motion to Suppress of Defendant Irene Marie Gann, also known as Irene Baker on 4/3/00 (Docket Entry #16); and the Motion to Extend Deadline to File Motions filed by Defendants Thomas Doss Gann and Ralph Douglas Gann on 4/3/00 (Docket Entry #17) no later than 4/6/00 at 10:00 a.m. A hearing shall be conducted on these Motions on 4/6/00 at 3:00 p.m. (MB) (cc: all counsel) (cjt, Deputy Clerk) (Entered: 04/04/2000) |
| 04/06/2000 | 20 | CONSOLIDATED RESPONSE by plaintiff USA to motions to suppress [16-1] [15-1] (nrh, Deputy Clerk) (Entered: 04/06/2000) |
| 04/06/2000 | | HEARING ON MOTIONS TO SUPPRESS before Hon. Michael Burrage. Government present by AUSA D. Michael Littlefield. Defendant THOMAS DOSS GANN present in person and by appointed counsel James R. McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel J. Lance Hopkins. Defendant KAREN JEAN REAL present in person and by appointed counsel Michael Abel and W. A. Herbert. Defendant IRENE MARIE GANN present in person and by appointed counsel Roger Hilfiger. Courtroom Deputy: nl. Court Reporter: km. Government's evidence. Rests. Defendant's evidence. Rests. Motions to Suppress DENIED, written order to follow. Motions to extend Motion Filing Deadline GRANTED. Parties will be allowed to file Motions no later than 4/11/00. (MB) (nrh, Deputy Clerk) Modified on 04/07/2000 (Entered: 04/07/2000) |
| 04/06/2000 | 22 | MINUTE ORDER before Chief Judge Michael Burrage Based upon the record made at the hearing on 4/6/00, the motions by defendant Ralph Douglas Gann to Suppress filed 4/3/00 (docket entry #15) and by defendant Irene Marie Gann to Suppress filed 4/3/00 (docket entry #16) are hereby DENIED. [16-1] (MB) (cc: all counsel) (nrh, Deputy Clerk) Modified on 04/07/2000 (pjw, Deputy Clerk). (Entered: 04/07/2000) |
| 04/06/2000 | 23 | MINUTE ORDER before Chief Judge Michael Burrage finding the Motion for Continuance filed by defendant Thomas Doss Gann on 4/5/00 (docket entry #19) is deemed MOOT. [19-1] (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 04/07/2000) |
| 04/06/2000 | 24 | MINUTE ORDER before Chief Judge Michael Burrage Motion by defendants Ralph Douglas Gann and Thomas Doss Gann to Extend Deadline to File Motions filed 4/3/00 (Docket Entry #17) is hereby |

| Date | No. | Description |
|---|---|---|
| | | GRANTED. Accordingly, the motion filing deadline is extended to 4/11/00. [17-1] (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 04/07/2000) |
| 04/12/2000 | 25 | MOTION to suppress by defendant Karen Jean Real, and brief in support. (pyb, Deputy Clerk) (Entered: 04/12/2000) |
| 04/13/2000 | | NOTICE: Hearing set for 4/18/00 at 1:00 p.m. on motion to suppress of defendant Karen Jean Real before Judge Michael Burrage at the U.S. Courthouse, 5th and Okmulgee Streets, Muskogee, OK. Plaintiff is directed to file an expedited response to said motion by noon Monday, 4/17/00. (cc: all counsel) (cjt, Deputy Clerk) (Entered: 04/13/2000) |
| 04/13/2000 | 26 | SUPERSEDING indictment by USA; counts filed against Thomas Doss Gann (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 9s, 11s, Ralph Douglas Gann (2) count(s) 1s, 3s, 7s, 8s, 9s, 10s, Karen Jean Real (3) count(s) 1s, 3s, 5s, 6s, 7s, Irene Marie Gann (4) count(s) 1s, 3s, 4s, 5s, 6s, 9s, Terry Emmett McGraw (5) count(s) 1, 2 (cjt, Deputy Clerk) (Entered: 04/14/2000) |
| 04/13/2000 | | ORDER by Magistrate Judge James H. Payne for issuance of criminal warrants for arrest of defendants THOMAS DOSS GANN, RALPH DOUGLAS GANN, KAREN JEAN REAL, IRENE MARIE GANN, aka Irene Baker and TERRY EMMETT McGRAW (cjt, Deputy Clerk) (Entered: 04/14/2000) |
| 04/13/2000 | | ARREST Warrant issued for Karen Jean Real by Magistrate Judge James H. Payne (cjt, Deputy Clerk) (Entered: 04/14/2000) |
| 04/13/2000 | | NOTICE of hearing: Arraignment set for 4/18/00 at 2:00 p.m. for Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real, Irene Marie Gann and Terry Emmett McGraw before Magistrate Judge James H. Payne at the U.S. Courthouse, Fourth Floor Courtroom, 5th and Okmulgee Streets, Muskogee, OK (cc: all counsel) (cjt, Deputy Clerk) (Entered: 04/14/2000) |
| 04/17/2000 | | NOTICE: The Hearing on Motion to Suppress filed by defendant Karen Jean Real is hereby reset from 4/18/00 at 1:00 p.m. to 4/18/00 at 3:00 p.m. before Judge Michael Burrage at the U.S. Courthouse, 5th and Okmulgee Streets, Muskogee, OK (cc: all counsel) (nrh, Deputy Clerk) (Entered: 04/17/2000) |
| 04/17/2000 | 27 | RESPONSE by plaintiff USA to defendant Karen Jean Real's Motion to Suppress [25-1] (nrh, Deputy Clerk) (Entered: 04/17/2000) |
| 04/18/2000 | | ARRAIGNMENT MINUTES as to SUPERSEDING INDICTMENT: Government present by Assistant U.S. Attorney D. Michael Littlefield. Defendant THOMAS DOSS GANN present in person and by appointed counsel James McClure. Defendant RALPH DOUGLAS |

| | | |
|---|---|---|
| | | GANN present in person and by appointed counsel J. Lance Hopkins. Defendant KAREN JEAN REAL present in person and by Michael A. Abel, Assistant Federal Public Defender and W.A. Herbert. Defendant IRENE MARIE GANN present in person and by appointed counsel Roger Hilfiger. Counsel for Government advises that defendant TERRY EMMETT McGRAW is still a fugitive. (Before U.S.Magistrate Judge James H. Payne. Court Reporter DA. Courtroom Deputy PB) Defendants Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real and Irene Marie Gann acknowledge receipt of copy of Superseding Indictment, and advise they have reviewed same with counsel and waive reading of same. Defendants advised of right to counsel, constitutional rights, charges, and possible penalties. Defendant Thomas Doss Gann is duly arraigned and enters a plea of not guilty as to counts 1,2, 3, 4,5,6,7,9 & 11 of the Superseding Indictment. Defendant Ralph Douglas Gann is duly arraigned and enters a plea of not guilty as to counts 1, 3, 7, 8, 9 & 10 of the Superseding Indictment. Defendant Karen Jean Real is duly arraigned and enters a plea of not guilty as to counts 1, 3, 5,6 & 7 of the Superseding Indictment. Defendant Irene Marie Gann is duly arraigned and enters a plea of not guilty as to counts 1, 3, 4,5,6 & 9 of the Superseding Indictment. ENTERING ORDER: Defendants will have until close of business on 4/21/00 in which to file motions, with government having until close of business on 4/26/00 to respond. (JHP) JURY TRIAL set for 5/01/2000. Issue of bail previously determined as to all four of defendants present this date and defendants will remain in custody. (JHP) (pyb, Deputy Clerk) (Entered: 04/18/2000) |
| 04/18/2000 | | HEARING ON DEFENDANT KAREN REAL'S MOTION TO SUPPRESS/STATUS HEARING before Hon. Michael Burrage. Government present by counsel D. Michael Littlefield. Defendant THOMAS DOSS GANN present in person and by appointed counsel James R. McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel J. Lance Hopkins. Defendant KAREN JEAN REAL present in person and by AFPD Michael A. Abel. Defendant IRENE MARIE GANN present in person and by appointed counsel Roger Hilfiger. Defendant TERRY EMMETT McGRAW not present. Courtroom Deputy: nl. Court Reporter: km. Government's evidence. Government rests. No evidence by defendant Karen Real. ENTERING ORDER: Taking Motion to Suppress filed by defendant Real under advisement (MB) Motion for Continuance by defendant Ralph Douglas Gann discussed. Defendant's Thomas Doss Gann and Irene Baker Gann state they have no objection to the continuance. Defendant Karen Gann does object. ENTERING ORDER: Taking Motion for Continuance under advisement. Motions deadline extended to 4/21/00 (MB) (nrh, Deputy Clerk) Modified on 04/27/2000 (Entered: 04/21/2000) |
| | | |

| 04/18/2000 | 36 | MINUTE ORDER before Chief Judge Michael Burrage: All Dispositive Motions to be Filed no later than 4/21/00. (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 04/21/2000) |
|---|---|---|
| 04/19/2000 |  | NOTICE: JURY TRIAL on Superseding indictment set for 9:00 a.m. on 5/1/00 for Thomas Doss Gann, for Ralph Douglas Gann, for Karen Jean Real, for Irene Marie Gann , before Judge Michael Burrage at the U.S. Courthouse, 5th and Okmulgee Streets, Muskogee, OK (cc: all counsel) (pyb, Deputy Clerk) (Entered: 04/19/2000) |
| 04/20/2000 | 33 | ARREST Warrant returned executed as to Karen Jean Real on 4/18/00 (cjt, Deputy Clerk) (Entered: 04/20/2000) |
| 04/21/2000 | 38 | MINUTE ORDER before Chief Judge Michael Burrage directing the Government to file an expedited response to defendant Thomas Doss Gann's Motion to Suppress filed 4/20/00 (Docket Entry #34) no later than 4/25/00 at 12:00 noon. (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 04/21/2000) |
| 04/21/2000 | 41 | PRAECIPE AND ISSUING thirty (30) blank subpoenas to appear as a witness on behalf of the USA on 5/1/00 at 9:00 a.m. at the USDC, Muskogee, OK. (smg, Deputy Clerk) Modified on 04/27/2000 (Entered: 04/24/2000) |
| 04/24/2000 | 40 | MOTION by Government to Strike Jury Trial Setting (nrh, Deputy Clerk) (Entered: 04/24/2000) |
| 04/24/2000 | 42 | MINUTE ORDER before Chief Judge Michael Burrage directing defendants to file any response or objection to government's motion to strike jury trial [40-1] by 12:00 NOON on 4/25/00. (MB) (cc: all counsel) (cjt, Deputy Clerk) (Entered: 04/24/2000) |
| 04/25/2000 | 43 | MOTION to dismiss count(s) as to Karen Jean Real (3) count(s) 6s, 7s and Brief in support by defendant Karen Jean Real (cjt, Deputy Clerk) (Entered: 04/25/2000) |
| 04/25/2000 | 44 | RESPONSE by defendant Thomas Doss Gann to government's motion to Strike Jury Trial Setting [40-1] (cjt, Deputy Clerk) (Entered: 04/25/2000) |
| 04/25/2000 | 45 | RESPONSE by defendant Karen Jean Real to government's motion to Strike Jury Trial Setting [40-1] (cjt, Deputy Clerk) (Entered: 04/25/2000) |
| 04/25/2000 |  | NOTICE of hearing: Hearing on all pending motions set for 4/26/00 at 4:00 p.m. for Thomas Doss Gann, Ralph Douglas Gann, Karen Real, and Irene Marie Gann before Judge Michael Burrage at the U.S. Courthouse, 5th and Okmulgee Streets, Muskogee, OK (cc: all counsel) (cjt, Deputy Clerk) (Entered: 04/25/2000) |
| 04/25/2000 | 47 | MINUTE ORDER before Chief Judge Michael Burrage directing |

