**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

**KENNETH EUGENE BARRETT,**          )
                                     )
                          *Movant,*  )
                                     )
**v.**                               )
                                     )
**UNITED STATES OF AMERICA,**        )
                                     )
                       *Respondent.* )

---

**EXHIBIT 23**

---

## <u>DECLARATION OF HON. DENNIS M. SPROUSE, RET'D.</u>

I, Dennis M. Sprouse, a person over eighteen and competent to testify, declare as follows:

1. I am a former Associate Judge of the District Court of Sequoyah County, and currently serve as an adjunct professor at the University of Arkansas at Fort Smith.

2. I became a judge in 1986 and retired in December 2014.

3. On the 20th day of September 1999 at the request and upon the affidavit of Clint Johnson, a District 27 Drug Task Force agent, I issued an anytime, no-knock search warrant, authorizing the search of the home of Kenneth Barrett based upon an affidavit, which relied upon information given by a confidential informant. I did not know, nor did I inquire about, the identity of the confidential informant who purportedly gave the information to Clint Johnson concerning Kenneth Barrett.

4. I recently learned that the confidential informant's name was revealed in the course of Mr. Barrett's federal trial and that his name is Charles (Monk) Sanders, whom I knew to have a poor reputation for truth and veracity in and around 1999.

5. Had I known that the confidential informant whose information materially established the basis of the no-knock search warrant was Mr. Sanders, it

dms

would have given me cause to pause before signing the warrant. Mr. Sanders was always getting into trouble. I would have had to think through whether or not I could believe the substance of the affidavit based upon Mr. Sander's' statements. My choices then would have been to not sign it or to put the affiant Clint Johnson under oath and record my questions and his answers, and then to decide one way or the other

6. I declare, under penalty of perjury, that the foregoing 2-page declaration is true and correct to the best of my knowledge.

Executed on this 26ᵗ day of March 2015 in Sequoyah County, Oklahoma.

DENNIS M. SPROUSE, District Judge, Ret'd