**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,     )
                                       )
                     *Movant,*     )
                                       )
v.                                   )
                                       )
UNITED STATES OF AMERICA,     )
                                       )
                   *Respondent.*   )

---

**EXHIBIT 25**

---

## DECLARATION OF LACY LITTLEFIELD

LACY LITTLEFIELD, a person over the age of eighteen (18) and competent to testify, declares as follows:

1.  I am the biological daughter of Dawn Littlefield and the adopted daughter of Michael (Mike) Littlefield. Mike was the Assistant United States Attorney who prosecuted Kenneth Barrett for the death of an Oklahoma Highway Patrol trooper. I was born in October 1989 and was fourteen (14) at the time of the trial and living with Mike, my mother and my younger brother Chase, who was their biological child.

2.  Mike Littlefield adopted me when I was 8 years old. When I was 9 or 10, my mother and Mike told me I was schizophrenic and bipolar and gave me "alternative medicine" of about 40 pills a day that made me sick. My mother then started giving me oxycodone, and Ambien to sleep. I was addicted by the time I was 14. Mike was aware of all of the drugs that she was giving me.

3.  The trooper who was killed and Mike were friends. I recall Mike and my mother talking about the man they said killed him, but do not recall anything specific that was said. I do recall that Mike was really upset about it. I also recall looking at the autopsy photos of the trooper. During this time, Mike would always come home drunk or be well on his way.

4.  Mike was a raging alcoholic at the time as he is to this day. He was a mean and nasty drunk. He was a bully. Mike got break after break from law enforcement officers and judges because they all knew him from when he was a D.A. and a U.S attorney. I recall one time when I was 14, Mike tried breaking down the bathroom door because I had run in there to get away from him. He punched a hole in the door and was banging on it with an object. When I heard him go down the hall, I ran out of the bathroom and out of the house in my underwear, and he chased me across a field.

5.  I was physically abused by both my mother and Mike from the age of 9 until I was 16 when they were both arrested. Mike was verbally abusive to me on a daily basis, including calling me stupid, bitch and a cunt. He was physically abusive about twice a week, including punching me on top of my head with his fists, hitting me with a belt and stepping on my head when I was lying on the floor.

6.  Soon after Kenny Barrett's trial, when I was still 14, I was beaten so badly by my mother that I had huge welts and was black and blue all over my back. My mother was arrested. Mike received only a warning because the cops

1

_LL_

and the judge knew him. They told him he had to move me and my brother out of the house and he did. My mother bonded out and I did not see her for about three months at which time Mike moved my brother and me back in the house with her. It is my understanding that the case was sealed and all the photos were destroyed. I ran away at 16 to New Mexico to get away from the physical abuse. I got a job as a maid in a motel, and when I was brought back home I told the police about the prior incident and of the photos of my bruised body, but they said they found no record of it.

7. At the time, I was asked by the police whether I was going to run away again and when I said that I would I was put in a juvenile facility. Every time they brought me back to court, Judge Alford asked me if I wanted to go home and when I said no, I was returned to the juvenile facility. When I got out of Juvie I went to Thunderbird, a military academy. After that, I was pulled out of Thunderbird and brought back home because my mother did not like it that I was happy there and was getting my GED, which would have given me independence. By then I was 17, and when my friend Cory witnessed my mother dragging me through the house by my hair, which Mike also witnessed, Cory called the police. My brother and I were both put in DHS custody.

8. My mother and Mike were charged with felony child abuse, but the charges against Mike were reduced to a misdemeanor and he was also charged with enabling my mother's abuse, I think, though I am not sure exactly what the second charge was. They just spent one night in jail.

9. I was placed in four different homes. By then, I was four months pregnant and miscarried, but hadn't yet expelled the child. I was so sick I went back home, and even though I was bleeding out so bad, Mike took me and all my things and dumped me in a Reasors parking lot. That was the last interaction I had with Mike. I am now 26.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

Executed this __17__ day of February 2016.

_Lacy Littlefield_ (signature)

Lacy Littlefield

2