**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

**KENNETH EUGENE BARRETT,**    )
       )
       *Movant,*    )
       )
**v.**    )
       )
**UNITED STATES OF AMERICA,**    )
       )
       *Respondent.*  )

---

**EXHIBIT 27**

---

DECLARATION OF LISA COOPER

I, Lisa Cooper, a person over eighteen (18) and competent to testify, mindful of the penalties of perjury, declare as follows:

1. I am an investigator for Oklahoma Indigent Defense System. I was the investigator for John Echols when he represented Kenneth Barrett in the Sequoyah County murder case for the death of an Oklahoma state trooper, David "Rocky" Eales. I was in charge of the crime scene and ballistics investigation.

2. I was a Midwest City police officer for 23 years. While there, I was on the swat team (a sniper—"forward observer") and was the crime scene go-to-person in the 100-member force.

3. As part of my responsibilities, I qualified law enforcement officers at the range. I am familiar with the Rocky Eales ability to shoot. He was the best shooter I've ever seen.

4. When looking at crime scene in the Barrett case, the first thing I noticed in the aerial photographs was that there was no vent on the roof, which meant that there was no drain, undermining any concern that Kenneth Barrett could flush any drugs when approached thus negating the rationale for a no-knock warrant.

5. The armor that Trooper Eales' was wearing was exactly the same that was purchased by Midwest City from GSA. It was a ceramic vest, weighing about 60 pounds that was designed for helicopter gunner to protect only their front. Since Midwest City could not afford better armor, we tied two fronts together with parachute cord and used them front and back, which left the side exposed. Rocky Eales had been previously employed as a law enforcement officer for Midwest City.

Page 1 of 2                                                    _____

6. I wanted the bullet to test. I requested it from the state lab, and then from the legal department. I was told I'd have to get a court order. When I asked John Ecols to try to get a court order, he refused. And that was the end of it.

I declare under penalty of perjury that this two-page declaration is true and correct.

Executed by me this 26 day of April, 2016 in Cleveland County, Oklahoma.

Lisa Cooper

Page 2 of 2