**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,        )
                                          )
                 *Movant,*      )
                                          )
v.                                   )
                                          )
UNITED STATES OF AMERICA,     )
                                          )
             *Respondent.*  )

---

**EXHIBIT 34**

---

## Declaration of J.C. Hurley

I, Julius C. "J.C." Hurley, a person over eighteen (18) and competent to testify, declare as follows:

1. I am the father of James Clifford "Jimmy" Hurley.

2. I was born on March 18, 1927 and am currently 90 years old.  I live in Gans, Oklahoma.

3. My son, Jimmy, passed away on April 9, 2013.

4. In 2002, Jimmy was on the jury in the first trial of Kenneth E. Barrett for the killing of Oklahoma Highway Patrolman, Rocky Eales.  Jimmy told me that he received four threatening phone calls from Highway Patrol officers.

5. I do not know exactly what the threats were, but Jimmy started to carry a gun after that.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Executed this __9__ day of May 2015 in Sequoyah County, Oklahoma.

_____
J. C. Hurley