**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

---

**EXHIBIT 35**

---

STATE OF OKLAHOMA
DEPARTMENT OF PUBLIC SAFETY

STATEMENT OF WITNESS

| MONTH | DAY | YEAR | 24 HOUR TIME | COUNTY | | | ACCIDENT NUMBER | ADMINISTRATIVE | SHEET 1 of 2 SHEETS |
|---|---|---|---|---|---|---|---|---|---|

| TO BE COMPLETED BY WITNESS | (PLEASE PRINT) NAME OF WITNESS LAST | FIRST | MIDDLE INITIAL | HOME PHONE | DATE OF BIRTH |
|---|---|---|---|---|---|
| HOME ADDRESS | CITY, STATE, & ZIP | BUSINESS ADDRESS | CITY, STATE, & ZIP | BUSINESS PHONE |

I _____ DO HEREBY MAKE THE FOLLOWING STATEMENT
(PLEASE WRITE LEGAL SIGNATURE)

OF MY OWN FREE WILL AND ACCORD CONCERNING _____

WHICH OCCURRED (LOCATION) _____

ON THE _____ DAY OF _____ 19___ TIME _____ A.M. OR P.M.    | STATEMENT DATE |

STATEMENT:    (WITNESS MUST SIGN AT END OF STATEMENT)

9-24-99  LOG Established by Mark Brunk SEQ. Co. S.O # 827  0330
9-24-99  0055 Perimeter Established by Jim McBride OHP

| Name. | DEPT | IN | out |
|---|---|---|---|
| Vernon Phillips | OHP | 0405 | 0415 |
| Jim McBride | OHP | 0405 | 0415 |
| Rodney Burriss IA | 0415 ON SCENE DIDN'T ENTER MARKED C.R S.C |

@ 0555 hrs I, Mark Brunk was Relieved of Duty by Deputy
JEFF Murray.

| Name | DEPT | IN | out | |
|---|---|---|---|---|
| RODNEY BURRISS IA | 0630 | 0631 | |
| VERNON PHILLIPS | OHP | 0737 | 0749 | |
| BEN ROSSER | OSBI | 0737 | 0931 0851 DIDN'T LEAVE CRIME SCENE |
| PAUL GORDON | IA | 0739 | | |
| VICKY JONES | OSBI | 0807 | | |
| VERNON PHILLIPS | OHP | 0801 | 0804 | |
| APRIL MARCANGELI | OSBI | 0801 | | |
| RYAN PORTER | OSBI | 0801 | | |
| LYNETTE LEE | OSBI | 0801 | | |
| VERNON PHILLIPS | OHP | 0902 | 0952 | |
| RAYMOND GRIENGER | OHP | 0919 | 1005 | |
| RICK MANION | OHP | 0919 | 1005 | |
| RODNEY BURRIS | IA | 0931 | | |
| CRAIG NIXON | DEA | 0933 | 1010 | |
| JUAN BEAL | DEA | 0933 | 1010 | |
| BOB KNOX | OHP | 0947 | | |

— PAGE 2 —
Follows

ON 09/24/99 @ 0725 hrs I, JEFF MURRAY CHANGED THE DATE TO
REFLECT THE ACTUAL DATE, AT THE DIRECTION OF RODNEY BURRIS

KEB002419

STATE OF OKLAHOMA
DEPARTMENT OF PUBLIC SAFETY

STATEMENT OF WITNESS

SHEET 2 OF 2 SHEETS

| MONTH | DAY | YEAR | 24 HOUR TIME | COUNTY | | ACCIDENT NUMBER | | ADMINISTRATIVE |
|---|---|---|---|---|---|---|---|---|

| TO BE COMPLETED BY WITNESS (PLEASE PRINT) | NAME OF WITNESS LAST | FIRST | MIDDLE INITIAL | HOME PHONE | DATE OF BIRTH |
|---|---|---|---|---|---|

| HOME ADDRESS | CITY, STATE, & ZIP | BUSINESS ADDRESS | CITY, STATE, & ZIP | BUSINESS PHONE |
|---|---|---|---|---|

I. _____ DO HEREBY MAKE THE FOLLOWING STATEMENT
(PLEASE WRITE LEGAL SIGNATURE)

OF MY OWN FREE WILL AND ACCORD CONCERNING _____

WHICH OCCURRED (LOCATION) _____

STATEMENT DATE:

ON THE _____ DAY OF _____ 19 ____ TIME _____ A.M. OR P.M.

