**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

_____

**EXHIBIT 38**

_____

**Attachment B** - OSBI Report Excerpt
showing #T50, ballistics plate.



LAB NO.: 99-11543
DATE:    11-18-99
PAGE:    Three-ANM *ANM*

## Description of Evidence (continued):

#T35    Sealed brown paper sack containing 9 mm "SPEER" casing (Marker #2A) found north of blue Chevrolet truck with no marked tag.

#T36    Sealed brown paper sack containing .380 casing (Marker #3A) found between OHP Unit 720 and front porch.

#T37    Sealed brown paper sack containing spring (Marker #4A)  found north of Ford Bronco (tag #FAL-803)

#T38    Sealed brown paper sack containing piece of magazine (Marker #5A) found north of Ford Bronco (tag #FAL-803).

#T39    Sealed brown paper sack containing 9 mm "SPEER" casing (Marker #6A) found north of blue Chevrolet truck with no marked tag.

#T40    Sealed brown paper sack containing 9 mm "SPEER" casing (Marker #7A) found north of blue Chevrolet truck with no marked tag.

#T41    Sealed brown paper sack containing .223 "RP" casing (Marker #8A) found east of house and west of blue Chevrolet truck with no marked tag.

#T42    Sealed coin envelope containing .22 "SW" casing (Marker #9A) found southwest of front porch.

#T43    Sealed coin envelope containing 9 mm "SPEER" casing (Marker #10A) found east of blue Chevrolet truck with no marked tag.

#T44    Sealed coin envelope containing 9 mm "SPEER" casing (Marker #11A) found east of blue Chevrolet truck with no marked tag.

#T45    Sealed coin envelope containing 9 mm "RP" casing (Marker #12A) found southwest of porch.

#T46    Sealed coin envelope containing .223 "RP" casing (Marker #13A) found east of house and west of blue Chevrolet truck with no marked tag.

#T47    Sealed brown paper sack containing flash bang (Marker #14A) found west of house.

#T48    Sealed coin envelope containing paper bindle with razor and scrapings from metal frame to front door ( house.

#T49    Sealed coin envelope containing paper bindle with razor and scrapings from front door of house.

#T50    Sealed brown paper sack containing ballistics plate found beneath Ford Bronco (tag# FAL-803).

#T51    Sealed brown paper sack containing Kevlar helmet found beneath Ford Bronco (tag# FAL-803).

#T52    Sealed coin envelope containing live round of ammunition from chamber of HKMP5SDN, serial #63-99770 from floor between front seats of Ford Bronco (tag# FAL-803).

#T53    Sealed brown paper sack containing twenty eight (28) 9 mm rounds of ammunition from right magazin of HKMP5SDN, serial #63-99770 from floor between front seats of Ford Bronco (tag# FAL-803).

#T54    Sealed brown paper sack containing thirty (30) 9 mm rounds of ammunition  from left magazine and magazines from HKMP5SDN, serial #63-99770 from floor between front seats of Ford Bronco (tag# FAL-803).

#T55    Sealed brown paper sack containing disposable CPR mask found under Ford Bronco (tag# FAL-803).

#T56    Sealed large brown paper sack containing a ballistics shield found between house and Ford Bronco (tag# FAL-803).

Continued . . . . . .

196

KFB502194