**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,    )
    )
          *Movant,*    )
    )
v.    )
    )
UNITED STATES OF AMERICA,    )
    )
          *Respondent.*  )

**EXHIBIT 39**

Q    It's this top green dot, isn't it?

A    Correct.  Right next to the driver's side tire.  Front tire.

Q    Was any effort made to determine whether or not this particular casing was more or less oxidized?  I used the word oxidized as sort of as a layman's term for discolored or something like that.

A    No.  We didn't make any type of determination like that at the scene.

Q    As far as you know, was there a way to tell whether or not a casing has been laying out in the rain for a month or six months or a day?

A    I don't know if that's a capabililty of our firearms unit or not.  I'm not really familiar with their processes.

Q    As far as you all do in your collection process, there's no way you all know how to do that?

A    No.  Typically what our job is just to collect the evidence.  We seal it and get it to the laboratory so the units that are responsible for it can process it the best way they know how.

Q    When you referred to exhibit 128, which I think is the rather large exhibit that's on the other side of Ms. Lyons, do you know what I'm referring to?  I think your T number was 50.

A    Yes.  What we call the ballistics plate.

Q    Some kevlar vests are soft vests, correct?

FDO ADDED PAGE #2700

Attachment C, continued

A    Correct.  To my knowledge.

Q    And some soft vests have a pouch or something in which a person can place either a hard kevlar or a steel or some other kind of hard plate within the soft bulletproof vest?

A    Correct.

Q    When you say ballistics plate, I was thinking of that type of plate, a plate that would fit inside a kevlar vest. Did you collect any items that would be of that type?

A    Not to my knowledge.  This was what we collected and was called a ballistics plate at the scene.

Q    I've heard reference to it as being sort of turtle shell armor.  Would that be a layman's description of that type of armor?

A    I could see that being --

Q    Hard shell in front and hard shell in back?

A    Right.

Q    Your agree with me that prior to the time that this crime scene was established, wherever it was established to whatever extent prior to your arrival, that if someone had picked up some brass out there or something else, then that, of course, would prevent you all from collecting it and having it analyzed?

A    Prior to us getting to the scene, somebody pick something up, yes, we wouldn't have known about that unless somebody informed us that they had collected it and gave it to