**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

**KENNETH EUGENE BARRETT,**              )
                                         )
                    *Movant,*            )
                                         )
**v.**                                   )
                                         )
**UNITED STATES OF AMERICA,**            )
                                         )
                  *Respondent.*  )

---

**EXHIBIT 42**

---



Exterior Crime Scene Evidence Sketch

Mark VII

### Evidence List

| Item | Description |
|---|---|
| 1 | one 9mm bullet |
| 2 | one 223 Rem. casing |
| 3 | one 223 casing |
| 4 | .45 caliber bullet |
| 5 | magazine butt plate |
| 6 & 7 | .45 cal. RP bullet |
| 8 | .45 cal. WW bullet |
| 9 | pull pin |
| 10 & 11 | 223 cal. casing |
| 12 | Smith & Wesson 9mm (1 in chamber, 9 in mag) |
| 13 | .45 cal ELD casing |
| 14 | .45 cal Speer casing |
| 15 | Sig Sauer pistol Ser # 6222155 |
| 16 | blood spots lower step |
| 17 | poss blood stain in grass |
| 18 | water bottle |
| 19 | handle, flash bang |
| 20 | two .45 cal. bullets (Federal & RP brand) |
| 1A | one .45 cal RP bullet |
| 2A | Speer 9mm casing |
| 3A | 380 casing |
| 4A | magazine spring |
| 5A | follower |
| 6A&7A | Speer 9mm casing |
| 8A | 223 RP casing |
| 9A | .22 cal SW casing |
| 10A | 9mm Speer casing |
| 11A & 12A | 9mm RP casing |
| 13A | 223 RP casing |
| 14A | expended flash bang |
| 15A | ballistics plate |
| 16A | Kevlar helmet |
| 17A | disposable CPR mask |
| 18A | ballistics shield |
| 19A | crime scene sign |
| 20A | right suede black glove |
| 21A | left black leather glove |
| 22A | left suede black glove |
| 23A | ballistics vest |
| 24A | hand-made gate sign (not depicted) |

NOT TO SCALE

00000805
KEB311349