**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

———————————————————

**EXHIBIT 45**

———————————————————

## DECLARATION OF JACK STRINGER

JACK STRINGER, a person over the age of eighteen (18) and competent to testify, declares as follows:

1. I am a retired Norman police officer. I retired in 1988 and became an investigator for Farmers Insurance and then went to work with Oklahoma Indigent Defense Services (OIDS) for sixteen and a half years. When I retired from OIDS, I became a process server.

2. I was one of the investigators for John Echols, defense counsel for Kenneth Barrett in his first state trial on murder charges in the death of the Oklahoma Highway Trooper David "Rocky" Eales.

3. After the verdict, I was present when Judge Garrett told Mr. Barrett's legal team that he would lock the courtroom in order to give us a head start to get out of town because he worried about our safety because of the troopers' dissatisfaction with the outcome of that trial. I, along with others on the team, took him up on his offer.

4. I tried to serve subpoenas for the trial on members of the Oklahoma Highway Patrol by bringing the subpoenas to OHP Chief Adams, which is how such subpoenas are normally served. Chief Adams refused to accept the subpoenas and told me I would have to find each officer and serve him personally. Judge Garrett hauled an OHP administrator into court and ordered him to have the officers present.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge. Executed this 28 day of April, 2016 in Cleveland County, Oklahoma.

*Jack Stringer*
Jack Stringer