**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

**KENNETH EUGENE BARRETT,**            )
                                       )
                    *Movant,*          )
                                       )
**v.**                                 )
                                       )
**UNITED STATES OF AMERICA,**          )
                                       )
                    *Respondent.*  )

---

**EXHIBIT 51**

---

MR-13-13

**Vicki Beaty**
**Court Clerk of Sequoyah County**
120 E. Chickasaw, Suite 205
Sallisaw, Ok 74955
918-775-4411
Fax: 918-775-1223
Office Hours 8am till 4pm

SEQUOYAH COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

AUG 2 6 2013

VICKI BEATY, COURT CLERK

BY _____ DEPUTY

Brenda Smith, 1st Deputy
Laura C. Barnes, Deputy.
Alicia Vann, Deputy
Whitney O'Bryan, Deputy
Tara Howard, Deputy

Kathryn Victory, 2nd Deputy
Johnna Johnson, Cost.Admin.
Amanda Hoover, Deputy
Jessica Walters, Deputy

August 19, 2013

Dear Mark Woods, in an effort to make room for new files we currently have to move our older files into the attic. There are 10 or more boxes in the attic that have your name on them marked as Exhibits do not destroy until 4-15-2021. According to Statute 20 O.S. 1011, court reporter to remove within 30 days after termination of employment, or can be Destroyed 6 months after termination. We would like to set up a time for you to come and pick up these Boxes. Or you can give our office approval to destroy them by Signing below. And returning this notice to our office Please contact me at the number listed above as soon as possible to set up a time to pick up your Exhibits.

Thank you!

Vicki Beaty, Court Clerk
By: _Laura C. Barnes_
        Deputy

I _Mark Woods_ Give the Sequoyah County District Court office permission to destroy the above mentioned Exhibits marked with my name and a destroy date of 4/15/2021.

Signed this day_22nd_ of_August_, 2013
Court Reporter _Mark W_