**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

**KENNETH EUGENE BARRETT,**            )
                                      )
                    *Movant,*          )
                                      )
**v.**                                 )
                                      )
**UNITED STATES OF AMERICA,**          )
                                      )
                  *Respondent.*  )

**EXHIBIT 52**

DECLARATION OF RONALD SULLIVAN

RONALD SULLIVAN, a person over the age of eighteen (18) and competent to testify, declares as follows:

1. I reside in Sallisaw, Oklahoma. I am 81 years old.

2. I was a juror in the second state murder trial of Kenneth Barrett.

3. I was interviewed by an investigator for Kenneth Barrett on April 20, 2016 about that jury service.

4. I don't recall the prosecution's expert stating they had specifically matched the bullet that killed the trooper to Mr. Barrett's .223.

5. The way the state prosecution connected the weapon that killed trooper Eales to Kenneth Barrett was that they identified the bullet that killed the trooper as being from a .223 and that the only person known to be firing a .223 was Mr. Barrett. I recall the testimony in the trial by the state's expert as saying that the trooper was killed by a .223 and the only person known to be firing a .223 was Mr. Barrett.

6. The testimony in the state trial was not that the fragment's striations matched specifically to Mr. Barrett's .223 or that the bullet could have come from no other weapon in the world but Mr. Barrett's.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 27th day of April, 2016 in Sequoyah County, Oklahoma.

Ronald Sullivan