## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 6:04-CR-00115-JHP-SPS |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## DEFENDANT'S VERIFICATION OF SECTION 2255 MOTION TO VACATE

---

KENNETH EUGENE BARRETT, a person over eighteen and competent to testify, mindful of the penalty of perjury, deposes and says as follows:

I am the Defendant/Petitioner in this case and in Case No. 6:09-CV-00105-JHP. Today, I met with my attorney, Assistant Federal Defender, Joan M. Fisher. We fully discussed the filing of a Second Motion to Vacate under 28 U.S.C. §2255(h)(1) raising newly discovered evidence that supports a claim of serious police and prosecutor misconduct resulting in my wrongful conviction for the death of Trooper Eales. I have been fully informed of all of the newly discovered evidence we have found and the impact that we believe it has on the record as a whole to establish my innocence. I believe the matters alleged and that the evidence we have found and that is in the record supports my innocence. I have authorized the filing of the Second Motion to Vacate.

Executed by me this 5th day of May, 2016.

*Kenneth E Barrett*

Kenneth Eugene Barrett