**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-JHP-SPS** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**REDACTED EXHIBITS TO DEFENDANT/MOVANT'S SECOND SECTION 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT HIS CONVICTIONS AND SENTENCES**

DAVID AUTRY, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
Eastern District of California
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-5700
(916) 498-5710 [fax]
joan_fisher@fd.org
Attorneys for Petitioner, Kenneth Eugene Barrett

Respectfully submitted this 16th day of May, 2016.

DAVID AUTRY, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
Eastern District of California

/s/ *Joan M. Fisher*
JOAN M. FISHER, ID Bar #2854
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
(916) 498-5700
(916) 498-5710 [fax]
Joan Fisher@fd.org

Attorneys for Petitioner Kenneth Eugene Barrett

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

This is to certify that on this 16th day of May, 2015, I caused the foregoing

**REDACTED EXHIBITS TO DEFENDANT/MOVANT'S SECOND SECTION 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT HIS CONVICTIONS AND SENTENCES**

to be filed with the Clerk of the Court of Appeals using the ECF System for filing

and with service to be made electronically on the following ECF registrants:

Jeffrey B. Kahan,
United States Department of Justice,
jeffrey.kahan@usdoj.gov,

Christopher J. Wilson,
Assistant United States Attorney,
chris.wilson@usdoj.gov

To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this case.

Dated: May 16, 2016

/s/ *Joan M. Fisher*
Joan M. Fisher, ISB No. 2854
Assistant Federal Defender