**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

**KENNETH EUGENE BARRETT,**　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　*Movant,*　　　)
　　　　　　　　　　　　　　　　　　　　　)
**v.**　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
**UNITED STATES OF AMERICA,**　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　*Respondent.*　)

**EXHIBIT 10**

## OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE 1 of 1

TITLE OF
REPORT  INTERVIEW OF DEWAYNE BURGESS

**DEWAYNE BURGESS**, WM , ███████████████████████ South
Holly, Sallisaw, Oklahoma, 9██████████(parent's phone), provided the following information:

BURGESS, who was the brother-in-law of Oklahoma Bureau of Narcotics (OBN) Agent KEVIN OTTWELL, was employed at Farmers Furniture in Sallisaw, Oklahoma.

BURGESS knew KENNETH BARRETT as BURGESS had gone to school with BARRETT. Sometime around February or March of 1999, BURGESS delivered some furniture to BARRETT'S mother who lived next door to BARRETT. BARRETT came over and talked to BURGESS asking BURGESS if he had a brother who was an OSBI agent. BURGESS told BARRETT that he had a brother-in-law who was an agent but BURGESS did not correct BARRETT by telling him that his brother-in-law was actually an OBN agent.

BARRETT told BURGESS that OTTWELL had bought drugs off of him (BARRETT) as an undercover agent. BARRETT asked what OTTWELL looked like and BURGESS briefly described OTTWELL. BARRETT then told BURGESS that OTTWELL was "lying out of his ass". BURGESS told BARRETT that was between him (BARRETT) and OTTWELL. BARRETT then made some comment about the man in court did not look like OTTWELL. BARRETT made the comment "I hate all those sons-of-bitches". BARRETT never made any comment to BURGESS about killing OTTWELL or anyone else.

INVESTIGATION ON  11/01/99          AT  SALLISAW, OKLAHOMA          BY  DENNIS FRANCHINI          FILE  CR 99-746

OFFENSE  HOMICIDE                              VICTIM  DAVID EALES                    CASE AGENT  BEN ROSSER

OFFICE NERO      DATE REPORTED  11/03/99      DATE TYPED 11/17/99      TYPIST kc      APPROVED      IND  056

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be d outside your agency.

245

KFR502243