**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,            )
                                   )
                    *Movant,*      )
                                   )
v.                                 )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                    *Respondent.*  )

---

**EXHIBIT 20**

---

IN THE DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR CHEROKEE COUNTY

STATE OF OKLAHOMA        )
    Plaintiff,        )
                          )
vs.        )        CASE NO. CF-99-
                          )
KAREN JEAN REAL,        )
DOB:        )
                          )
    Defendant.        )



# **INFORMATION**
## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:

DIANNE BARKER-HARROLD, the District Attorney for Cherokee County, Oklahoma, charges **Karen Jean Real** with:

## COUNT I: TRAFFICKING IN ILLEGAL DRUGS
On or about January 12, 1999, in Cherokee County, Oklahoma, **Karen Jean Real, while acting in concert with, Mark Anthony Fox, Irene M. Baker-Gann, Thomas Doss Gann, and Kelli A. Israel,** committed the crime of Trafficking in Illegal Drugs, a felony, in violation of 63 O.S. § 2-415, by knowingly possessing methamphetamine, a controlled dangerous substance, in an amount in excess of twenty (20) grams.

## COUNT II: MANUFACTURE OF A CONTROLLED DANGEROUS SUBSTANCE
On or about January 12, 1999, in Cherokee County, Oklahoma, **Karen Jean Real, while acting in concert with, Mark Anthony Fox, Irene M. Baker-Gann, Thomas Doss Gann, and Kelli A. Israel,** committed the crime of Manufacture of a Controlled Dangerous Substance, a felony, in violation of 63 O.S. § 2-401(F), by knowingly possessing chemicals necessary to manufacture methamphetamine, which is defined as a controlled dangerous substance in Schedule II of the Controlled Dangerous Substance Act of Oklahoma, at the Chicken Creek Community at Cookson, Oklahoma. This crime is punishable by a fine of not less than $50,000 and imprisonment for 20 years-Life.

## COUNT III: UNLAWFUL POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE
On or about January 12, 1999, in Cherokee County, Oklahoma, **Karen Jean Real, while acting in concert with, Mark Anthony Fox, Irene M. Baker-Gann, Thomas Doss Gann, and Kelli A. Israel,** committed the crime of Unlawful Possession of Controlled Drug With Intent to Distribute, a felony in violation of 63 O.S. Supp. 1996, § 2-401 (B)(1), by knowingly and intentionally possessing marijuana, a controlled dangerous substance in Schedule I (C-10) of the Uniform Controlled Dangerous Substance Act of Oklahoma, with intent to distribute the same. This crime is punishable by a fine of up to $20,000 or imprisonment for 2 years-Life, or both.

## COUNT IV: UNLAWFUL POSSESSION OF CONTROLLED DRUG IN THE PRESENCE OF A MINOR CHILD

On or about January 12, 1999, in Cherokee County, Oklahoma **Karen Jean Real, while acting in concert with, Mark Anthony Fox, Irene M. Baker-Gann, Thomas Doss Gann and Kelli A. Israel,** committed the crime of Unlawful Possession of Controlled Drug While in the Presence of a Minor Child, a felony in violation of 63 O.S. § 2-402 (C), by knowingly and intentionally possessing methamphetamine, a controlled dangerous substance in Schedule II of the Uniform Controlled Dangerous Substance Act of Oklahoma, while in the presence of one S.I., a minor child under 12 years of age.

## COUNT  V: USE OF WEAPON IN COMMISSION OF CRIME

On or about January 12, 1999, in Cherokee County, Oklahoma, **Karen Jean Real, while acting in concert with, Mark Anthony Fox, Irene M. Baker-Gann, Thomas Doss Gann, and Kelli A. Israel,** committed the crime of Use of Weapon in Commission of Crime, a felony in violation of 21 O.S. § 1287, by knowingly possessing, while committing the felony of Unlawful Possession of Controlled Drug, a New England .410 gauge firearm, a Harrison Richardson 12 guage shotgun, a Bryco 38 .380 caliber pistol, a Marlin .22 caliber rifle, a Mossberg 20 gauge firearm, a .38 pistol.  This crime is punishable by imprisonment for 2-10 years.

DIANNE BARKER-HARROLD,
DISTRICT ATTORNEY

By

FRANK M. MEDEARIS
ASSISTANT DISTRICT ATTORNEY

STATE OF OKLAHOMA    )
                              ) ss.
COUNTY OF CHEROKEE  )

I, Clint Johnson, being duly sworn, on oath state, that I have read the above and foregoing information and know the contents thereof and that the facts stated therein are true.

Subscribed and sworn to before me this 25th day of January, 1999.

