**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

---

**EXHIBIT 41**

---

# OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE <u>1</u> of <u>2</u>

TITLE OF
REPORT <u>SECOND INTERVIEW OF MICHAEL BRYAN SWIM</u>

**MICHAEL BRYAN SWIM**, IM, ███████████████████████ West Delaware, Tahlequah, Oklahoma, 918/456-2583, provided the following information:

SWIM was employed as a Cherokee County Sheriff Department Deputy for five years. SWIM was employed as a Cherokee County Sheriff Department Investigator since September 1999, and was currently assigned to the District 27 Drug Task Force. District 27 included Wagoner, Cherokee, Adair and Sequoyah counties. DIANNE BARKER HAROLD was the District Attorney for District 27. DELENA GOSS was the Cherokee County Sheriff.

On September 23, 1999, CLINT JOHNSON telephoned SWIM at approximately 2000 hours and requested SWIM'S assistance with an arrest warrant for KENNETH BARRETT and a search warrant for drugs at BARRETT'S house. JOHNSON explained that BARRETT was considered a high risk and the Oklahoma Highway Patrol (OHP) Tactical Team was going to assist. SWIM did not personally know BARRETT, however, SWIM was familiar with BARRETT'S drug activities. A short time later, while getting fuel at the Cherokee County Sheriff's Department, SWIM informed GOSS and BARKER HAROLD of the warrants.

At about 2215 hours the same date, SWIM attended a briefing at the Sequoyah County Sheriff's Department, Sallisaw, Oklahoma. SWIM joined JOHNSON, Sequoyah County Sheriff JOHNNY PHILPOT, Sequoyah County Deputy KELLY KARNES, Sallisaw Police Chief GARY PHILPOT, Sequoyah Assistant District Attorney ROBERT COWAN, Sequoyah County Assistant District Attorney LYNN ANDERSON, and two unidentified police officers. The plan called for the local officers to provide perimeter security while the OHP Tactical Team entered and secured BARRETT'S residence. The briefing included information that an informant visited BARRETT'S house the previous evening and reported that BARRETT was heavily armed with a lot of guns, possibly some automatic weapons. The informant also reported that BARRETT had a methamphetamine a.k.a. crank laboratory at the house. The briefing information warned that BARRETT had threatened a police officer, although the specific officer was not named. The briefing lasted about five minutes.

SWIM and the other officers departed the Sequoyah County Sheriff's Department and drove to I-40 and Dwight Mission Road. They arrived at approximately 0020 hours, September 24, 1999. GOSS and BARKER HAROLD, together in GOSS' unit, were already at the intersection. Sequoyah County Reserve Deputy PAM CRUTCHFIELD also joined the other officers on I-40. Everyone spent about five minutes putting their equipment on before the tactical team arrived. The

INVESTIGATION ON <u>10/20/99</u>    AT <u>TAHLEQUAH, OKLAHOMA</u>    BY <u>BEN ROSSER</u>    FILE <u>CR 99-746</u>

OFFENSE <u>HOMICIDE</u>    VICTIM <u>DAVID EALES</u>    CASE AGENT <u>BEN ROSSER</u>

OFFICE <u>NERO</u>    DATE REPORTED <u>10/28/99</u>    DATE TYPED <u>11/02/99</u>    TYPIST <u>kc</u>    APPROVED ___ IND <u>053</u>

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be dis outside your agency.

KEB502075

CR 99-746
SECOND INTERVIEW OF MICHAEL BRYAN SWIM
PAGE 2

tactical team planned for a two minute head start, then proceeded north on Dwight Mission Road. The local officers waited two minutes then proceeded north on Dwight Mission Road. A train crossing Dwight Mission Road held the local officers up for a short time. SWIM traveled alone in his unit to BARRETT'S house.

During the drive to BARRETT'S house, SWIM monitored a radio transmission on the OHP frequency "officer needs help". SWIM radioed GOSS of the information. SWIM arrived at the area of BARRETT'S house a short time later and parked on the road, just east of BARRETT'S driveway. Trooper RAY GRENINGER ran south from BARRETT'S house toward the gate at the road, yelling that two officers were down.

SWIM radioed Cherokee County Sheriff Department Dispatchers, from his unit, a request for medical assistance. SWIM then carried his medical bag from his unit to a location on the south side of BARRETT's house, where two unidentified troopers loaded Trooper DAVID EALES onto the tailgate of a white unmarked OHP Ford Bronco. GOSS and JOHNSON jumped into the back of the Bronco with EALES and left before SWIM could get in. An unidentified trooper laid on the hood of the damaged Bronco and covered the house. The damaged Bronco was parked next to a porch on the south side of the house.

SWIM returned to his unit and backed up in BARRETT'S driveway to follow the Bronco transporting EALES. ANDERSON opened SWIM'S passenger door and GRENINGER helped Trooper HAMILTON get into SWIM'S unit. SWIM drove HAMILTON to the Sallisaw Hospital, Sallisaw, Oklahoma. HAMILTON'S left shoulder was wounded and HAMILTON could not see out of his left eye. SWIM helped undress HAMILTON at the hospital. SWIM placed HAMILTON'S gun belt, helmet, shirt, vest, a flash bang spoon pin, and a cardboard piece from the flash bang on a hospital bed in the emergency room. HAMILTON'S holster was empty and HAMILTON explained that the handgun was at the scene. SWIM helped OHP Lieutenant BILL JAMES bag HAMILTON'S equipment at the emergency room. Unidentified hospital personnel placed EALES' equipment in bags and placed the bags on the bed with HAMILTON'S equipment. SWIM left the hospital around 0300 or 0400 hours.

SWIM did not see TOBY or KENNETH BARRETT at the scene.

78

KEB502076