**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

**EXHIBIT 46**

STATE OF OKLAHOMA     )
                      ) SS.
COUNTY OF OKLAHOMA    )

I, John Hamilton, Jr, of legal age, being first duly sworn upon oath, deposes and states.

That the facts, events and circumstances contained in the attached narrative statement are accurate, true and correct to the best of our recollection, knowledge, information and belief.

JOHN HAMILTON, JR

SUBSCRIBED AND SWORN  to before me, a Notary Public, this _____ day of _____, 1999.

_____
Notary Public

My Commission expires:

_____

KEB201816

| | |
|---|---|
| STATE OF OKLAHOMA )<br>                      ) SS<br>COUNTY OF OKLAHOMA ) | JOHN HAMILTON<br>TROOPER<br>OHP |

### AFFIDAVIT

This is 2Lt Paul Gordon #67 of the Internal Affairs and Special Investigations Division of the Department of Public Safety, Oklahoma Highway Patrol.  Today's date is 11-02-1999.  The time is approximately 2:04.  I am present in the Internal Affairs office, 3600 Martin Luther King, Oklahoma City.  Present in the room with me is Buddy Hamilton.

GORDON:    Trooper Hamilton, are you aware that our conversation is being recorded and may be  reduced to a typed sworn affidavit for your signature at a later date?

HAMILTON: Yes.

GORDON:    Is it being done with your permission sir?

HAMILTON: Yes.

GORDON:    Sir, I have handed you the Disciplinary Interview Affidavit, could you please read that out loud for me?

HAMILTON: I understand that I am being questioned as part of an official investigation of the Oklahoma Department of Public Safety and will be asked questions specifically directed and narrowly related to the performance of my official duties or fitness for office.  I also

1

KEB201817

STATE OF OKLAHOMA     )
                      ) SS                    JOHN HAMILTON
COUNTY OF OKLAHOMA    )                       TROOPER
                                              OHP

AFFIDAVIT

understand I am entitled to all the rights and privileges guaranteed by the laws and the constitution of the state and the Constitution of the United States, including the right not to be compelled to incriminate myself. In addition, I understand if I refuse to testify or to answer questions relating to the performance of my official duties or fitness for duty, I will be subject to departmental charges which would result in my dismissal from the Oklahoma Department of Public Safety. If I do answer, neither my statements nor any information or evidence which is gained by reason of such statements can be used against me in any subsequent criminal proceeding. However, these statements may be used against me in relation to subsequent departmental charges.

GORDON:   Okay, sir if you will please sign right there where it says signature of affected employee.

HAMILTON:  (writing noise)

GORDON:   Thank you sir.   Sir can you please state your complete name for me?

2

KEB201818

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

JOHN HAMILTON
TROOPER
OHP

## AFFIDAVIT

HAMILTON: John Mark Hamilton, Jr.

GORDON:   Could you spell your last name?

HAMILTON: H A M I L T O N

GORDON:   Could you give me your date of birth sir?

GORDON:   And your social security number?

GORDON:   Sir, how long have you been on the patrol?

HAMILTON: Approximately 15 years.

GORDON:   Where are you currently assigned?

HAMILTON: Bomb Squad.

GORDON:   Are you on the Tac Team sir?

HAMILTON: Yes.

3

KEB201819

STATE OF OKLAHOMA    )                          JOHN HAMILTON
                     )SS                        TROOPER
COUNTY OF OKLAHOMA   )                          OHP

### AFFIDAVIT

GORDON:    What is your assigned position on the Tac Team?

HAMILTON: I'm assistant team leader.

GORDON:    What does assistant team leader do?

HAMILTON: Help coordinate with the team leader planning activities, training, missions.

GORDON:    Sir, can you tell me what happened at 0038 on September 24, 1999 and I would like you to start from ah, the time that you got off the Interstate.

