**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** | ) |
| | ) |
| *Movant,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent.* | ) |

**EXHIBIT 47**

## OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE 1 of 2

TITLE OF
REPORT  INTERVIEW OF JOHN MARK HAMILTON JR.

**JOHN MARK HAMILTON JR.,** ███████████████████████ .O.
Box 11415, Oklahoma City, Oklahoma, 405/425-2435, provided the following information:

HAMILTON was employed as an Oklahoma State Highway Patrol Trooper and was currently assigned to the Bomb Squad. HAMILTON had been a Trooper for approximately fifteen years.

On September 23, 1999, at approximately noon, HAMILTON reported to Camp Gruber and remained there in preparation for executing a day or night search warrant on the residence of KENNETH BARRETT in rural Sequoyah county and also an arrest warrant for BARRETT. HAMILTON and the rest of the team going to execute the warrant left Camp Gruber at around midnight. The team consisted of about eleven members. HAMILTON was driving a 1995 White Ford Bronco and Trooper DAVID EALES was riding with HAMILTON. HAMILTON and EALES were the lead vehicle going to BARRETT'S.

As HAMILTON and the others approached BARRETT'S house, traveling East, they drove past his driveway intentionally. HAMILTON drove to the next driveway and turned North into that driveway. HAMILTON then turned West and drove across a field approaching BARRETT'S house from the East. HAMILTON had his headlights on and was driving up to the front of BARRETT'S house when he noticed a white male in a camouflage shirt near the front of the house. Before HAMILTON even stopped his vehicle someone opened fire on HAMILTON'S vehicle but HAMILTON could not tell for sure where the shots were coming from.

HAMILTON knew that he had been hit in the face and shoulder and he ducked between the seats of the vehicle. HAMILTON thought the shots were coming through the windshield of his vehicle. At this time EALES was exiting the vehicle and at about the same time HAMILTON exited the vehicle. HAMILTON did not know if EALES had his weapon out. HAMILTON ran around to the rear of his vehicle and EALES was laying face down on the ground at the rear of the vehicle. There was a large amount of blood on EALES and on the ground. There was blood coming from EALES side and mouth. HAMILTON thought that the shooting had stopped. HAMILTON saw one of the other team members (unidentified) and told that person that he (HAMILTON) and been hit and that EALES had been hit

INVESTIGATION ON  09/24/99          AT  TULSA, OKLAHOMA          BY  DENNIS FRANCHINI          FILE  CR 99-746

OFFENSE  HOMICIDE                    VICTIM  DAVID EALES          CASE AGENT  BEN ROSSER

OFFICE NERO      DATE REPORTED  10/11/99      DATE TYPED  10/14/99          TYPIST kc        APPROVED        IND  025

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distribu outside your agency.

CR 99-746
INTERVIEW OF JOHN MARK HAMILTON, JR.
PAGE TWO

HAMILTON went to the front of his vehicle and he could see inside BARRETT'S house through the front door which was open. There were lights on inside the house. HAMILTON, who had his Sig .45 caliber semi-automatic in his hand, could see either a hand or foot sticking out from one of the rooms in the house. HAMILTON pointed his weapon toward the house but did not know if the Oklahoma Highway Patrol entry team was in the house. At this time HAMILTON heard shots fired and the person whose hand or foot he saw fell forward out of the doorway, dropping what appeared to be an AR-15 rifle.

There was a lot of yelling going on and HAMILTON approached the man who had fallen out of the doorway. HAMILTON told the man to get up but the man said he couldn't. HAMILTON did not know if the house was cleared so he grabbed the man by the hair and dragged him outside the house. The man was then handcuffed but HAMILTON did not know who handcuffed the man. HAMILTON then ran around behind his vehicle to see if he could help EALES. HAMILTON attempted "to clear the vest and clothing to begin CPR" on EALES. At this time another Bronco pulled up and EALES was loaded into it. The rest of the team made entry into BARRETT'S house and HAMILTON was placed in the vehicle of Cherokee County Deputy BRIAN SWIM. SWIM drove HAMILTON to the hospital in Sallisaw, Oklahoma.

When HAMILTON and the rest of the team were approaching BARRETT'S residence there were marked police vehicles with their overhead lights on which were part of the team going to BARRETT'S. HAMILTON'S vehicle did not have any police lights on. HAMILTON did not think that the person he had seen in the camouflage did the shooting as he did not see that person with any weapon.

