**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

KENNETH EUGENE BARRETT,   )
   )
        *Movant,*   )
   )
v.   )
   )
UNITED STATES OF AMERICA,   )
   )
        *Respondent.*  )

**EXHIBIT 50**

## DISCIPLINARY INTERVIEW ADVICE OF RIGHTS

I understand that I am being questioned as part of an official investigation of the Oklahoma Department of Public Safety and will be asked questions specifically directed and narrowly related to the performance of my official duties or fitness for office. I also understand I am entitled to all the rights and privileges guaranteed by the laws and the constitution of this state and the Constitution of the United States, including the right not to be compelled to incriminate myself. In addition, I understand if I refuse to testify or to answer questions relating to the performance of my official duties or fitness for duty, I will be subject to departmental charges which would result in my dismissal from the Oklahoma Department of Public Safety. If I do answer, neither my statements nor any information or evidence which is gained by reason of such statements can be used against me in any subsequent criminal proceeding. However, these statements may be used against me in relation to subsequent departmental charges.

_Signature of Affected Employee_

STATE OF OKLAHOMA    )
COUNTY OF _Oklahoma_    )

Witnessed before me this 24 day of _Sept_, 19 99

_NOTARY PUBLIC_

My commission expires:

_Sept 15, 2002_

108

DEFENDANT'S EXHIBIT 14

00000915
00000915

KEB204433

STATE OF OKLAHOMA    )
                     )SS.
COUNTY OF OKLAHOMA   )

I, Steve Hash, of legal age, being first duly sworn upon oath, deposes and states.

That the facts, events and circumstances contained in the attached narrative statement are accurate, true and correct to the best of our recollection, knowledge, information and belief.

_____
STEVE HASH

SUBSCRIBED AND SWORN  to before me, a Notary Public, this

_____ day of _____, 1999.

_____
Notary Public

My Commission expires:

_____

KEB204434

STATE OF OKLAHOMA      )                          STEVE HASH
                       ) SS                       TROOPER
COUNTY OF OKLAHOMA     )                          OHP

**AFFIDAVIT**

This is 2Lt Paul Gordon #67 of the Internal Affairs and Special Investigations Division of the Department of Public Safety. I am conducting a personal interview with Trooper Steve Hash, #720 at the Internal Affairs and Special Investigations office located at 3600 Martin Luther King.  Present in the room with me are Trooper Steve Hash and myself.

GORDON:    Trooper Hash, are you aware that our conversation is being recorded and may be  reduced to a typed sworn affidavit for your signature at a later date?

HASH:      Yes.

GORDON:    Trooper Hash, is this being done with your permission?

HASH:      Yes it is.

GORDON:    Trooper Hash, at this time I'm going to hand you a Disciplinary Interview Advice of Rights form and I need for you to read it out loud for me sir.

HASH:      I understand that I am being questioned as part of an official investigation of the Oklahoma Department of Public Safety and will be asked questions specifically directed and narrowly related to the performance of my

1

KEB204435

STATE OF OKLAHOMA    )                    STEVE HASH
                     ) SS                 TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

official duties or fitness for office.  I also understand I am entitled to all the rights and privileges guaranteed by the laws and the constitution of this state and the Constitution of the United States, including the right not to be compelled to incriminate myself.  In addition, I understand if I refuse to testify or to answer questions relating to the performance of my official duties or fitness for duty, I will be subject to departmental charges which would result in my dismissal from the Oklahoma Department of Public Safety.  If I do answer, neither my statements nor any information or evidence which is gained by reason of such statements can be used against me in any subsequent criminal proceeding.  However, these statements may be used against me in relation to subsequent departmental charges.

GORDON:  Okay, will you please sign that for me and date it.  Okay, today's date if Friday, November 19th, the ah time is approximately 20 minutes until 2:00.  Trooper Hash, I have a few questions here for you sir.  Could you please state your complete name

2

KEB204436

STATE OF OKLAHOMA     )                        STEVE HASH
                      )SS                      TROOPER
COUNTY OF OKLAHOMA    )                        OHP

AFFIDAVIT

HASH:     Steven Eugene Hash.

GORDON:   Can you spell your last name sir?

HASH:     H A S H

GORDON:   Could you give me your date of birth?

HASH:     █████████████

GORDON:   █████████████ number sir.

HASH:     ████████

GORDON:   Sir, how long have you been with the patrol?

HASH:     15 years this month.

GORDON:   Where are you currently assigned?

HASH:     Troop C, Wagoner detachment.

GORDON:   What is your current position at that assignment?

HASH:     Road Trooper.

3

KEB204437

```
STATE OF OKLAHOMA      )                    STEVE HASH
                       )SS                  TROOPER
COUNTY OF OKLAHOMA     )                    OHP

                       AFFIDAVIT
```

GORDON:   Road Trooper.   Sir, are you on the Tac Team?

