**HEATHER E. WILLIAMS**, CA Bar #122664
Federal Defender
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
**CARRIE L. WARD**, MO Bar #57581
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:        Joan_Fisher@fd.org
                Carrie_Ward@fd.org

Attorneys for Petitioner/Defendant,
KENNETH EUGENE BARRETT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH EUGENE BARRETT, | **CAPITAL CASE** |
| Petitioner/Defendant, | Case No. 6:19-cv-00152-RAW |
| vs. | **PETITIONER'S NOTICE OF ERRATA** |
| UNITED STATES OF AMERICA, | |
| Respondent/Respondent. | |

KENNETH E. BARRETT, Petitioner/Defendant herein, by and through his undersigned counsel,

hereby corrects the following error in his 28 U.S.C. §2255 Motion to Vacate Conviction filed May 14,

2019 (Formerly Case No. 6:04-cr-00115-RAW, Doc 489) (No. 6:19-cv-00152-RAW, Doc. 1).

1.   At Page 1: 28 U.S.C. § 2255 MOTION TO VACATE CONVICTION UNDER *MCCOY V.*

~~*UNITED STATES*~~

**The correct title should read:**

28 U.S.C. § 2255 MOTION TO VACATE CONVICTION UNDER *MCCOY V.*

*LOUISIANA*.

The undersigned counsel apologize for any inconvenience counsel's failure to notice and correct the error prior to filing may have caused.

DATED: May 15, 2019

          Respectfully submitted,

          /s/ *Joan M. Fisher*_____
          JOAN M. FISHER
          Assistant Federal Defender

          /s/ *Carrie L. Ward*_____
          CARRIE L. WARD
          Assistant Federal Defender

## CERTIFICATE OF ELECTRONIC SERVICE AND DELIVERY

On this 15th day of May, 2019, I caused the foregoing Motion to be filed with the Clerk of the Court using the ECF System for filing, with service via CM/ECF to be made to Christopher J. Wilson, AUSA, Jeffrey B. Kahan, U.S. Department of Justice, and to all counsel of record.

To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/ Joan M. Fisher___*
JOAN M. FISHER
Assistant Federal Defender