**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-04-115-RAW |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| Defendant. | ) | |

**NUNC PRO TUNC ORDER APPOINTING COUNSEL**

Upon consideration of the submitted Financial Affidavit In Support of Request for Attorney Without Payment of Fee, the court finds the above-named individual, Kenneth Eugene Barrett, to be without sufficient funds to hire an attorney and hereby appoints the Federal Public Defenders Office, Eastern District of California, as counsel for Kenneth Eugene Barrett. It is further ordered that the appointment is retroactive to May 12, 2021.

**IT IS SO ORDERED** this 26th day of May, 2021.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE