*Law Offices of the*

# FEDERAL PUBLIC DEFENDER
### Northern & Eastern Districts of Oklahoma

**Tulsa Office**

1 West 3rd Street, Suite 1225
Tulsa, Oklahoma 74103-3532

Telephone: 918-581-7656
Facsimile: 918-581-7630

**Muskogee Office**

627 West Broadway
Muskogee, Oklahoma 74401-6220

Telephone: 918-687-2430
Facsimile: 918-687-2392

May 25, 2021

Hon. Ronald A. White
United States Chief Judge
101 North 5th Street
Post Office Box 607
Muskogee, OK 74402-0607

  *Re: Kenneth E. Barrett, CR-04-115-RAW, request for counsel*

Your Honor,

  I have enclosed a financial affidavit offered by Kenneth E. Barrett, in support of his request to have counsel appointed for his resentencing trial. On May 12, 2021, the Federal Public Defender for the Eastern District of California agreed to represent Mr. Barrett. I have enclosed a proposed order for your convenience.

  Thank you for your attention to this matter. Please feel free to contact me if you require any additional information. My direct line is (918) 581-7911.

        Sincerely,

        Julia L. O'Connell
        Federal Public Defender

Enc.