AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  CR-04-115-RAW |
| Kenneth Eugene Barrett | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kenneth Eugene Barrett                                                                                          .

Date:      05/26/2021

/s/ Joan M. Fisher
*Attorney's signature*

Joan M. Fisher, Idaho SB #2854
*Printed name and bar number*

Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 98541

*Address*

Joan_Fisher@fd.org
*E-mail address*

(916) 498-6666
*Telephone number*

(916) 498-5710
*FAX number*