# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

KENNETH EUGENE BARRETT,

         Defendant.

Case No. 04-cr-115-RAW

## Motion For Admission Pro Hac Vice

I, Laura Udall, hereby request admission to the bar of this Court PRO HAC VICE in support of which I represent the answers to the following questions are complete, true, and correct:

1.) Name: Laura Elisabeth Udall

2.) State Bar Membership: Arizona State Bar No. 101501

3.) Business Information:
    Cooper and Udall
    136 W. Simpson Street
    Tucson, AZ 85701
    Phone 520-770-1414
    Cell 520-425-1677
    Fax 520-770-1042

4.) Admitted to the following State and Federal Bar:
    Arizona State Bar
    District Court for the District of Arizona
    Ninth Circuit Court of Appeals
    District Court for the Eastern District of Oklahoma
    District Court for the Northern District of Oklahoma
    District Court for the District of Central California
    District Court for the District of Colorado
    District Court for the Western District of Louisiana
    District Court for the Southern District of Texas

5.) Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standings" status, or otherwise discipline by any court, bar association, grievance committee or administrative body? Yes_____ No__X____

6.) Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes_____ No _X_____

7.) Are you familiar with the Federal Rules of Evidence, the Federal Rules of Criminal Procedure and the local rules and administrative procedures of this Court? Yes__X____ No_____

8.) Have you completed a training course for the CM/ECF application in any Court? If yes, list where and hate the date of completion. Yes__X____ No_____
I completed CM/ECF training in the District Court for the District of Arizona in 2019

DATED this __2nd__ day of __June_____, 2021

_____Laura E. Udall_____
Signature

2