# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

      Case No. 04-cr-115-RAW

KENNETH EUGENE BARRETT,

      Defendant.

## ENTRY OF APPEARANCE

Laura E. Udall, hereby enters her appearance as counsel to defend Mr. Barrett in the case,

04-CR-00115-RAW, which the United States of America has brought against the defendant.

Respectfully submitted this 4th day of June, 2021

/s/ Laura Elisabeth Udall
AZ Bar # 010501
**Laura Elisabeth Udall**
Cooper and Udall PC
136 West Simpson
Tucson, AZ 85701
Telephone: (520) 770-1414
E-mail: ludall@cooperudall.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2021, the forgoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic to counsel of record.

/s/ Laura E. Udall
Laura E. Udall