## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-04-115-RAW |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner/Defendant. | ) | |

## JUDGMENT OF DISMISSAL

This matter has come before the court for consideration and an order dismissing defendant's successive motion to vacate, set aside, or correct sentence under 28 U.S.C. §2255 (#453) for failure to satisfy the requirements of §2255(h) has been entered. A judgment of dismissal of defendant's motion is hereby entered.

ORDERED THIS 6th DAY OF DECEMBER, 2021.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**