**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                                    Case No. CR 04-155 RAW

Kenneth Eugene Barrett,

        Defendant.

---

**NOTICE OF CHANGE OF ADDRESS**

---

I,  Laura Elisabeth Udall, in the above entitled and numbered action, hereby give notice of change of address and  name of firm.   My new mailing address and updated information is:

> Laura Elisabeth Udall
> Laura E. Udall PLLC
> P.O. Box 40294
> Tucson, AZ 85717
> Laura@Udall.me

Respectfully submitted this  January 7th, 2022

/s/ Laura E. Udall

_____

Laura Elisabeth Udall

/s/ Laura Elisabeth Udall
**Laura Elisabeth Udall**
Laura E. Udall PLLC
P.O. Box 40294
Tucson, AZ 85717
Telephone: (520) 770-1414
E-mail: laura@udall.me


### CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2022, I electronically filed the foregoing Notice of Change of Address/ Firm Name with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


/s/ Laura E. Udall
Laura E. Udall