**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-RAW** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | **CAPITAL CASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Capital Resource Counsel Kimberly C. Stevens, on behalf of the Capital Resource

Counsel Project,[1] hereby enters her appearance of record for Kenneth Eugene Barrett in

6:04-CR-00115-RAW.

Respectfully submitted this 1st day of August, 2022.

/s/ Kimberly C. Stevens
Kimberly C. Stevens
Capital Resource Counsel
1070-1 Tunnel Road, Suite 10-215
Asheville, NC 28805
(336) 575-4337 cell
Email: kim_stevens@fd.org
North Carolina State Bar # 20156

---

[1] The Administrative Office of the United States Courts Defender Services program's Capital Resource Counsel Project was established by the Judicial Conference Committee on Defender Services with an express purpose of providing representation to defendants in federal capital prosecutions in districts across the United States.

Appearing with and on behalf of
the Office of the Federal Public Defender
for the Middle District of Pennsylvania

Counsel for Defendant.

## CERTIFICATE OF SERVICE

I certify that on this 1st day of August, 2022, the foregoing was electronically transmitted to the Clerk of Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Kimberly C. Stevens*
Kimberly C. Stevens