IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT    )
                          )    **Criminal Case No. 6:04-cr-00115-RAW**
              Movant,     )
v.                        )    **CAPITAL CASE**
                          )
UNITED STATES OF AMERICA, )
                          )
              Respondent. )
                          )
                          )

## DEFENDANT'S NOTICE TO THE COURT OF MATTER UNDER ADVISEMENT FOR MORE THAN NINETY DAYS

KENNETH E. BARRETT, Defendant/Movant herein, by and through his attorneys of record, provides notice to this Court, pursuant to Local Criminal Rule 1.2 and Local Civil Rule 7.1(l), that this matter has been under advisement for a period of more than ninety (90) days.

Mr. Barrett filed a 28 U.S.C. § 2255 Motion to Vacate, Set Aside And Correct Conviction And Sentence under *United States v. Davis* on December 13, 2019.  Doc. 453.  The Court denied the Motion and entered Judgment thereon on December 6, 2021.  Docs. 467, 468.

Mr. Barrett timely filed the pending Motion to Alter and Amend on January 3, 2022. Doc. 469.  The government filed its opposition on January 10, 2022.  Doc. 471.  The time to file a Reply expired on January 24, 2022 (no reply was filed).  Upon the expiration of the time to file the reply, the matter was deemed ripe for ruling.  LCvR 7.1(e).

1

Mr. Barrett respectfully gives Notice to the Court that more than 90 days have passed since the matter has been submitted for a decision. [1]

Mr. Barrett requests the Court consider and rule on the pending Motion to Alter and Amend under Rule 59(e) and grant him the relief requested therein.

**DATED** this 29th day of September 2022.

Respectfully Submitted,

*/s/ Joan M. Fisher*
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-mail:Joan_Fisher@fd.org

*/s/ Laura E. Udall*
**LAURA ELISABETH UDALL**, AZ Bar #010501
Laura E. Udall, PLLC
P.O. Box 40294
Tucson, AZ 85717-0294
Telephone: (520) 770-1414
E-mail: laura@udall.me

*/s/ Kimberly C. Stevens*
**KIMBERLY C. STEVENS,** NC Bar #20156
Capital Resource Counsel
1070-1 Tunnel Road, Suite 10-215
Asheville, NC 28805
(336) 575-4337 cell
E-mail: kim_stevens@fd.org

Counsel for the Defendant/Movant

---

[1] Due Process can be denied by unreasonable delay in post-conviction proceedings. *See United States v. Dago*, 441 F.3d 1238, 1248 (10th Cir. 2006).

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 29th day of September 2022, a copy of the foregoing **DEFENDANT'S NOTICE TO THE COURT OF MATTER UNDER ADVISEMENT FOR MORE THAN NINETY DAYS** was served via the CM/ECF electronic filing system upon:

Jeffrey B. Kahan
United States Department of Justice
jeffrey.kahan@usdoj.gov

Christopher J. Wilson
United States Attorney
chris.wilson@usdoj.gov

Linda Epperley
Assistant United States Attorney
linda.epperley@usdoj.gov
United States Department of Justice
Eastern District of Oklahoma

To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/ Joan M. Fisher*
JOAN M. FISHER, ISB No. 2854
Assistant Federal Defender