IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Respondent/Plaintiff, | ) |
| v. | ) Case No. 6:04-cr-00115-RAW |
| **KENNETH EUGENE BARRETT**, | ) |
| Movant/Defendant. | ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO MOTION TO ALTER OR AMEND JUDGMENT**

Comes now, Respondent/Plaintiff, the United States of America, by and through undersigned counsel and respectfully submits this Notice of Supplemental Authority in support of its Opposition to Movant/Defendant Kenneth Eugene Barrett's Motion to Alter or Amend Judgment (Dkt. 471).

On October 6, 2022, the Eastern District of Virginia held that "The CCE murder statute satisfies the mens rea requirement to serve as a crime of violence" and "categorically requires the use of force against a person." *United States v. Tipton*, no. 3:92cr68 and 3:22cv99, 2022 WL 5249440, *10-13 (E.D. Va. Oct. 6, 2022) (capitalization modified). The court's unpublished opinion is attached as Exhibit A.

Dated: October 19, 2022.

Respectfully submitted,

*/S/ Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA # 13801
United States Attorney
520 Denison Avenue
Muskogee, OK 74401

1

Telephone: (918) 684-5100
FAX: (918) 684-5150

*/S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Deputy Chief, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; 6th Fl.
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

## CERTIFICATE OF ECF FILING AND DELIVERY

I, hereby certify that on October 19, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Petitioner/Appellant:

- Joan M. Fisher:  joan.fisher@fd.org
- Kimberly C. Stevens:  kim_stevens@fd.org
- Laura E. Udall:  laura@udall.me
- David B. Autry:  dbautry77@gmail.com

*/S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Deputy Chief, Capital Case Unit