IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT          )
                                )          **Criminal Case No. 6:04-cr-00115-RAW**
                Movant,         )
v.                              )          **CAPITAL CASE**
                                )
UNITED STATES OF AMERICA,       )
                                )
                Respondent.     )
                                )
                                )

**MOTION TO WITHDRAW**

Appointed counsel for KENNETH E. BARRETT, Defendant/Movant herein, pursuant to L Cr Rule 57.2C, move this Court to enter the proposed order lodged with this motion and relieve appointed counsel of their representation of Mr. Barrett.  In conformance with the Oklahoma Rules of Professional Conduct, Rules 1.16 (b)(1) this withdrawal "can and will be accomplished without material adverse effect on the interests of the client."

This Motion rests on the following facts:

This Court appointed David Autry of Oklahoma City and the Federal Defenders Office for the Eastern District of California as counsel for Mr. Barrett on March 27, 2008.  Doc. 371 (SEALED).  Mr. Autry entered his appearance on April 1, 2008, Doc. 372,  followed shortly thereafter by the entry of appearance by Assistant Federal Defender Tivon Schardl on April 2, 2008.  Doc 373.  Since that time the Federal Defenders Office of the Eastern District of California has continuously represented Mr. Barrett in all proceedings related to his convictions

1

and sentences rendered in Case No. 04-CR-115 (OK-ED), including his 28 U.S.C. § 2255

Motion to Vacate filed in this Court under Case No. 6:09-cv-105-JHP.

Upon remand for resentencing by the Tenth Circuit Court of Appeals in *United States v. Barrett*, 985 F.3d 1203 (10th Cir. 2021), this Court appointed the Federal Public Defenders Office, Eastern District of California as counsel.  Doc. 461.

On May 27, 2021, this Court appointed Laura E. Udall as Learned Counsel pursuant to 18 U.S.C. 3005, Doc. 463 (Minute Entry), who entered her appearance on June 4, 2021.  Doc. 466.  Capital Resource Counsel Kimberly C. Stevens was also appointed and entered her appearance on behalf of Mr. Barrett on July 29, 2022.  Doc. 473, 474.

Thereafter, counsel's review of the prior § 2255 proceedings found support for an argument that § 2255 counsel failed to timely investigate, develop and present all available evidence supporting Mr. Barrett's persistent assertions of actual innocence and fraud, including claims of prosecutorial/law enforcement corruption and misconduct.[1]  If that be the case, there exists a conflict between Mr. Barrett and his § 2255 counsel requiring the Federal Defenders of the Eastern District of California to withdraw as counsel.  *See* Oklahoma Rules of Professional Conduct 1.7(a).  5 O.S.A. Ch.1, App. 3-A, OK. St. R.P.C. Rule 1.7(a).

A member must not terminate representation of a client until the lawyer takes reasonable steps in order to avoid reasonably foreseeable prejudice to the client's rights.  *Id.* Rule 1.16(d).  In compliance thereof, the undersigned has taken, or is prepared to take and will take, the following steps:

---

[1]  *See e.g., United States v. Barrett,* 6:09-cv-00105-RAW,  Docs.  199-1, 201; Docs. 01019619071, 1019716712.  *United States v. Barrett,* Case No. 16-7035 (10th Cir. May 12, 2016; Nov. 7, 2016));

On Wednesday, January 21, 2023, the undersigned advised Mr. Barrett of the intent to withdraw from further representation based on the potential conflict and the arguable viability of a claim of ineffective assistance of § 2255 counsel. Based on the potential conflict and its relevance to Mr. Barrett's proceedings hereafter, Mr. Barrett concurs in the decision and consents to the immediate withdrawal of the services and representation by the Federal Defenders of the Eastern District of California.

All of the Federal Defender's work product will be delivered to successor counsel who, consistent with the United States Constitution and Oklahoma Rules of Professional Conduct, will zealously advocate for Mr. Barrett in all matters related to their appointment as counsel including, but not limited to the pending resentencing and successor *Davis* 2255 Motion, bearing in mind and in anticipation of challenges, including the conflict identified herein, to all three counts of which Mr. Barrett has been unconstitutionally convicted and sentenced.

The Federal Defender's Office will continue to be available to counsel for consultations and other assistance.

Consequently, notwithstanding the withdrawal requested here, Mr. Barrett's interests are protected and no material harm will come to him as a result of this withdrawal.

WHEREFORE, the Federal Defender respectfully asks that the motion to withdraw be granted and that the order lodged herewith be signed and entered.

**DATED** this 1st day of February 2023.

Respectfully Submitted,


HEATHER  E. Williams
Federal Defender

*/s/ Joan M. Fisher*
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-mail:Joan_Fisher@fd.org



Counsel for the Defendant/Movant

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 1st day of February 2023, a copy of the foregoing

**MOTION TO WITHDRAW** was served via the CM/ECF electronic filing system upon:

Christopher J. Wilson
United States Attorney
chris.wilson@usdoj.gov

Jeffrey B. Kahan
United States Department of Justice
jeffrey.kahan@usdoj.gov

To the undersigned's knowledge, there are no non-ECF registrants who are counsel in

this case.

/s/ Joan M. Fisher
JOAN M. FISHER, ISB No. 2854
Assistant Federal Defender