## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT** | ) | |
| | ) | **Criminal Case No. 04-CR-115-RAW** |
| **Movant,** | ) | |
| **v.** | ) | **CAPITAL CASE** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | |

## ORDER

Before the Court is a motion to withdraw, Doc. 477, by the Federal Public Defender, Eastern District of California, counsel for Defendant/Movant Kenneth E. Barrett.

The Court finds good cause to grant the Federal Public Defender, Eastern District of California's request to be relieved as petitioner's counsel. Accordingly, the motion to withdraw by counsel is granted.

**ORDERED this 3rd day of February, 2023**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

1