## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

KENNETH EUGENE BARRETT,    )
           )
        Movant,    )
           )
           )
v.           )    **Case No. 6:04-CR-00115-RAW**
           )
UNITED STATES OF AMERICA,    )    **CAPITAL CASE**
           )
        Respondent.  )
_____  )

## UNOPPOSED MOTION FOR DNA TESTING OF THREE ITEMS

Comes now Kenneth Eugene Barrett, through counsel, and files this unopposed Motion for DNA Testing of certain biological evidence currently in possession of the Oklahoma State Bureau of Investigation, and for shipping of the evidence from the OSBI Laboratory to Bode Technology, a DNA Laboratory in Lorton, Virginia.

Counsel for Movant has conferred with Counsel for Respondent and the United States has no objection to the requested relief. This motion is necessary because the three pieces of evidence (described below) which Movant desires to be submitted for DNA testing are in the custody of the Oklahoma State Bureau of Investigation (OSBI) and the OSBI requires judicial authorization to relinquish temporary custody of said items for testing.

In support of the requested relief, the Movant provides the following:

1)     On or about September 24 and September 25, 1999, law enforcement collected various items of evidence from the Movant's residence and adjacent property, including three scrapings of purported biological material identified as:

1

a) Oklahoma State Bureau of Investigation Item # T29, which is described as one sealed coin envelope containing "scraping – front steps."

b) Oklahoma State Bureau of Investigation Item # T48, described as one sealed coin envelope containing particles listed as "scrapings from metal frame to front door."

c) Oklahoma State Bureau of Investigation Item # T49, described as one sealed coin envelope containing particles listed as "scrapings from front door.

2)    The above-described items were sent to the Oklahoma State Bureau of Investigation for serological and DNA testing, as originally referenced in a May 9, 2000, Oklahoma State Bureau of Investigation Criminalistics Examination Report by Joann G. Kihega.

3)    Item T29 is a sample gathered from a front step of the defendant's cabin in 1999. Serological testing conducted in May of 2000 indicated the presence of blood, but the item was never subjected to DNA testing.  Item T48 is a sample taken from the metal frame to the front door of the cabin, and was subjected to DNA testing in May of 2000, but the sample did not yield a DNA result at that time.  Item T49 is a sample taken from the front door of the defendant's cabin, but it yielded an "inconclusive" DNA testing result at that time.

4)    With advancements in DNA technology since 2000, which are significant, Movant desires to have items T29, T48 and T49 submitted to Bode Technology, a DNA Laboratory in Lorton, Virginia for DNA testing.

5)    Should the laboratory analyst at Bode Technology determine DNA testing might entirely consume any of the three samples listed herein, the parties agree the laboratory shall first contact counsel for the parties before conducting any testing.  All counsel will then confer and agree on what should happen next with regard to that sample, and then report the decision back to Bode Technology on whether or not to continue the testing.  Otherwise, the laboratory analyst may conduct DNA testing on the three samples named herein.

6) The results, if any, obtained from DNA testing on Items T29, T48 and/or T49 shall be forwarded to counsel for the government, Messrs. Wilson and Kahan, and defense counsel, Ms. Udall and Ms. Stevens.

7) The defense further agrees that the testing experts are specifically prohibited from sharing any aspect of the DNA evidence with anyone other than counsel for the United States, counsel for the defendant, the Court, and personnel employed by experts associated with the defense or prosecution.

8) All costs of shipping and testing shall be paid by the defense in this case, and not the Oklahoma State Bureau of Investigation.

WHEREFORE, premises considered, Movant prays the Court grant his Motion for DNA testing and order the Oklahoma State Bureau of Investigation to forward the above-described items within its custody to Bode Technology for DNA testing as agreed by the parties.

DATED this 24th day of April, 2023.

Respectfully submitted,

*/s/ Laura E. Udall*
Laura Elisabeth Udall
AZ Bar # 010501
Laura E. Udall, PLLC
P.O. Box 40294
Tucson, AZ 85717-0294
Telephone: (520) 770-1414
E-mail: Laura@udall.me

*/s/ Kimberly C. Stevens*
Kimberly C. Stevens
NC State Bar # 20156
Senior Capital Resource Counsel
1070-1 Tunnel Road, Ste 10-215
Asheville, NC 28805
Telephone: (336) 575-4337
E-mail: Kim_Stevens@fd.org

3

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the United States by e-filing same to its counsel of record, Jeffrey B. Kahan, United States Department of Justice; Christopher J. Wilson, Assistant United States Attorney, United States Department of Justice, Eastern District of Oklahoma, this 24th day of April, 2023.


                                        /s/ Kimberly C. Stevens
                                        Kimberly C. Stevens