**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-RAW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **CAPITAL CASE** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**AGREED ORDER**

This matter is before the Court on Mr. Barrett's unopposed motion for DNA testing of three items of evidence. The Court GRANTS the Motion. It is hereby ORDERED that the Oklahoma State Bureau of Investigation shall forward OSBI Items #T29, T48 and T49 to Bode Technology.

The above-referenced items shall be shipped, along with a copy of this Order and Bode Technology's case submission form, overnight via UPS or FedEx from the OSBI to:

> Bode Technology
> Attention: Evidence Department
> 10430 Furnace Road, Suite 107
> Lorton, VA 22079.

Bode Technology is permitted to conduct such DNA testing as may be conducted on Items T29, T48 and T49 to obtain DNA results, if possible, from any or all of the Items.

If the laboratory analyst determines that DNA testing will entirely consume any of the samples, Bode Technology shall notify counsel for the parties and await further instruction from the parties before entirely consuming that sample(s). Otherwise, the laboratory analyst shall

1

conduct DNA testing on the samples.

At the conclusion of the process, Bode Laboratories will notify counsel for both parties of their testing results and analysis.  Any particles or DNA extracts remaining from Items T29, T48 and T49 shall then be returned by Bode to the Oklahoma State Bureau of Investigation by shipping the Items overnight by UPS, FedEx or the United States Postal Service back to:

Oklahoma State Bureau of Investigation
Attention: Laboratory Supervisor
1995 Airport Parkway
Tahlequah, OK 74464

Bode Laboratories is specifically prohibited from sharing any aspect of the DNA evidence with anyone other than counsel for the United States, counsel for the defendant, the Court, the Oklahoma State Bureau of Investigation, and personnel employed by experts associated with the defense or prosecution.

All costs of shipping and testing shall be paid by the defense in this case, and not the Oklahoma State Bureau of Investigation.

IT IS SO ORDERED this 24th day of April, 2023.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE

2