Kenneth Barrett
#04342-063
P.O Box 33
Terre Haute, IN
47808



RECEIVED

AUG 1 4 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

" Legal Mail "

= Clerk of the Court =
U. S District Courthouse
For the Eastern District of OKlahoma
101 N. 5th st.
Muskogee, OK
74401