No. ___  CR-04-115-RAW

# IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

## IN RE KENNETH EUGENE BARRETT MOVANT.

## CAPITAL CASE
## MOTION FOR A WRIT OF MANDAMUS

Kenneth E. Barrett, Movant files this motion as a Pro-Se litigant due to the U.S District Court for the Eastern District of Oklahoma failing to rule on Movants Rule 59(e) motion to Alter and Amend which was filed on January 3, 2022.

①



RECEIVED

NOV 1 3 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

Movant has continued to be without habeus/Appellate counsel since Febuary 1, 2023, At which time Movants counsel withdrew And the District Court granted two days later on Febuary 3, 2023.

On November 29, 2019 The Tenth Circuit Court of Appeals granted movant Barretts Authority to file under United States V. Davis, 588 U.S. ___, 139 S.Ct 2319 (2019) In Document 010110267830.

December 19, 2019 Movants counsel filed A quick And timely motion with the District Court. It was well over three years Ago, that the 28 U.S.C.§2255 motion to Vacate, Set Aside And Correct Conviction And Sentence Under United States V. Davis was filed. Doc. 453.

The issues were briefed for the court by Febuary 7, 2020, Twenty-two months later, the court denied the motion and entered Judgment thereon December 6, 2021.

②

These rulings are found in Docs. 467, 468. Less than thirty days thereafter, movants then habeas counsel timely filed the pending Doc. 469 motion to Alter and Amend on January 3, 2022. A week later the goverment filed its opposition on January 10, 2022. Doc 471.

Absent any action by the District Court, on April 14, 2022, then counsel filed a Notice of Supplemental Authority. Doc 472 to encourage the District Court to rule. On September 29, 2022 8 months after the motion had been fully briefed, and pursuant to Local Criminal Rule 1.2 and Local Civil Rule 7.1(I) Mr. Barrett gave the District Court Notice that the matter had been under advisement for more than ninety days. Then after being without habeus/Appellate counsel for 7 months due to the District Courts failure to rule.

③

Movant without any choice but to act by way as a Pro-Se litigant filed with the District Court "Petitioner's motion for a Ruling on Pending motion to Alter", filed on August 14, 2023

See Ex1, movants Pro-Se motion.

Now after 60 days passing and there still not being a ruling made by the District Court.

Movant is left with no choice but to file a Pro-Se motion with this Court requesting that the Tenth Circuit Court of Appeals issue a order instructing the District Court for the Eastern District of Oklahoma to without further delay, rule on the pending Rule 59(e) motion.

Which would stop the clear violation of the rules, the law and Mr Barrett's rights to a ruling and Mr Barrett's right to counsel.

④

In which to seek Appeal of the Rule 59(e) if need be and to be able to seek other remidies As needed with counsel that will be Appointed once the Rule 59(e) is ruled on.

Mr Barrett's "Due Process" rights Are being violated and will be intill the District Court makes its ruling.

Therefore Barrett prays that this court Issue the requested motion instructing the District Court to Rule.

The case is listed As Kenneth Eugene Barrett V. United States of America. E. Dist. OK Capital Case, Criminal case No. 6:04 cr 00115-RAW.

Respectfully submitted:
Kenneth Barrett #04342-063
movant,
P.O Box 33 Terre Haute, IN
47808

(5)

# Certificate of Service

A true and correct copy of said motion was sent to Christopher J. Wilson United States Attorney, 1200 W. Okmulgee Street. Muskogee, OK 7#401

On October 24th 2023

Signed
Kenneth E Barrett

⑥