U.S. POSTAGE PAID
FCM LG ENV
LOS ANGELES, CA 90049
NOV 03, 2023
$9.94
R2305H128524-03

Retail

RDC 99

9589 0710 5270 1156 2485 96




_____ E. Barrett
____063
_____-F.C.C.
P.O. Box 33
Terre Haute, IN 47808

BC 11/10/23 ✗

The Honorable Ronald A. White
District Court, E. D. OK
P.O. Box 607
101 North 5th St.
Room 208
Muskogee, OK 74401

RECEIVED

NOV 13 2023

BONNIE FACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

