U.S. POSTAGE PAID
FCM LG ENV
LOS ANGELES, CA 90049
NOV 03, 2023
$9.94
R2305H128524-03

Retail
RDC 99





E. Barrett
063
U.S.P.-F.C.C.
P.O. Box 33
Terre Haute, IN 47808

9589 0710 5270 1156 2485 96

COPY IN ___

BC 11/10/23 ℟

The Honorable Ronald A. White
District Court, E. D. OK
P. O. Block 607797    101 North 5th St.
Room 208
Muskogee, OK 74401

RECEIVED
NOV 13 2023
BONNIE FACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

