## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT** | ) | |
| | ) | **Criminal Case No. 6:04-cr-00115-RAW** |
| **Movant,** | ) | |
| **v.** | ) | **CAPITAL CASE** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | |

## DEFENDANT'S NOTICE OF APPEAL

KENNETH E. BARRETT, Defendant/Movant herein, by and through his attorney of record, notifies this Court of his intent to Appeal this Court's denial of Mr. Barrett's Motion to Alter and Amend (Doc. 482) and gives Notice of Appeal of this Court's Order of December 6, 2021(Doc. 467) denying the Motion to Vacate, Set Aside and Correct Conviction and Sentence pursuant to 28 U.S.C. §2255 and *United States v. Davis,* 139 S.Ct. 2319 (2019)

**DATED** this 28th day of November, 2023.

Respectfully Submitted,

*/s/ Laura E. Udall*
**LAURA ELISABETH UDALL**, AZ Bar #010501
Laura E. Udall, PLLC
P.O. Box 40294
Tucson, AZ 85717-0294
Telephone: (520) 770-1414
E-mail: laura@udall.me
Counsel for the defendant/movant

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 28th day of November, 2023, a copy of the foregoing DEFENDANT'S NOTICE OF APPEAL was served via the CM/ECF electronic filing system upon:

Jeffrey B. Kahan
United States Department of Justice
jeffrey.kahan@usdoj.gov

Christopher J. Wilson
United States Attorney
chris.wilson@usdoj.gov

To the undersigned's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ Laura E. Udall
**LAURA ELISABETH UDALL**, AZ Bar #010501
Laura E. Udall, PLLC
P.O. Box 40294
Tucson, AZ 85717-0294
Telephone: (520) 770-1414
E-mail: laura@udall.me

2