UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

TRANSMITTAL SHEET
(Notice of Appellate Action)

_____

Date Notice filed: 11/28/2023

Style of Case: United States of America v. Barrett

Appellant: Kenneth Eugene Barrett

District Court No: 6:04-CR-00115-RAW

Tenth Circuit Case No:

_____

☐ Amended NOA                    ☐ Cross Appeal
☐ Interlocutory Appeal           ☐ Successive Petition (2254 or 2255) (no fee)

_____

Notice of appeal, docket entries and district court order transmitted to all parties and to 10th Circuit Court of Appeals:

Judge: Ronald A. White, U.S. District Judge

### APPEAL FILED BY PRO SE

Appeal Fee Paid                                           ☐

IFP Granted                                              ☐

Motion for IFP on Appeal Form Mailed/Given               ☐

Motion for IFP on Appeal Filed                           ☐

### APPEAL FILED BY COUNSEL

Appeal Fee Paid                                           ☐

IFP Granted                                              ☐

Motion for IFP on Appeal Form Made Available             ☐

Motion for IFP on Appeal Filed                           ☐

Court Appointed Counsel (CJA/FPD)                        ☑

USA                                                      ☐

_____

Signature of: Rachel Keeling        Date: 11/29/2023        Phone: (918) 684-7920