**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**December 20, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

No. 23-7086
(D.C. No. 6:04-CR-00115-RAW-1)
(E.D. Okla.)

_____

### ORDER

_____

Before **HOLMES**, Chief Circuit Judge.

_____

This matter is before the court on attorney Laura Elisabeth Udall's *Motion to Withdraw*, in which Ms. Udall seeks leave to withdraw as counsel for appellant Kenneth Eugene Barrett and asks the court to appoint new counsel to represent Mr. Barrett for purposes of this appeal. The district court made the requisite finding of eligibility for the appointment of counsel.

Upon consideration and as discussed in greater detail below, the court: (1) grants the motion to withdraw; and (2) appoints the Office of the Federal Public Defender for the Districts of Colorado and Wyoming (the "FPD") to represent Mr. Barrett going forward. *See* 18 U.S.C. § 3006A.

First, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the court appoints Ms. Udall to represent Mr. Barrett, effective *nunc pro tunc* to the date Ms. Udall filed the

notice of appeal on Mr. Barrett's behalf and ending with the entry of this order. Ms. Udall shall have no continuing obligations in this appeal except to: (a) ensure that she has made appropriate arrangements through the district court's eVoucher system for payment of any transcript she ordered for purposes of this appeal; (b) forward to substitute counsel any materials in her possession that are pertinent to this appeal; and (c) transmit a copy of the motion to withdraw and this order to Mr. Barrett.

Second, the court appoints the FPD to represent Mr. Barrett going forward. *See* 18 U.S.C. § 3006A. The contact information for the FPD is:

> Office of the Federal Public Defender
> Districts of Colorado and Wyoming
> 633 17th Street, Suite 1000
> Denver, CO 80202
> (phone) 303-294-7002
> (fax) 303-294-1192

On or before January 2, 2023, the FPD shall enter an appearance in this appeal on behalf of Mr. Barrett.

Ms. Udall filed both a designation of record and a transcript order form. If warranted, the FPD—on or before January 10, 2023—shall file: (1) a supplemental transcript order form; and/or (2) a supplemental designation of record. The district court shall wait until at least January 11, 2023 before transmitting the record on appeal. Mr. Barrett's opening brief will be due 40 days from the date the record on appeal is filed in this court. *See* Fed. R. App. P. 31; 10th Cir. R. 11.2(A).

2

The court directs its Clerk to transmit a copy of this order to the Clerk of the U.S.

District Court for the Eastern District of Oklahoma.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk