# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,               )
                                        )
        *Plaintiff,*                     )
                                        )
v.                                      )   No.CR-04-115-P
                                        )
KENNETH EUGENE BARRETT,                 )   **FILED**
                                        )
        *Defendant.*                    )   FEB 0 9 2005

William B. Guthrie
Clerk, U.S. District Court

By_____
                           Deputy Clerk

## SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

### COUNT 1

[Title 18, United States Code, Sections 924(c)(1)(A) and (j)]
[Use and Carry a Firearm During and Relation to Drug Trafficking Crimes and Possess a Firearm in Furtherance of Such Drug Trafficking Offenses, Resulting in Death]

On or about the 24th day of September, 1999, in Sequoyah County, Eastern District of Oklahoma, **KENNETH EUGENE BARRETT**, the defendant herein, did knowingly use and carry, during and in relation to, and possess in furtherance of drug trafficking crimes, to-wit: possession of 181.6 grams of pseudoephedrine, a list I chemical and 144.3 grams of iodine, a list II chemical, knowing or having reasonable cause to believe that the pseudoephedrine and iodine would be used to manufacture methamphetamine, in violation of Title 21, United States Code, Section 841(c); possession of red phosphorous, a precursor chemical, knowing, intending, and having reasonable cause to believe that it would be used to manufacture methamphetamine, in violation of Title 21, United States Code, Section 843(a)(6); attempting to manufacture methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(a); and maintaining a place for the purpose

KEB000186

of manufacturing, distributing, and using methamphetamine, in violation of Title 21, United States Code, Section 856, the following firearms, to-wit: one Ruger-M77 Mark II , with scope, serial #78233413; one Ithica Deerslayer, 12 gauge shotgun, serial #371425235; one Fabrigue National, 16 gauge shotgun, serial #65701; one Savage 24H-DL Over Under .22 caliber/20 gauge shotgun; one Ruger 77/22 and scope, serial #720-10989; one Remington Model 700, 30-06 rifle with scope, serial #C6717537; one Remington Model 7400, 30-06 rifle, scope, mag and case, serial #8582164; one .22 caliber rifle, no brand name with case, serial #1370; one Browning Arms Company .22 caliber rifle with scope, serial #05577NP242; one Smith and Wesson .9 mm, model 915, semi-automatic pistol, serial number VAV3270; and one .223 Colt Model Sporter Match H-Bar rifle, serial #MH043631, and in the course of this violation, caused the death of David Eales through the use of a firearm, such killing being murder as defined in Title 18, United States Code, Section 1111, in that it was an unlawful, willful, deliberate, malicious and premeditated killing committed with malice aforethought.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and (j).**

## COUNT 2

[Title 18, United States Code, Sections 924(c)(1)(A) and (j)]
[Use and Carry a Firearm During and Relation to a Crime of Violence
and Possess a Firearm in Furtherance of Such Crime of Violence]

On or about the 24th day of September, 1999, in Sequoyah County, Eastern District of Oklahoma, **KENNETH EUGENE BARRETT**, the defendant herein, did knowingly use and carry, during and in relation to, and did knowingly possess in furtherance of, a crime of violence, to-wit: Title 21, United States Code, Section 848(e)(1)(B), the killing of a state law enforcement officer

- 2 -

KEB000187

engaged in or on account of the performance of such officer's official duties, a firearm, to-wit: one Ruger-M77 Mark II, with scope, serial #78233413; one Ithica Deerslayer, 12 gauge shotgun, serial #371425235; one Fabrigue National, 16 gauge shotgun, serial #65701; one Savage 24H-DL Over Under .22 caliber/20 gauge shotgun; one Ruger 77/22 and scope, serial #720-10989; one Remington Model 700, 30-06 rifle with scope, serial #C6717537; one Remington Model 7400, 30-06 rifle, scope, mag and case, serial #8582164; one .22 caliber rifle, no brand name with case, serial #1370; one Browning Arms Company .22 caliber rifle with scope, serial #05577NP242; one Smith and Wesson .9 mm, model 915, semi-automatic pistol, serial number VAV3270; and one .223 Colt Model Sporter Match H-Bar rifle, serial #MH043631, and in the course of this violation, caused the death of David Eales through the use of a firearm, such killing being murder as defined in Title 18, United States Code, Section 1111, in that it was an unlawful, willful, deliberate, malicious and premeditated killing committed with malice aforethought.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and (j).**

### NOTICE OF SPECIAL FINDINGS FOR COUNTS 1 AND 2

The allegations of Counts 1 and 2 of this Indictment are hereby realleged as if fully set forth herein and incorporated by reference. With regard to each such count of this Indictment, the Grand Jury makes the following Special Findings:

1.    The defendant, **KENNETH EUGENE BARRETT**, was 18 years of age or older at the time of the offenses alleged in Counts 1 and 2. [Title 18, United States Code, Section 3591(a)].

