241

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )            No. CR-04-115-P
                                         )
KENNETH EUGENE BARRETT,                  )
                                         )            **FILED**
                    Defendant.           )
                                              NOV 0 4 2005

                                              William G. Guthrie
                                         Clerk, U.S. District Court
**VERDICT FORM**    By_____
                                                        Deputy Clerk

1.      We, the jury, duly impaneled and sworn in the above-entitled case,

as to **Count One** of the superseding indictment hereby

unanimously find the Defendant, Kenneth Eugene Barrett,

(check only one):

_____✓_____    Guilty

_____    Not Guilty

KEB000984

2. We, the jury, duly impaneled and sworn in the above-entitled

case, as to **Count Two** of the superseding indictment hereby

unanimously find the Defendant, Kenneth Eugene Barrett,

(check only one):

_____✓_____ Guilty

_____ Not Guilty

3. We, the jury, duly impaneled and sworn in the above-entitled case,

as to **Count Three** of the superseding indictment hereby unanimously

find the Defendant, Kenneth Eugene Barrett, (check only one):

_____✓_____ Guilty

_____ Not Guilty

Dated this ___4th___ day of November, 2005.

*[signature]* Jimmy D. Barnett
Foreperson

KEB000985