**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KENNETH EUGENE BARRETT,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-RAW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **CAPITAL CASE** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**<u>ORDER</u>**

This matter is before the Court on Mr. Barrett's motion for independent inspection and examination of three items of evidence, including: (1) the defendant's Colt AR-15 .223 caliber semiautomatic rifle, serial number: MH043631 (USAO Exhibit #128, Agency Evidence #N-11, and Evidence #P1), (2) three "Y" configured magazines taped together (USAO Exhibit #125, Agency Evidence # N-10, Latent Evidence Unit # 99-11543, and Evidence #P5), and (3) F40 and F41 Projectile Fragments (USAO Exhibit #129, Agency Evidence #N-10, OSBI Evidence Control #TB0679).

The Court GRANTS the Motion.

It is hereby ORDERED that a representative with the DEA in custody of this evidence shall coordinate with defense counsel for the transfer of the evidence to a licensed firearms expert retained by the defendant for independent inspection and examination, and for return of the same items of evidence back to the DEA when such defense testing is complete.

1

This the ___ day of January, 2024.

_____
Honorable Ronald A. White
United States District Judge