**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| v. | **Case No. CR-04-115-RAW** |
| **KENNETH EUGENE BARRETT,** | |
| *Defendant.* | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING**

COMES NOW the United States of America, by and through United States Attorney Christopher J. Wilson and Jeffrey B. Kahan, Trial Attorney – Capital Case Section, and requests an additional ten (10) days to file a responsive pleading to Defendant's Motion for Independent Testing of Firearms and Projectile Evidence. In support the government would submit the following:

1.      On January 5, 2024, the defendant filed Motion for Independent Testing of Firearms and Projectile Evidence (Doc. 491).

2.      On January 11, 2024, undersigned counsel spoke with Kimberly C. Stevens, counsel for Defendant Barrett, via telephone and was advised the defense has no objection to the government's requested relief.

3.      The parties are actively engaged in discussions regarding a possible agreement concerning the defendant's request for independent testing of the firearms and projectiles, but additional time is required to establish protocols and logistics to accomplish the requested testing.

WHEREFORE, premises considered, the United States respectfully requests an additional ten (10) days to file a responsive pleading to Defendant's Motion Independent Testing of Firearms

and Projectile Evidence (Doc. 491).

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

/s/ *Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA #13801
United States Attorney
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5175
chris.wilson@usdoj.gov

/s/ *Jeffrey B. Kahan*
JEFFREY B. KAHAN
Trial Attorney, Capital Case Section
U.S. Department of Justice
1331 F. Street, NW; 6th Floor
Washington, DA 20530
(202) 305-8910
jeffrey.kahan@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 11, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Kimberly C. Stevens, Attorney for Defendant
Laura E. Udall, Attorney for Defendant

/s/ Christopher J. Wilson
CHRISTOPHER J. WILSON
United States Attorney