**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| **v.** | **Case No. CR-04-115-RAW** |
| **KENNETH EUGENE BARRETT,** | |
| *Defendant.* | |

**(PROPOSED) ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

The Government's Unopposed Motion for Extension of Time to File Responsive Pleading comes on for consideration. Upon good cause shown, the Motion is hereby GRANTED. The Plaintiff is granted an additional ten (10) days to file a responsive pleading to the Defendant's Motion for Independent Testing of Firearms and Projectile Evidence (Doc. 491).

IT IS SO ORDERED this _____ day of January 2024.

_____
RONALD A. WHITE
CHIEF UNITED STATES DISTRICT JUDGE