**EXHIBIT 1**



# OKLAHOMA STATE BUREAU OF INVESTIGATION

PAGE _1_ of _4_

TITLE OF
REPORT  INTERVIEW OF RICKY M. MANION

**RICKY M. MANION**, WM, DOB: ███████, SSN: ███████████, ████████████████████████████ provided the fol lowing information:

MANION was employed as an Oklahoma Highway Patrol Trooper for seventeen and one half years. MANION was assigned to Troop E, Durant, Oklahoma, and was also a member of the Tactical Team for thirteen years. MANION participated on the team as a sniper and as a member of the entry team.

On September 23, 1999, MANION'S assignment was to meet the other team members at Camp Gruber, Braggs, Oklahoma, to prepare to execute a search warrant and an arrest warrant for KENNETH BARRETT at BARRETT'S residence. BARRETT'S residence was located in rural Sequoyah County, northwest of Sallisaw, Oklahoma. Later that same date MANION met the other tactical team members at Camp Gruber, along with DANNY OLIVER. OLIVER was a retired Oklahoma Highway Patrol Trooper, who became a commissioned law enforcement officer with the Federal Drug Enforcement Agency Drug Task Force at McAlester, Oklahoma. MANION, OLIVER and the rest of the tactical team left Camp Gruber at approximately 2345 hours that same date and met local officers at Dwight Mission Road and I-40 in Sequoyah County. The local officers were to act as a back up team performing perimeter security.

Troopers JOHN HAMILTON, the driver, and DAVID EALES, drove the lead OHP unit, an unmarked Ford Bronco. Troopers RAY GRENINGER, the driver, and MANION drove the second OHP unit, an unmarked Ford Bronco. Trooper STEVE HASH, the driver, and OLIVER drove the third OHP unit, a black and white marked Ford Crown Victoria. Troopers GENE HISE, the driver, ROBERT DARST and BILLY POE, drove the fourth OHP unit, a black and white marked Ford Crown Victoria. Lieutenants KERRY PETTINGILL, the driver, and JIM MCBRIDE, drove the last OHP unit, a white unmarked Chevrolet Suburban.

At approximately 0035 hours on September 24, 1999, the tactical team met the back up team on I-40. It was decided that the back up team would wait two or three minutes before following the troopers. The lag time was to allow the tactical team enough time to enter BARRETT'S property and secure the premises.

The tactical team continued on to BARRETT'S house. The first three units drove past BARRETT'S driveway, east on the county road to the next driveway because a  locked metal

INVESTIGATION ON _09/25/99_     AT _MADILL, OKLAHOMA_     BY _BEN ROSSER_ ᴮᵂᴿ     FILE _CR 99-746_

OFFENSE _HOMICIDE_     VICTIM _DAVID EALES_     CASE AGENT _BEN ROSSER_

OFFICE _NERO_     DATE REPORTED _10/21/99_     DATE TYPED _10/22/99_     TYPIST _kc_     APPROVED ___ IND _039_

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distribute outside your agency.

49

US v KENNETH BARRETT - DEFENSE COPY

CR 99-746
INTERVIEW OF RICKY M. MANION
PAGE 2

gate blocked entry to BARRETT'S driveway. The same three units then drove north along the east driveway, then west across a ditch to BARRETT'S yard. MANION believed all the units had the emergency lights activated. The fourth unit, containing HISE, DARST and POE, parked on the road outside the locked gate. The fifth vehicle, containing PETTINGILL and MCBRIDE, drove into the driveway west of BARRETT'S house and parked on the west side of BARRETT'S yard.

As GRENINGER and MANION crossed the ditch on the east side of BARRETT'S house in the second unit, MANION observed someone fire on HAMILTON and EALES in the lead unit. Just prior to the gunfire, MANION heard PETTINGILL radio "they're in the yard".

As MANION and GRENINGER approached BARRETT'S house, MANION heard continuous steady gunfire in the direction of BARRETT'S house. MANION observed heavy concentrated gunfire, which sounded like automatic gunfire, directed at HAMILTON and EALES' unit, as HAMILTON and EALES drove up to the porch on the south side of the house. MANION did not see any muzzle flash and MANION did not see who fired the shots. As HAMILTON and EALES slid to a halt at the porch, MANION saw exploding glass and thick smoke in the area of HAMILTON and EALES' unit and the front door on the south side of the house. MANION and GRENINGER parked southeast of the house and exited the unit. MANION initially believed HAMILTON and EALES returned gunfire in response to the initial shots, however, MANION quickly realized HAMILTON and EALES were not firing.

