**EXHIBIT 2**

ONFISCATED PROPERTY RECEIPT                    Receipt No. _____

2LT B.D. Robins Jr ~111 did confiscate Sig P220 Ser G222308 / Mag 8 Rds
Rd From Chamber - HK53 Ser HK 7911 4694 .223 ' Mag 25 Rd 1 Rd/Ch

om _____

t _____ M on the __24__ day of _Sept_ , 19 99 as a result of a violation of _____

Shooting _____ to be held as evidence of the offense, as charged on citation no. _____

2LT B.R. _____ ~ #111
(Trooper's Signature and Badge No.)

I hereby acknowledge receiving a receipt for the above described property.

/dr Kerry _____ 59
(_____'s Signature)

_____ , representing the _____ County _____

_____ Office do hereby acknowledge receipt of the above described property from Trooper _____

_____ M on the _____ day of _____ , 19 ____ .

_____
(Signature of Person Receiving Property)

STRIBUTION:    original    — trooper
               one copy  — trooper headquarters (201 File)
               one copy  — sheriff's office, court clerk, or county clerk (as appropriate)
               one copy  — defendant

OHP—DPS78—15—5

078

00001749

US v KENNETH BARRETT - DEFENSE COPY                                                    00001749

CONFISCATED PROPERTY RECEIPT          Receipt No. _____

2LT B.D. Robins Ie ~ 111, did confiscate *1 Sig P220 See G222160  1 Mag 6 Rds*
*Rd from Chamber*

rom _____

t *133* M on the *24* day of *Sept*, 19*99* as a result of a violation of _____
*Shooting* to be held as evidence of the offense, as charged on citation no. _____

_____
(Trooper's Signature and Badge No.)

I hereby acknowledge receiving a receipt for the above described property.

*Trp. BOfee #830*
_____
(Defendant's Signature)

_____, representing the _____ County _____

_____ Office do hereby acknowledge receipt of the above described property from Trooper _____

_____ M on the _____ day of _____, 19 ____.

_____
(Signature of Person Receiving Property)

DISTRIBUTION:   original   — trooper
                one copy   — trooper headquarters (201 File)
                one copy   — sheriff's office, court clerk, or county clerk (as appropriate)
                one copy   — defendant

OHP–DPS78–15–5

079

US v KENNETH BARRETT - DEFENSE COPY

00001750
00001750

CONFISCATED PROPERTY RECEIPT                                    Receipt No. _____

2Lt PAUL GORDON 67, did confiscate A MOD. 220 Sig saun 45CAL #G222590

PDG

from 2Lt mike mize #107 who took it FRom T/P steve Smith #525

it 330 AM on the 26 day of APR , 19 99 as a result of a ~~violation of~~ PDG Pending Indst.

to be held as evidence of the offense, as charged on citation no. _____.

2Lt Paul D. Gordon #67
(Trooper's Signature and Badge No.)

I hereby acknowledge receiving a receipt for the above described property.

TG. Mike Mize
(Defendant's Signature)

_____ , representing the _____ County _____

_____ Office do hereby acknowledge receipt of the above described property from Trooper _____

t_____ M on the _____ day of _____ , 19____ .

_____
(Signature of Person Receiving Property)

ISTRIBUTION:  original   — trooper
              one copy  — trooper headquarters (201 File)
              one copy  — sheriff's office, court clerk, or county clerk (as appropriate)
              one copy  — defendant

OHP—DPS78—15—5

080

US v KENNETH BARRETT - DEFENSE COPY

00001751

00001751

CONFISCATED PROPERTY RECEIPT          Receipt No. _____

*2LT B.D. Robins Jr ~111* did confiscate *Sig P220 Ser G 222159,*
*1 Mag 7 Rds  1 Rd From Chamber* _____

rom _____

t *1327* M on the ____*24*____ day of ____*Sept*____, 19*99* as a result of a violation of *Shooting*
_____ to be held as evidence of the offense, as charged on citation no. _____.

*2LT B.W. Robins #111*
(Trooper's Signature and Badge No.)

I hereby acknowledge receiving a receipt for the above described property.

