**EXHIBIT 6**

```
GSEU                    OKLAHOMA DEPARTMENT OF PUBLIC SAFETY
                        VEHICLES SOLD          DETAIL SCREEN


        VEHICLE ID #     1FMEU15H7SLB32457     UNIT NUMBER      QBT 489

        DATE SOLD        01 05 2011            SALE PRICE       0000001
                         (MM DD CCYY)

        * * *INFORMATION ON PERSON OR COMPANY VEHICLE WAS SOLD TO* * *

        LAST/COMPANY NAME     STANDARD IRON        FI        MI

        ADDRESS               ROCKY EALES

        CITY/STATE/ZIP                           000000000




    MSG18    (ENTER)=MENU
```

```
GVEU                    OKLAHOMA DEPARTMENT OF PUBLIC SAFETY
                        VEHICLE INVENTORY      DETAIL SCREEN

UNIT #   QBT 489    TAG #   32457    VIN  1FMEU15H7SLB32457      VEH TYPE ID   P5

VEH YR  95    MAKE   FORD    MODEL   BRONC    TYPE          PURCHASE DT   04 18 1995
                                                                        (MM DD CCYY)
PUR PRICE   02238200    ISSUE DT   05 18 1995    DEPT   0214    INV DT   00 00 0000
                                   (MM DD CCYY)                         (MM DD CCYY)
DRIVER'S  ID   000000       DRIVER'S NAME                   PROJECT #   00000

OPERATING COST   1462810      CURR MILEAGE   132316   REMARKS   R EALES
 * * * * * >  NEW FIELDS THAT HAVE BEEN ADDED TO VEHICLE RECORD  < * * * * *
KEY CODE          CATEGORY   T    CLASS   01    TYPE   00    SUB-TYPE   00

           000000    OWNER      EQUIPPED      FUNCTION   EN    PURPOSE   EN

ASSIGNMENT   NA                          FUNDING      WARRANTY DT   00 00 0000
                                                                   (MM DD CCYY)
LIFE EXP   00    MAINT FLAG       DISP   S    DISP DT   05 17 2001
                                             (MM DD CCYY)
PURCHASE ORDER

MSG18   (ENTER)=MENU
```

```
  GVEU                    OKLAHOMA DEPARTMENT OF PUBLIC SAFETY          PAGE   1
                 PREVIOUS UNIT NUMBERS FOR VIN    1FMEU15H7SLB32457

                 OLD UNIT       NEW UNIT      CHANGE DATE      TRANSFER VALUE
                 NA -007        W   -144      06/02/1995       22,382 00
                 W   -144       W   -877      11/13/1998              00
                 W   -877       QW -877       04/27/1999              00
                 QW -877        BT -489       09/10/1999              00
                 BT -489        QBT-489       12/15/1999              00




  MSG08   PRESS (PA1)=NEXT PAGE (PA2)=PREV PAGE (ENTER)=MENU
```

Page  1 Document Name  untitled
_____

GVEU                    OKLAHOMA DEPARTMENT OF PUBLIC SAFETY
                        VEHICLE INVENTORY      DETAIL SCREEN

UNIT #  QBT 489    TAG #  32457    VIN  1FMEU15H7SLB32457    VEH TYPE ID  P5

VEH YR  95   MAKE  FORD   MODEL  BRONC   TYPE          PURCHASE DT  04 18 1995
                                                                   (MM DD CCYY)
PUR PRICE  02238200   ISSUE DT  05 18 1995   DEPT  0214   INV DT  00 00 0000
                                (MM DD CCYY)                      (MM DD CCYY)
DRIVER'S SSN  000000000   DRIVER'S NAME              PROJECT #  00000

OPERATING COST   1462810      CURR MILEAGE  132316   REMARKS  REISSUE
 * * * * >  NEW FIELDS THAT HAVE BEEN ADDED TO VEHICLE RECORD  <  * * * * *
KEY CODE         CATEGORY  T   CLASS  01   TYPE  00   SUB-TYPE  00

          000000    OWNER        EQUIPPED       FUNCTION  EN   PURPOSE  EN

ASSIGNMENT  BT                       FUNDING       WARRANTY DT  00 00 0000
                                                               (MM DD CCYY)
LIFE EXP  00    MAINT FLAG      DISP  A   DISP DT  00 00 0000
                                                  (MM DD CCYY)
PURCHASE ORDER

MSG18   (ENTER)=MENU

To Sale File 5-17-01
_____

Date  5/17/01 Time  9 42 04 AM