**EXHIBIT 7**

| | |
|---|---|
| **From:** | Stewart, Geno (USAOKE) [Contractor] |
| **To:** | Wilson, Chris (USAOKE) |
| **Cc:** | Henry, Kristi (USAOKE) |
| **Subject:** | FW: Rocky Eales Case |
| **Date:** | Tuesday, September 20, 2022 7:10:20 AM |

Mr. Wilson,

Please see the below email chain for the final disposition of the OHP Ford Bronco (FAL803) associated with the Kenneth BARRETT investigation.  Please let me know if you need additional research on this matter.

Geno Stewart

**From:** Ronnie Hampton <Ronnie.Hampton@dps.ok.gov>
**Sent:** Wednesday, September 14, 2022 5:04 PM
**To:** Stewart, Geno (USAOKE) [Contractor] <GStewart@usa.doj.gov>
**Subject:** [EXTERNAL] FW: Rocky Eales Case

Please see our Transportation Divisions responses in red below.

**From:** Dawson Blacklee <Dawson.Blacklee@dps.ok.gov>
**Sent:** Tuesday, September 13, 2022 9:35 AM
**To:** Ronnie Hampton <Ronnie.Hampton@dps.ok.gov>
**Cc:** Barry Ross <Barry.Ross@dps.ok.gov>
**Subject:** FW: Rocky Eales Case

Captain, I am sorry for the long delay on replying to this request. I have answered the question below in Red. Again, I apologize for the delay. If there is anything further please let me know. Dawson

LT. Dawson Blacklee #92
Oklahoma Highway Patrol
Transportation Division/OTA
█████████

**From:** Barry Ross <Barry.Ross@dps.ok.gov>
**Sent:** Tuesday, August 16, 2022 3:14 PM
**To:** Dawson Blacklee <Dawson.Blacklee@dps.ok.gov>
**Subject:** FW: Rocky Eales Case

Dawson, do you recall any info on this case??

**From:** Ronnie Hampton <Ronnie.Hampton@dps.ok.gov>
**Sent:** Saturday, August 13, 2022 7:42 AM

**To:** Barry Ross <Barry.Ross@dps.ok.gov>; Paul Christian <Paul.Christian@dps.ok.gov>; Jansen Idlett <Jansen.Idlett@dps.ok.gov>
**Cc:** Radford Christian <Radford.Christian@dps.ok.gov>
**Subject:** Rocky Eales Case

Barry, Paul and Jansen, we discussed a few months ago that Evidence was working with the United States Attorney's Office to find the vehicles that were struck by gunfire in the search warrant that took the life of Trooper Eales.

Geno with the United States Attorney's Office contacted me and requested that we search our files to see if Transportation, Internal Affairs or Investigations (keep in mind was IASI) at the time of the murder has any documentation of the destruction of either vehicle.

I know everyone has done searching for documentation, but if each party could send me an email stating something to the effect;

- The Transportation Division of the Oklahoma DPS has searched their files and cannot find any documentation showing the disposal of either vehicle involved in the Murder of Trooper Rocky Eales.

1. Answer:  At the time this specific unit was desroyed I was the Director of Transportation. I was give permission by Chief Kerry Pettingill of the Oklahoma Highway Patrol to have the unit destroyed. It was not sold at auction but was taken to Standard Iron in Oklahoma City and crushed. The Dept of Public Safety email at the time was Lotus Notes. I have searched what little bit made the transfer or was archived and was unable to locate any further information. I do remember having conversations with the OHP Chief and eventually being given permission to crush the vehicle. I then relayed those orders/direction to  DPS Garage Superintendent Darrell Walker to crush it. I do not have any further information nor do I have an exact timeframe for when the unit was destroyed.

- The Office of Professional Standards for the Oklahoma DPS has searched their files and cannot find any documentation showing the disposal of either vehicle involved in the Murder of Trooper Rocky Eales.

- The Investigations Division of the Oklahoma DPS has searched their files and cannot find any documentation showing the disposal of either vehicle involved in the Murder of Trooper Rocky Eales.

Geno stated the US Attorney just needs something in writing showing that we searched our records and nothing could be located, if you will take one more search and then prepare the emails and send back to me, I will get these to the USAO.


**Captain Ronnie Hampton # 34**

Oklahoma Highway Patrol

