**EXHIBIT 8**



State v Barrett

1-14-04 (day 1)

State #2 Adm AERIAL Photo of Δ's Residence
State #4 Adm    "    "    "    "    "
State #3 Adm    "    "    "    "    "

Day 2

#1 Clint Johnson :

State #5 Adm Photo, Aerial Δ's House & area
State # 6 Adm Copy of felony warrant

#2 Carey Pettingill

DAY 3

Δ # 1 Adm Tactical Team Rules & Procedures
Δ # 2 (a) Adm Code of Ethics
  2 (b)    Canon of Ethics
  2 (c)    Dept. of Public Safety Organ. Chart
  2 (d)    Highway patrol orgn. Chart
  2 (e)    Deadly Force
  2 (f)    uniform Regulations
  2 (G)    Operation of Patrol Vehicles
  2 (H)    Roadblock Procedure
  2 (I) √ Position of the Patrol

Δ # 6 Adm 53 ( Picture )
Δ # 7 Adm MP-5 (  "  )
Δ # 8 Adm Miscellany advise of Rights (Pettingill)

1-20-04 DAY 4
  #3    Hamilton



Δ# 9 Adm  Photo , Grill of Hamilton's Bronco

Δ# 10 Adm  Hamilton's drawing of Road approaching Barrett's House

Δ# 11 Adm      "        "    "Route he took to Barrett's Home

Δ# 12 Adm      "        "    of Location of Hamilton's vehicle
          when he fired shots @ Barrett

#4    Raymond Gruninger

Δ# 13 Adm  Advice of Right (Dennity Case)

DAY 5

#5    Trooper Elliott - Reads Trooper Mannan's
              P.H. Test.

#6    Trooper Steven Hand

STATE #7 Adm  Photo — East Side of House

Δ# 14 Adm  advise of Rights to "Hash"

#7    Gene Heist

STATE # 8 Adm  Photo - load bearing tactical Vest

Δ# 15 Adm  Advise of Rights - "Heist"

#8    Robert Maust
Δ# 16 Adm  advise of Rights "Maust"



May 6

#9 — Billy Poe

STATE #9 Adm Photo - Front of Barrett's House

Δ #18 ADM Poe's advise of Rights (Garrity)

#10 Sherry Gass

STATE #10 adv Photo - Picture of rear of Bronco (

#11 — Johnny Philpot

STATE #11 adm Envelope (Containing Bullet Karnes gave to J. Philpot) (7-51)
STATE #12 adm Contents of STATE's #11 (Bullet)

Δ #17 Adm Booking Photo of Barrett

#12 — Toby Barrett

#13 — Shelton Fare

#14 — Stanley Philpot

STATE #13 Adm Brown Bag
STATE #14 | Barrett's Clothes Bio-Hazzardous bags
STATE 15 | Barrett's Clothes
STATE 16 | Brown Bag from inside of State #13

#15 — Kelly Karnes



Day 7

#16      D. J.   Mann

        Springer Clinic, did work for State
            Medical exam. @ time of Eales death

State #17. Adm  Brown Envelope (Containing 2 envelopes 18 & 19)
State #18.   | Small Brown "  (Fragment From Lower back) (7-40)
State #19. ✓     "        "      "   (Fragment From upper Chest)(7-41)

State #20 Adm  Large Box
State #21  | Brown Bag - Eales Socks
State #22  | Brown Bag - Containing Eales Underwear
State #23  | Brown Bag - Containing  "  Boots
State #24     "     "   -    "    " Breast Plate
State #25  | Plastic Bag -   utility Belt
State #26 ✓    "     "    - Pants


#17      Dr. Destefino

State #27 Adm  Med. Exam. Report (Cert. Copy)


#18         Alennio Francinie
            OSBI - Deputy Inspector

State #28 Adm  Waiver of Rights


#19        Mr. Calleny
            Barrett admitted 1:55 to Sey. Memorial,
            transfered to Tulsa @ 3:20

