**EXHIBIT 9**

**BARRETT STATE TRIAL 2 - DATES AND TRANSCRIPT ISSUES**

| DAY | DATE | ISSUES |
|---|---|---|
| 1 | 1/14/2004 | Date listed in courthouse notes[1] – defense counsel does not have this volume (newspaper article confirms this date for opening statements[2]) |
| 2 | 1/15/2004 | ID'd as Volume 1 in transcripts, appears to be dated incorrectly (1/22/04)[3] |
| 3 | 1/16/2004 | ID'd as Volume 2 in transcripts, appears to be dated incorrectly (1/26/04) (date listed in Date column confirmed by newspaper article – Pettingill cross on 1/16) |
| 4 | 1/19/2004 or 1/20/2004? | ID'd as Volume 3 in transcripts, appears to be dated incorrectly (1/26/04) |
| 5 | 1/21/2004 | ID'd as Volume 4 in transcripts, appears to be dated incorrectly (1/27/04) (date listed in Date column confirmed by newspaper article – Manion tty read) |
| 6 | 1/22/2004 | ID'd as Volume 5 in transcripts, appears to be dated incorrectly (1/28/04) (date listed in Date column confirmed by newspaper article – Toby Barrett testifying) |
| 7 | 1/23/2004 or 1/26/2004? | ID'd as Volume 6 transcripts, appears to be dated incorrectly (2/02/04) |
| 8 | 1/26/2004 or 1/27/2004? | ID'd as Volume 7 in transcripts, appears to be dated incorrectly (2/03/04) |
| 9 | 11/27/2004 or 1/28/2004? | ID'd as Volume 8 in transcripts, appears to be dated incorrectly (2/04/04) |
| 10 | 1/28/2004 – or 1/29/2004? | ID'd as Volume 9 in transcripts, appears to be dated incorrectly (2/05/04) |
| 11 | 1/29/2004 or 1/30/2004? | ID'd as Volume 10 in transcripts, appears to be dated incorrectly (2/06/04) |
| 12 | 2/2/2004 | Date listed in courthouse notes – defense counsel does not have this volume |
| 13 | 2/3/2004 – or 2/4/2004? | Defense counsel does not have this volume |
| ?? | 2/5/2004 | Defense counsel does not have this volume (newspaper article notes that closing arguments took place on this date) |

---

[1] See Exhibit 9 to Motion for notes located in Sequoyah County Courthouse files
[2] See Attachment A for newspaper articles which help identify the dates of testimony
[3] See Attachment B for cover pages for volumes of transcripts produced in discovery

# ATTACHMENT A



90 of 100 DOCUMENTS

Copyright 2004 Associated Press
All Rights Reserved

The Associated Press State & Local Wire

January 15, 2004, Thursday, BC cycle

**SECTION:** State and Regional

**LENGTH:** 265 words

**HEADLINE:** Jury seated in second trooper slaying trial

**DATELINE:** SALLISAW, Okla.

**BODY:**

A jury began hearing the murder case Wednesday against a man tried once before in the killing of an Oklahoma Highway Patrol trooper.

The panel was seated by midmorning, 10 days after lawyers began questioning potential jurors in the case against Kenneth Eugene Barrett, court officials said.

Barrett is accused of killing David "Rocky" Eales in September 1999 during a raid on Barrett's rural Vian home. His first trial on a first-degree murder charge ended in a mistrial when the jury reached an impasse in October 2002.

Nine jurors were reportedly in favor of convicting Barrett for first-degree murder; two wanted to convict him of second-degree murder and one voted for acquittal, claiming Barrett acted in self defense.

The 42-year-old also faces one count of shooting with intent to kill for the wounding of trooper John Hamilton and two counts of discharging a firearm with intent to kill for allegedly shooting at troopers Rick Manion and Raymond Greninger.

Prosecutors are seeking the death penalty.

Eales, 49, was killed as his unmarked Ford Bronco led a five-vehicle tactical team that was attempting to serve a warrant to search for methamphetamine at Barrett's home.

Prosecutor Darrell Dowty told a Sequoyah County jury of six men and six women that Barrett opened fire on the tactical team as it approached his cabin and authorities never had a chance to announce their presence.

