**EXHIBIT 11**



00003827

US v KENNETH BARRETT - DEFENSE COPY



00004146

US v KENNETH BARRETT - DEFENSE COPY