**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-RAW** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | **CAPITAL CASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Strike the Government's Notice of Intent to seek the Death Penalty and Request for a New Trial and Brief in Support.

This Court GRANTS the motion, strikes the death penalty, and orders this case to be tried in the future as a non-capital trial.

This the ____ day of _____, 2024.


_____
Honorable Ronald A. White
United States District Judge


1