## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | **Case No. 6:04-CR-00115-RAW** |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | **CAPITAL CASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF
## IN EXCESS OF PAGE LIMIT

Defendant Kenneth Eugene Barrett moves this Court, pursuant to Local Rule 12.1(C), for leave to file a motion that is 40 pages long. In support thereof, counsel states the following:

1.      Mr. Barrett was charged in federal court by superseding indictment in February 2005 with three death-eligible counts. The case proceeded to trial in September 2005, resulting in a death verdict on Count 3 and two life without the possibility of parole sentences on Counts 1 and 2. The case has accrued a long procedural history, beginning with a direct appeal and two subsequent 2255 petitions for post-conviction relief. In 2021, the Tenth Circuit awarded Mr. Barrett a resentencing hearing on Count 3.

2.      The events underlying all charges against Mr. Barrett occurred in 1999, where he was subsequently tried by the State of Oklahoma twice capitally, before the commencement of his federal proceeding.

3.      Concurrent with this motion, Mr. Barrett filed a Motion to Strike the Government's Notice of Intent to Seek the Death Penalty and Request for a New Trial

1

("Motion"). The Motion argues that, as a result of the cumulative impact of the lost or destroyed evidence in this case, Mr. Barrett has suffered irremediable prejudice. This prejudice makes it impossible for Mr. Barrett to receive a fair capital sentencing hearing that comports with due process and heightened reliability. He therefore asks the Court to dismiss the Notice of Intent to seek the death penalty, and respectfully requests a new trial.

4.    The legal issues surrounding lost or destroyed evidence in this capitally authorized case are complex, arising at the intersection of the Fifth, Sixth and Eight Amendments. They are also of exceeding importance, as they bear on Mr. Barrett's fundamental constitutional right to a fair resentencing in a capital case, where the stakes for the erroneous deprivation of that right are serious and irreversible. To adequately present these issues to the Court, Mr. Barrett has had to conduct substantial legal research and synthesize case law from across multiple federal circuits bearing on a host of legal doctrines.

5.    In addition, the Motion is highly fact-bound, relying on a detailed explanation of how the loss or destruction of evidence in this case has made it harder for Mr. Barrett to research possible defenses, speak with fact witnesses, and conduct a thorough mitigation investigation, among other things. Because the procedural history of this case has persisted for over twenty-four years, the number of issues that the Motion must address is substantial.

6.    Given the legal and factual complexities discussed above, the Motion is 40 pages in length—fifteen pages longer than typically permitted by this Court's procedures. Mr. Barrett therefore respectfully seeks leave to file a motion in excess of this Court's normal page limit.

7.    Counsel for Mr. Barrett has spoken with counsel for the government, U.S. Attorney Christopher J. Wilson. He does not oppose this request.

A proposed Order is attached.


DATED this 31st day of January, 2024.

Respectfully submitted,


/s/ Kimberly C. Stevens
Kimberly C. Stevens
NC State Bar # 20156
Senior Capital Resource Counsel
1070-1 Tunnel Road, Ste 10-215
Asheville, NC 28805
Telephone: (336) 575-4337
E-mail: Kim_Stevens@fd.org


/s/ Laura E. Udall
Laura Elisabeth Udall
AZ Bar # 010501
Laura E. Udall, PLLC
P.O. Box 40294
Tucson, AZ 85717-0294
Telephone: (520) 770-1414
E-mail: Laura@udall.me


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on the United States by e-filing same to its counsel of record, Jeffrey B. Kahan, United States Department of Justice; Christopher J. Wilson, Assistant United States Attorney, United States Department of Justice, Eastern District of Oklahoma, this 31st day of January, 2024.


/s/ Kimberly C. Stevens
Kimberly C. Stevens


3