**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-RAW** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | **CAPITAL CASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

This matter is before the Court on Mr. Barrett's Unopposed Motion to Exceed the Page Limit in its concurrently filed Motion to Strike the Government's Notice of Intent to seek the Death Penalty and Request for a New Trial.

This Court GRANTS the motion.

This the ___ day of _____, 2024.

_____
Honorable Ronald A. White
United States District Judge

1