

BONNIE HACKLER
CLERK OF COURT

TELEPHONE
(918) 684-7920

United States District Court
Eastern District of Oklahoma
P. O. Box 607
Muskogee, Oklahoma 74402
February 1, 2024

Clerk, U.S. Court of Appeals
for the Tenth Circuit

## RECORD ON APPEAL

District Court Case No.: 6:04-CR-00115-RAW-1

Circuit Appeal No: 23-7086

The Record on Appeal is being transmitted via e-mail this date. The following sets out the contents of each volume.

Volume I - Pleadings and Transcripts: 285, 314, 308, 323, 324, 325, 326, 327, 328, 329, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349

Volume II - Pleadings and Transcripts: 350, 351, 352, 353, 354, 355, 356, 361, 403, 404, 405, 411, 415, 417, 428, 439, 442, 446, 447, 452, 453, 455, 456, 457, 458, 467, 468, 469, 471, 473, 476, 482, 485, 486

Volume III - Sealed Pleadings: 1, 5, 8, 9, 52, 59, 60, 71, 99, 147, 153, 169, 170, 172, 240, 241, 242, 243, 249, 257, 258

Volume IV - Restricted Transcripts: 420, 426

Volume V - Permanently Sealed Transcript: 333

Sincerely,

BONNIE HACKLER
CLERK OF COURT

By: s/ Rachel Keeling
_____
Deputy Clerk

cc: Counsel of Record  **(SEE NOTICE OF ELECTRONIC FILING)**