**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 02/02/2024 at 8:27:32 AM Mountain Standard Time and filed on 02/01/2024

  **Case Name:**    United States v. Barrett

  **Case Number:**   23-7086

  **Document(s):**   Document(s)

**Docket Text:**
[11064187] Record on appeal filed. No. of Volumes: 5. Volume I - Pleadings and Transcripts; Volume II - Pleadings and Transcripts; Volume III - Sealed Pleadings; Volume IV - (Permanently) Restricted Transcripts; Volume V - Sealed Transcript. Appellant's brief due on 03/13/2024 for Kenneth Eugene Barrett. [23-7086]

**Notice will be electronically mailed to:**

Mr. Jeffrey Bradford Kahan: jeffrey.kahan@usdoj.gov
Mr. Howard A. Pincus: Howard_Pincus@fd.org, co.10ecf@fd.org, laura_brands@fd.org
Mr. Christopher Wilson: chris.wilson@usdoj.gov

The following document(s) are associated with this transaction:
**Document Description:** Volume I - Pleadings & Transcripts
**Original Filename:** 23-7086 - Volume I - Pleadings and Transcripts.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/01/2024] [FileNumber=11064187-0]
[a184671679d6c08ad126708cacc5a727347e85b08f1b0cc39a3a65dad80892ceba26b7ae191569c2b5488
e4c12570b00f6f2f5152aef8db2c713b3e1759bbb56]]

**Document Description:** Volume II - Pleadings & Transcripts
**Original Filename:** 23-7086 - Volume II - Pleadings and Transcripts.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/01/2024] [FileNumber=11064187-1]
[bfc202fa393178c8d0addd04c48fa2311c5644a13d6e1119fa158b12ef535ae4590ddac497fb06802bd6c8
baf80969dffc50122a0f940d0db5238ee77f46ead5]]

**Document Description:** Volume III - Sealed Pleadings
**Original Filename:** 23-7086 - Volume III - Sealed Pleadings.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/01/2024] [FileNumber=11064187-2]
[71997bb6829785cbe1f1d3af370cc001425af21220ecb19f25f8591c6d10a3b2f37e2c71959d1321f5c7e03
af594b5451076de68264f490a8cbecd931a0a3b95]]

**Document Description:** Volume IV - Restricted Transcripts
**Original Filename:** 23-7086 - Volume IV - Restricted Transcripts.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/01/2024] [FileNumber=11064187-3]
[2e11ee4de9e7685dbe70f24d36b93f59c0472763f5fdf209363034b31b142772e96f9795ea5c21803b905
14f012ca40652fe9316ec8a71e1fb3582d806c21d9d]]

**Document Description:** Volume V - Sealed Transcript
**Original Filename:** 23-7086 - Volume V - Permanently Sealed Transcript.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/01/2024] [FileNumber=11064187-4]
[044295cf8efee9077cb9cdbfaa3cca246feb9475b61e3ceabdc85256856e705510fd43acc68ba6cc9ff8f20f
5da7a108f304226397de43706f199e3090b1a5ce]]

**Document Description:** Transmittal Letter
**Original Filename:** 23-7086 - Record on Appeal Transmittal Sheet.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/01/2024] [FileNumber=11064187-5]
[b71716895f223badc75fcbfad057f421fae3085deed1a399d0e851fdd0670fa84cbcca116ec072d216ba5be
344d0e4080f12d551b3ab0ea7ade7f372b84d5db2]]

**Document Description:** Appt. Counsel ROA Notice
**Original Filename:** /opt/ACECF/live/forms/StacySteinbrecher_237086_11064187_129.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/01/2024] [FileNumber=11064187-6]
[6b21d7d326bb7d05499ef370e0402ede80d1ace1c57549bd345f0b15235313baf3d1fb5bf927518001ee1
077f6437a8dd7f06dd3f8acbc09492f5e949a473bb3]]
**Recipients:**

- Mr. Jeffrey Bradford Kahan
- Mr. Howard A. Pincus
- Mr. Christopher Wilson