# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **KENNETH EUGENE BARRETT,** *Defendant.* | Case No. CR-04-115-RAW |

### GOVERNMENT'S NOTICE OF WITHDRAWAL OF NOTICES OF INTENT TO SEEK THE DEATH PENALTY

COMES NOW the United States of America, by and through United States Attorney Christopher J. Wilson and Jeffrey B. Kahan, Deputy Chief – Capital Case Section, and hereby gives notice that it withdraws the Notice of Intent to Seek the Death Penalty (Doc. 59) and Amended Notice of Intent to Seek the Death Penalty (Doc. 60), as the United States Attorney General has deauthorized pursuit of capital punishment and the government may not seek the death penalty on remand. In order to assess the next steps in this case, the government requests a status conference with the Court.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

/s/ *Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA #13801
United States Attorney
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100
chris.wilson@usdoj.gov

/s/ *Jeffrey B. Kahan*
JEFFREY B. KAHAN

Deputy Chief, Capital Case Section
U.S. Department of Justice
1331 F. Street, NW; 6th Floor
Washington, DC 20530
(202) 305-8910
jeffrey.kahan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Kimberly C. Stevens, Attorney for Defendant
Laura E. Udall, Attorney for Defendant

/s/ Christopher J. Wilson
CHRISTOPHER J. WILSON
United States Attorney