## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-04-115-RAW |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner/Defendant. | ) | |

### ORDER

In a previous order (#507), the court addressed petitioner's motion (#491) for independent testing of firearms and projectile evidence. The court said the parties could cooperate toward resolution, but if the government wished to stand on its objection (#503) it could file a notice to that effect. The government has filed such a notice (#508) and the petitioner has responded (#509).

"The defense request that this Court exercise its broad discretion to grant this request to inspect the key firearms and projectile evidence in this case." (#509 at 2). The court declines to do so. With the government having withdrawn any possibility of the death penalty in this case, an expert study of the firearms and projectile evidence would have minimal pertinence to the re-sentencing as to Count Three.

The issue of "whether Mr. Barrett fired the fatal shot" (*id.* at 3), has already been tried to a jury. The jury convicted the Petitioner and the conviction was upheld on appeal.

It is the order of the court that the Petitioner's discovery request is denied.

**ORDERED THIS 19th DAY OF MARCH, 2024.**

_____

**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**