# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENNETH EUGENE BARRETT,

Defendant.

Case No. 04-cr-115-RAW-1

Chief Judge Ronald A. White

## MOTION TO ALLOW DR. MOIRA ARTIGUES ADMISSION INTO SCU at USP TERRE HAUTE

Defendant, Kenneth Eugene Barrett, by and through his attorney undersigned, Laura E. Udall, respectfully requests the Court to approve Dr. Moira Artigues for enter into the United States Penitentiary Terre Haute SCU on May 1, 2024, and May 2, 2024, to have a contact with Mr. Kenneth Barrett. The SCU at USP Terre Haute requires a Court Order to allow a consulting doctor to enter the facility and have contact with Defendant Barrett.  This motion is based on the following information.

On February 16, 2024, the Government withdrew its Intent to Seek Death against Mr. Barrett (Doc. 502).  Mr. Barrett is facing a resentencing on the Count 3 of the current Indictment which has a range of years.  The defense has retained (at no expense to the Court) Dr. Moira Artigues. Dr. Artigues is a psychiatrist with the

American Board of Psychiatry and Neurology. Dr. Artigues has a specialized knowledge of brain development and trauma. Dr. Artigues has done hundreds of forensic interviews. The expert used previously, Dr. George Wood, has retired from doing forensic evaluations.

Dr. Artigues will conduct a comprehensive psychiatric evaluation to explore the capacity to proceed, neurodevelopmental issues, and psychiatric diagnoses. She will conduct a clinical evaluation over two days. She requests to have a visit without a barrier, which the SCU USP Terre Haute will allow with a Court Order. She will need to bring only a leather portfolio, paper, and pens into the facility.

Defense counsel has conferred with US Attorney Christopher Wilson and he does not have an objection to the defendant's request to allow the visit at USP Terre Haute. However, Mr. Wilson posits that the Court may consider the whole case stayed until the litigation of the successive Section 2255 claim is completed. Mr. Barrett asserts that even if the court considers the whole case as stayed, the Court is not divested of jurisdiction on collateral issues such as the request that the doctor be allowed admission to the penitentiary.

Based on the foregoing, it is respectfully requested that Dr. Moira Artigues be allowed admission into the United States Penitentiary Terre Haute SCU for a visit without a barrier with Mr. Kenneth Barrett on May 1, 2024, and May 2, 2024. The USP/SCU has reserved the appropriate room for her visit if the Court approves this request.

2

Respectfully submitted this  11th  day of April, 2024.


LAURA E. UDALL

  *s/Laura E. Udall*
Laura E. Udall PLLC
Criminal Defense Attorney
P.O. Box 40294
Tucson, Arizona 85717
(520) 770-1414
*Counsel for Defendant Barrett*