# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENNETH EUGENE BARRETT,

Defendant.

Case No. 04-cr-115-RAW-1

Chief Judge Ronald A. White

## ORDER FOR DR. MOIRA ARTIGUES ADMISSION INTO SCU at USP TERRE HAUTE

Based on the Motion to Allow Admission to the SCU USP Terre Haute, and for good cause having been shown, the Court approves the admission of Dr. Moira Artigues into the facility.

IT IS ORDERED that;

- Dr. Moira Artigues is allowed admission to the SCU USP Terre Haute May 1, 2024  and on May 2, 2024

- Dr. Artigues' visits with Barrett will be full contact, with no restraints and no barrier.

- Dr. Artigues is allowed to bring in a leather portfolio, pen, and paper.

- Dr. Artigues will follow all rules and regulations set forth by the SCU at USP Terre Haute.

**Date:**

**Approved:**

RONALD A. WHITE, CHIEF JUDGE
United States District Court