In the United States District Court
For the Eastern District of Oklahoma

United States of America   §
               Plantiff    §   Case No. 6:04-CR-00115-RAW
                           §
v.                         §
Kenneth Eugene Barrett     §
           Defendant       §

Motion Requesting Appointment of § 2255 counsel
And Requesting Grant of Certificate of Appealability

_____

As A Pro-se litigant Kenneth Eugene Barrett, in response to the Court's ruling At DN 507, request Appointment of Section 2255 counsel on the issue of destruction of evidence, leading to his motion for a new trial, and request that this Court issue A certificate of Appealability on the issue As raised in DN 496

1. Request For Appointment of § 2255 Counsel And Grant of Certificiate of Appealability

Mr Barrett request that this Court appoint counsel to represent him to "make the Tenth Circuit Aware of Petitioner's position by seeking permission to file Another §2255 motion" As suggested by this Courts Order (DN 507 At 3-4)

①

Pursuant to 18 U.S.C. § 3599(e), financially unable defendants are to be represented by counsel in all stages of judical proceedings, including all available post-conviction process.

If the Court belives that the proper remedy for the issue raised in DN 496 is that Barrett request leave to file a petition under Section 2255, he moves this Court to grant him § 2255 counsel and grant Certificiate of Appealability in order to do so.

None of Barrett's current Attorneys of record on his pending Resentencing Trial are learned in Habeus Appeals. Mr. Pincus who is currently Mr Barrett's Attorney of record on Barretts pending Appeal to be filed on Barrett's (Davis) issue as to his 924(c) conviction. Mr Pincus has informed Barrett that he does not do 2255 work and only does Appeals due to the Supreme Courts ruling in Davis.

Dated this 17th day of April, 2024

Respectfully submitted

signed Kenneth E. Barrett

Kenneth E. Barrett
#04342-063
P.O Box 33
Terre Haute, IN 47808

②

## Certificate of Service

I certify that A copy of the foregoing wAs served on the United States by mailing same to:

Christopher J. Wilson, United States Attorney
520 Denison Ave. Muskogee, OK
74401

signed: Kenneth E. Barrett
#04342-063
P.O Box 33
Terre Haute, IN
47808
4-17-24