Dear Clerk,

Please file these documents for me.
I have inclosed the organial And 2
copies for the Court

CASe No.
6:04-CR-00115-RAW

Thankyou,
Kenneth Barrett
#04342-063
P.O Box 33
Terre Haute, IN
47808