6:04-cr-00115-RAW    Document 516-2    Filed in ED/OK on 04/22/24    Page 1 of 1

Kenneth Barrett
#04342-063
P. O Box 33
Terre Haute, IN
47808

INMATE
IDENTIFICATION
CONFIRMED



" Legal "
= MAIL =

= Clerk of the Court =
U.S District Courthouse
For the Eastern District of Oklahoma
101 N. 5th st
Muskogee, OK    74401

RECEIVED

APR 2 2 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk