# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-04-115-RAW |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| | ) | |
| Petitioner/Defendant. | ) | |

## ORDER

Before the court is the motion of the defendant to allow Dr. Moira Artigues admission into SCU at USP Terre Haute. Dr. Antigues is a psychiatrist, and the defendant requests that she be allowed to conduct a comprehensive psychiatric evaluation to explore the capacity to proceed, neurodevelopmental issues, and psychiatric diagnoses.

The government has responded by declining to assert that the court lacks jurisdiction to order the procedure, but argues that the request is premature, in that defendant's resentencing (which the examination is geared toward) will not take place for at least 18 months, in which time the evaluation will potentially grow stale. The court agrees with the government.

It is the order of the court that defendant's motion (#513) is denied without prejudice.

**ORDERED THIS 24th DAY OF APRIL, 2024.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**