| | | |
|---|---|---|
| | | government to file a response to defendant Karen Real's motion to dismiss counts 6 and 7 of the superseding indictment [43-1] by 12:00 Noon on 4/26/00 (MB) (cc: all counsel) (cjt, Deputy Clerk) (Entered: 04/25/2000) |
| 04/26/2000 | 48 | RESPONSE by plaintiff to defendant Real's motion to dismiss count(s) 6s, 7s [43-1] and BRIEF in support (cjt, Deputy Clerk) Modified on 04/26/2000 (Entered: 04/26/2000) |
| 04/26/2000 | | HEARING ON DEFENDANT THOMAS DOSS GANN'S MOTION TO SUPPRESS/STATUS HEARING before Hon. Michael Burrage. Government present by counsel D. Michael Littlefield. Defendant THOMAS DOSS GANN present in person and by appointed counsel James R. McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel J. Lance Hopkins. Defendant KAREN JEAN REAL present in person and by AFPD Michael A. Abel. Defendant IRENE MARIE GANN present by appointed counsel Roger Hilfiger. Defendant Irene Gann's counsel advises Court that Ms. Gann is in hospital. Court directs statement by counsel Hilfiger regarding defendant I. Gann to be filed under seal. Defendant TERRY EMMETT McGRAW not present. Courtroom Deputy: nl. Court Reporter: km. Arguments by defendant's counsel regarding Motion to Suppress filed 4/20/00 by defendant T. Gann. Government offers no further evidence or arguments and rests on arguments made in briefs. ENTERING ORDER: OVERRULING Defendant T. Gann's Motion to Suppress, subject to renewal at time of trial. Government admonished to approach bench at time of trial before this issue raised. (MB) Discussion and arguments on defendant Real's Motion to Dismiss Counts 6 & 7 of the Superceding Indictment. ENTERING ORDER: OVERRULING defendant Real's Motion to Dismiss Counts 6 and 7 (MB). Government's Motion to Continue Jury Trial discussed. Government advises Court that defendant McGraw was arrested in Huntsville, TX and hearing is set for 4/24/00 at 10:00 and would prefer to continue Jury Trial so as not to try case twice. Defendant Real and defendant T. Gann object to continuance, however, they advise they do not intend to file Motion to Sever. Defendant Real requests bond if continuance granted. ENTERING ORDER: Striking Jury Trial from 5/1/00, to be reset in June 2000. Court to advise counsel and parties of date and location of Jury Trial. Defendant Real's oral motion for bond denied at this time. Counsel to file Motion if new evidence on detention can be presented. (MB) (nrh, Deputy Clerk) Modified on 05/17/2000 (Entered: 04/27/2000) |
| 04/26/2000 | 49 | SEALED pleading (re: Defendant Marie Gann) (nrh, Deputy Clerk) (Entered: 04/27/2000) |
| 04/27/2000 | 50 | ORDER by Chief Judge Michael Burrage GRANTING defendant Ralph Douglas Gann's Ex Parte Application for Subpoenas and Expenses [39-1] (cc: all counsel) (nrh, Deputy Clerk) Modified on |

| | | |
|---|---|---|
| | | 04/27/2000 (Entered: 04/27/2000) |
| 04/27/2000 | | NOTICE Striking Jury Trial set on 5/1/00 as to defendants T.Gann, R. Gann, K. Real, and I. Gann to be reset in June 2000 (date and time to be noticed at a later date). (cc: all counsel) (nrh, Deputy Clerk) (Entered: 04/27/2000) |
| 04/27/2000 | 62 | MINUTE ORDER before Chief Judge Michael Burrage: For the reasons stated on the record at the hearing conducted 4/26/00, the Motion for Continuance filed by Ralph Douglas Gann on 4/18/00 (Docket Entry #28) is hereby GRANTED. Accordingly, the Jury Trial of this case is hereby stricken from the 5/1/00 docket to be set on a later docket by subsequent notice. [28-1] (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/17/2000) |
| 04/27/2000 | 65 | MINUTE ORDER before Chief Judge Michael Burrage: For the reasons stated on the record at the hearing conducted 4/26/00, the Motion to Strike Jury Trial Setting filed by the Government on 4/24/00 (Docket Entry #40) is hereby GRANTED. Accordingly, the Jury Trial of this case is hereby stricken from the 5/1/00 docket, to be set on a later docket by subsequent notice. [40-1] (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/17/2000) |
| 04/28/2000 | | NOTICE of hearing: Arraignment set for 5/2/00 at 2:00 p.m. for Terry Emmett McGraw before Magistrate Judge James H. Payne at the U.S. Courthouse, Fourth Floor Courtroom, 5th and Okmulgee Streets, Muskogee, OK (cc: all counsel) (cjt, Deputy Clerk) (Entered: 04/28/2000) |
| 05/02/2000 | | CJA Form 20 (Appointment of Counsel Andrew Wilcoxen, III) on behalf of defendant Terry Emmett McGraw. (MB 5/2/00) (smg, Deputy Clerk) (Entered: 05/12/2000) |
| 05/03/2000 | | NOTICE RESETTING Jury Trial for 9:00 a.m. on 6/12/00 for defendants Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real, Irene Marie Gann, and Terry Emmett McGraw before Judge Michael Burrage at the U.S. Courthouse, 3rd and Carl Albert Streets, McALESTER, OK (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/03/2000) |
| 05/11/2000 | 52 | MOTION to Continue Jury Trial Setting by defendant Karen Jean Real (nrh, Deputy Clerk) (Entered: 05/11/2000) |
| 05/11/2000 | | NOTICE: SETTING hearing on Defendant Karen Real's Motion for Continuance of Jury Trial for 9:30 a.m. on 5/16/00. before Judge Michael Burrage at the U.S. Courthouse, 5th and Okmulgee Streets, Muskogee, OK. All defendant's and counsel are directed to be present. (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/11/2000) |
| 05/12/2000 | 54 | MINUTE ORDER before Chief Judge Michael Burrage : The Motion |

| | | |
|---|---|---|
| | | to Excuse Attendance by Defendant Terry McGraw filed 5/12/00 is hereby granted, in that the defendant will be excused from attending the hearing scheduled 5/16/00 at 9:30 a.m. However, a telephonic hearing will be conducted only as to defendant McGraw, who will be allowed to appear by telephone, at 9:00 a.m. on 5/16/00. Counsel for defendant McGraw is to provide a telephone number to the Court where the defendant can be reached at that time. An executed Waiver of Speedy Trial is to be submitted to the Court prior to the hearing. [53-1] (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/12/2000) |
| 05/12/2000 | 55 | INFORMATION by plaintiff USA Pursuant to Tile 21, United States Code, Section 851 and Title 18, United States Code, Section 3559(c) Proceedings to Establish Prior Convictions (nrh, Deputy Clerk) (Entered: 05/15/2000) |
| 05/16/2000 | | TELEPHONIC HEARING on defendant Karen Real's Motion for Continuance before Honorable Michael Burrage. Government present by AUSA D. Michael Littlefield. Defendant McGRAW present by way of telephone and by appointed counsel Drew Wilcoxen. Courtroom Deputy: nl. Court Reporter: km. The Court is in receipt of a faxed Waiver of Speedy Trial signed by defendant McGraw, who acknowledges signing the waiver. Neither party have objections to the faxed Waiver being filed. Court orders faxed copy of Waiver of Speedy Trial be filed. (MB) Counsel do not object to continuance of trial. Court admonishes defendant to stay in contact with his attorney so he will be notified of new trial date if the case is continued from 6/12/00 jury trial docket. (nrh, Deputy Clerk) (Entered: 05/16/2000) |
| 05/16/2000 | | HEARING ON MOTION FOR CONTINUANCE by defendant Karen Real before Honorable Michael Burrage. Government present by AUSA D. Michael Littlefield. Defendant THOMAS DOSS GANN present by appointed counsel James R. McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel Lance Hopkins. Defendant KAREN JEAN REAL present in person and by AFPD Michael Abel. Defendant IRENE MARIE GANN present in person and by appointed counsel Roger Hilfiger. Defendant TERRY EMMETT McGRAW not present in person, but present by counsel Andrew C. Wilcoxen. Courtroom Deputy: nl. Court Reporter: km. Government has no objection to Motion for Continuance. Defendant's Thomas Gann, Ralph Gann and Irene Gann object. Subject of severance discussed by Court and counsel. ENTERING ORDER: DENYING Motion for Continuance and setting Jury Trial as to all defendant to begin 5/22/00 at 9:00 a.m. in Muskogee, OK. (MB) (nrh, Deputy Clerk) (Entered: 05/16/2000) |
| 05/16/2000 | 57 | MINUTE ORDER before Chief Judge Michael Burrage : Defendant Karen Jean Real's Motion to Continue Jury Trial Setting filed 5/11/00 (Docket Entry #52) is hereby DENIED. However, the Jury Trial |