STATEMENT: (WITNESS MUST SIGN AT END OF STATEMENT)

CONT'D COG

| NAME | DEPT | IN | OUT |
|---|---|---|---|
| BEN ROSSER | OSBI | 1051 | 1101 |
| JON HUNTINGTON | OSBI | 1051 | |
| ZA SMITH | OSBI | 1048 | |

@ 1202 09/24/99 I. JEFF MURRAY #823 WAS RELIEVED BY
TRP. RODNEY COPELAND # W871

| LT Randolph 2-72 | OHP | 1207 | ON SCENE. DIDN'T ENTER MARKED Crime |
| LT JAMES, C-152 | OHP | 1219 | ON SCENE DIDN'T ENTER MARKED Crime |
| VERNON PHILLIPS | OHP | 1413 | |

@ 1403 hrs on 09-24-99 I, Rodney Copeland #871 was Relieved by
LT. Bill James #152.

2 L.T. Bill JAMES #152 MAINTAINED LOG UNTIL CLOSURE OF
LOG @ 1610 hrs 9-24-99  WKG #152

| (OFFICER'S RANK & NAME) | | (BADGE NUMBER) | TROOP OR DIVISION |
|---|---|---|---|

171

DPS.

KEB002420

# SEQUOYAH COUNTY SHERIFF'S DEPARTMENT
## CRIME SCENE ENTRY LOG
This log is necessary to show who entered the scene and their reason for being there.

| ORI # 0680000 | CASE # | DATE: |
|---|---|---|

| NAME | UNIT | TIME ARRIVED | TIME DEPARTED | SCENE DUTIES |
|---|---|---|---|---|
| STAN Phillpot | SO | | | |
| Kelly Karnes | SO | | | |
| Kenneth Wilson | SO | | | |
| Shelton Faie | SO | | | |
| Jeff Murray | SO | | | |
| Mark Brunk | SO | | | |
| Tom Lowe | MOF | | | |
| Carl Piersant | MOF | | | |
| J.D. Yandell | MOF | | | |
| Frank Loyd | DA | | | |
| Clint Johnson | DA | | | |
| Johnny Philpot | SO | | | |
| Gary Phlpot | SALL | | | |
| Jim Waddell | DEA | | | |
| Diane B. Harell | DA | | | |
| Jack Rossenberg | OHP | | | |
| Mike Sharp | OHP | | | |
| Juan Bedl | DEA | | | |
| Bill James | OHP | | | |
| Jack Boss | DA | | | |
| Delena Goss | | | | |
| Stuart Myers | OHP | | | |

Reporting Officer:        I.D. #        Date:

172

KEB002421

**99-11543**
**09-24-99**

## Persons at Crime Scene

**OSBI**
Ben Rosser
Dave Page
Vicky Jones
Za Smith
Jon Huntington
Lynette Lee
April Marcangeli
Ryan Porter

**Sequoyah Co. S.O.**
Sheriff Stan Philpot
Johnny Philpot
Mark Brunk
Kelly Karnes
Kenneth Wilson
Jeff Murray

**Moffett P.D.**
Tom Lowe
Other Unidentified Officers

**OHP**
Vernon Phillips
Jim McBride
Jack Rosenberg
Mike Sharp
Bill James
Paul Gordon, I.A.
Rodney Burriss, I.A.
Other Unidentified Officers

**Drug Task Force Dist. #27**
Frank Loyd
Clint Johnson
Dale Harrold, Adair Co. S.O.
Bryan Swim, Cherokee Co. S.O.

**Cherokee Co. S.O.**
Delena Goss

**D.A. Office**
Dianne Barker-Harrold
Darrell Dowty
Robbie Cowen

**DEA**
Jim Waddell
Kevin Wilson
Craig Nixon
Juan Beal

00000698