Notary Public

My Commission Expires:
May 28, 1999

**WITNESSES:**
Clint Johnson, DAI, 213 W. Delaware, Tahlequah, OK
Earl Beaver, OBN, 3313 W. 45th St., Tulsa, OK
Alan F. Loyd, DAI, 120 E. Chickasaw, Sallisaw, OK
Mark Hammons, DAI, 213 W. Delaware, Tahlequah, OK
Bryan Swim, CCSD, 213 W. Delaware, Tahlequah, OK
Bob Lewandowski, HACN, 1500 Hensley Dr., Tahlequah, OK
OSBI Criminalist, 700 N. Vinita, Tahlequah, OK

## APPEARANCE BOND

S.A.&I. 408 (1993)

IN THE DISTRICT COURT OF_____Cherokee_____COUNTY, STATE OF OKLAHOMA

State of Oklahoma,
    Plaintiff,

vs. _Karen Real_

    Defendant.

Case No. _CF-99-18_

  Know all men by these presents, that we the above named defendant, as principal, and the undersigned_K. Reneé Allcorn_____, as surety(ies), personally appeared before the undersigned authority and jointly and severally acknowledged, themselves to be indebted to the State of Oklahoma in the sum of _Thirty Thousand_____Dollars ($_30,000 —) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

  The conditions of this bond are such that, if the above named ,defendant, who has been committed to the county jail of _Cherokee_____County, State of Oklahoma, shall personally appear before the _____Court of said County on the _____ day of _____, 19___, at _____o'clock ____M., of said day, and from term to term, and from day to day of each term, to answer a charge preferred against him for the offense of _Mfg. CDS; pos. marijuana; pos. of paraphanelia; Pos. of FA while in commission of Fel_and shall not depart the said Court without leave and shall obey any order issued by said Court, then this bond shall be void; otherwise, this bond shall remain in full force and effect.

Witness our hands and seals this _23_ day of _January_, 19 _99_.

_Karen Real_____Principal  _1711 Colonal Dr._____Address
      Sallisaw OK 74955
_K. Reneé Allcorn_____Surety  _HC 61 Box 215 Sallisaw_Address
_Gina Le Boeuf_____Surety  _317 No. Harvey, OKC OK 73102_Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this_28_ day of _January_, 19 _99_.

_M. Margaret Robbins_Court Clerk _____Sheriff
_C Davis_____Deputy  _____Deputy

This undertaking approved this _28_ day of _January_, 19 _99_.

    _M. Margaret Robbins_Court Clerk

(SEAL)    _C. Davis_____Deputy

### AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _Cherokee_____COUNTY, SS:

The undersigned, being first duly sworn upon oath, says that he is a resident of_Sequoyah_ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as hereinafter specified under one or more of the following, to wit:

 a) Consideration for this undertaking received or promised in the sum of $_3,000 —_.

 b) Other security received or promised for making this undertaking, is as follows: _Note & Indemnity_____.

 c) Such promise, security or consideration was received from:

  _Karen Real_____  _1711 Colonal Dr._____
  Name     Address  Sallisaw OK 74955

_BK35-215_

*I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as one who commits perjury.*

K. Renee Allcorn _____ HC 61 Box 215 Tahlequah OK 74464
**Affiant** _____ **Address**

Subscribed and sworn to before me this _28_ day of _January_, 19 _99_.
(SEAL)                                    M. Margaret Robbins
My Commission Expires: _____    Court Clerk - Notary Public

_____                 C. Davis
                                          **Deputy**

## QUALIFICATION OF SURETY
### 12 O.S. 1991, §62

STATE OF OKLAHOMA        )                 Amount of Bond
                         ) __

**POWER OF ATTORNEY**                      № 10215 GL
**Gina LeBoeuf**
**A-1 and Able Bonding Companies**
**217 N. Harvey, Suite #103**
**Oklahoma City, Oklahoma 73102**

**KNOW ALL MEN BY THESE PRESENTS:** That, Gina LeBoeuf, Professional Bondsman licensed by the State of Oklahoma, does constitute and appoint the below named agent as my Attorney in Fact to execute Bail Bonds only in my name and on my behalf as Surety. *THIS POWER MUST BE ATTACHED TO AND FILED WITH THE BAIL BOND WRITTEN ON THE DEFENDANT NAMED BELOW AND IS VOID IF ALTERED OR ERASED.*

Dated this _23_ day of _January_, 19 _99_
Defendant Name:
_Karen_ _____ _Jean_ _____ _Real_
**(First)** _____ **(Middle)** _____ **(Last)**
D.O.B.: _3-20-59_    Amt. of Bond: $_30,000_    Premium: $_3,000_
Offense: _Mfg. CDS, poss. of marij.; pos of paraph; poss of FA while in comm of Felony_
Case Number: _____    Court: _Cherokee Co_
City: _Tahlequah_    Court Date: _2-2-99_    Posted For: _____
Rewrite of Power #: _____    Dated: _____    Amount: _____

K. Renee Allcorn                          Gina LeBoeuf
**Executing Agent's Signature**           **Professional Bondsman's Signature**

_____

_____

## AFFIDAVIT FOR CASH BOND

I am worth, over and above all exemptions, debts, and liabilities, the sum of _____ ($ _____ ).
(Must be double the amount to be secured).