HAMILTON: Got off, exited the Interstate at Dwight Mission Road and I-40, turned northbound on Dwight Mission Road, we met (inaudible) task force unit, consisting of about 10, well maybe as many as 15 people ah, we had a short meeting there in which we discussed we would go in and take the subject down (inaudible) Kenny Barrett and then they would give us a two minute interval then they would come in with the rest of the team to process the scene, subsequent to a search warrant, and they already had a misdemeanor and one felony search warrant. We left from that meeting and I was the lead unit and there was five units total, I think 11 people in all the units all together. As we approached ah subject's house, saw someone standing close to it, either the house or in the yard, (inaudible) we had a physical description of this guy, he had scraggly hair,

4

STATE OF OKLAHOMA      )
                       )SS
COUNTY OF OKLAHOMA     )

JOHN HAMILTON
TROOPER
OHP

AFFIDAVIT

and he was small build and this seemed to match our description. We couldn't go in the main gate at the house because it had ah ah, aluminum gate with heavy chains around it, so we went to the next drive to the east of the residence and (inaudible), as we turned in and went north on this, just a little ways then veered off to the left toward the subjects house which there was a big ditch, when we hit the ditch, we came up out of it the person was still standing there in the yard, and some time between the time that we turned off the road and the time we hit the ditch I heard someone yelling, (inaudible) around the house, I couldn't tell what they were saying, I just (inaudible) after we crossed the ditch and shortly thereafter, the shooting started, bullets started hitting the Bronco, (inaudible) and Trooper Eales (inaudible) I kept driving towards the subject that had been standing in front of the house. The vehicle stopped, bullets were still coming, we were still under fire, the vehicle came to a stop and maybe even before it stopped ahem, I just stopped the vehicle and I laid down between the seats and I had a stun (?) or flash bang in my hand that we were gonna use on the entry to the house and I throwed it outside the vehicle and it detonated, and when it detonated I exited the vehicle and went to the back of the Bronco and there where I saw Trooper Eales (inaudible) on the ground and Trooper Manion was kneeling next to him then I turned and went back toward the front, I didn't know it was Trooper Manion at the time, I just knew it was one of our people, I went back to the front of the Bronco and we had a five man entry team which Rocky and I, Raymond, Rick, and Steve Hash

5

KEB201821

STATE OF OKLAHOMA    )
                     ) SS
COUNTY OF OKLAHOMA   )

JOHN HAMILTON
TROOPER
OHP

AFFIDAVIT

were a part of it, and we were (inaudible). I looked inside the house door, the house was open, I couldn't see anything then I saw movement in the house, ah, just some hands and a (inaudible) I had been shot near the left eye and I, I, didn't know who was in the house, I didn't know if it was some of our people or or if it was the suspect or who. Shortly thereafter I heard some shots from an MP5, the guy fell through the door, and I could see it wasn't one of our people, then I went in the house and grabbed him and drug him out by his hair (inaudible) once I got him outside I released him and I believe it was Trooper Hash took him from there, or Trooper Manion, I don't know which one. One of them searched him real quick, cause once I got him out I released him, and I went back to Rocky, they found a handgun in his waistband that I didn't see, I saw that he had a rifle in the house, Trooper Hash (inaudible) Ricky, myself, Gene Hise (inaudible) cut the shirt off and vest off of him, (inaudible) with the shirt off of him I looked for bullet hole wounds, I saw a small hole on his left side, and somebody said they needed something that I had in my medical kit, that's when Gene and Rick stayed there and Gene lifted him to (inaudible), I went to get my medical kit from the Bronco, came back, they had hollered for another vehicle to come up, another vehicle came up, which was Raymond Bronco, loaded Rocky in the back of it, I had Rocky by his feet and Rick had him around the arm and loaded him in the Bronco and they took Rocky. The rest of the house wasn't cleared so ah, (inaudible) I'm not sure about that and that's when Raymond saw that I was bleeding around the face and

6

KEB201822

STATE OF OKLAHOMA    )                              JOHN HAMILTON
                     ) SS                           TROOPER
COUNTY OF OKLAHOMA   )                              OHP

AFFIDAVIT

(inaudible) the Deputy ( inaudible) and went to the hospital, I left the scene at that time.

GORDON:    Did you fire any rounds during the confrontation?

HAMILTON: (inaudible)

GORDON:    Did you know what the suspect looked like prior to the forced entry?

HAMILTON: Just (inaudible) we had no picture, no photograph to look at (inaudible) they just gave a description of him, long blond hair, and small build.

GORDON:    Was there any explanation given why they didn't have a photograph of Kenneth Barrett?