HAMILTON did not assault the man he dragged out of the house and HAMILTON did not see anyone assault the man in any way.

# OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE 1 of 2

TITLE OF
REPORT  SECOND INTERVIEW OF JOHN "BUDDY" HAMILTON

**JOHN "BUDDY" HAMILTON,** Trooper, Oklahoma Highway Patrol, Troop T, Bomb Squad, Post Office Box 11415, Oklahoma City, Oklahoma 73136, 405/425-2462, provided the following information:

During the service of the search warrant on September 24, 1999, at the residence of KENNY BARRETT, Sequoyah County, Oklahoma, HAMILTON had a Second Chance Kevlar vest on. The vest was a level Two - A and was a regular duty vest. The Second Chance vest was the only piece of body armor that HAMILTON was wearing. There were no members of the tactical team that had on a raid vest. A raid vest was available that was the property of a body armor vendor. Before the service of the search warrant, the raid vest was made available to anyone who wanted to wear it but no one did due to the fact that BARRETT'S house was small.

HAMILTON'S duty vest was taken by an unknown person from the Oklahoma Highway Patrol at Saint Francis Hospital, Tulsa, Oklahoma. The vest was returned to HAMILTON by KERRY PETTIGILL, phonetic, Lieutenant, Oklahoma Highway Patrol, Tactical Team Commander, Oklahoma City, Oklahoma. PETTIGILL told HAMILTON that the vest had been washed. The only damage to HAMILTON'S vest was a bullet hole to the left shoulder strap.

Upon arrival at BARRETT'S property, HAMILTON had to go through a field and approach BARRETT'S house from the east. Approximately thirty yards away from BARRETT'S house was a ditch that was approximately two feet to two and one half feet deep. HAMILTON had to slow down upon crossing the ditch. The back end of HAMILTON'S Ford Bronco hit the ground while crossing the ditch. HAMILTON did not notice any trouble in the operation of his Bronco after crossing the ditch.

HAMILTON had a red and blue flashing light device that attached to his sun visor which was not in use during the approach to BARRETT'S house. The only lights that HAMILTON had on were his headlights. There were marked Oklahoma Highway Patrol cars at BARRETT'S property that had their emergency lights going. HAMILTON knew that STEVE HASH, Trooper, Oklahoma Highway Patrol, Troop C, Muskogee, Oklahoma, who was driving a black and white patrol car, turned on his emergency lights upon leaving the county road and entering the road that lead to BARRETT'S house.

INVESTIGATION ON _09/30/99_            AT _FORT GIBSON, OKLAHOMA_            BY _KELLY BEACH_            . FILE _CR 99-746_

OFFENSE _HOMICIDE_                                    VICTIM _TROOPER DAVID EALES_            CASE AGENT _B. ROSSER_

OFFICE _NERO_            DATE REPORTED _10/01/99_            DATE TYPED _10/04/99_            TYPIST _kc_            APPROVED _____ IND _010_

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distribu outside your agency.

CR 99-746
SECOND INTERVIEW OF JOHN "BUDDY" HAMILTON
PAGE TWO

GENE HISE, Trooper, Oklahoma Highway Patrol, drove a black and white patrol car with its emergency lights on. HISE drove to the locked gate that lead to BARRETT'S house. HAMILTON did not know at what point HISE arrived at the gate.

HAMILTON had, in addition to his Sig Sauer, .45 caliber sidearm, a 12 gauge, Mossberg shotgun, H and K model 53 assault weapon and an H and K model MP 5 assault weapon. The only firearm that HAMILTON had immediately available and in use during the time that he was receiving gun fire was his Sig Sauer sidearm.

RAYMOND GRENINGER, Trooper, Oklahoma Highway Patrol, Pryor, Oklahoma, busted out the back window of HAMILTON'S Bronco with the butt of his shotgun. GRENINGER was trying to get the back gate of HAMILTON'S Bronco open so they could put DAVID EALES, Trooper, Oklahoma Highway Patrol, who was also shot in the back and transport him to a hospital. It was discovered that HAMILTON'S Bronco was leaking transmission fluid and EALES was then taken to a second vehicle.

**END NOTE:** OSBI Special Agent KELLY BEACH took custody of HAMILTON'S Second Chance duty vest. BEACH also obtained two Buccal swabs from the inside of HAMILTON'S mouth.

45