HASH:     Yes I am.

GORDON:   Ah, I understand that the Tac Team is divided ah, by I-35 being East and West Team, which team are you on?

HASH:     I'm on the East Team.

GORDON:   East Team.   What is your assigned position on the team sir?

HASH:     I'm tracking member.

GORDON:   Can you tell me, sir were you present in Sallisaw, Oklahoma on September 24, 1999?

HASH:     Yes I was.

GORDON:   Can you tell me what happened at approximately 0038, September 24, 1999, from the time that you left the Interstate, which would be I-40 and Dwight Mission Road.

HASH:     From the time we left there?

GORDON:   Yes sir.

4

KEB204438

STATE OF OKLAHOMA    )
                  )SS
COUNTY OF OKLAHOMA  )

STEVE HASH
TROOPER
OHP

AFFIDAVIT

HASH:    We had met with the D.A.'s investigators, Sheriff Department members by I-40, drove off going to serve a search warrant, arrest warrant. I was the third unit back, I was the ram man, I had the door ram, I was the third unit back ah, on the entry team that day. Traveled, followed Buddy Hamilton, Buddy had already been by the house that we were going to and knew the location. Buddy and Rocky were in their truck, I was behind Raymond Greninger, Ricky Manion, they were directly in front of me, followed them on the black top road off on a county road, there's a driveway, made a left turn into a driveway, just as soon as we made the left hand into the driveway I knew from our briefing that's the house we were gonna hit right by that area, had a ah marked car with overhead lights, I turned my overhead lights on followed them in the driveway, got to a ditch, had to cross a ditch, came out of the ditch Buddy was in front of me and Rick Manion, Raymond were in front of me also, just as soon as crossed the ditch, I could hear pops ah, looked toward the front of the house to see gunshots coming from the front of the house, ah, saw something fly off the front of Buddy's truck over the top of it, had Agent, retired Trooper, Danny Oliver with me, I told Danny "we've got shots fired" Raymond Greninger's break lights came on, I locked my car down and stopped, ah, started exiting the car, I was the ram man, had my hands tied up with the ram, had a shotgun strapped my back, got out of my car, kicked the ram off one side, got the shotgun off my back, trying to find where the shots were coming from, had been coming from, there was on Bronco, which I

5

KEB204439

STATE OF OKLAHOMA    )                    STEVE HASH
                     ) SS                 TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

find out is Buddy's, it close to the front of the house, still see some shots being fired, there's flames coming off, took a run on the house trying to find a target, ah, Rick Manion crossed in front of me he went to a window on the side of the house and went to the window on the side of the house, just as I got to Rick he raised up and fired through the window, saw a shadow fall, the only think I saw was a shadow that fell ah, (inaudible) fast it went, it was about that fast.  Shadow falls, I heard somebody holler, "Buddy" er I heard Buddy hollering at somebody, I could tell that he had somebody spotted and he was hollering at them to "come out, come out", and he had somebody spotted, and somebody else hollering, said ah, "Buddy's going in hot footed around in front of the house, Buddy's going in the house, went in the house, Buddy had his hands on one suspect, we drug him out, drug him off the porch got him out in the yard, handcuffed him, Rick Manion and I handcuffed him, had slight resistance, had him hands underneath him, had that prisoner, like we was cuffing him up some of the other members went inside cleared the house, Raymond Greninger talked to Buddy, was telling Buddy, you know, "your hit" telling Buddy that he was hit, took his gun away from, I saw that, laid it on the porch, somebody else, somebody said Rocky'd been hit, come back out to move the suspect I could see Rocky laying in the back of the Bronco, went on over towards where Rocky was at, Ricky Manion and somebody else started working on Rocky, they were talking to him, not gettin much response out of him, come back over to where the suspect was, he moved over, he started rolling on one side and I stay with the

6

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

STEVE HASH
TROOPER
OHP

AFFIDAVIT

suspect until the Sheriff Deputy or Sheriff, I believe it was the Sheriff that showed up, Sheriff showed up and said that we should move him around to the side of the building, (inaudible) we moved him around the side if ask him if he'd take control of him, he did, and I went back to where they were loading Rocky up, got Rocky out of there, got Buddy loaded up, got Buddy out of there about that the all (inaudible) showed up,

GORDON:    When you went through the gate, you said you guys went down and turned into a drive way, did you all have your emergency lights on at that time?

HASH:    I did not.  Someplace (inaudible) county road, before I, about the time I turned in when is turned the lights on.

GORDON:    Did Buddy Hamilton or Raymond Greninger either one turn their  lights on?

HASH:    They've got front lights, I was behind them I couldn't tell.