2.    The defendant, **KENNETH EUGENE BARRETT**, intentionally killed the victim, David Eales, as alleged in Counts 1 and 2. [Title 18, United States Code, Section 3591(a)(2)(A)].

- 3 -

KEB000188

3.      The defendant, **KENNETH EUGENE BARRETT**, intentionally inflicted serious bodily injury that resulted in the death of the victim, David Eales, as alleged in Counts 1 and 2. [Title 18, United States Code, Section 3591(a)(2)(B)].

4.      The defendant, **KENNETH EUGENE BARRETT**, intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim, David Eales, died as a direct result of the act, as alleged in Counts 1 and 2. [Title 18, United States Code, Section 3591(a)(2)(C)].

5.      The defendant, **KENNETH EUGENE BARRETT**, intentionally and specifically engaged in an act of violence, knowing that the act created a great risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim, David Eales, died as a direct result of the act, as alleged in Counts 1 and 2. [Title 18, United States Code, Section 3591(a)(2)(D)].

6.      The defendant, **KENNETH EUGENE BARRETT**, in the commission of the offenses identified in Counts 1 and 2, and in escaping apprehension for the violation of the offenses, knowingly created a grave risk of death to one or more persons, in addition to the victim of the offense, David Eales, as alleged in Counts 1 and 2. [Title 18, United States Code, Section 3592(c)(5)].

7.      The defendant, **KENNETH EUGENE BARRETT**, intentionally killed and attempted to kill more than one person in a single criminal episode, as alleged in Counts 1 and 2 . [Title 18, United States Code, Section 3592(c)(16)].

- 4 -

KEB000189

8. That the defendant, **KENNETH EUGENE BARRETT**, committed the offenses as alleged in Counts 1 and 2, after substantial planning and premeditation to cause the death of a person. [Title 18, United States Code, Section 3592(c)(9)].

## COUNT 3

**[Title 21, United States Code, Section 848(e)(1)(B)]**
[Intentionally Killing, During the Commission of a Drug Trafficking Crime, a State Law Enforcement Officer, Engaged in the Performance of His Official Duties ]

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment as if fully set forth herein.

On or about the 24th day of September, 1999, in Sequoyah County, Eastern District of Oklahoma, **KENNETH EUGENE BARRETT**, the defendant herein, during the commission of, in furtherance of, and attempting to avoid apprehension and prosecution of, a felony violation of Title 21, United States Code, Sections 841(a), 841(c), 843(a), 846, and 856, did intentionally kill David Eales, an officer of the Oklahoma Highway Patrol, a state law enforcement officer, while David Eales was engaged in and on account of the performance of David Eales' official duties, and such killing resulted.

**All in violation of Title 21, United States Code, Section 848(e)(1)(B).**

### NOTICE OF SPECIAL FINDINGS FOR COUNT 3

The allegations of Count 3 of this Indictment are hereby realleged as if fully set forth herein and incorporated by reference. With regard to such count of this Indictment, the Grand Jury makes the following Special Findings:

- 5 -

KEB000190

1.    The defendant, **KENNETH EUGENE BARRETT**, was 18 years of age or older at the time of the offense alleged in Count 3. [Title 21, United States Code, Section 848(1)].

2.    The defendant, **KENNETH EUGENE BARRETT**, intentionally killed the victim as alleged in Count 3.  [Title 21, United States Code, Section 848(n)(1)(A)].

3.    The defendant, **KENNETH EUGENE BARRETT**, intentionally inflicted serious bodily injury which resulted in the death of the victim.  [Title 21, United States Code, Section 848(n)(1)(B)].

4.    The defendant, **KENNETH EUGENE BARRETT**, intentionally engaged in conduct intending that the victim be killed or that lethal force be employed against the victim, which resulted in the death of the victim.   [Title 21, United States Code, Section 848(n)(1)(C)].

5.    The defendant, **KENNETH EUGENE BARRETT**, intentionally engaged in conduct which the defendant knew would create a grave risk of death to a person, other than one of the participants in the offense; and resulted in the death of the victim as alleged in Count 3. [Title 21, United States Code, Section 848(n)(1)(D)]

6.    The defendant, **KENNETH EUGENE BARRETT**, in the commission of the offense as alleged in Count 3 and in escaping apprehension for a violation of said offenses knowingly created a grave risk of death to one or more persons in addition to the victim of the offense, David Eales.  [Title 21, United States Code, Section 848(n)(5)]

- 6 -

KEB000191

7.    The defendant, **KENNETH EUGENE BARRETT**, in the commission of the offense

~~as alleged in Count 3 committed the offense after substantial planning and premeditation.  [Title 21,~~

United States Code, Section 848(n)(8)].


A TRUE BILL:

FOREMAN OF THE GRAND JURY

SHELDON J. SPERLING
United States Attorney


D. MICHAEL LITTLEFIELD
Assistant United States Attorney


N:\DOverstreet\Mike\BARRETT, KENNETH\SS Indictment.wpd


- 7 -

KEB000192