HASH and OLIVER, in the third unit, parked east of GRENINGER and MANION. GRENINGER yelled "he's in the yard". GRENINGER saw KENNETH BARRETT'S son, TOBY BARRETT, in the yard on the west side of the house. At the time GRENINGER saw TOBY, MANION did not know if TOBY was the shooter or not. Someone fired at HAMILTON and EALES while GRENINGER watched TOBY. The gunfire sounded like automatic weapon gunfire. DARST and GRENINGER secured TOBY as planned. DARST and GRENINGER had been assigned to intercept anyone fleeing to BARRETT'S mother's house, located next door to the west of BARRETT'S house. MANION then heard two or three shots inside BARRETT'S house, but, MANION did not see who fired the shots.

During the gunfire, EALES exited the passenger door of the Bronco and walked slowly to the right rear of the Bronco while EALES held his arms out in front of him. EALES dropped to the ground on his knees, then EALES fell face down on the ground in a prone position. MANION went to EALES and asked EALES twice if he was hit and EALES replied "I'm hit bad".

MANION heard a flash bang explode at the southwest corner of the porch. MANION believed HAMILTON detonated the flash bang since HAMILTON was the only tactical team member carrying a flash bang. MANION did not recall if there was gunfire at the time the flash bang exploded. HAMILTON joined MANION and EALES near the Bronco. MANION informed HAMILTON that HAMILTON was hit. HAMILTON said "I'm hit twice".

50

US v KENNETH BARRETT - DEFENSE COPY

00000272

00000272

CR 99-746
INTERVIEW OF RICKY M. MANION
PAGE 3

While MANION watched over EALES and looked for threats, MANION clearly saw a long haired white male inside the house. The male (later identified as KENNETH BARRETT) matched KENNETH BARRETT'S physical description and stood in the living room of the house while holding a rifle in his right hand. MANION positioned himself directly south of the open front door of the house. The interior house lights were on and the Bronco headlights illuminated the front of the house. MANION clearly saw KENNETH move to the east room adjoining the livingroom. MANION yelled for someone to help EALES and MANION yelled "he's going to the east room". GRENINGER was at his unit and radioed the Muskogee Oklahoma Highway Patrol dispatcher for medical assistance.

MANION moved to a position on the east side of a blue pickup parked on the east side of the house. MANION saw someone moving in front of the window on the east side of the room, which MANION observed KENNETH enter moments earlier. Although blinds and a cloth curtain covered the window, the backlighting inside the house enabled MANION to see a figure of someone move in the room. MANION fired four to six rounds, from his Heckler and Koch MP-5 rifle, through the east window. Someone yelled something and GRENINGER yelled that HAMILTON entered the house. GRENINGER then broke out the rear window of HAMILTON'S Bronco with a rifle butt for a better view of the house.

MANION remained on the east side of the house. MANION moved to the southeast corner of the house when HAMILTON brought KENNETH out the front door to the yard. MANION and HAMILTON placed KENNETH on the ground, face down in a prone position, on the east side of the porch steps. MANION did not know who handcuffed KENNETH. MANION frisked KENNETH and discovered a Smith and Wesson semi-automatic handgun tucked inside the waist band in the front of KENNETH's pants. MANION laid the handgun on the ground about three or four feet away from KENNETH. MANION then asked KENNETH who he was and KENNETH identified himself as "KENNY BARRETT". KENNETH said there was no one else in the house. HASH remained with KENNETH while MANION and HAMILTON assisted EALES. MANION cut and removed EALES' shirt and vest. HISE drove his unit through the locked gate and drove to EALES' location. MANION and HISE administered CPR to EALES until GRENINGER drove the second Bronco to transport EALES. The tactical team did not transport EALES in HAMILTON'S Bronco due to the damage done by the gunfire. The back up team of officers arrived on the scene about the time MANION and the tactical team loaded EALES on the tailgate of GRENINGER'S Bronco to transport EALES to the hospital. The tactical team had previously planned to transport any injured officer in the back of one of the Bronco units.

GRENINGER drove EALES to Dwight Mission Road and I-40 to meet an ambulance. Cherokee County Sheriff DELENA GOSS and an unidentified Drug Task Force officer (later identified as CLINT JOHNSON) rode in the back of the Bronco with EALES.

Unknown officers moved KENNETH to the east side of the house.

51

US v KENNETH BARRETT - DEFENSE COPY

00000273

00000273

CR 99-746
INTERVIEW OF RICKY M. MANION
PAGE 4

GRENINGER told someone to get HAMILTON to the hospital, and unknown officers transported HAMILTON to the Sallisaw hospital in a unit.

MANION, OLIVER and GRENINGER then cleared the first floor of the house. MANION cleared the second floor of the house. MANION saw an AR-15 and a sawed off shotgun laying on the living room floor in the house.

An unknown ambulance transported KENNETH to the hospital.

52

US v KENNETH BARRETT - DEFENSE COPY

00000274
00000274