*Trp S&/Kl "73*
(Defendant's Signature)

_____, representing the _____ County _____
_____ Office do hereby acknowledge receipt of the above described property from Trooper _____
_____ M on the _____ day of _____, 19____.

_____
(Signature of Person Receiving Property)

DISTRIBUTION:   original    — trooper
                one copy  — trooper headquarters (201 File)
                one copy  — sheriff's office, court clerk, or county clerk (as appropriate)
                one copy  — defendant

OHP–DPS78–15–5

081

COPY

00001752

US v KENNETH BARRETT - DEFENSE COPY                                    00001752

CONFISCATED PROPERTY RECEIPT                Receipt No. _____

2LT B.D. Robius Jr #111, did confiscate *Sig P220 Ser G220031 / MAG 7 Rds
Rd from Chamber

rom _____

t _1333_ M on the _24_ day of _Sept_ , 19_99_ as a result of a violation of _____

Shooting _____ to be held as evidence of the offense, as charged on citation no _____

2LT B.D. Robius Jr #111
(Trooper's Signature and Badge No.)

I hereby acknowledge receiving a receipt for the above described property.

TKP Davis #474
(Defendant's Signature)

_____ , representing the _____ County _____

_____ Office do hereby acknowledge receipt of the above described property from Trooper _____

_____ M on the _____ day of _____ , 19 ___ .

_____
(Signature of Person Receiving Property)

DISTRIBUTION:   original   — trooper
              one copy — trooper headquarters (201 File)
              one copy — sheriff's office, court clerk, or county clerk (as appropriate)
              one copy — defendant

OHP–DPS78–15–5

082

00001753
US v KENNETH BARRETT - DEFENSE COPY                00001753

CONFISCATED PROPERTY RECEIPT          Receipt No. _____

2LT B.D. Robins Jr #111, did confiscate Sig P220 G 211043 1 MAG
1 Rd LED 45 Auto

rom _____

t 1324 M on the ___24___ day of Sept ____, 19 99 as a result of a violation of Shooting

to be held as evidence of the offense, as charged on citation no. _____.

2LT B.W. _____ #111
(Trooper's Signature and Badge No.)

I hereby acknowledge receiving a receipt for the above described property.

_____ #344
(Defendant's Signature)

_____ , representing the _____ County _____

_____ Office do hereby acknowledge receipt of the above described property from Trooper _____

_____ M on the _____ day of _____ , 19 ____.

_____
(Signature of Person Receiving Property)

STRIBUTION:    original   — trooper
one copy  — trooper headquarters (201 File)
one copy  — sheriff's office, court clerk, or county clerk (as appropriate)
one copy  — defendant

OHP—DPS78—15—5

COPY

083

00001754

US v KENNETH BARRETT - DEFENSE COPY          00001754

CONFISCATED PROPERTY RECEIPT                     Receipt No. _____

, 2LT B.D. Robins Jr #111, did confiscate HK 53 Ser HK 76114681 - Mag Clip
Z 25 Rd Mags - Full _____

rom _____

t _____ M on the 24 day of Sept , 19 99 as a result of a violation of _____

Shooting _____ to be held as evidence of the offense, as charged on citation no. _____.

2LT B.D. Robins Jr #111
(Trooper's Signature and Badge No.)

I hereby acknowledge receiving a receipt for the above described property.

Trp Dait #474
(Defendant's Signature)

, _____ , representing the _____ County _____

_____ Office do hereby acknowledge receipt of the above described property from Trooper _____

t _____ M on the _____ day of _____ , 19 ____.

_____
(Signature of Person Receiving Property)

ISTRIBUTION:   original   — trooper
               one copy  — trooper headquarters (201 File)
               one copy  — sheriff's office, court clerk, or county clerk (as appropriate)
               one copy  — defendant

OHP–DPS78–15–5

COPY

084

1. 2LT Rob Jr

Receipt No. _____

00001755

US v KENNETH BARRETT - DEFENSE COPY

00001755

NFISCATED PROPERTY RECEIPT     Receipt No. _____

LT K. Pettigill #59 , did confiscate (1) Sig 45 Ser# 6222366

m TRO Rick MANion A792

5:00 P M on the 24 day of Sept , 19 95 as a result of a violation of

ootiag on 9/24/95     to be held as evidence of the offense, as charged on citation no. _____ .