∆ #19 Adm  Mr's record of Emergency report on K. Barrett



#20    Kelly Beach

STATE #29 (NOT ADM)    Vest of Hamilton

#21    Ben Rosser

STATE 12(a) ADM    Clear Bottle (Plastic) Containing Bullet Fragment

arrived @ Barrett's Home around 2 PM

Δ#20 ADM    Garrity Waiver of Mannon

#22    WM. Wood    May 8 (1-27-04)

#23    Tom Hunnington

STATE #30 ADM Photo - Doorway of Barrett's House
STATE #31 ADM Photo -    "    "    "    "
STATE #32 ADM Photo - Front Porch, showing air Cond & projectile

STATE #33 ADM Brown Bag
STATE #34 ADM Small envelope (Projectile found by air Cond.) (1-37)

Δ#21 ADM    Toby Barrett's Waiver of Rights

#24    Geo. Randolph

STATE #35 ADM Cassette Tape of Barrett interview
STATE #1 ADM Transcription of State #35

#25      Chuck Chaney

May 9  1-28-04

#26      Frank Parks
         Worked emergency Room @ St. Francis
Saw Hamilton

#27      Vicki Lyons

STATE #36 Adm Brown Envelope ( 2 Video Tapes)
STATE #37 Adm Approach Video (9-28)
STATE 38 Adm Crime Scene (9-24)

STATE #39 Adm Sketch Drawn by Lyons

STATE #40 Adm Photo - looking into Front Shrine
  "  41    "  - Sign attached to gate
  "  42    "  - East approach
  "  43    "  - Ditch looking East
  "  44    "  - facing NE showing Branco
  "  45    "  - Back door of House
  "  46    "  - ground between Blue Chevy Truck & House
  "  47    "  - West Side of House
  "  48    "  - Front porch
  "  49    "  - photo of gun on porch
  "  50    "  - of hood on ground
  "  51    "  - front of Branco, showing items Collected
  "  52    "  - Shield
  "  53    "  - Helmet & bag
  "  54  ↓  - Magazine Butt Plate

State 55 ADM  Photo - pull pin for Flash bang

"  56  "  - front porch

'  57  "  - pistol found in front yard

"  58  "  - Flash Bang

"  59  "  - Eastside of Blue Chevy

"  60  "  - ground in front of porch

*  61  "  - Hood of white Bronco

"  62  "  - Magazine

"  63  "  - firearm

"  64  ↓  "  - ground on East Side of House

State #65 ADM  Crime Scene Sketch of Interior of Barnett's Residence

State # 66.  Small Envelope (223 Shell Casing) (7-21) Lab designation

"  67.  "  "  (7-22)

"  68.  "  "  (7-23)

"  69.  "  "  (7-24)

"  70.  "  "  (7-25)

"  71.  "  "  (7-26)

"  72.  "  "  (7-27)

"  73.  "  "  (7-28)

"  74. ↓  "  "  (7-29)

"  75 ADM  "  "  223 Live Round  (7-30)

"  76.  "  "  Shell Casing  (7-31)

"  77.  "  "  "  (7-32)

"  78.  "  "  "  (7-33 )

"  79.  "  "  "  (7-34)

"  80. ↓  3 - 223 Shell Casings  (7-35)

"  81 Adm  Projectile found in House  (7-3?)

State # 82 ADM  Box Containing Barnett's gun

"  # 83 ADM  Barnett's gun  (P-1)

"  # 84  Brown Paper bag

"  # 85 ↓  "  "  "

"  # 86 ADM  Plastic bag w/ Brown Bag inside

"  # 87 ADM  "  "  w/ shells from Barnett's gun (P-5)

"  # 88 ADM  Magazines from Barnett's gun (3)  (P-5)

STATE #89 ADM Box Containing Shotgun

STATE #90 ADM double-Barrel shotgun taken from Barrett's house

STATE #91 ADM Brown Packaging from box Containing Shotgun

STATE #92 ADM Small Brown envelope (Containing one Shell Casing)