Jury seated in second trooper slaying trial The Associated Press State & Local Wire January 15, 2004, Thursday, BC cycle

Defense attorney John Echols, meanwhile, asked for an acquittal, claiming that Barrett had a right to defend his son, his property and himself against a surprise attack.

**LOAD-DATE:** January 16, 2004

Major tells of gunshots from house  The Oklahoman (Oklahoma City, OK) January 17, 2004 SaturdayCITY EDITION



83 of 100 DOCUMENTS

Copyright 2004 The Oklahoman, All Rights Reserved
The Oklahoman (Oklahoma City, OK)

January 17, 2004 Saturday CITY EDITION

**SECTION:** NEWS; Pg. 1A

**LENGTH:** 387 words

**HEADLINE:** Major tells of gunshots from house

**BYLINE:** Bob Doucette; Staff Writer

**DATELINE:** SALLISAW

**BODY:**

An Oklahoma Highway Patrol trooper testified Friday that a raid on a rural Sequoyah County home in 1999 ran into problems as soon as it began, with gunfire erupting from the residence before patrolmen could leave their vehicles.

The testimony came during the trial of Kenneth Eugene Barrett, 42, of Vian, who is charged with first-degree murder in the shooting death of trooper David "Rocky" Eales, 49. Barrett also is charged with shooting with intent to kill and discharging a firearm with intent to kill.

This is the second time Barrett has been tried in the case. The first ended in a mistrial.

Maj. Kerry Pettingill testified that he saw flashes of gunfire and smoke, as well as a silhouette of an armed man on the porch of Barrett's home, as soon as he drove up to the property. He also said he saw shell casings falling to the ground near the place where the initial shots were fired.

Pettingill was part of a patrol tactical team that went to Barrett's home to serve a warrant on Sept. 24, 1999.

Pettingill said he soon heard that two of his team members had been hit, one seriously.

"His injuries were extremely critical," Pettingill said of Eales, who died in the melee. "There was a lot of blood on his clothing, and blood was frothing from his mouth. He was dying.

"I talked to him, told him to hang in there."

Trooper Buddy Hamilton also was injured in the shoot-out, as was Barrett.

Major tells of gunshots from house  The Oklahoman (Oklahoma City, OK) January 17, 2004 SaturdayCITY EDITION

Pettingill said the plan was to surprise Barrett as he slept. Troopers planned to announce their presence and activate emergency lights on their vehicles as they entered his home. But the burst of gunfire from the house prevented that, he said.

In cross-examination, Pettingill admitted that statements he gave earlier - to the Oklahoma State Bureau of Investigation, to a patrol Internal Affairs officer and at a preliminary hearing - indicated he did not see the silhouette of a man on the porch or the weapon used. This led to a tense exchange between the trooper and defense attorney John Echols.

"When I swear to tell the truth, that's what I'll do to the best of my recollection," Pettingill said. "My recall is different this time. I can't hold that back. I am compelled to tell everything I remember."

Echols said: "It seems to me, major, that you're talking out of both sides of your mouth."

**LOAD-DATE:** January 21, 2004

 LexisNexis®

93 of 100 DOCUMENTS

Copyright 2004 The Oklahoman, All Rights Reserved
The Oklahoman (Oklahoma City, OK)

January 22, 2004 Thursday CITY EDITION

**SECTION:** NEWS; Pg. 4A

**LENGTH:** 447 words

**HEADLINE:** Trooper's last moments recounted;
Witnesses describe arrest that led to slaying

**BYLINE:** Bob Doucette; Staff Writer

**DATELINE:** SALLISAW

**BODY:**

The last moments of David "Rocky" Eales' life were recounted Wednesday by fellow Oklahoma Highway Patrol troopers who accompanied him on a 1999 raid near Vian.

The testimony of trooper Rick Manion was read aloud at Kenneth Eugene Barrett's trial Wednesday. Manion previously had testified in Barrett's case shortly after Eales' death but later died in a motorcycle accident.

"I could see he was injured because he was moving slowly," Manion said. "I said to him, 'Rocky, are you OK? Are you hurt?' He said, 'I'm hit bad.'"

Barrett, 42, is charged with first-degree murder in the shooting death of Eales, 49. He is also charged with shooting with intent to kill and discharging a firearm with intent to kill in the Sept. 24, 1999, incident at his home.