| | | |
|---|---|---|
| | | setting is accelarated to 5/22/00 at 9:00 a.m. in Muskogee, OK. [52-1] (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/16/2000) |
| 05/16/2000 | 69 | PRAECIPE by plaintiff USA for issuance of 40 blank subpoenas to appear as a witness on behalf of the USA on 5/22/00 at 9:00 a.m. (and issuing subpoenas) (nrh, Deputy Clerk) (Entered: 05/19/2000) |
| 05/17/2000 | 59 | ORDER by Chief Judge Michael Burrage granting motion for Subpoenas and Expenses for trial on 5/22/00 at 9:00 a.m. [58-1] (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/17/2000) |
| 05/17/2000 | 61 | ORDER by Chief Judge Michael Burrage that the Motion to Suppress filed by Defendant Karen Jean Real on April 12, 2000 (Docket Entry #25) is hereby DENIED. ( [25-1] (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/17/2000) |
| 05/17/2000 | 63 | MINUTE ORDER before Chief Judge Michael Burrage: Defendant Thomas Doss Gann's Motion to Suppress filed 4/20/00 (Docket Entry #34) is hereby DENIED, subject to renewal at time of trial. Government admonished to approach bench at time of trial before this issue is raised. [34-1] (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/17/2000) |
| 05/17/2000 | 64 | MINUTE ORDER before Chief Judge Michael Burrage: For the reasons stated on the record at the hearing conducted 4/26/00 and the reasons set forth in the Government's response filed 4/26/00 (Docket Entry #48), the Motion to Dismiss Counts 6 and 7 of the Superceding Indictment filed by defendant Karen Jean Real on 4/25/00 (Docket Entry #43) is hereby DENIED. [43-1] (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/17/2000) |
| 05/18/2000 | 67 | ORDER by Chief Judge Michael Burrage GRANTING defendant Ralph Douglas Gann's Ex Parte Application for Subpoenas and Expenses [66-1] (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/18/2000) |
| 05/22/2000 | 70 | MOTION in limine by defendant Karen Jean Real with Brief in Support (nrh, Deputy Clerk) (Entered: 05/22/2000) |
| 05/22/2000 | | JURY TRIAL before Honorable Michael Burrage. Government present by AUSA D. Michael Littlefield. Defendant THOMAS DOSS GANN present by appointed counsel James R. McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel Lance Hopkins. Defendant KAREN JEAN REAL present in person and by AFPD Michael Abel. Defendant IRENE MARIE GANN present in person and by appointed counsel Roger Hilfiger. Courtroom Deputy: nl. Court Reporter: km. Parties acknowledge ready to proceed and estimate 5-7 days to try case. Motion in Limine by deft. REAL filed 5/22/00 discussed. Motion SUSTAINED (MB) Government and defendant T. GANN requests that Court read |

| | | |
|---|---|---|
| | | Stipulation to jurors. Preliminary instructions given to jurors. Court and counsel voir dire jurors. 12 jurors chosen to try case, with 2 alternates being chosen. Jurors sworn. Further instructions to jurors by Court. Opening statements by Government and by defendants' counsel. Stipulation read to jurors regarding defendant T. Gann. Government's evidence. Out of presence of jurors, counsel make record regarding plea negotiations prior to trial. Further Government's evidence. ENTERING ORDER: Continuing said cause until 9:00 a.m. on 5/23/00. (MB) (nrh, Deputy Clerk) Modified on 05/25/2000 (Entered: 05/23/2000) |
| 05/23/2000 | | TRANSCRIPT of proceedings for the following date(s): 3/7/00 (Re: detention hearing as to defendants Thomas Doss Gann, Ralph Douglas Gann and Karen Jean Real, Case No. 00-19M) (cjt, Deputy Clerk) Modified on 05/23/2000 (Entered: 05/23/2000) |
| 05/23/2000 | | TRANSCRIPT of proceedings for the following date(s): 3/9/00 (Re: preliminary hearing as to defendants Thomas Doss Gann, Ralph Douglas Gann and Karen Real, Case No. 00-19M) (cjt, Deputy Clerk) (Entered: 05/23/2000) |
| 05/23/2000 | | FURTHER JURY TRIAL before Honorable Michael Burrage. Government present by AUSA D. Michael Littlefield. Defendant THOMAS DOSS GANN present by appointed counsel James R. McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel Lance Hopkins. Defendant KAREN JEAN REAL present in person and by AFPD Michael Abel. Defendant IRENE MARIE GANN present in person and by appointed counsel Roger Hilfiger. Courtroom Deputy: nl. Court Reporter: km. Jurors request to be allowed to take notes. Court advises counsel it will be allowed and instructions will be given to jurors regarding those notes. Parties have no objections. Government's evidence continues. Out of presence of jurors, government requests to be allowed to add 3 exhibits to witness list. GRANTED. Further evidence presented by Government. ENTERING ORDER: Continuing said cause until 5/24/00 at 9:00 a.m. (MB) (nrh, Deputy Clerk) (Entered: 05/23/2000) |
| 05/24/2000 | | FURTHER JURY TRIAL before Honorable Michael Burrage. Government present by AUSA D. Michael Littlefield. Defendant THOMAS DOSS GANN present by appointed counsel James R. McClure. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel Lance Hopkins. Defendant KAREN JEAN REAL present in person and by AFPD Michael Abel. Defendant IRENE MARIE GANN present in person and by appointed counsel Roger Hilfiger. Courtroom Deputy: nl. Court Reporter: km. Government's evidence continues. ENTERING ORDER: Continuing said cause until a date and time to be determined at a later date. Court tentatively sets continuation of trial for 6/22/00 at 9:00 a.m. Court will direct Clerk to notify all counsel and jurors when date certain has been |

| | | |
|---|---|---|
| | | decided.. Jurors notes to be placed in charge of the Courtroom Deputy, to be maintained with trial exhibits until that time. (MB) (nrh, Deputy Clerk) (Entered: 05/25/2000) |
| 05/25/2000 | 73 | MINUTE ORDER before Chief Judge Michael Burrage : Based upon discussions by Court and Counsel prior to trial, the Motion in Limine by defendant Karen Jean Real filed 5/22/00 (Docket Entry #70) is hereby GRANTED. [70-1] (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/25/2000) |
| 06/14/2000 | 74 | MINUTE ORDER before Chief Judge Michael Burrage The attorney for Irene Gann, Roger Hilfiger, has advised the court that the murder case, which conflicts with the anticipated date for continuing the trial in this case, has not been rescheduled. Therefore, the jury trial in this case will resume on 7/6/00 at 10:00 a.m. before Hon. Michael Burrage, 101 North 5th, Muskogee, OK (MB) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 06/14/2000) |
| 06/15/2000 | | CD # 49 deposited on 6/15/00 in the amount of $ 500.00 (Bond forwarded - Terry Emmett McGraw) (smg, Deputy Clerk) (Entered: 06/20/2000) |
| 07/06/2000 | | FURTHER JURY TRIAL before Honorable Michael Burrage. Government present by AUSA Michael D. Littlefield. Defendant T. GANN present in person and by appointed counsel James McClure. Defendant R. GANN present in person and by appointed counsel Lance Hopkins. Defendant K. REAL present in person and by AFPD Michael Abel. Defendant I. GANN present in person and by appointed counsel Roger Hilfiger. Court Reporter: km. Courtroom Deputy: nl. Out of presence of jurors, record made as to plea negotiations between Government and defendants. Jurors present. Government's evidence continues. ENTERING ORDER: Continuing said cause until 7/7/00 at 9:00 a.m. (MB) (nrh, Deputy Clerk) (Entered: 07/07/2000) |
| 07/07/2000 | | FURTHER JURY TRIAL before Honorable Michael Burrage. Government present by AUSA Michael D. Littlefield. Defendant T. GANN present in person and by appointed counsel James McClure. Defendant R. GANN present in person and by appointed counsel Lance Hopkins. Defendant K. REAL present in person and by AFPD Michael Abel. Defendant I. GANN present in person and by appointed counsel Roger Hilfiger. Court Reporter: km. Courtroom Deputy: nl. Government's evidence continues. ENTERING ORDER: Continuing said cause until 7/10/00 at 9:00 a.m. (MB) (nrh, Deputy Clerk) (Entered: 07/07/2000) |
| 07/10/2000 | | FURTHER JURY TRIAL before the Honorable Michael Burrage. Plaintiff present by D. Michael Littlefield, Asst. U.S. Attorney. Defendant T. Gann present and in person by appointed counsel James McClure. Defendant R. Gann present in person and by appointed |

| | | |
|---|---|---|
| | | counsel Lance Hopkins. Defendant K. Real present in person and by Michael Abel, Asst. Federal Public Defender. Defendant I. Gann present in person and by appointed counsel Roger Hilfiger. Courtroom Deputy: lw. Court Reporter: km. Plaintiff's evidence continues. ENTERING ORDER: Continuing said cause until 7/11/00 at 9:00 a.m. (MB) (law, Deputy Clerk) Modified on 07/11/2000 (Entered: 07/11/2000) |
| 07/11/2000 | 76 | PROPOSED JURY INSTRUCTIONS submitted by defendant Karen Jean Real (law, Deputy Clerk) (Entered: 07/11/2000) |
| 07/11/2000 | | FURTHER JURY TRIAL before Honorable Michael Burrage. Plaintiff present by D. Michael Littlefield, Asst. U.S. Attorney. Defendant T. Gann present in person and by appointed counsel James McClure. Defendant R. Gann present in person and by appointed counsel Lance Hopkins. Defendant K. Real present in person and by Michael Abel, Asst. Federal Public Defender. Defendant I. Gann present in person and by appointed counsel Roger Hilfiger. Courtroom deputy: lw. Court reporter: km. Plaintiff's evidence continues. Plaintiff rests. Defendants T. Gann, R. Gann, K. Real and I. Gann move for judgment of acquittal as to all counts pertaining to each of them with arguments presented by counsel. Plaintiff concedes motions only as to R. Gann and K. Real on Count 7 and R. Gann and I. Gann on Count 9. ENTERING ORDER: SUSTAINING defendants' motions for judgment of acquittal as to the following: Count 4 dismissed as to I. Gann only; Count 6 dismissed in its entirety; Count 7 dismissed as to R. Gann and K. Real only; and Count 9 dismissed as to R. Gann and I. Gann only and OVERRULING all remaining motions for judgment of acquittal except for Count 9 as to T. Gann which the Court will take under advisement. (MB) Defendant T. Gann rests. Defendant R. Gann's evidence. Defendant R. Gann rests. Defendant K. Real rests. Defendant I. Gann rests. Out of presence of jurors, Court and counsel review proposed jury instructions. No objections to jury instructions or verdict forms by plaintiff or defendants T. Gann, R. Gann or I. Gann. Defendant K. Real reurged Court to include proposed instruction filed on 7/11/00. Plaintiff responds. Request DENIED. (MB) ENTERING ORDER continuing said cause until 7/12/00 at 9:00 a.m. (MB) (law, Deputy Clerk) (Entered: 07/14/2000) |
| 07/12/2000 | | FURTHER JURY TRIAL before Honorable Michael Burrage. Plaintiff present by D. Michael Littlefield, Asst. U.S. Attorney. Defendant T. Gann present in person and by appointed counsel James McClure. Defendant R. Gann present in person and by appointed counsel Lance Hopkins. Defendant K. Real present in person and by Michael Abel, Asst. Federal Public Defender. Defendant I. Gann present in person and by appointed counsel Roger Hilfiger. Courtroom deputy: lw. Court reporter: km. Court reads instructions to jurors. Defendant R. Gann moves for withdrawal of admission of plaintiff's |