_____
**Surety**

_____
**Surety/Bondsman**

This Qualification of Surety subscribed and sworn to before me this _____ day of _____, 19_____.

_____
**Court Clerk/Judge**

_____
**Deputy Court Clerk**

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
                                    ,
                    Plaintiff,

vs.

_Karen Jean Real_          ,            CASE NO. _CF 99-18_
                    Defendant.

**Defendant enters a plea of:**
Guilty: _____
No Contest: _____        **O R D E R**
Not Guilty: ___X___

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $_____ COSTS AND $_____

FINE FOR A TOTAL OF $_____, TO BE PAID IN _____ INSTALLMENTS OF

$_____, PAYABLE ON THE _____ DAY OF _____,19____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_Felony Arraigning Docket_

DEFENDANT IS ORDERED BACK: _____ _April 5_ 199_9_ AT _9:00_ , _A_.M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE

                                    1:00 P.M. ARRAIGNMENTS

I HAVE READ AND UNDERSTAND            DATED THIS _26TH_ DAY OF _JANUARY_ , 199_9_
THE ABOVE COURT ORDER.

_Karen Real_                          _____
Defendant's Signature                     MARK L. DOBBINS
                                      JUDGE OF THE DISTRICT COURT

_____
Defendant's Attorney                  MAKE MONEY ORDERS PAYABLE TO:
                                          M. MARGARET ROBBINS
                                          COURT CLERK

_____
Assistant District Attorney           MAIL TO:
                                          213 W. DELAWARE, RM. 302
                                          TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT            YELLOW COPY - D.A.            PINK COPY - DEFENDANT

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
                                    Plaintiff,

vs.                                                          CASE NO. _CF-99-15_

_Karen Real_ ,
                                    Defendant.

**Defendant enters a plea of:**
Guilty: _____
No Contest: _____                    **O R D E R**
Not Guilty: _____

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ COSTS AND $ _____

FINE FOR A TOTAL OF $ _____ , TO BE PAID IN _____ INSTALLMENTS OF

$_____ , PAYABLE ON THE _____ DAY OF _____ , 19 _____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_probable Cause found for w/less arrest_

_Bond $20,000._

DEFENDANT IS ORDERED BACK: _____ _IA_ __1-19__ 199_9_ AT __1:00__ , _p_ .M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE

I HAVE READ AND UNDERSTAND              DATED THIS __13__ DAY OF _January_ , 199_9_
THE ABOVE COURT ORDER.

_Karen Real_                              _Sam C. Real_
Defendant's Signature                     JUDGE OF THE DISTRICT COURT

_____
Defendant's Attorney                      MAKE MONEY ORDERS PAYABLE TO:
                                              M. MARGARET ROBBINS
                                              COURT CLERK
_____
Assistant District Attorney               MAIL TO:
                                              213 W. DELAWARE, RM. 302
                                              TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT              YELLOW COPY - D.A.              PINK COPY - DEFENDANT

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                          ,
                        Plaintiff,

vs.

____Karen Real_____,

                        Defendant.

CASE NO. _____

*X OF-99-18-*
*CM-99-40*
*OCF - Fe/*
*7R-98-2504*
*at detund to be*
*indigent*

**ORDER**

*at appls*
*1-26-99 at 1:00 p.m.    Holly Pursley*

Defendant enters a plea of:
Guilty: _____
No Contest: _____
Not Guilty: _____

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $_____ COSTS AND $_____

FINE FOR A TOTAL OF $_____, TO BE PAID IN _____ INSTALLMENTS OF

$_____, PAYABLE ON THE _____ DAY OF _____, 19_____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_____

_____

_____

DEFENDANT IS ORDERED BACK: _____ 199___ AT _____, _____.M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE  1:00 P.M. Arraignments

I HAVE READ AND UNDERSTAND                    DATED THIS 19th DAY OF February, 199 9
THE ABOVE COURT ORDER.