HAMILTON: Said he had never been arrested, he had been arrested but he had never been booked into the County jail, (inaudible).

GORDON:    Did you know how many suspects were in the house on the property prior to the forced entry.

HAMILTON: We were told he lived by hisself and (inaudible) supposed to be a distribution point for a lot of the area,

7

KEB201823

STATE OF OKLAHOMA     )                    JOHN HAMILTON
                      )SS                  TROOPER
COUNTY OF OKLAHOMA    )                    OHP

### AFFIDAVIT

GORDON:   So basically you did not know how many people were in the house at the time.

HAMILTON: We were (inaudible)

GORDON:   Did you know how many and what type of weapons were in the house?

HAMILTON: There was information given to us from the Task Force Agents, (inaudible) rumor had it he was (inaudible), from information there was automatic weapons, (inaudible) as far as (inaudible) he had backed a Deputy down and shoot hisself, that was one of the things that (inaudible).

GORDON:   Were you advised of the suspects threats against law enforcement and his criminal history, did they give you a complete run down about him?

HAMILTON: They, they did a bio segment.  He had made threats to law enforcement, (inaudible)

GORDON:   Do you know who provided intelligence for the mission to the Tac Team?

HAMILTON: I know two people told, myself and Trooper Greninger prior to the execution of this, I don't know who

8

KEB201824

STATE OF OKLAHOMA   )
                    )SS
COUNTY OF OKLAHOMA   )

JOHN HAMILTON
TROOPER
OHP

AFFIDAVIT

GORDON:   You think that the intelligence was acceptable for this mission?

HAMILTON: At the time yes, but now, no.

GORDON:   Did the Tac Team conduct surveillance for this mission?

HAMILTON: Yes,

GORDON:   What type of surveillance did the Tac Team conduct?

HAMILTON: We drove by the residence (inaudible) and observed it just to get a (inaudible) of the lay out, see what was going on, that's where we observed the chain on the gate, the size of the house, (inaudible), houses, animals, that might give us up (inaudible). The people that lived around this subject were either sympathetic or family member. (Inaudible).

GORDON:   There was a sensor device on the back door, tell about that?

HAMILTON: No.

GORDON:   You know what type of vehicle they used to conduct surveillance,

9

KEB201825

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA    )

JOHN HAMILTON
TROOPER
OHP

AFFIDAVIT

HAMILTON: we used a white Bronco, we removed all the antennas, his windows were tinted, we went by with street clothes, myself, Trooper Greninger and Trooper Manion. We drove by went down the dead end road and there's a man baling hay, we acted like we were (inaudible), one way in and one way out

GORDON:    See anybody at any time?

HAMILTON: Yeah, the person now we know is the son was standing right there and I believe he was talking to some man (inaudible)

GORDON:    Do you know why the lights, interior lights of your unit were still activated?

HAMILTON: my interior lights?

GORDON:    yes sir, on your Bronco.

HAMILTON: (inaudible)

GORDON:    Did you make the request at any time for the lights to be turned off, or deactivated?

HAMILTON: (inaudible)

GORDON:    Buddy can you think of anything else that might help me

KEB201826

STATE OF OKLAHOMA   )                    JOHN HAMILTON
                    )SS                  TROOPER
COUNTY OF OKLAHOMA  )                     OHP

AFFIDAVIT

conclude my investigation of the events that occurred in Sallisaw on September 24th?

HAMILTON: As far as the interior light, I don't know (inaudible)

GORDON:   Inaudible.

HAMILTON: Headlights on, (inaudible) interior lights on, I've heard (inaudible), I don't know, maybe that's possible, but we had a plan, everybody (inaudible) and this went bad, looking back now we could of done some things different, but (inaudible). The guy was either ready by way of being informed on the, yard and he saw several vehicles coming up the road, and you thought they might be the (inaudible)units behind him which one of them is a marked black and white unit, had overheads on as they turned off the county road, so he knew who we were, (inaudible), so, I guess the reason the lights were not on when we hit that ditch, it was such a jar, I, I, (inaudible) shortly there after that when (inaudible) started.

GORDON:   Buddy the time is approximately 19 minutes after 2:00 and I'll turn off the tape recorder.

11

KEB201827