GORDON:    Did you see any (inaudible) guys pull in behind any back lights  (inaudible)

HASH:    No, (inaudible)

7

KEB204441

```
STATE OF OKLAHOMA     )                    STEVE HASH
                      )SS                  TROOPER
COUNTY OF OKLAHOMA    )                    OHP
```

AFFIDAVIT

GORDON:   Ahem, when you guys made the turn, you got Buddy Hamilton, Rocky Eales, Raymond Greninger and ah

HASH:   Rick Manion

GORDON:   Rick Manion, yourself and Danny Oliver, was your caravan?

HASH:   Right.

GORDON:   Okay, when you all are going into that, when you say you hit this ditch, did you pause any there in the ditch?

HASH:   No, nobody did

GORDON:   Okay, so you just hit it and ran

HASH:   That all, soon as I saw Buddy hit, I saw where he had (inaudible) and I saw Rick and Raymond hit it and I knew it was rough, I kind of just made it across.

GORDON:   You kind of made it across. How long did it take them to get in and out of it, do you think?

HASH:   Ah, we were moving at a good clip, just a few seconds between cars.

8

KEB204442

STATE OF OKLAHOMA    )  
                  )SS  
COUNTY OF OKLAHOMA  )

STEVE HASH  
TROOPER  
OHP

## AFFIDAVIT

GORDON: Okay, you said you heard shooting and you saw muzzle flashes, could you see where Buddy's vehicle was in reference to the muzzle, was it already up close to the house, was it at the ditch, where was it

HASH: It had cleared the ditch, I was the last unit in, whenever I cleared the ditch, about the time I cleared the ditch, that's whenever I heard the shots and I glanced up and seen the flashes coming out, Buddy was (inaudible) it would be two car lengths in front of me, he had his still moving.

GORDON: Okay, so, could you see the suspect standing at the end of the porch?

HASH: No. I never saw anybody on the porch, the only flashes I could see were coming out of the doorway. I never saw anybody on the porch.

GORDON: Okay.

HASH: I did see ah, you know, during all this time I could see somebody straight across from the house going over to his momma's house, (inaudible) but I was concentrating on the muzzle flash.

GORDON: Okay, so, so you didn't see anybody on the porch, you saw the muzzle flash from inside the door?

9

KEB204443

COPY

| STATE OF OKLAHOMA | ) | | STEVE HASH |
|---|---|---|---|
| | ) SS | | TROOPER |
| COUNTY OF OKLAHOMA | ) | | OHP |

AFFIDAVIT

HASH:    It was inside the door.

GORDON:    Okay.  And then Buddy's vehicle was coming up, your saying he's taking hits?

HASH:    Yeah, Buddy when he started in the curve (inaudible) he was out of my vision, but he was right in front of me a little bit (inaudible) then he curved back in and I could see something coming off the front of the car, I thought, I didn't know what it was, I know now.

GORDON:    So Buddy continued to drive up to the car even though he was taking hits?

HASH:    Driving up towards the house?

GORDON:    Yeah.  Did you fire any rounds during the confrontation?

HASH:    Did not.

GORDON:    Did you have a chance to or not an available target?

HASH:    No target.

GORDON:    You said that when you looked at the window ah, you saw a shadow, what, what only allowed you to see a shadow in that

10

STATE OF OKLAHOMA    )           STEVE HASH
                     )SS         TROOPER
COUNTY OF OKLAHOMA   )           OHP

                      AFFIDAVIT

window?

HASH:    Curtain.   (Inaudible) what I figured would be the front room

GORDON:    Okay.

HASH:    (inaudible) I could see the curtain moving whenever Rick fired, so I knew he had a target (inaudible)

GORDON:    Could you, so your saying you could absolutely make out Kenneth Barrett or couldn't

HASH:    I couldn't.

GORDON:    Is that the reason you held your fire, you couldn't make out

HASH:    Oh, I'd see something fall, I didn't know what was falling,

GORDON:    But you didn't know if it was Kenneth Barrett or not?

HASH:    I did not.

GORDON:    Did you know what the suspect looked like before the

11

KEB204445

STATE OF OKLAHOMA    )                    STEVE HASH
                     )SS                  TROOPER
COUNTY OF OKLAHOMA   )                    OHP

AFFIDAVIT

forced entry was attempted?

HASH:    Ah, I knew he was lean, blond headed, shaggy blondish-brown hair, (inaudible)

GORDON:    How, how did you get that information (inaudible)

HASH:    Ah, (inaudible) in the briefing before they were talking about a white male, blond headed.

GORDON:    Now was that the briefing that was held at Camp Gruber?

HASH:    Yes.    I think they gave an approximate age on him, but (inaudible).