_____ #59
_____ A792
(Trooper's Signature and Badge No.)

I hereby acknowledge receiving a receipt for the above described property.

_____ A792
(Defendant's Signature)

_____ , representing the _____ County _____

_____ Office do hereby acknowledge receipt of the above described property from Trooper _____

_____ M on the _____ day of _____ , 19 _____ .

_____
(Signature of Person Receiving Property)

RIBUTION:  original    — trooper
one copy  — trooper headquarters (201 File)
one copy  — sheriff's office, court clerk, or county clerk (as appropriate)
one copy  — defendant

OHP—DPS78—15—5

COPY

085

US v KENNETH BARRETT - DEFENSE COPY

00001756
00001756

RP. SHAWN GRIFFEY #427    FISCATED PROPERTY RECEIPT    Receipt No. _____

~~K~~ _____ , did confiscate (1) SIG P-220 45cAL G 220 001

1 mAG w/ 8 ROS

RAymond GREWINGER #639

1637 M on the ___24TH___ day of ___SEPT___ , 19 99 as a result of a violation of _____

_____ to be held as evidence of the offense, as charged on citation no. _____

Trp. Shawn Duffey #427
(Trooper's Signature and Badge No.)

I hereby acknowledge receiving a receipt for the above described property.

RC Junor 639
(Defendant's Signature)

_____ , representing the _____ County _____

_____ Office do hereby acknowledge receipt of the above described property from Trooper _____

_____ M on the _____ day of _____ , 19____.

_____
(Signature of Person Receiving Property)

IBUTION:  original    — trooper
          one copy  — trooper headquarters (201 File)
          one copy  — sheriff's office, court clerk, or county clerk (as appropriate)
          one copy  — defendant

OHP–DPS78–15–5

086

CONFISCATED PROPERTY

US v KENNETH BARRETT - DEFENSE COPY

00001757

00001757

JFISCATED PROPERTY RECEIPT                    Receipt No. _____

~~St/Lt~~ KERRY PETTINGILL _____ , did confiscate (1) H&K 53 SER # 76-114704
(1) 25 RD MAG. (1ST RD. IN MAG. IS CHAMBERED RD.)
~~n~~ TRP BC POE # 830
1635 ~~hrs~~ M on the ___24TH___ day of ___SEPT___ , 19 99 as a result of a violation of _____
_____ to be held as evidence of the offense, as charged on citation no. ___ .

_____
(Trooper's Signature and Badge No.)

I hereby acknowledge receiving a receipt for the above described property.

TRP BC POE Jr #830
(~~Defendant's~~ Signature)

_____ , representing the _____ County _____
_____ Office do hereby acknowledge receipt of the above described property from Trooper _____
_____ M on the _____ day of _____ , 19 ____ .

_____
(Signature of Person Receiving Property)

RIBUTION:    original    — trooper
one copy   — trooper headquarters (201 File)
one copy   — sheriff's office, court clerk, or county clerk (as appropriate)
one copy   — defendant

OHP−DPS78−15−5

087

00001758

US v KENNETH BARRETT - DEFENSE COPY                    00001758

# DEPARTMENT OF PUBLIC SAFETY
### INTERNAL AFFAIRS AND SPECIAL INVESTIGATIONS
3600 North. M.L. King Blvd.
Oklahoma City, Oklahoma 73136
405-425-2137

## CONFISCATED PROPERTY RECEIPT

I 2LT B. D. Robins Jr #111, did confiscate 1- Sig Sauer P220 45cal Semi Auto Pistol Ser G 220146   1- HK 53 Ser HK76 114698 .223 cal   2- 30 Rd mags

from 2LT Jim Mc Bride #109

at 1220 p M on the 2nd day of Sept, 1999 as a result of an investigation

to be held as evidence.

_____
Signature of person receiving property

I hereby acknowledge receiving a receipt for the above described property.

_____
Signature of person submitting property

### PROPERTY RETURN

The above described property was returned by_____ at_____ M on the

_____ day of_____, 19___.


_____
Signature of person receiving returned property


_____
Signature of person returning property

088

US v KENNETH BARRETT - DEFENSE COPY

00001759
00001759