STATE #93 ADM Photo - living Room

STATE #94 " - " "

STATE #95 " - looking into SE Room

STATE #96 " - of Gun

STATE #97 " - Couch &

STATE #98 " - Spotting Scope - upstairs

STATE #99 " - of Projectile taken from

STATE #100 " -

STATE 101 " - projectile taken off reg. outside

State 102 " - door facing

State 103 " - " " & reg. on front porch

Δ #23 ADM Copy of Lyon's Sketch north of garage

Δ #22 ADM Copy of her Original Sketch of Interior

Δ# NOT ADM 24

#28    Alan Howard

May 10

Δ #25 ADM Copy of Overview Sketch by Lyons

Δ #26 ADM Sketch Lyon's prepared w/ Red & Blue Markings placed there by Echols

STATE #104 ADM Photo - Outside, looking in Front, East window

State # 105 ADM Small Brown envelope, Containing Live Shotgun Round

State # 106 ADM 7 pages, Showing Coordination of various, lab # & Scene #'s

Δ# 27 Adm Photo - Eastside of House
Δ# 28      "        "        "
Δ# 29      "        "        "
Δ# 30      "        "        "
Δ# 31 Adm Photo - Showing Covering over West Window
Δ# 32 Adm Photo - Eastside

#29      JAMES HORN

#30      April Marcangeli
                OSBI

State # 107 Adm Small Brown envelope      (T-14)    (Item #1)
State # 108 Adm    "        "        "    (223 Casing) (T-15)    (Item #2)
State # 109 Adm    "        "        "         "      (T-16)    (Item #3)
State # 110 Adm    "        "        "    Live 45 Round T-17    (Item #4)
State # 111 Adm    "        "        "    Magazine Butt Plate (T-18)    (Item 5)
State # 112 Adm    "        "        "    Five 45 Round (T-19)    (Item 6)
State # 113 Adm    "        "        "         "      "    (T-20)    (Item 7)
State # 114 Adm    "        "        "         "      "    (T-21)    (Item 8)
State # 115 Adm    "        "        "    Pull pin    (T-22)    (Item 9)
State # 116 Adm    "        "        "    223 Casing (T-23)    (Item 10)
State # 117 Adm    "        "        "         "      "    (T-24)    (Item 11)
State # 118 Adm Box Containing → S&W (9MM)    T-25    (Item 12)
State # 119    S&W (9MM) & 10 rounds
State # 120    envelope Containing Round from Gun
State # 121         "        "        Magazine & 9 rounds
State 122 Adm S&W (9MM)
State 123 Adm Small Brown envelope (45 Casing)    (T-26)    (Item 13)
State # 124 Adm    "        "        "    "    (T-27)    ( "  14 )
State Not 125    45 Cal. Pistol & 6 Round    7-28    "  15
                Scrapings From  T-29    "  16
                Front Porch
                stain of grass  T-30    " 7

State 126
State 126 Adm   Flash Bang handle
State 127 Adm   Brown envelope  2-Live 45 rounds
State 128 Adm        "           45 Live Round
State 129. Adm      "            9mm Casing
State 130 Adm       "            380    "
State 131 Adm       "            Spring
State 132 Adm       "            part of Magazine
State 133. Adm      "            9mm Casing
State 134. Adm      "               "     "
State 135. Adm      "            223    "
State 136 Adm       "            22     "
State 137. Adm      "            9mm    "
State 138. Adm      "             "     "
State 139. Adm      "             "     "
State 140. Adm      "            223    "
State 141 Adm   Clear Plastic Bag – Flash Bangs

T-31 )   Item 18
T-32 )   Item 19
T-33 )    " 20
T-34      1 a
T-35      2 a   (Speer)
T-36      3 a
T-37      4 a
T-38      5 a
T-39      6 a  ( Speer )
T-40      7 a  ( Speer )
T-41      8 a   ( Porter )
T-42      9 a       "
T-43      10 a     " ( Speer )
T-44      11 a     " ( Speer )
T-45      12 a     " ( Remington - Peters )  ( Speer )
T-46      13 a
T-47      14 a