A tearful trooper Gene Hise described his unsuccessful efforts to revive Eales.

"Rocky was gurgling, and he stopped. He was struggling for air. I couldn't get air to him because every time Rick did chest compressions, Rocky's mouth would fill up with blood and I would have to suck it out of his mouth."

Manion's previous testimony described how members of the patrol's tactical team drove onto Barrett's property in an attempt to serve a no-knock, day-or-night search warrant.

The warrants are designed to surprise suspects, but Manion's testimony indicated Barrett was ready for troopers as they drove onto his property.

Trooper's last moments recounted;Witnesses describe arrest that led to slaying  The Oklahoman (Oklahoma City, OK)
January 22, 2004 ThursdayCITY EDITION

Manion's testimony stated that troopers turned on their emergency lights as they drove into Barrett's yard. Shortly afterward, gunfire erupted from the house, he stated.

Testimony showed that Manion left his vehicle, then took cover by a pickup parked near a window of Barrett's home. When he saw the window's curtain move, he fired two bursts into the house.

Shortly after that, trooper John Hamilton went inside and dragged a wounded Barrett out. Hamilton had also been hit by gunfire but was not as seriously injured as Eales.

Manion's testimony indicated that as Barrett was being handcuffed, he tried to reach down toward his waist. Manion grabbed his arm and cuffed him, then found a pistol in Barrett's waistband, his testimony stated.

Trooper Steven Hash also testified that patrol officers turned on their emergency lights before entering Barrett's yard.

He was crouching next to Manion when the fellow trooper fired into Barrett's home and said he saw the shadow of a man inside fall forward toward the home's front door.

Hash said he did not see troopers mistreat or threaten Barrett once he was apprehended. He said Barrett did not receive immediate medical attention.

"He was breathing, he was talking, so he seemed all right to me," Hash said. "So I wasn't concerned."

**LOAD-DATE:** January 23, 2004


LexisNexis®

7 of 100 DOCUMENTS

Copyright 2004 The Oklahoman, All Rights Reserved
The Oklahoman

January 23, 2004 Friday
City Edition

**SECTION:** NEWS; Pg. 6A

**LENGTH:** 548 words

**HEADLINE:** Defendant's son testifies about raid

**BYLINE:** Bob Doucette, Staff Writer

**DATELINE:** SALLISAW

**BODY:**

The son of a man accused of killing an Oklahoma Highway Patrol officer said Thursday that he saw the headlights of a sport utility vehicle drive onto his father's property, but didn't know it was law enforcement until a bloody gunbattle ended.

Toby Barrett told jurors he saw vehicles storm his father's property just before a shoot-out between Kenneth Eugene Barrett and officers with the Oklahoma Highway Patrol.

Toby Barrett, 23, said he was in the yard as he watched the lead vehicle -- the one carrying troopers David "Rocky" Eales and John Hamilton -- cut through a ditch and drive toward his father's house.

He said he called out to his father, then backed away.

Toby Barrett then described what he thought was his father peeking outside the house, then going back inside. After that, he said, he saw the glass of the lead vehicle's windshield break.

Kenneth Barrett, 42, is charged with first-degree murder in the shooting death of Eales, 49. He also is charged with shooting with intent to kill and discharging a firearm with intent to kill in the Sept. 24, 1999, incident at his home near Vian. Prosecutors are seeking the death penalty.

Elements of Toby Barrett's testimony contradicted what he told investigators shortly after the shoot-out. He told them that he saw what he thought was a hand holding an assault rifle poke out the doorway of his father's home.

He also told investigators that he saw the red and blue emergency lights of the patrol's vehicles.

Page 2

Defendant's son testifies about raid The Oklahoman January 23, 2004 Friday

Thursday, he said he couldn't be sure he saw a gun through the doorway of the Barrett home. He also said he saw the emergency lights only after the shooting ended and when he was arrested. Previous testimony from patrol officers indicated that they activated emergency lights as they turned onto the Barrett property.

"When you remember things from awhile back, you get things mixed up with something else that happened," a nervous Toby Barrett said.

When asked when he saw the emergency lights, he said, "Not until it was all over, pretty much."

Toby Barrett said he was forced to the ground, then punched in the head and slammed against a police car as he was being led away. He was jailed for three days, then released.