| | | |
|---|---|---|
| | | Exhibit No. 251. Defendant K. Real moves for withdrawal of admission of plaintiff's exhibits 251 and 254. Defendants R. Gann and K. Real withdraw motions to withdraw exhibits. Closing arguments by counsel. Jurors retire to deliberate in charge of sworn bailiff at 3:05 p.m. and return into open court at 8:45 p.m. with their verdict. VERDICT: Finding defendant T. Gann guilty of Counts 1,2,3,5,7,9 and 11 and not guilty as to Count 4. Finding defendant R. Gann guilty of Counts 3 and 10 and not guilty of Counts 1 and 8. Finding defendant K. Real guilty of Counts 1,3 and 5. Finding defendant I. Gann guilty of Counts 1,3 and 5. (See Verdict forms filed this date). Jurors excused. ENTERING ORDER: It is ordered that each party is directed to withdraw their respective trial exhibits, the same to be kept and maintained for possible appeal purposes. (MB) Defendants remanded to the custody of the U.S. Marshal. (MB) (law, Deputy Clerk) (Entered: 07/14/2000) |
| 07/12/2000 | 79 | VERDICT finding defendant Karen Jean Real guilty as to Counts 1s,3s and 5s of the Superseding Indictment (law, Deputy Clerk) (Entered: 07/14/2000) |
| 07/12/2000 | 81 | JURY INSTRUCTIONS by the Court (law, Deputy Clerk) (Entered: 07/14/2000) |
| 08/28/2000 | 83 | ORDER by Chief Judge Michael Burrage: Defendant Irene Marie Gann's Request to Transfer to Medical Facility filed 8/28/00 is hereby GRANTED. Defendant shall be transferred to a Bureau of Prisons Medical Facility, or other medical facility as designated by the United States Marshal's Service, which is capable of providing adequate medical care for Defendants current medical conditions pending her sentencing in this matter. Transfer to Medical Facility [82-1] (cc: all counsel) (nrh, Deputy Clerk) (pjw, Deputy Clerk). (Entered: 08/28/2000) |
| 02/01/2001 | 85 | ORDER by Chief Judge Michael Burrage granting defendant's motion for Transcript at Expense to Government [84-1]. Transcripts are of Jury Trial on May 22, 23, and 24, 2000, and July 6, 7, 10 11, and 12, 2000. Defendant Thomas Doss Gann is to be afforded a copy of the transcript. (cc: all counsel) (pyb, Deputy Clerk) (Entered: 02/02/2001) |
| 02/07/2001 | | NOTICE: SENTENCING set for 2/21/01 at 9:30 a.m., for Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real, and Irene Marie Gann before Judge Michael Burrage at the U.S. Courthouse, 5th and Okmulgee Streets, Muskogee, OK (cc: all counsel) (pyb, Deputy Clerk) (Entered: 02/07/2001) |
| 02/13/2001 | 87 | MOTION to continue sentencing hearing by defendant Karen Jean Real (entitled "Notice of Scheduling Conflict and Motion to Change Sentencing Hearing Date") (law, Deputy Clerk) (Entered: 02/13/2001) |
| 02/14/2001 | 88 | MINUTE ORDER before Chief Judge Michael Burrage: Defendant |

| | | |
|---|---|---|
| | | Real's Motion to Change Sentencing Hearing Date filed 2/13/01 [87-1] is hereby GRANTED. Accordingly, the sentencing hearing AS TO DEFENDANT KAREN REAL ONLY has been continued FROM 2/21/01 at 9:30 a.m. TO 2/27/01 at 2:00 p.m. (MB) (cc: all counsel) (law, Deputy Clerk) (Entered: 02/14/2001) |
| 02/15/2001 | 90 | MOTION for downward departure and brief in support by defendant Karen Jean Real (law, Deputy Clerk) (Entered: 02/15/2001) |
| 02/21/2001 | | SENTENCING before Honorable Michael Burrage. Government present by AUSA Michael Littlefield. Defendant THOMAS GANN present in person and by appointed counsel James R. McClure. Courtroom Deputy: nl. Court Reporter: km. Government, defendant and defendant's counsel advise they have received and reviewed the Presentence Investigation Report. Government has no objection. Defendant offers no further evidence or arguments regarding objection to PSI and stands on brief as filed. Defendant's objection SUSTAINED, in that the Court does not intend to sentence the defendant above the maximum penalty allowed. However, terms of imprisonment could be imposed to run consecutively if the Court determines that the appropriate sentence in this case should be higher than 240 months. (MB) Further arguments by counsel. Court adopts findings as set forth in the Presentence Investigation Report and it's addendum. (MB) JUDGMENT AND COMMITMENT: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 240 months on Count 1, for a term of 240 months on Count 2, for a term of 240 months on Count 3, for a term of 60 months on Count 7, for a term of 60 months on Count 9, and for a term of 60 months on Count 11. Each of the terms of imprisonment on Counts 1, 2, 3, 7, 9 and 11 are to run concurrently. Additionally, defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months on Count 5, which is to be served consecutively with all other counts. Upon release from confinement, defendant shall be placed on supervised release for a term of 5 years on each of Counts 1 and 2, for a term of 3 years on each of Counts 3, 5, 7, 9 and 11. Said terms of supervised release shall run concurrently. Court advised defendant of standard conditions of supervised release. Defendant shall also comply with the following special condition of supervised release: (1) Defendant shall participate in a program approved by the U. S. Probation Office for the treatment of narcotic addiction, drug dependency, or alcohol dependency, which will include testing to determine if defendant has reverted to the use of drugs or alcohol. If it is determined by the Probation Officer that defendant is in need of a residential drug/alcohol treatment program, defendant shall participate in such treatment as directed by the Probation Officer and remain in the treatment facility until discharged. It is further ordered that defendant pay to the United States a Special |

| | | |
|---|---|---|
| | | Assessment of $100 on each count of conviction, for a total of $700. Said assessment shall be paid through the USCC for the EDOK and due immediately. No fine considered based on defendant's current financial profile, and the uncertainty of defendant's projected earning ability. REASONS FOR IMPOSING SENTENCE: The sentence is within the guideline range and that range exceeds 24 months. In formulating the sentencing imposed in this case, the Court has considered the nature of the circumstances of the offense and the characteristics of the defendant. A sentence at the bottom of the guideline range was imposed to provide just punishment, to promote respect for the law and to protect the public. Court advised defendant of right to appeal. (MB) Defendant requests that Court make recommendation to Bureau of Prisons that defendant be placed in an Intensive Drug Treatment Program and that he be imprisoned as close to home as possible. GRANTED. It will be so recommended (MB) Defendant remanded to the custody of the U. S. Marshal. (nrh, Deputy Clerk) (Entered: 02/22/2001) |
| 02/21/2001 | | SENTENCING before Honorable Michael Burrage. Government present by AUSA Michael Littlefield. Defendant RALPH DOUGLAS GANN present in person and by appointed counsel Lance Hopkins. Courtroom Deputy: nl. Court Reporter: km. Government, defendant and defendant's counsel state that they have received and reviewed the Presentence Investigation Report. Government has no objection. Arguments by defendant and Government's counsel regarding defendant's objections. ENTERING ORDER: Defendant's objection #1 to the PSI - sustained ; objections #2 through 5 - overruled ; objection #6 - not applicable as to this defendant in this case. As to additional objections as filed on 2/20/01 with the Probation Office, the Court finds that the drug quantity including all relative conduct has been appropriately calculated in this case. (MB) Nothing further from either party. JUDGMENT AND COMMITMENTPursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned on Count 3 for a term of 240 months and for a term of 120 months on Count 10. The terms of imprisonment on Counts 3 and 10 are to run consecutively. Upon release from confinement, defendant shall be placed on supervised release for a term of 3 years on each of Counts 3 and 10. Said terms of supervised release shall run concurrently. Within 72 hours following release from the custody of the Bureau of Prisons, defendant shall report in person to the Probation Office in the District to which released. Court advised defendant of standard conditions of supervised release. Special Condition of supervised release: Defendant shall participate in a program approved by the U. S. Probation Office for the treatment of narcotic addiction, drug dependency, or alcohol dependency, which will include testing to determine if defendant has reverted to the use of drugs or alcohol. If it is determined by the Probation Officer that |

| | | |
|---|---|---|
| | | defendant is in need of a residential drug/alcohol treatment program, defendant shall participate in such treatment as directed by the Probation Officer and remain in the treatment facility until discharged. IT IS FURTHER ORDERED that defendant pay to the United States a Special Assessment of $100 on each count of conviction, for a total of $200. Said assessment shall be paid through the USCC for the EDOK and is due immediately. No fine ordered, due to defendant's current financial profile and the uncertainty of defendant's projected earning ability. REASONS FOR IMPOSING SENTENCE: The sentence is within the guideline range and that range exceeds 24 months. In formulating the sentence imposed in this case, the Court has considered the nature and circumstances of the offense and the characteristics of the defendant. A sentence at the bottom of the guideline range was imposed to provide just punishment, to promote respect for the law and to protect the public. Court advised defendant of right to appeal. Defendant requests that Court make recommendation to Bureau of Prisons that defendant be placed in an Intensive Drug Treatment Program and that he be imprisoned as close to home as possible. GRANTED. It will be so recommended (MB) Defendant remanded to the custody of the U. S. Marshal. (nrh, Deputy Clerk) (Entered: 02/22/2001) |
| 02/21/2001 | | SENTENCING before Honorable Michael Burrage. Government present by AUSA Michael Littlefield. Defendant IRENE MARIE GANN present in person and by appointed counsel Roger Hilfiger. Courtroom Deputy: nl. Court Reporter: km. Government, defendant and defendant's counsel advise they have received and reviewed the Presentence Investigation Report and have no objections. Court adopts findings as set forth in the Presentence Investigation Report. Nothing further from either party. Court finds that there exists mitigating circumstances of a kind and to a degree not adequately taken into consideration by the Sentencing Commission in formulating the sentence to be imposed in this case. Further, the Court finds that the defendant's poor physical condition is extraordinary and warrants a downward departure. (MB) JUDGMENT AND COMMITMENT: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned on Count 1 for a term of 10 months, on Count 3 for a term of 10 months and on Count 5 for a term of 60 months. The terms of imprisonment on Counts 1 and 3 are to run concurrently. The term of imprisonment on Count 5 is to be served consecutively with terms of imprisonment on Counts 1 and 3. Upon release from confinement, defendant shall be placed on supervised release for a term of 5 years on each of Counts 1 and 3 and for a term of 3 years on Count 5. Said terms of supervised release shall run concurrently. Court advised defendant of standard conditions of supervised release. IT IS FURTHER ORDERED that defendant shall pay to the United States a Special Assessment of $100 on each count |