                                             Mark L. Dobbins
_____              JUDGE OF THE DISTRICT COURT
Defendant's Signature


_____
Defendant's Attorney                          MAKE MONEY ORDERS PAYABLE TO:
                                                 M. MARGARET ROBBINS
                                                 COURT CLERK

_____              MAIL TO:
Assistant District Attorney                       213 W. DELAWARE, RM. 302
                                                 TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT          YELLOW COPY - D.A.          PINK COPY - DEFENDANT

# IN THE DISTRICT COURT IN AND FOR CHEROKEE COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA,        )
                          )
            Plaintiff,    )
Vs.                       )  Case No.  CF-99-18 & CM-99-40
                          )
Karen Real,               )
                          )
            Defendant.    )

### Entry of Appearance

COMES NOW Donn F. Baker, for the Defendant, Karen Real, and hereby enters his appearance as counsel of record for Defendant.

All future notices or correspondence should be forwarded to counsel at the address below.

*Donn F Baker*
DONN F. BAKER  OBA#443
Attorney at Law
239 W. Keetoowah
Tahlequah, OK  74464
(918) 456-1233

### CERTIFICATE OF MAILING

I, Donn F. Baker, hereby certify that on the ____ day of April, 1999, mailed a true and correct copy of the foregoing Entry of Appearance to: District Attorney, Cherokee County Courthouse, Tahlequah, OK  74464.

*Donn F Baker*

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
                              Plaintiff,

vs.                                              CASE NO. __CF-99-18__

__KAREN  JEAN  REAL_____,
                              Defendant.

**Defendant enters a plea of:**
Guilty: _____
No Contest: _____         **ORDER**
Not Guilty: _____

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____ .

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ COSTS AND $ _____

FINE FOR A TOTAL OF $ _____ , TO BE PAID IN _____ INSTALLMENTS OF

$ _____ , PAYABLE ON THE _____ DAY OF _____ , 19 _____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_____

_____

_____

DEFENDANT IS ORDERED BACK: _____ 199_9_ AT _9:00_ _A_ .M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE

FELONY  SOUNDING  DOCKET

I HAVE READ AND UNDERSTAND          DATED THIS __5TH__ DAY OF ___APRIL_____ , 199 _9_
THE ABOVE COURT ORDER.


_____
Defendant's Signature                    _____MARK L. DOBBINS_____
                                         JUDGE OF THE DISTRICT COURT


_____
Defendant's Attorney                     MAKE MONEY ORDERS PAYABLE TO:
                                              M. MARGARET ROBBINS
                                              COURT CLERK

_____
Assistant District Attorney              MAIL TO:
                                              213 W. DELAWARE, RM. 302
                                              TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT              YELLOW COPY - D.A.              PINK COPY - DEFENDANT

IN THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

State of Oklahoma,           )
                             )
            Plaintiff,       )
Vs.                          ) Case No. CF-99-18, CM-99-40
                             )
Karen Real,                  )
                             )
            Defendant.       )

## MOTION FOR CONTINUANCE

COMES NOW Donn F. Baker, attorney of record for the Defendant, Karen Real, moves this Honorable Court to continue the preliminary hearing scheduled for July 6, 1999. Counsel for the defendant has a scheduling conflict in Craig County and cannot be present. The opposing counsel does not object to this continuance.

WHEREFORE, movant prays that this matter be continued.

DONN F. BAKER OBA #443
Attorney at Law
239 W. Keetoowah
Tahlequah, OK 74464
(918) 456-1233

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed by first class mail in the U.S. mail on the ___ day of ___June___, 1999, to: District Attorney, Cherokee County Courthouse, Tahlequah, OK 74464 with postage prepaid thereon.

IN THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

State of Oklahoma,           )
                             )
              Plaintiff,     )
                             )
Vs.                          )    Case No. CF-99-18, CM-99-40
                             )
Karen Real,                  )
                             )
              Defendant.     )

## ORDER FOR CONTINUANCE

NOW on this _7_ day of _July_, 1999, upon the Motion for Continuance of the hearing scheduled for July 6, 1999, the Court finds that the same should be continued to the _11_ day of _August_, 1999 at _1:00_ p.m. o'clock.

_____
JUDGE OF THE DISTRICT COURT

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed by first class mail in the U.S. Mail on the ____ day of _June_, 1999, to: District Attorney, Cherokee County Courthouse, Tahlequah, OK 74464 with postage prepaid thereon.

IN THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
)
PLAINTIFF, )
)
vs. )   CASE NO. CF-99-18
)
KAREN JEAN REAL, )
DEFENDANT. )

## MOTION TO CONTINUE

Comes now the Plaintiff, State of Oklahoma, by and through Frank M. Medearis, Assistant District Attorney, and moves the Court to continue the Preliminary Hearing set herein on the 11ᵗʰ day of August, 1999, at 9:00 o'clock a.m. and in support thereof would show:

1.    That the State of Oklahoma has not received a lab report from the Oklahoma State Bureau of Investigation. That said lab report is essential evidence in prosecution of this case.