GORDON:    Did you know how many suspects were in the house, or on the property at the time of the forced entry?

HASH:    No.

GORDON:    Did you have an approximate?

HASH:    Are you talking about before we got there,

GORDON:    Right, before you got there, from information in the briefing

12

KEB204446

STATE OF OKLAHOMA     )                      STEVE HASH
                      )SS                    TROOPER
COUNTY OF OKLAHOMA    )                      OHP

AFFIDAVIT

HASH:     We figured at 12:30 there would probably one or two, (inaudible)

GORDON:   You how many and what type of weapons were in the house?

HASH:     No.

GORDON:   Had any of that been covered in the briefing?

HASH:     Ah, they said he had a handgun all the time, there was no information about his rifles, shotguns, anything like that (inaudible).

GORDON:   There was a sensomatic listening device on the back of the house, was that related at the briefing?

HASH:     No.

GORDON:   Any kind of security measures that Mr Barrett might of taken if he thought that he was going to be taken, if he thought he was going to be arrested by the police or anything like that?

HASH:     (inaudible) D.A.'s office the Task Force members, he had barricaded himself in the house before and he had a habit of running to his mothers house.

13

KEB204447

STATE OF OKLAHOMA     )                    STEVE HASH
                      )SS                  TROOPER
COUNTY OF OKLAHOMA    )                    OHP

AFFIDAVIT

GORDON:    Did anybody say anything about any devices that he might of used.

HASH:    No.

GORDON:    You know what kind of criminal history he had?    Was it violent, not violent.

HASH:    Ah, (inaudible) in the house once before and he had shot himself once before.

GORDON:    Had he ever used any violence toward any police officers or anybody, did they say?

HASH:    Ah, I really don't recall, (inaudible)

GORDON:    Did ah, do you know who provided the intelligence to the patrol tactical team?

HASH:    (inaudible)

GORDON:    You also had a confidential informant that had been inside the house and had some diagrams?

HASH:    He might of been, he had a mock of the house, (inaudible)

14

KEB204448

STATE OF OKLAHOMA    )
                     )SS
COUNTY OF OKLAHOMA   )

STEVE HASH
TROOPER
OHP

AFFIDAVIT

GORDON:   Was it accurate?

HASH:     I never made to, past the front door, (inaudible) I could see pretty much everything from the front door there was (inaudible)

GORDON:   You think the intelligence was okay for this mission?

HASH:     I think it was except for (inaudible)

GORDON:   Why did you all, the tac team elect to do this assault at 12:30 AM?

HASH:     Well, trying to give him enough time to where he would be at the house and even have some people there, (inaudible).

GORDON:   (inaudible) concerned about the security possibly an informant.  Do you know why that concern was there, was it just information, what.

HASH:     I don't think so.

GORDON:   Okay ah,

HASH:     (inaudible)

15

KEB204449

STATE OF OKLAHOMA     )
                      )SS
COUNTY OF OKLAHOMA    )

STEVE HASH
TROOPER
OHP

AFFIDAVIT

GORDON:    Any of them did you have reason to believe somebody was leaking information back to the suspect?

HASH:    No (inaudible)

GORDON:    As far as you knew, intelligence for this particular mission, was it secure or

HASH:    (inaudible)

GORDON:    You know what type of vehicles were used to conduct surveillance on the residence?

HASH:    (inaudible) they drove the Bronco's (inaudible) I don't know what the D. A.'s office used.

GORDON:    Ahem, back to the entrance, you had your lights going, okay did you turn your lights on just as quick as you turned into the gate or after you came out of the ditch?

HASH:    No, probably before the got off the road, just about the time (inaudible)

GORDON:    Did you ah, while you were out there you know who (inaudible)

16

KEB204450

STATE OF OKLAHOMA    )
                      )SS
COUNTY OF OKLAHOMA    )

STEVE HASH
TROOPER
OHP

AFFIDAVIT

HASH:     (inaudible)

GORDON:   Did you see their lights, did they have their lights activated?

HASH:     I don't know.

GORDON:   How about Lt Pettingill and Lt McBride, did they have their lights on?

HASH:     Now they peeled off and went in the driveway before, (inaudible) if they had em on, (inaudible) whenever they went in (inaudible)

GORDON:   Somewhere Hise's vehicle was there at the gate, to the house do you know how far that was?

HASH:     (inaudible)

GORDON:   Sir, can you think of anything else that might help me complete my investigation of the Sallisaw incident?

HASH:     No.

GORDON:   Okay, at this time I'm gonna turn off the tape recorder.

17

KEB204451

STATE OF OKLAHOMA        )                    STEVE HASH
                         )SS                  TROOPER
COUNTY OF OKLAHOMA       )                    OHP

AFFIDAVIT

18

KEB204452