State 142 Adm   Big Brown Bag Containing Barrett's Clothes
State 143 Adm   Clear plastic bag Containing Barrett's frame
State 144 Not Adm   Clear plastic bag Containing Brown envelope

Δ # 33 Adm  Photo - Keep in Car Seat

# 31   L. Lee

State # 145 Adm  Sign taken From Front gate
State # 146 Adm  Photo of Sign State's # 145

Day 11



Δ #39 ADM Photo - tailgate of Bronco @ Hospital
Δ #40 ADM Photo .
Δ #42 ADM Photo - g gun
Δ #43 ADM Photo
Δ 44
Δ 45
Δ 46
Δ 47
Δ 48
Δ 49
Δ 50
Δ 51
Δ 52
Δ 53
Δ 54
Δ 55
Δ 56
Δ 57
Δ 58
Δ 34

Δ 35 ADM Photo
Δ 36
Δ 37
Δ 38
Δ 41

#32  G. Ford
        Transported evidence

STATE #147 ADM Plastic Bay w/ Brown Bag
STATE #148 ADM Brown Bag (Helmet)
STATE #147A ADM Plastic Bag, Containing Brown Bag (T-61) Load Bearing Vest
STATE #150 ADM    ''      ''      ''       ''    (T-56) (Ballistic Shield)
STATE #151 ADM Large Brown Bag (Eddie Clothing)



#33    Chris Davis    - OSBI

#34    Chas. Curtis    OSBI

#35    Ryan Porter
Items re Collected
T-41    225 Casing    (8a)
T-42    22 Cal. Casing    (9a)
T-43    9MM Casing    (10a)
T-44    "    "    (11a)
T-45    "    "    (12a)
T-50    Ballistic Plate
T-51    Helment    (#148)
T-55    CPR Mask
T-56    Balistic Shild    (#150)
T-56    Yellow paper
T-61    Black Load Bearing Vest
T-62

STATE #152 Adm  Load Bearing Vest

A# 59 Adm Photo - Window of Eastside
A 60
A 61

Day 12    2-2-04
#36    Iris Malkey

STATE #153 Adm Photo - Bronco (right front Quarter panel)
"    154  Photo - Front of Bronco
"    155  Photo - Ndriver Side of Branco
"    156  Photo - interior of passanger door
"    157  Photo - Ndriver side looking into Vehicle
"    158  Photo - passanger Side, looking into Vehicle
"    159  Photo - passanger door
"    160  Photo - Front of Bronco
"    161  Photo - Back of Bronco to Front of Vehicle
"    162  Photo - Ndriver's Side of Bronco



STATE " 163 ADM | Photo - Driver's Side, Holding
 "     164 | Photo - Driver's Seat
 "     165 | Photo - Dash, Driver's Side to Pass. Side
 "     166 | Photo - Rt. Front Corner of Bronco
 "     167 | Photo - Front grill
 "     168 ↓ Photo - Front Windshield

STATE 169 ADM Cal of Presentation

Δ # 62 ADM | Photo - Slow Rocks from outside to inside East Room
Δ 63 ↓ Photo - Inside looking to East in Bedroom
Δ 65 ADM Photo - East Room to the West
Δ 66 ABM Photo - to West showing exit of bullet

# 37     T. Higgs

STATES #170 ADM Small Brown Envelope     (T-8)   223 Casing
STATE # 171 ADM      "       "       "      (T-9)   9MM Casing (Remington - Peters)

DAY 13

# 38     JAN SANDERS
         BARRETT's Cousin
STATE # 172 ADM Higgs Amended Report ( issued after last trial)
STATE # 173 ADM 2nd report issued in Dec 03.
STATE 174 ADM Picture of Barrett

Δ # 67 ADM Drawing, as to location of ejected Casing