The shoot-out took place about 12:30 a.m. as a highway patrol tactical team attempted to serve a day-or-night, no-knock warrant for Kenneth Barrett's arrest. Barrett has been tried once, but his 2002 trial ended in a mistrial.

Sheriff Johnny Philpot testified that he searched Kenneth Barrett, then asked him if he was injured ."As I remember it, he said, 'I don't know,'" Philpot said.

Kenneth Barrett had been shot in the legs.

The sheriff said he did not see anyone threaten or beat Kenneth Barrett after he was handcuffed. But he did say that he wouldn't be surprised if law officers -- including patrolmen, county deputies and Sallisaw police -- had words with their chief suspect.

Defense attorney John Echols asked Philpot if officers cursed at Kenneth Barrett and told him "he deserved to die."

"It's possible that could have happened," Philpot said.

Jurors were shown a booking photograph of Kenneth Barrett, taken after he was released from a hospital for injuries he suffered during the gunfight.

The photograph showed bruising under his left eye, abrasions on his forehead and a possible bruise on his neck.

**LOAD-DATE:** January 26, 2004

Closing arguments set to begin in trial of accused killer The Associated Press State & Local Wire February 5, 2004, Thursday, BC cycle

 LexisNexis®

98 of 100 DOCUMENTS

Copyright 2004 Associated Press
All Rights Reserved

The Associated Press State & Local Wire

February 5, 2004, Thursday, BC cycle

**SECTION:** State and Regional

**LENGTH:** 284 words

**HEADLINE:** Closing arguments set to begin in trial of accused killer

**DATELINE:** SALLISAW, Okla.

**BODY:**

The case against a man being tried for the second time in the killing of an Oklahoma Highway Patrol trooper will go to the jury Friday.

Sequoyah County prosecutors and attorneys for Kenneth Eugene Barrett delivered closing arguments Thursday before the jury was sent home for the day.

Prosecutors are seeking the death penalty against Barrett, 42, who is charged with first-degree murder in the Sept. 24, 1999, killing of Trooper David Eales during a drug-raid gunfight at Barrett's rural Sequoyah County home.

Eales, 49, was a passenger in the lead vehicle of a five-vehicle law enforcement caravan. He was shot three times, suffering a fatal wound to the chest.

Barrett also is accused of shooting with an intent to kill in connection with shots fired at Trooper John Hamilton and two counts of discharging a firearm stemming from shots fired at Troopers Rick Manion and Raymond Greninger.

On Wednesday, District Judge John Garrett excused a juror at the close of testimony. He said he was replacing the female panelist with a male alternate, but offered no explanation why.

The judge read 50 minutes' worth of instructions to the jury, which heard about three weeks of testimony. Defense attorney John Echols called no witnesses.

The initial trial ended in a hung jury after nine jurors voted to convict Barrett of first-degree murder; two wanted a conviction on second-degree murder and one voted for an acquittal, saying Barrett had acted in self-defense.

Closing arguments set to begin in trial of accused killer The Associated Press State & Local Wire February 5, 2004, Thursday, BC cycle

Prosecutors allege that Barrett opened fire with a semiautomatic rifle on the OHP tactical team as it approached his home, giving officers no chance to serve a legal "no-knock" warrant to search for methamphetamine.

**LOAD-DATE:** February 6, 2004

**ATTACHMENT B**

1

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,            )
                                  )
            PLAINTIFF,            )
                                  )
VS.                     )    CASE NO. CF-99-493
                                  )
KENNETH BARRETT              )
      DEFENDANT          )
                        )

* * * * * * * *

TRANSCRIPT OF PROCEEDINGS,

JURY TRIAL - VOLUME 1

HAD ON JANUARY 22, 2004

BEFORE THE HONORABLE JOHN C. GARRETT

DISTRICT JUDGE.