|  |  |  |
|---|---|---|
|  |  | of conviction, for a total of $300. Said assessment shall be paid through the USCC for the EDOK and is due immediately. No fine ordered, based upon defendant's current profile and the uncertainty of defendant's projected earning ability. Court advised defendant of right to appeal. Defendant requests that Court make recommendation to Bureau of Prisons that defendant be placed in an Intensive Drug Treatment Program and that she be returned to Carlswell immediately. GRANTED, it will be so ordered (MB) Defendant remanded to the custody of the U. S. Marshal. (MB) (nrh, Deputy Clerk) (Entered: 02/22/2001) |
| 02/21/2001 |  | SPECIAL ASSESSMENT received on 2/21/01, in the amount of $ 100.00, receipt # 135400. (Defendant Terry McGraw) (smg, Deputy Clerk) (Entered: 03/15/2001) |
| 02/22/2001 |  | CD # 29 deposited on 2/22/01 in the amount of $ 100.00 (Special Assessment - Terry McGraw) (smg, Deputy Clerk) Modified on 03/15/2001 (Entered: 03/15/2001) |
| 02/27/2001 | 92 | ORDER by Chief Judge Michael Burrage denying defendant Ralph Douglas Gann's motion for judgment of acquittal notwithstanding jury verdict [86-1] [86-2] [86-3] (cc: all counsel) (cjt, Deputy Clerk) (pjw, Deputy Clerk). (Entered: 02/27/2001) |
| 02/27/2001 |  | SENTENCING hearing conducted before Honorable Michael Burrage. Government present by AUSA Michael Littlefield. Defendant REAL present by AFPD Michael A. Abel. Courtroom Deputy: nl. Court Reporter: km. Government, defendant and defendant's counsel advise the Court they have received and reviewed the Presentence Investigation Report. Government has no objection. Defendant states that one of the three objections was taken care of by the Addendum to the report. Arguments of defendant's counsel regarding objections to the PSI as well as to the motion for downward departure. ENTERING ORDER: Defendant's Objection #1 (guideline computations) - SUSTAINED; Objection #2 (acceptance of responsibility) - SUSTAINED; objection #3 (downward departure) - SUSTAINED. (MB) No further statements by counsel. JUDGMENT AND COMMITMENT: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that defendant is committed to the custody of the Bureau of Prisons to be imprisoned on Count 1 for a term of 108 months, on Count 3 for a term of 60 months, on Count 5 for a term of 60 months. Terms of imprisonment on Counts 1 and 3 are to run concurrently. The term of imprisonment on Count 5 is to be served consecutively. Upon release from confinement, defendant shall be placed on supervised release for a term of 5 years on each of Counts 1 and 3, and for a term of 3 years on Count 5. Said terms of supervised release shall run concurrently. Within 72 hours following release from the custody of the Bureau of Prisons, defendant shall report in person to the Probation Office in the District to which |

| | | |
|---|---|---|
| | | released. Standard conditions of Supervised Release given to defendant. Special condition of Supervised Release: Defendant shall participate in a program approved by the US Probation Office for the treatment of narcotic addiction, drug dependency, or alcohol dependency, which will include testing to determine if defendant has reverted to the use of drugs or alcohol. If it is determined by the Probation Officer that defendant is in need of a residential drug/alcohol treatment program, defendant shall participate in such treatment as directed by the Probation Officer and remain in the treatment facility until discharged. It is further ordered that defendant shall pay to the U.S. a Special Assessment of $100 on each count of conviction, for a total of $300. Said assessment shall be paid through the USCC for the EDOK, and is due immediately. A fine in this case has been considered, but will not be imposed based upon defendant's current financial profile, and the uncertainty of defendant's projected earning ability. REASONS FOR IMPOSING SENTENCE: The sentence is within the guideline range and that range exceed 24 months. In formulating the sentence imposed in this case, the Court has considered the nature and circumstances of the offense and the characteristics of the defendant. A sentence at the bottom of the guideline range was imposed to provide just punishment, to promote respect for the law and to protect the public. Defendant advised of right to appeal. (MB) Defendant remanded to the custody of the U. S. Marshal. (nrh, Deputy Clerk) Modified on 02/28/2001 (Entered: 02/28/2001) |
| 02/28/2001 | 97 | JUDGMENT AND COMMITMENT as to Karen Jean Real by Chief Judge Michael Burrage (cc: all counsel) (nrh, Deputy Clerk) (pjw, Deputy Clerk). (Entered: 02/28/2001) |
| 03/01/2001 | 98 | MINUTE ORDER: Entering Order transfering case to Chief Judge Frank H. Seay due to the resignation of former Chief Judge Michael Burrage. PLEASE NOTE: The letter "B" at the end of the case number should now be changed to the letter "X" and be reflected on the face of all future pleadings. (FHS) (cc: all counsel) (pjw, Deputy Clerk) (Entered: 03/01/2001) |
| 03/06/2001 | 102 | ORDER by Chief Judge Frank H. Seay dismissing counts 1, 2 and 3 as to Thomas Doss Gann, Ralph Douglas Gann and Karen Jean Real and dismissing counts 1 and 3 as to Irene Marie Gann, with Government Motion thereon. (cc: all counsel) (nrh, Deputy Clerk) (pjw, Deputy Clerk). (Entered: 03/06/2001) |
| 03/15/2001 | | NOTIFICATION by Appellate Court of Docket Number 01-7028 (law, Deputy Clerk) (Entered: 03/15/2001) |
| 03/16/2001 | 103 | ORDER by Chief Judge Frank H. Seay refunding cash bail of defendant Terry Emmett McGraw and directing the Clerk of the Court to issue a check in the amount of $500.00 payable to Jerry McGraw |

| | | |
|---|---|---|
| | | (cc: all counsel) (law, Deputy Clerk) (pjw, Deputy Clerk). (Entered: 03/16/2001) |
| 03/19/2001 | | APPEAL NUMBER received from USCA regarding Thomas Doss Gann's Appeal [99-1] ( Appeal Number: 01-7029) (nrh, Deputy Clerk) (Entered: 03/19/2001) |
| 03/27/2001 | 107 | APPEAL Transcript Order Form (TOF) by court reporter Dewitt W. Allen est completion date 04/03/01 regarding appeal by defendant Thomas Douglas Gann [99-1]. (nsb, Deputy Clerk) (Entered: 03/27/2001) |
| 03/28/2001 | 108 | ORDER by Chief Judge Frank H. Seay GRANTING defendant Thomas Doss Gann's Motion for Transcripts at Expense to Government [105-1] (cc: all counsel) (nrh, Deputy Clerk) (Entered: 03/29/2001) |
| 03/29/2001 | | Marshal's return on: J&C executed as to Karen Jean Real by delivering defendant on 3/22/01 to FMC, Carswell, Ft. Worth, TX with a certified copy of judgment (nrh, Deputy Clerk) (Entered: 03/29/2001) |
| 04/02/2001 | | APPEAL Letter from USCA to counsel for Thomas Doss Gann directing a Transcript Order form be filed [99-1] (nrh, Deputy Clerk) (Entered: 04/04/2001) |
| 04/03/2001 | 110 | ORDER by Chief Judge Frank H. Seay granting defendant Thomas Doss Gann's amended application for transcripts at expense to government [109-1] including the following transcripts: 3/7/00 detention hearing; 3/9/00 preliminary hearing; 4/6/00 suppression hearing; 4/18/00 suppression hearing; 4/26/00 suppression hearing; 5/16/00 continuance hearing; 2/21/01 sentencing hearing (cc: all counsel) (cjt, Deputy Clerk) (Entered: 04/03/2001) |
| 04/11/2001 | 111 | AMENDED JUDGMENT AND COMMITMENT as to Karen Jean Real by Chief Judge Frank H. Seay (cc: all counsel) (nrh, Deputy Clerk) (pjw, Deputy Clerk). (Entered: 04/11/2001) |
| 04/24/2001 | | Marshal's return on: Amended J&C executed as to Karen Jean Real executed by delivering defendant to FMC Carswell at Fort Worth, TX on 3/22/01 (nrh, Deputy Clerk) (Entered: 04/24/2001) |
| 04/25/2001 | 112 | APPEAL Transcript Order Form (TOF) by court reporter Karla McWhorter est completion date 4/23/01 regarding [99-1] (defendant Thomas Gann) (nsb, Deputy Clerk) (Entered: 04/25/2001) |
| 04/25/2001 | | LETTER mailed to Tenth Circuit Court of Appeals with a copy of the transcript order form filed by the court reporter with estimated completion date of 4/23/01. (nsb, Deputy Clerk) (Entered: 04/25/2001) |
| 05/07/2001 | 113 | ORDER from 10th Circuit granting request by court reporter for |

| | | |
|---|---|---|
| | | extension of time to file transcript until 5/23/01 (cc: all counsel) (nrh, Deputy Clerk) (Entered: 05/07/2001) |
| 05/30/2001 | | SPECIAL ASSESSMENT received on 5/30/01, in the amount of $ 300.00, receipt # 135973. (Defendant - Irene Gann) (smg, Deputy Clerk) (Entered: 06/07/2001) |
| 05/31/2001 | | CD # 52 deposited on 5/31/01 in the amount of $ 300.00 (Special Assessment - Irene Gann) (smg, Deputy Clerk) (Entered: 06/07/2001) |
| 06/11/2001 | 114 | REQUEST for Extension of Time to File Transcript by court reporter with ORDER granting thereon. Transcripts to be filed no later than 6/29/01. [100-1] [99-1] (nrh, Deputy Clerk) (Entered: 06/11/2001) |
| 07/12/2001 | | SPECIAL ASSESSMENT received on 7/12/01 (Paid to BOP 6/6/01), in the amount of $ 25.00, receipt # 136215. (Defendant Ralph Doss Gann) (smg, Deputy Clerk) (Entered: 07/18/2001) |
| 07/12/2001 | | SPECIAL ASSESSMENT received on 7/12/01 (Paid to BOP 6/6/01), in the amount of $ 25.00, receipt # 136215. (Defendant Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 07/18/2001) |
| 07/12/2001 | | SPECIAL ASSESSMENT received on 7/12/01 (Paid to BOP 6/1/01), in the amount of $ 300.00, receipt # 136215. (Defendant Karen Jean Real) (smg, Deputy Clerk) (Entered: 07/18/2001) |
| 07/17/2001 | | CD # 60 deposited on 7/17/01 in the amount of $ 25.00 (Special Assessment - Ralph Doss Gann) (smg, Deputy Clerk) (Entered: 07/18/2001) |
| 07/17/2001 | | CD # 60 deposited on 7/17/01 in the amount of $ 25.00 (Special Assessment - Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 07/18/2001) |
| 07/17/2001 | | CD # 60 deposited on 7/17/01 in the amount of $ 300.00 (Special Assessment - Karen Jean Real) (smg, Deputy Clerk) (Entered: 07/18/2001) |
| 07/18/2001 | 115 | REPORT of Offender Under Supervision as to defendant TERRY EMMETT McGRAW with ORDER thereon by Chief Judge Frank H. Seay, no action to be taken at this time. (nrh, Deputy Clerk) Modified on 08/07/2001 (Entered: 07/18/2001) |
| 08/07/2001 | | TRANSCRIPT of 5/22/00 Jury Trial Vol. I regarding defendants Thomas Doss Gann, Ralph Douglas Gann, Irene Marie Gann and Karen Jean Real. (nsb, Deputy Clerk) Modified on 08/07/2001 (Entered: 08/07/2001) |
| 08/07/2001 | | TRANSCRIPT of 5/23/00 Jury Trial Vol. II regarding defendants Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real and Irene Marie Gann. (nsb, Deputy Clerk) (Entered: 08/07/2001) |
| | | |