2.    That this Motion is not made for the purposes of delay, but that the ends of justice will be served.

Wherefore premises considered the Plaintiff prays that the Preliminary Hearing set for the 11ᵗʰ day of August, 1999, be continued.

Respectfully Submitted,

DIANNE BARKER-HARROLD,
DISTRICT ATTORNEY

By_____
FRANK M. MEDEARIS
ASSISTANT DISTRICT ATTORNEY

## CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing was delivered to Donn Baker, Attorney for Defendant, by placing the same in their designated mailbox located in the Office of the Cherokee County Court Clerk, 213 W. Delaware, Tahlequah, Oklahoma 74464.

_____
Office of the District Attorney

IN THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                 )
                                   )
        PLAINTIFF,                 )
                                   )
VS.                                )    CASE NO. CF-99-18
                                   )
KAREN JEAN REAL,                   )
        DEFENDANT.                 )

## ORDER OF CONTINUANCE

Now on this 11th day of August, 1999, the above case comes on for hearing before me, the undersigned Judge of the District Court for Cherokee County, State of Oklahoma, on the Motion for Continuance filed herein by the Plaintiff, State of Oklahoma, and the Court after examining the file and being fully advised in the premises, finds that such Motion should be granted and sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Preliminary Hearing in the above entitled matter by and the same is hereby continued from the 11th day of August, 1999, to the 20th day of September, 1999, at 1:00 o'clock p.m.

Dated this 11th day of August, 1999.

_____
MARK L. DOBBINS
ASSOCIATE DISTRICT JUDGE

## CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing was delivered to Donn Baker, Attorney for Defendant, by placing the same in his designated mailbox located in the Office of the Cherokee County Court Clerk, 213 W. Delaware, Tahlequah, Oklahoma 74464.

_____
Office of the District Attorney

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
                                        Plaintiff,

vs.                                              CASE NO. __CF-99-251, CF-99-18__

____KAREN REAL____                               ATT: DONN BAKER
                          Defendant.

**Defendant enters a plea of:**

Guilty: _____

No Contest: _____              **O R D E R**

Not Guilty: _____

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____ WHICH IS TO BE PAID IN _____ **INSTALLMENTS OF**

$_____ , PAYABLE ON THE _____ DAY OF _____, 19 _____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_____

_____

_____ P # SD _____

_____

_____

DEFENDANT IS ORDERED BACK: ___November 1 , 1999 AT 9:00 A .M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE                            P.H.

I HAVE READ AND UNDERSTAND                DATED THIS _20TH_ DAY OF ___SEPTEMBER___ , 1999
THE ABOVE COURT ORDER.

K Real
_____
Defendant's Signature                     ___MARK L. DOBBINS_____
                                          **JUDGE OF THE DISTRICT COURT**

_____
Defendant's Attorney

                                          **MAKE MONEY ORDERS PAYABLE TO:**
                                              **M. MARGARET ROBBINS**
                                              **COURT CLERK**
_____
Assistant District Attorney               MAIL TO:
                                              **213 W. DELAWARE, RM. 302**
                                              **TAHLEQUAH, OK 74464**

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT          YELLOW COPY - D.A.          PINK COPY - DEFENDANT

**IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY**
**STATE OF OKLAHOMA**

STATE OF OKLAHOMA, _____,
                            Plaintiff,

vs.

____KAREN REAL_____,          CASE NO. __CF-99-251, CF-99-18_____
                            Defendant.     ATT: DONN BAKER

**Defendant enters a plea of:**
Guilty: _____
No Contest: _____            **O R D E R**
Not Guilty: _____

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____ WHICH IS TO BE PAID IN _____INSTALLMENTS OF

$_____ , PAYABLE ON THE _____ DAY OF _____ , 19 _____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_____

_____

_____

_____

_____

DEFENDANT IS ORDERED BACK: __*January 3*__          *2000* AT _*9:00*_ , *A* .M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE                    FELONY SOUNDING DOCKET

I HAVE READ AND UNDERSTAND           DATED THIS __1ST__ DAY OF ___NOVEMBER___ , _1999_
THE ABOVE COURT ORDER.

_____       __MARK L. DOBBINS_____
Defendant's Signature                    **JUDGE OF THE DISTRICT COURT**


_____       **MAKE MONEY ORDERS PAYABLE TO:**
Defendant's Attorney                         **M. MARGARET ROBBINS**
                                             **COURT CLERK**

_____       **MAIL TO:**
Assistant District Attorney                 **213 W. DELAWARE, RM. 302**
                                             **TAHLEQUAH, OK 74464**

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT          YELLOW COPY - D.A.          PINK COPY - DEFENDANT

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, _____ ,
                        Plaintiff,

vs.