* * * * * * * *

REPORTED BY:

MARK P. WOODS, CSR

600 S. POPLAR

SALLISAW, OK 74955

file:///L|/...NAL/Open%20Case%20Files/CWilson%20Criminal%20Cases/Barrett%202255/2nd%20State%20Barrett%20Trial/Barrettday1.txt[2/26/2016 8:45:40 AM]

US v KENNETH BARRETT - DEFENSE COPY                                    00016024

108

IN THE DISTRICT COURT OF SEQUOHAY COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,           )
                                 )
        PLAINTIFF,          )
                                 )
VS.                    )    CASE NO. CF-99-493
                                 )
KENNETH BARRETT                )
        DEFENDANT          )
                           )

        * * * * * * * *

        TRANSCRIPT OF PROCEEDINGS,

        JURY TRIAL - VOLUME 2

        HAD ON JANUARY 26, 2004

        BEFORE THE HONORABLE JOHN C. GARRETT

        DISTRICT JUDGE.

        * * * * * * * *

REPORTED BY:

MARK P. WOODS, CSR

600 S. POPLAR

SALLISAW, OK 74955

file:///L|/...NAL/Open%20Case%20Files/CWilson%20Criminal%20Cases/Barrett%202255/2nd%20State%20Barrett%20Trial/Barrettday2.txt[2/26/2016 8:46:06 AM]

US v KENNETH BARRETT - DEFENSE COPY                                      00016103

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,          )
                                )
         Plaintiff,             )
                                )
                                )
   - VS -                       )  Case No. CF-99-493
                                )
                                )
KENNETH BARRETT,                )
                                )
         Defendant.             )

JURY TRIAL - VOLUME 3

In the above stated case, taken on the 26th day of

January, 2004, in the City of Sallisaw, County of Sequoyah,

State of Oklahoma, before Mark P. Woods, a Certified Shorthand

Reporter, within and for the State of Oklahoma, commencing at

the hour of 9:00 a.m., before the Honorable Judge John

Garrett, District Judge.

-------------------------------------------------------------

                    REPORTED BY:
                 MARK P. WOODS, C.S.R.
                 Official Court Reporter
                   Sequoyah County
                  120 East Chickasaw
                Sallisaw, Oklahoma 74955
                 25 OFFICE (918) 775-5792

US v KENNETH BARRETT - DEFENSE COPY

00016315

510

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,        )
                              )
          Plaintiff,          )
                              )
                              )
     - VS -                   ) Case No. CF-99-493
                              )
                              )
KENNETH BARRETT,              )
                              )
          Defendant.          )

JURY TRIAL - VOLUME 4

In the above stated case, taken on the 27th day of January, 2004, in the City of Sallisaw, County of Sequoyah, State of Oklahoma, before Mark P. Woods, a Certified Shorthand Reporter, within and for the State of Oklahoma, commencing at the hour of 9:00 a.m., before the Honorable Judge John Garrett, District Judge.

-------------------------------------------------------------

REPORTED BY:
MARK P. WOODS, C.S.R.
Official Court Reporter
Sequoyah County
120 East Chickasaw
Sallisaw, Oklahoma 74955

US v KENNETH BARRETT - DEFENSE COPY                                                    00016530

738

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,          )
                                )
       Plaintiff,          )
                                )
                                )
   - VS -                   ) Case No. CF-99-493
                                )
                                )
KENNETH BARRETT,                 )
                                )
       Defendant.          )

JURY TRIAL - VOLUME 5

In the above stated case, taken on the 28th day of January, 2004, in the City of Sallisaw, County of Sequoyah, State of Oklahoma, before Mark P. Woods, a Certified Shorthand Reporter, within and for the State of Oklahoma, commencing at the hour of 9:00 a.m., before the Honorable Judge John Garrett, District Judge.

-------------------------------------------------------------

                REPORTED BY:
              MARK P. WOODS, C.S.R.
              Official Court Reporter
                Sequoyah County
               120 East Chickasaw
              Sallisaw, Oklahoma 74955

file:///L|/...AL/Open%20Case%20Files/CWilson%20Criminal%20Cases/Barrett%202255/2nd%20State%20Barrett%20Trial/BarrettDay5.txt[2/26/2016 8:46:57 AM]

US v KENNETH BARRETT - DEFENSE COPY                                              00016771

898

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,          )
                               )
          Plaintiff,       )
                               )
                               )
   - VS -                  ) Case No. CF-99-493
                               )
                               )
KENNETH BARRETT,               )
                               )
          Defendant.       )

JURY TRIAL - VOLUME 6

In the above stated case, taken on the 2nd day of February, 2004, in the City of Sallisaw, County of Sequoyah, State of Oklahoma, before Mark P. Woods, a Certified Shorthand Reporter, within and for the State of Oklahoma, commencing at the hour of 9:00 a.m., before the Honorable Judge John Garrett, District Judge.