| | | |
|---|---|---|
| 08/07/2001 | | TRANSCRIPT of 5/24/00 Jury Trial Vol. III regarding Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real and Irene Marie Gann. (nsb, Deputy Clerk) (Entered: 08/07/2001) |
| 08/07/2001 | | TRANSCRIPT of 7/6/00 Jury Trial Vol. IV regarding Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real and Irene Marie Gann. (nsb, Deputy Clerk) (Entered: 08/07/2001) |
| 08/07/2001 | | TRANSCRIPT of 7/7/00 Jury Trial Vol. V regarding Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real and Irene Marie Gann. (nsb, Deputy Clerk) (Entered: 08/07/2001) |
| 08/07/2001 | | TRANSCRIPT of 7/10/00 Jury Trial Vol. VI regarding defendants Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real and Irene Marie Gann. (nsb, Deputy Clerk) (Entered: 08/07/2001) |
| 08/07/2001 | | TRANSCRIPT of 7/11/00 Jury Trial Vol. VII regarding defendants Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real and Irene Marie Gann. (nsb, Deputy Clerk) (Entered: 08/07/2001) |
| 08/07/2001 | | TRANSCRIPT of 7/12/00 Jury Trial Vol. VIII regarding Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real and Irene Marie Gann (nsb, Deputy Clerk) (Entered: 08/08/2001) |
| 08/07/2001 | | TRANSCRIPT of 2/21/01 Sentencing Hearing of defendant Ralph Douglas Gann (nsb, Deputy Clerk) (Entered: 08/08/2001) |
| 08/08/2001 | | TRANSCRIPT of 4/6/00 Hearing on Motions to Suppress regarding defendants Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real and Irene Marie Gann (nsb, Deputy Clerk) (Entered: 08/10/2001) |
| 08/08/2001 | | TRANSCRIPT of 4/18/00 Hearing on Karen Jean Real's Motion to Suppress (nsb, Deputy Clerk) (Entered: 08/10/2001) |
| 08/08/2001 | | TRANSCRIPT of 4/26/00 Hearing on Thomas Doss Gann's Motion to Suppress (nsb, Deputy Clerk) (Entered: 08/10/2001) |
| 08/08/2001 | | TRANSCRIPT of 5/16/00 Defendant Karen Jean Real's Motion for Continuance (nsb, Deputy Clerk) (Entered: 08/10/2001) |
| 08/08/2001 | | TRANSCRIPT of 2/15/01 Sentencing Hearing of defendant Thomas Doss Gann (nsb, Deputy Clerk) (Entered: 08/10/2001) |
| 08/09/2001 | | LETTER to Tenth Circuit with copies to counsel of record advising record is complete for appeal purposes (law, Deputy Clerk) (Entered: 08/09/2001) |
| 08/24/2001 | | APPEAL Record Transmitted to USCA regarding Thomas Doss Gann Appeal No. 01-7029 [99-1] (mc, Deputy Clerk) (Entered: 08/24/2001) |
| 08/24/2001 | | APPEAL Record Transmitted to USCA regarding Ralph Douglas Gann Appeal No. 01-7028 [100-1] (mc, Deputy Clerk) (Entered: |

| | | |
|---|---|---|
| | | 08/24/2001) |
| 10/05/2001 | 118 | MINUTE ORDER before Chief Judge Frank H. Seay: Defendant Irene Gann's Motion to Appoint Counsel for Appeal filed 9/24/01 (Docket Entry #117) is hereby DENIED. Roger Hilger continues to be defendant's counsel of record, obligated to represent defendant in these proceeding. [117-1] (FHS) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 10/05/2001) |
| 10/15/2001 | | APPEAL NUMBER received from USCA regarding [116-1] as to defendant Irene Gann ( Appeal Number: 01-7136) (cjt, Deputy Clerk) (Entered: 10/15/2001) |
| 10/16/2001 | | SPECIAL ASSESSMENT received on 10/16/01 (Paid to BOP 9/5/01), in the amount of $ 25.00, receipt # 136744. (Defendant Ralph Douglas Gann) (smg, Deputy Clerk) (Entered: 10/25/2001) |
| 10/16/2001 | | SPECIAL ASSESSMENT received on 10/16/01 (Paid to BOP 9/5/01), in the amount of $ 25.00, receipt # 136744. (Defendant Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 10/25/2001) |
| 10/24/2001 | | CD # 4 deposited on 10/24/01 in the amount of $ 25.00 (Special Assessment - Ralph Douglas Gann) (smg, Deputy Clerk) (Entered: 10/25/2001) |
| 10/24/2001 | | CD # 4 deposited on 10/24/01 in the amount of $ 25.00 (Special Assessment - Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 10/25/2001) |
| 10/26/2001 | 120 | MINUTE ORDER before Chief Judge Frank H. Seay DENYING Defendant Irene Gann's Motion for Extension of Time to File Appeal. Request was filed after the expiration of the time permitted under Rule 4(b)(4) of the Federal Rules of Appellate Procedure. motion for Extension of Time to File Appeal [119-1] (FHS) (cc: all counsel) (nrh, Deputy Clerk) Modified on 11/26/2001 (Entered: 10/26/2001) |
| 11/13/2001 | 121 | APPEAL Transcript Order Form (TOF) regarding Irene Gann appeal [116-1] filed by attorney Roger Hilfiger stating the necessary transcripts were previously ordered for appeal numbers 01-7028 and 01-7029. (nsb, Deputy Clerk) Modified on 11/26/2001 (Entered: 11/15/2001) |
| 01/28/2002 | 123 | MINUTE ORDER before Chief Judge Frank H. Seay : Defendant Irene Gann's Motion for a Writ of Mandate filed 1/8/02 is hereby DENIED. A "Writ of Mandate" is not a recognized form of relief. However, all records relating to defendant's appeal will be transmitted to the appellate court as soon as practicable. [122-1] (FHS) (cc: all counsel) (nrh, Deputy Clerk) (Entered: 01/28/2002) |
| 01/29/2002 | | SPECIAL ASSESSMENT received on 1/29/02 (Paid to BOP 12/3/01), in the amount of $ 25.00, receipt # 137309. (Defendant Ralph Douglas |

| | | |
|---|---|---|
| | | Gann) (smg, Deputy Clerk) (Entered: 03/13/2002) |
| 01/29/2002 | | SPECIAL ASSESSMENT received on 1/29/02 (Paid to BOP 12/3/01), in the amount of $ 25.00, receipt # 137309. (Defendant Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 03/13/2002) |
| 01/31/2002 | | CD # 20 deposited on 1/31/02 in the amount of $ 25.00 (Special Assessment - Ralph Douglas Gann) (smg, Deputy Clerk) (Entered: 03/13/2002) |
| 01/31/2002 | | CD # 20 deposited on 1/31/02 in the amount of $ 25.00 (Special Assessment - Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 03/13/2002) |
| 04/10/2002 | | SPECIAL ASSESSMENT received on 4/10/02 (Paid to BOP 3/1/02) , in the amount of $ 25.00, receipt # 137728. (Defendant Ralph Douglas Gann) (smg, Deputy Clerk) (Entered: 04/23/2002) |
| 04/10/2002 | | SPECIAL ASSESSMENT received on 4/10/02 (Paid to BOP 3/1/02) , in the amount of $ 25.00, receipt # 137728. (Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 04/23/2002) |
| 04/11/2002 | | CD # 32 deposited on 4/11/02 in the amount of $ 25.00 (Special Assessment - Ralph Douglas Gann) (smg, Deputy Clerk) (Entered: 04/23/2002) |
| 04/11/2002 | | CD # 32 deposited on 4/11/02 in the amount of $ 25.00 (Special Assessment - Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 04/23/2002) |
| 05/08/2002 | 125 | MINUTE ORDER: Entering Order transferring case to District Judge James H. Payne as a result of his appoinment to the Office of Article III U.S. District Judge. PLEASE NOTE: The letter "X" at the end of the case number should now be changed to the letter "P" and be reflected on the face of all future pleadings. (FHS) (cc: all counsel) (pyb, Deputy Clerk) (Entered: 05/09/2002) |
| 05/08/2002 | 126 | PETITION for probation action with ORDER thereon by District Judge James H. Payne (pyb, Deputy Clerk) (Entered: 05/09/2002) |
| 07/25/2002 | | FIRST HEARING ON REVOCATION OF PROBATION before Hon. Kimberly E. West. Government present by Assistant U.S. Attorney Jeffrey A. Gallant. Defendant McGRAW present in person and by appointed counsel Michael A. Abel, Asst. Federal Public Defender, appearing for this hearing only. Taped hearing. Courtroom Deputy: ct. Court directed defendant to complete financial affidavit and appointed Michael A. Abel for this hearing only. Oral waiver by defendant of right to preliminary hearing and stipulation to probable cause. Government requests detention. No objection by defendant but defendant reserves the right to request detention hearing at a later date. SO ORDERED. (KEW) ENTERING ORDER finding, based upon |

|  |  |  |
|---|---|---|
|  |  | defendant's waiver of first hearing on revocation and the probable cause hearing, that there is probable cause to set this matter for further hearing before the sentencing judge and same is so ordered. Defendant is remanded to custody of the U.S. Marshal. (KEW) (cjt, Deputy Clerk) (Entered: 07/30/2002) |
| 07/25/2002 | 127 | ORDER by Mag. Judge Kimberly E. West appointing Federal Public Defender to represent defendant McGraw (cc: all counsel) (cjt, Deputy Clerk) (Entered: 07/30/2002) |
| 07/25/2002 |  | CJA Form 20 (Appointment of Counsel - Janet Lauderdale-Phillips) on behalf of defendant Terry Emmett McGraw) (smg, Deputy Clerk) (Entered: 08/09/2002) |
| 07/31/2002 | 130 | REPORT of preliminary hearing on petition to revoke probation as to defendant McGraw (cjt, Deputy Clerk) (Entered: 08/01/2002) |
| 07/31/2002 |  | SPECIAL ASSESSMENT received on 07/31/02 (Paid to BOP 6-3-02), in the amount of $ 25.00, receipt # 138431. (Defendant - Ralph Douglas Gann) (fe, Deputy Clerk) (Entered: 08/14/2002) |
| 07/31/2002 |  | SPECIAL ASSESSMENT received on 07/31/02 (Paid to BOP 6-3-02), in the amount of $ 25.00, receipt # 138431. (Defendant - Thomas Doss Gann) (fe, Deputy Clerk) (Entered: 08/14/2002) |
| 08/02/2002 |  | CD # 57 deposited on 08/02/02 in the amount of $ 25.00 (Special assessment - Ralph Douglas Gann) (fe, Deputy Clerk) (Entered: 08/14/2002) |
| 08/02/2002 |  | CD # 57 deposited on 08/02/02 in the amount of $ 25.00 (Special assessment - Thomas Doss Gann) (fe, Deputy Clerk) (Entered: 08/14/2002) |
| 10/11/2002 |  | SPECIAL ASSESSMENT received on 10/11/02 (Paid to BOP 9/3/02), in the amount of $ 25.00, receipt # 138903. (Defendant Ralph Douglas Gann) (smg, Deputy Clerk) (Entered: 10/17/2002) |
| 10/17/2002 |  | CD # 3 deposited on 10/17/02 in the amount of $ 25.00 (Special Assessment - Ralph Douglas Gann) (smg, Deputy Clerk) (Entered: 10/17/2002) |
| 12/06/2002 |  | SPECIAL ASSESSMENT received on 12/6/02 (Paid to BOP 11/6/02), in the amount of $ 32.00, receipt # 139228. (Defendant Ralph Douglas Gann) (smg, Deputy Clerk) (Entered: 01/13/2003) |
| 12/06/2002 |  | SPECIAL ASSESSMENT received on 12/6/02 (Paid to BOP 11/6/02), in the amount of $ 32.00, receipt # 139228. (Defendant Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 01/13/2003) |
| 12/12/2002 |  | CD # 14 deposited on 12/12/02 in the amount of $ 32.00 (Special Assessment - Ralph Douglas Gann) (smg, Deputy Clerk) (Entered: |