_____ KAREN REAL _____ ,              CASE NO. __CF-99-251, CF-99-18_____
                        Defendant.                ATT: DONN BAKER

Defendant enters a plea of:

Guilty: _____

No Contest: _____           **ORDER**

Not Guilty: _____

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____ WHICH IS TO BE PAID IN _____ INSTALLMENTS OF

$_____ , PAYABLE ON THE _____ DAY OF _____ 19 _____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_____ Preliminary Hearing Sounding Docket _____

_____

_____

_____

_____

DEFENDANT IS ORDERED BACK: _____ 3-6 _____ , 00 AT 9:00 , a .M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE          FELONY SOUNDING DOCKET

I HAVE READ AND UNDERSTAND             DATED THIS __3__ DAY OF ___JANUARY_____ , __2000__
THE ABOVE COURT ORDER.

_____      ___MARK L. DOBBINS_____
Defendant's Signature                  JUDGE OF THE DISTRICT COURT

_____
Defendant's Attorney                   MAKE MONEY ORDERS PAYABLE TO:
                                            M. MARGARET ROBBINS
                                            COURT CLERK

_____      MAIL TO:
Assistant District Attorney                 213 W. DELAWARE, RM. 302
                                            TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT          YELLOW COPY - D.A.          PINK COPY - DEFENDANT

IN THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

State of Oklahoma,               )
                                 )
                    Plaintiff,   )
Vs.                              )   Case No. CF-99-251, CF-99-18
                                 )
Karen Real,                      )
                                 )
                    Defendant.   )

## MOTION FOR CONTINUANCE

COMES NOW Donn F. Baker, attorney of record for the defendant, Karen Real, and moves this Honorable Court to continue the disposition docket set for March 1, 2000. Counsel for the defendant is in a Jury Trial in Sequoyah County before Judge John Garrett and cannot be present. The opposing counsel does not object to this continuance.

WHEREFORE, movant prays that this matter be continued.

DONN F. BAKER OBA #443
Attorney at Law
239 W. Keetoowah
Tahlequah, OK 74464
(918) 456-1233

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed by first class mail in the U.S. mail on the 29 day of Feb. , 2000, to: District Attorney, Cherokee County Courthouse, Tahlequah, OK 74464 with proper postage thereon.

Donn F. Baker

IN THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

State of Oklahoma,                    )
                                      )
        Plaintiff,                    )
Vs.                                   )  Case No. CF-99-251, CF-99-18
                                      )
Karen Real,                           )
                                      )
        Defendant.                    )

ORDER FOR CONTINUANCE

NOW on this 29 day of February, 2000, upon the Motion for Continuance of the disposition docket set for March 1, 2000 the Court finds that the same should be continued to the 5 day of April , 2000 at 9:00 am.

JUDGE OF THE DISTRICT COURT

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed by first class mail in the U.S. Mail on the 29 day of Feb. , 2000, to: District Attorney, Cherokee County Courthouse, Tahlequah, OK 74464 with proper postage thereon.

Donn F. Baker

IN THE DISTRICT COURT IN AND FOR CHEROKEE COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
                    Plaintiff,

vs.                                    CASE NO. CF-99-18

KAREN REAL
                    Defendant,

## O R D E R

### RELEASING BONDSMAN

NOW, On this the 6th day of March, 2000, the bondsman, Renee' Allcorn for the above-named defendant having produced the defendant before the court, and having made oral application to the court to be relieved and released from any further responsibility in connection with the appearance bond heretofore posted by said bondsman, and to have said bond discharged for the reason that the defendant has not cooperated with said bondsman by not having made contact as requested for the purpose of court appearances, and the court, having examined the court file, the statements of the bondsman and defendant, and having considered all the facts and circumstances surrounding said case, and being fully informed in the premises;

IT IS, THEREFORE, THE ORDER, JUDGMENT AND DECREE of the Court that there is good and sufficient cause presented for the appearances bond posted herein to be discharged and held for naught, and the said bondsman exonerated from any further responsibility in connection with said appearance bond, and the defendant is remanded to the custody of the sheriff until a new bond is made and approved.

ASSOCIATE DISTRICT JUDGE

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
                        Plaintiff,

vs.

KAREN REAL                                   CASE NO. ____CF-99-251, CF-99-18____
                        Defendant.           ATT: DONN BAKER

Defendant enters a plea of:
Guilty: _____
No Contest: _____          **O R D E R**
Not Guilty: _____

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $_____ COSTS AND $_____

FINE FOR A TOTAL OF $_____, TO BE PAID IN _____ INSTALLMENTS OF

$_____, PAYABLE ON THE _____ DAY OF _____, 200____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

*Copy to Donn Baker's Office*

DEFENDANT IS ORDERED BACK: _*April 5th*_____, 200*0* AT *9:00*, *A* .M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE                        FELONY SOUNDING DOCKET

I HAVE READ AND UNDERSTAND              DATED THIS __6TH_ DAY OF ___MARCH_____, 200_0_
THE ABOVE COURT ORDER.