------------------------------------------------------------

REPORTED BY:
MARK P. WOODS, C.S.R.
Official Court Reporter
Sequoyah County
120 East Chickasaw
Sallisaw, Oklahoma 74955

US v KENNETH BARRETT - DEFENSE COPY                                        00016940

1055

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,          )
                               )
          Plaintiff,           )
                               )
                               )
     - VS -                    ) Case No. CF-99-493
                               )
                               )
KENNETH BARRETT,               )
                               )
          Defendant.           )

JURY TRIAL - VOLUME 7

     In the above stated case, taken on the 3rd day of

February, 2004, in the City of Sallisaw, County of Sequoyah,

State of Oklahoma, before Mark P. Woods, a Certified

Shorthand Reporter, within and for the State of Oklahoma,

commencing at the hour of 9:00 a.m., before the Honorable

Judge John Garrett, District Judge.

--------------------------------------------------------------

          REPORTED BY:
     MARK P. WOODS, C.S.R.
     Official Court Reporter
       Sequoyah County
     120 East Chickasaw
   Sallisaw, Oklahoma 74955

US v KENNETH BARRETT - DEFENSE COPY                                    00017106

1240

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,          )
                                )
          Plaintiff,            )
                                )
                                )
     - VS -                     )  Case No. CF-99-493
                                )
                                )
KENNETH BARRETT,                )
                                )
          Defendant.            )

JURY TRIAL - VOLUME 8

In the above stated case, taken on the 4th day of February, 2004, in the City of Sallisaw, County of Sequoyah, State of Oklahoma, before Mark P. Woods, a Certified Shorthand Reporter, within and for the State of Oklahoma, commencing at the hour of 9:00 a.m., before the Honorable Judge John Garrett, District Judge.

----------------------------------------------------------

          REPORTED BY:
     MARK P. WOODS, C.S.R.
     Official Court Reporter
     Sequoyah County
     120 East Chickasaw
     Sallisaw, Oklahoma 74955

US v KENNETH BARRETT - DEFENSE COPY                                    00017302

1381

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,          )
                                )
          Plaintiff,            )
                                )
                                )
     - VS -                     )   Case No. CF-99-493
                                )
                                )
KENNETH BARRETT,                )
                                )
          Defendant.            )

JURY TRIAL - VOLUME 9

In the above stated case, taken on the 5th day of February, 2004, in the City of Sallisaw, County of Sequoyah, State of Oklahoma, before Mark P. Woods, a Certified Shorthand Reporter, within and for the State of Oklahoma, commencing at the hour of 9:00 a.m., before the Honorable Judge John Garrett, District Judge.

-------------------------------------------------------------

REPORTED BY:
MARK P. WOODS, C.S.R.
Official Court Reporter
Sequoyah County
120 East Chickasaw
Sallisaw, Oklahoma 74955

file:///L|/...AL/Open%20Case%20Files/CWilson%20Criminal%20Cases/Barrett%202255/2nd%20State%20Barrett%20Trial/BarrettDay9.txt[2/26/2016 8:47:46 AM]

US v KENNETH BARRETT - DEFENSE COPY                                          00017451

1544

IN THE DISTRICT COURT OF SEQUOYAH COUNTY

STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,           )
                                 )
        Plaintiff,       )
                                 )
                         )
    - VS -               ) Case No. CF-99-493
                         )
                         )
KENNETH BARRETT,                 )
                         )
        Defendant.       )

JURY TRIAL - VOLUME 10

        In the above stated case, taken on the 6th day of February, 2004, in the City of Sallisaw, County of Sequoyah, State of Oklahoma, before Mark P. Woods, a Certified Shorthand Reporter, within and for the State of Oklahoma, commencing at the hour of 9:00 a.m., before the Honorable Judge John Garrett, District Judge.

-------------------------------------------------------------

        REPORTED BY:
        MARK P. WOODS, C.S.R.
        Official Court Reporter
        Sequoyah County
        120 East Chickasaw
        Sallisaw, Oklahoma 74955

US v KENNETH BARRETT - DEFENSE COPY                                    00017624