| | | |
|---|---|---|
| | | 01/13/2003) |
| 12/12/2002 | | CD # 14 deposited on 12/12/02 in the amount of $ 32.00 (Special Assessment - Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 01/13/2003) |
| 01/09/2003 | | SPECIAL ASSESSMENT received on 01/09/03 (Paid to BOP 12/4/02), in the amount of $ 32.00, receipt # 139415. (Defendant - Thomas Doss Gann) (fe, Deputy Clerk) (Entered: 02/18/2003) |
| 01/09/2003 | | SPECIAL ASSESSMENT received on 01/09/03 (Paid to BOP 12/3/02), in the amount of $ 25.00,this is an overpayment receipt # 139415. (fe, Deputy Clerk) (Entered: 02/19/2003) |
| 01/15/2003 | | CD # 20 deposited on 01/15/03 in the amount of $ 32.00 (Special Assessment - Thomas Doss Gann) (fe, Deputy Clerk) (Entered: 02/18/2003) |
| 01/15/2003 | | CD # 20 deposited on 01/15/03 in the amount of $ 25.00 (Special Assessment overpayment - Terry Emmett McGraw) (fe, Deputy Clerk) (Entered: 02/19/2003) |
| 02/14/2003 | | SPECIAL ASSESSMENT received on 02/14/03 (Paid to BOP 1/3/03), in the amount of $ 18.00, receipt # 139664. (Defendant - Ralph Douglas Gann) (fe, Deputy Clerk) Modified on 02/20/2003 (Entered: 02/19/2003) |
| 02/14/2003 | | SPECIAL ASSESSMENT received on 02/14/03 (Paid to BOP 1/3/03), in the amount of $ 34.00, receipt # 139664. (Defendant - Thomas Doss Gann) (fe, Deputy Clerk) Modified on 02/20/2003 (Entered: 02/19/2003) |
| 02/19/2003 | | CD # 27 deposited on 02/19/03 in the amount of $ 18.00 (Special Assessment - Ralph Douglas Gann) (fe, Deputy Clerk) (Entered: 02/19/2003) |
| 02/19/2003 | | CD # 27 deposited on 02/19/03 in the amount of $ 34.00 (Special Assessment - Thomas Doss Gann) (fe, Deputy Clerk) (Entered: 02/19/2003) |
| 03/07/2003 | | LETTER from Tenth Circuit Court of Appeals advising that the Supreme Court has notified that a Petition for Writ of Certiorari was filed in this case on 2/25/03 and assigned Supreme Court No. 01-7028. (pyb, Deputy Clerk) (Entered: 03/10/2003) |
| 03/07/2003 | | SPECIAL ASSESSMENT received on 03/11/03 (Paid to BOP 2-5-03), in the amount of $ 36.00, receipt # 139781. (Defendant - Thomas Doss Gann) (fe, Deputy Clerk) Modified on 03/14/2003 (Entered: 03/14/2003) |
| 03/12/2003 | | CD # 31 deposited on 03/12/03 in the amount of $ 36.00 (Special |

| | | |
|---|---|---|
| | | Assessment - Thomas Doss Gann) (fe, Deputy Clerk) (Entered: 03/14/2003) |
| 04/07/2003 | | LETTER from USCA that petition for Writ of Certiorari was denied by order of the Supreme Court on 3/31/03 as to defendant Ralph Gann (cjt, Deputy Clerk) (Entered: 04/09/2003) |
| 04/14/2003 | | SPECIAL ASSESSMENT received on 04/14/03 (Paid to BOP 3/5/03), in the amount of $ 47.00, receipt # 140007. (Defendant - Thomas Doss Gann) (fe, Deputy Clerk) (Entered: 04/16/2003) |
| 04/14/2003 | | SPECIAL ASSESSMENT overpayment received on 04/14/03 (Paid to BOP 3/4/03), in the amount of $ 25.00, receipt # 140007. (Defendant - Terry Emmett McGraw) (fe, Deputy Clerk) Modified on 04/16/2003 (Entered: 04/16/2003) |
| 04/15/2003 | | CD # 36 deposited on 04/15/03 in the amount of $ 47.00 (Special Assessment - Thomas Doss Gann) (fe, Deputy Clerk) (Entered: 04/16/2003) |
| 04/15/2003 | | CD # 36 deposited on 04/15/03 in the amount of $ 25.00 (Overpayment on Special Assessment - Terry Emmett McGraw) (fe, Deputy Clerk) (Entered: 04/16/2003) |
| 05/12/2003 | | SPECIAL ASSESSMENT received on 05/12/03 (Paid to BOP 4/4/03), in the amount of $ 48.00, receipt # 140194. (Defendant - Thomas Gann) (fe, Deputy Clerk) Modified on 05/14/2003 (Entered: 05/14/2003) |
| 05/13/2003 | | CD # 40 deposited on 05/13/03 in the amount of $ 48.00 (Special Assessment - Thomas Gann) (fe, Deputy Clerk) (Entered: 05/14/2003) |
| 06/03/2003 | | MOTION TO VACATE pursuant to 28 U.S.C. Sec. 2255 by petitioner Irene Marie Gann (Civil Case No. CV-03-319-P; USA to respond by 6/18/03) (cjt, Deputy Clerk) (Entered: 06/03/2003) |
| 06/09/2003 | | SPECIAL ASSESSMENT received on 6/9/03 (Paid to BOP 5/5/03), in the amount of $ 48.00, receipt # 140388. (Defendant Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 06/16/2003) |
| 06/12/2003 | | CD # 47 deposited on 6/12/03 in the amount of $ 48.00 (Special Assessment - Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 06/16/2003) |
| 07/02/2003 | | RECORD on appeal returned from U.S. Court of Appeals consisting of 18 volumes two being sealed (broken down same) (acg, Deputy Clerk) (Entered: 07/02/2003) |
| 07/07/2003 | | SPECIAL ASSESSMENT overpayment received on 7/7/03 (Paid to BOP 6/3/03), in the amount of $ 25.00, receipt # 140557. (Defendant Terry Emmett McGraw - to be refunded) (smg, Deputy Clerk) |

| | | |
|---|---|---|
| | | Modified on 07/23/2003 (Entered: 07/23/2003) |
| 07/07/2003 | | SPECIAL ASSESSMENT received on 7/7/03 (Paid to BOP 6/4/03), in the amount of $ 66.00, receipt # 140557. (Defendant Thomas Doss Gann) (smg, Deputy Clerk) (Entered: 07/24/2003) |
| 07/10/2003 | | CD # 53 deposited on 7/10/03 in the amount of $ 25.00 (Overpayment Special Assessment - Terry Emmett McGraw) (smg, Deputy Clerk) Modified on 07/25/2003 (Entered: 07/23/2003) |
| 07/10/2003 | | CD # 53 deposited on 7/10/03 in the amount of $ 66.00 (Special Assessment - Thomas Doss Gann) (smg, Deputy Clerk) Modified on 07/25/2003 (Entered: 07/24/2003) |
| 07/18/2003 | | LETTER from Tenth Circuit advising the Clerk of the Supreme Court has notified the appellate court that a petition for writ of certiorari was filed on 7/8/03 and assigned Supreme Court No. 03-5211 (law, Deputy Clerk) (Entered: 07/18/2003) |
| 07/22/2003 | | REFUND overpayment of Special Assessment on 7/22/03 to Terry Emmett McGraw in the amount of $75.00, Check No. 00055299, P2 03466300617. (smg, Deputy Clerk) (Entered: 07/23/2003) |
| 08/14/2003 | | SPECIAL ASSESSMENT received on 8/14/03 (Paid to BOP 7/7/03) , in the amount of $ 64.00, receipt # 140768. (Defendant Thomas Doss Gann) (smg, Deputy Clerk) Modified on 10/28/2003 (Entered: 09/16/2003) |
| 08/19/2003 | | CD # 60 deposited on 8/19/03 in the amount of $ 64.00 (Special Assessment - Thomas Gann) (smg, Deputy Clerk) Modified on 09/17/2003 (Entered: 09/16/2003) |
| 09/10/2003 | | SPECIAL ASSESSMENT received on 9/10/03 (Paid to BOP 8/6/03) , in the amount of 71.00, receipt # 140928. (Defendant Thomas Gann) (smg, Deputy Clerk) (Entered: 09/17/2003) |
| 09/11/2003 | | CD # 63 deposited on 9/11/03 in the amount of $ 71.00 (Special Assessment - Thomas Gann) (smg, Deputy Clerk) (Entered: 09/17/2003) |
| 10/10/2003 | | SPECIAL ASSESSMENT overpayment received on 10/10/03 (Paid to BOP 9/3/03), in the amount of $ 25.00, receipt # 141096. (Defendant Terry Emmett McGraw) (smg, Deputy Clerk) (Entered: 10/28/2003) |
| 10/16/2003 | | CD # 1 deposited on 10/16/03 in the amount of $ 25.00 (Overpayment of Special Assessment - Terry Emmett McGraw) (smg, Deputy Clerk) (Entered: 10/28/2003) |
| 10/23/2003 | | LETTER from the Tenth Circuit advising that they were advised that the petition for writ of certiorari filed in this case was denied by an order of the Supreme Court on October 6, 2003. (pyb, Deputy Clerk) |