_____          _____MARK L. DOBBINS_____
Defendant's Signature                   JUDGE OF THE DISTRICT COURT

*Via Phone w/ Donn Baker*
Defendant's Attorney                    MAKE MONEY ORDERS PAYABLE TO:
                                            M. MARGARET ROBBINS
                                            COURT CLERK

_____          MAIL TO:
Assistant District Attorney                 213 W. DELAWARE, RM. 302
                                            TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT          YELLOW COPY - D.A.          PINK COPY - DEFENDANT

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,                              ,
                                    Plaintiff,

vs.

                                                CASE NO. _CF-99-18, CF-99-251, CM-99-40
KAREN JEAN REAL                        ,        ATT: DONN BAKER
                              Defendant.

Defendant enters a plea of:
Guilty: _____
No Contest: _____               **O R D E R**
Not Guilty: _____

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ COSTS AND $ _____

FINE FOR A TOTAL OF $ _____ , TO BE PAID IN _____ INSTALLMENTS OF

$_____ , PAYABLE ON THE _____ DAY OF _____ , 200_____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

*Cases passed to april 26, 2000, at 9:00 AM.*

_____

DEFENDANT IS ORDERED BACK: _____ *april 26* , 200*0* AT *9:00* , *A*.M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE                           DEF. ORDERED BACK

I HAVE READ AND UNDERSTAND             DATED THIS _5TH_ DAY OF ___APRIL___ , 200_0_
THE ABOVE COURT ORDER.

_____            _____MARK L. DOBBINS_____
Defendant's Signature                  JUDGE OF THE DISTRICT COURT

*Copy to Donn Baker.*
Defendant's Attorney                   MAKE MONEY ORDERS PAYABLE TO:
                                           M. MARGARET ROBBINS
                                           COURT CLERK

_____            MAIL TO:
Assistant District Attorney                213 W. DELAWARE, RM. 302
                                           TAHLEQUAH, OK 74464

              SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
              INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT              YELLOW COPY - D.A.              PINK COPY - DEFENDANT

**IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA**

STATE OF OKLAHOMA, _____,
Plaintiff,

vs.

KAREN JEAN REAL _____,
Defendant.

CASE NO. CF-99-18, CF-99-251, CM-99-40
ATT: DONN BAKER

**Defendant enters a plea of:**
Guilty: _____
No Contest: _____
Not Guilty: _____

**ORDER**

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $_____ COSTS AND $_____

FINE FOR A TOTAL OF $_____, TO BE PAID IN _____ INSTALLMENTS OF

$_____, PAYABLE ON THE _____ DAY OF _____, 200____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

*Case set for august 7, 2000, at 9:00 A.M.
Felony Sounding Docket.*

DEFENDANT IS ORDERED BACK: *August 7*, 200_0_ AT _9:00_, _A_.M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE

P.H. DISPOSITION

I HAVE READ AND UNDERSTAND
THE ABOVE COURT ORDER.

DATED THIS _26TH_ DAY OF _APRIL_, 200_0_

_____
Defendant's Signature

_____ MARK L. DOBBINS _____
**JUDGE OF THE DISTRICT COURT**

_____
Defendant's Attorney

**MAKE MONEY ORDERS PAYABLE TO:
M. MARGARET ROBBINS
COURT CLERK**

_____
Assistant District Attorney

**MAIL TO:
213 W. DELAWARE, RM. 302
TAHLEQUAH, OK 74464**

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT          YELLOW COPY - D.A.          PINK COPY - DEFENDANT

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA,
                                    ,
                    Plaintiff,

vs.

____KAREN  JEAN  REAL_____,
                    Defendant.

CASE NO. __CF-99-18; CF-99-251;_____
         CM-99-40
         ATT. DONN BAKER

**Defendant enters a plea of:**
Guilty: _____
No Contest: _____
Not Guilty: _____

**O R D E R**

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ COSTS AND $ _____

FINE FOR A TOTAL OF $ _____ , TO BE PAID IN _____ INSTALLMENTS OF

$_____ , PAYABLE ON THE _____ DAY OF _____ , 200_____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_____ _November_ _FSD_ _____

_____

DEFENDANT IS ORDERED BACK: _____ _November 6_ , 200 _0_ AT _9:00_ , _A_ .M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE

FELONY SOUNDING DOCKET

I HAVE READ AND UNDERSTAND
THE ABOVE COURT ORDER.