| | | |
|---|---|---|
| | | (Entered: 10/23/2003) |
| 11/14/2003 | | SPECIAL ASSESSMENT received on 11/14/03 (Paid to BOP 10/6/03), in the amount of $ 72.00, receipt # 141317. (Defendant Thomas Gann) (smg, Deputy Clerk) (Entered: 11/19/2003) |
| 11/19/2003 | | CD # 7 deposited on 11/19/03 in the amount of $ 72.00 (Special Assessment - Thomas Gann) (smg, Deputy Clerk) (Entered: 11/19/2003) |
| 05/24/2004 | | MOTION TO VACATE pursuant to 28 U.S.C. Sec. 2255 by petitioner Thomas Doss Gann (Civil Case No. CV-04-224-P; USA to respond by 6/11/04) (cjt, Deputy Clerk) (Entered: 05/27/2004) |
| 06/03/2005 | | ORDER by Hon. James H. Payne, Denying 2255 Motion to Vacate of defendant Ralph Douglas Gann, filed in CIV-04-106-P, pleading #10, AND JUDGMENT in favor of respondent USA and against petitioner Ralph Douglas Gann, pleading #10. No pleading in the criminal file. (pyb, Deputy Clerk) (Entered: 06/03/2005) |
| 11/21/2005 | 134 | PETITION for probation action as to defendant TERRY EMMETT McGRAW with ORDER thereon by District Judge James H. Payne for the issuance of a warrant for the arrest of defendant Terry Emmett McGraw (pyb, Deputy Clerk) (Entered: 11/22/2005) |
| 12/01/2005 | 135 | ORDER by Mag. Judge Kimberly E. West directing the Federal Public Defender to furnish panel attorney for defendant TERRY EMMETT McGRAW (cc: all counsel) (nrh, Deputy Clerk) (Entered: 12/01/2005) |
| 12/01/2005 | 137 | REPORT of Preliminary Hearing on Petition to Revoke Supervision by U.S. Magistrate Judge Kimberly E. West as to defendant TERRY EMMETT McGRAW (nrh, Deputy Clerk) (Entered: 12/01/2005) |
| 12/01/2005 | | CJA Form 20 (Appointment of Counsel - Rex Earl Starr) on behalf of defendant Terry Emmett McGraw. (KEW 12/01/05) (smg, Deputy Clerk) (Entered: 12/15/2005) |
| 12/02/2005 | | NOTICE: FINAL REVOCATION HEARING is set 12/9/05 at 10:30 a.m. for Terry Emmett McGraw before Judge James H. Payne, Courtroom 1, at the U.S. Courthouse, 5th and Okmulgee Streets, Muskogee, OK (cc: all counsel) (pyb, Deputy Clerk) (Entered: 12/02/2005) |
| 12/02/2005 | 139 | AMENDED REPORT of Preliminary Hearing on Petition to Revoke Supervision by U.S. Magistrate Judge Kimberly E. West as to defendant Terry Emmett McGraw (nrh, Deputy Clerk) (Entered: 12/02/2005) |
| 12/09/2005 | | FINAL REVOCATION HEARING: Government present by Assistant U.S.Attorney Rob Wallace. Defendant TERRY EMMETT McGRAW |

| | | |
|---|---|---|
| | | present in person and by appointed counsel Rex Earl Starr. (Before Hon. James H. Payne. Courtroom Deputy PB. Courtroom 1. Court Reporter KM. Law Clerk GS.) Parties announce ready. Defendant advises he has seen the Petition, and gone over same with counsel, and stipulates to charges contained in the Petition. Defendant advised of constitutional rights, rights to counsel, and maximum possible penalties. Defendant waives right to final hearing. The Court finds defendant has violated the terms and conditions of supervised release. Statements of defendant. Statements of defense counsel, Rex Earl Star: Request for drug treatment while incarcerated, preferably at Beaumont, where he has been incarcerated before. Government does not object, as long as defendant is in a secure facility. Court will make those recommendations. ENTERING ORDER: Finding that defendant has violated the terms and conditions of his Supervised Release. (JHP) JUDGMENT AND SENTENCE: It is the judgment of this Court that the term of Supervised Release previously imposed in case number CR-00-021-05 is hereby REVOKED and defendant, TERRY EMMETT McGRAW is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months. REASONS FOR IMPOSING SENTENCE: The Court has considered the violation policy statements in Chapter 7 of the United States Sentencing Guideline Manual now in effect and view those policies as advisory in nature for the purpose of these proceedings. The Court has considered the nature and circumstances of this violation as well as the history and characteristics of the offender. Mr. McGraw has shown little regard for the rules and conditions of supervised release as indicated by his repeated instances of substance abuse. The sentence imposed is within the authority specified in 18 United States Code section 3553(a)(4)(B). Said sentence is reasonable, provides just punishment for non-compliance, is an adequate deterrent to criminal conduct and promotes respect for the law. (JHP) Defendant advised of right to appeal within ten (10) days, and counsel will remain appointed until that decision is made. Counsel excused Defendant remanded to the custody of the U.S.Marshal's Service. (JHP) (pyb, Deputy Clerk) (Entered: 12/09/2005) |
| 12/13/2005 | 140 | MINUTE ORDER: At the direction of District Judge James H. Payne, it is hereby ordered that Defendant Thomas Doss Gann's CJA20, APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL comes before the Court by James McClure. This matter is hereby REFERRED to Magistrate Judge Steven P. Shreder for a fee hearing and Report and Recommendation in accordance with his jurisdiction under the Federal Rules. The Clerk is directed to transmit to the Magistrate said original application and supporting documents. (JHP) (cc: all counsel) (cjt, Deputy Clerk) Modified on 12/15/2005 (Entered: 12/14/2005) |
| 01/12/2006 | 142 | SEALED REPORT AND RECOMMENDATION on request for |

|  |  | excess compensation by Richard James McClure on behalf of defendant Thomas Doss Gann by Mag. Judge Steven P. Shreder (cc: defendant's counsel, with receipt) (cjt, Deputy Clerk) (Entered: 01/13/2006) |
|---|---|---|
| 01/19/2006 | 143 | RECEIPT by Jim McClure of Report and Recommendation on Request for Compensation on 1/17/06 (cjt, Deputy Clerk). PDF added on 4/11/2006 (sms, Deputy Clerk). (Entered: 01/20/2006) |
| 03/01/2006 | 148 | MOTION to Correct/Reduce Sentence (Rule35) by United States of America as to Karen Jean Real (pjw, Deputy Clerk) (Entered: 03/02/2006) |
| 03/07/2006 | 149 | MINUTE ORDER by Judge Frank H. Seay, setting/resetting deadline (s)/hearing(s): Evidentiary Hearing set for 4/12/2006 11:00 AM in Courtroom 1, Room 230 before Judge Frank H. Seay. (Re: 148 MOTION to Correct/Reduce Sentence (Rule35)) as to Karen Jean Real (trl, Chambers) (Entered: 03/07/2006) |
| 03/07/2006 | 150 | MINUTE ORDER by Judge Frank H. Seay *directing government counsel to file the appropriate paperwork to secure the attendance of the defendant Karen Jean Real at the hearing set on April 12, 2006 at 11:00 a.m.* as to Karen Jean Real (trl, Chambers) (Entered: 03/07/2006) |
| 03/07/2006 |  | MAIL to Janet Bickle Phillips Returned - marked Attempted not known. Remailed on 03/21/2006. (Re: 153 Order,, Ruling on Motion (s)/Document(s), Ruling on Motion(s)/Document(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), 149 Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, ) as to Karen Jean Real (jcb, Deputy Clerk) (Entered: 03/21/2006) |
| 03/08/2006 | 151 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Rule 35 Hearing* by United States of America as to Karen Jean Real (jcb, Deputy Clerk) Modified on 3/9/2006 (neh, Deputy Clerk). (Entered: 03/08/2006) |
| 03/09/2006 | 152 | NOTICE of Docket Entry Modification; Error: motion filed by Government as to Karen Real only; Correction: deleted all defendants names except Karen Real (Re: 151 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Rule 35 Hearing*) as to Thomas Doss Gann, Ralph Douglas Gann, Karen Jean Real, Irene Marie Gann, Terry Emmett McGraw (neh, Deputy Clerk) (Entered: 03/09/2006) |
| 03/09/2006 | 153 | MINUTE ORDER by Judge Frank H. Seay, ruling on motion (s)/document(s): #151 granted, setting/resetting deadline(s)/hearing(s): Evidentiary Hearing set for 4/18/2006 11:00 AM in Courtroom 1, Room 230 before Judge Frank H. Seay. (Re: 151 MOTION to |

| | | |
|---|---|---|
| | | Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Rule 35 Hearing*) as to Karen Jean Real (trl, Chambers) (Entered: 03/09/2006) |
| 03/09/2006 | 154 | MINUTE ORDER by Judge Frank H. Seay *directing government counsel to file the appropriate paperwork to secure the attendance of the defendant Karen Jean Real at the hearing set on April 18, 2006 at 11:00 a.m.,* as to Karen Jean Real (trl, Chambers) (Entered: 03/09/2006) |
| 04/04/2006 | 156 | MINUTE ORDER by Judge Frank H. Seay, setting/resetting deadline (s)/hearing(s): Evidentiary Hearing previously set set for 4/18/06 at 11:00 a.m., is STRICKEN AND RESET on 4/25/2006 11:00 AM in Courtroom 1, Room 230 before Judge Frank H. Seay. (Re: 148 MOTION to Correct/Reduce Sentence (Rule35)) as to Karen Jean Real; It is further ordered that government counsel is directed to file the appropriate paperwork necessary to secure the attendance of the defendant Karen Jean Real at the hearing set on 4/25/06 at 11:00 a.m. (trl, Chambers) (Entered: 04/04/2006) |
| 04/25/2006 | 157 | MINUTES of Proceedings - held before Judge Frank H. Seay : Motion Hearing held on 4/25/2006, striking/terminating deadline(s)/hearing(s) as to Karen Jean Real (Re: 148 MOTION to Correct/Reduce Sentence (Rule35)) (Court Reporter: BN) (dma, Deputy Clerk) (Entered: 04/25/2006) |
| 04/25/2006 | 158 | ORDER by Judge Frank H. Seay granting Motion for Reduction of Sentence. Defendant's sentence is reduced to time served. (Re: 151 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Rule 35 Hearing*) as to Karen Jean Real (dma, Deputy Clerk) (Entered: 04/25/2006) |
| 04/27/2006 | 159 | NOTICE marshal's return on Order (Doc. No. 158) re: sentence reduction to time served: Service of order executed by receiving custody of deft., Karen Real on 4/26/06 and releasing her from Muskogee Federal Courthouse on 4/26/06 as to Karen Jean Real (trl, Chambers) (Entered: 04/28/2006) |
| 05/11/2006 | 160 | AMENDED JUDGMENT AND COMMITMENT by Judge Frank H. Seay as to Karen Jean Real (dma, Deputy Clerk) (Entered: 05/11/2006) |
| 02/14/2008 | 161 | REPORT on Offender under supervision with ORDER thereon re: Supervised Release concurring that no action be taken at this time by Judge Frank H. Seay as to Karen Jean Real (trl, Chambers) (Entered: 02/14/2008) |

**PACER Service Center**

**Transaction Receipt**

| 03/20/2013 11:55:26 | | | |
|---|---|---|---|
| **PACER Login:** | us2886 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:00-cr-00021-FHS |
| **Billable Pages:** | 24 | **Cost:** | 2.40 |