DATED THIS _7TH_ DAY OF _AUGUST_____ , 200 _0_

_____
Defendant's Signature

_____
Defendant's Attorney

_____
Assistant District Attorney

_MARK L. DOBBINS_____
JUDGE OF THE DISTRICT COURT

MAKE MONEY ORDERS PAYABLE TO:
        M. MARGARET ROBBINS
        COURT CLERK

MAIL TO:
        213 W. DELAWARE, RM. 302
        TAHLEQUAH, OK 74464

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT          YELLOW COPY - D.A.          PINK COPY - DEFENDANT

**IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY**
**STATE OF OKLAHOMA**

STATE OF OKLAHOMA, _____,
                          **Plaintiff,**

vs.

 KAREN JEAN REAL _____,       CASE NO. CF-99-18, CF-99-251, CM-99-40
                          **Defendant.**              ATT: DONN BAKER

**Defendant enters a plea of:**
Guilty: _____
No Contest: _____         **O R D E R**
Not Guilty: _____

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $_____.

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ COSTS AND $ _____

FINE FOR A TOTAL OF $ _____ , TO BE PAID IN _____ INSTALLMENTS OF

$_____ , PAYABLE ON THE _____ DAY OF _____ , 200_____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.
_____ placed on Feb. FSD _____

_____

_____

DEFENDANT IS ORDERED BACK: _____ Feb  5 _____ , 200_/ AT __ 9:00 , A .M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE                     FELONY SOUNDING DOCKET

I HAVE READ AND UNDERSTAND          DATED THIS _6TH_ DAY OF __NOVEMBER__ , 200_0_
THE ABOVE COURT ORDER.

_____          __MARK L. DOBBINS_____
**Defendant's Signature**                **JUDGE OF THE DISTRICT COURT**

_____
**Defendant's Attorney**                 **MAKE MONEY ORDERS PAYABLE TO:**
                                            **M. MARGARET ROBBINS**
                                            **COURT CLERK**
_____
**Assistant District Attorney**          **MAIL TO:**
                                            **213 W. DELAWARE, RM. 302**
                                            **TAHLEQUAH, OK 74464**

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
INCLUDE CASE NUMBERS ON ALL MONEY ORDERS; NO PERSONAL CHECKS ACCEPTED

WHITE COPY - COURT          YELLOW COPY - D.A.          PINK COPY - DEFENDANT

IN AND FOR THE DISTRICT COURT OF CHEROKEE COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, _____ ,
                        Plaintiff,

vs.

   Karen Jean Real _____ ,          CASE NO. CF-99-18, CF-99-251, CM-99-40
                        Defendant.              Attn: Donn Baker

Defendant enters a plea of:
Guilty
No Contest                      **O R D E R**
Not Guilty

YOU HAVE BEEN ASSESSED THE COSTS AND/OR FINE IN THE ABOVE STYLED AND NUMBERED CASE IN THE

AMOUNT OF $ _____ .

YOU ARE HEREBY ORDERED TO PAY THE SUM OF $ _____ COSTS AND $ _____

FINE FOR A TOTAL OF $ _____ , TO BE PAID IN _____ INSTALLMENTS OF

$ _____ , PAYABLE ON THE _____ DAY OF _____ , 200 ____ AND

CONTINUING THEREAFTER _____ UNTIL PAID IN FULL.

_Pending Sentencing in federal_
_Court. State will dismiss_
_upon sentencing_

DEFENDANT IS ORDERED BACK: FSD    5/7    , 200 1 AT 9:00 A.M.

YOUR WILLFUL FAILURE TO PAY AS ORDERED ABOVE WILL RESULT IN A BENCH WARRANT BEING ISSUED
FOR YOUR ARREST AND WILL FURTHER SUBJECT YOU TO CONTEMPT OF COURT PROCEEDINGS AND
FURTHER JAIL SENTENCE

                                                              FSD
I HAVE READ AND UNDERSTAND          DATED THIS _5th_ DAY OF __Feb__ , 2001
THE ABOVE COURT ORDER.


_____          _____Mark L. Dobbins_____
Defendant's Signature                     **JUDGE OF THE DISTRICT COURT**


_____
Defendant's Attorney                      **MAKE MONEY ORDERS PAYABLE TO:**
                                          **M. MARGARET ROBBINS**
                                          **COURT CLERK**
_____
Assistant District Attorney               **MAIL TO:**
                                          **213 W. DELAWARE, RM. 302**
                                          **TAHLEQUAH, OK 74464**

SEND STAMPED SELF-ADDRESSED ENVELOPE FOR RETURN RECEIPT
PUT THE CASE NUMBERS ON ALL MONEY ORDERS. NO PERSONAL CHECKS ACCEPTED

        YELLOW COPY - DA                        PINK COPY - DEFENDANT