**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case no. 6:04-cr-00115-RAW |
| KENNETH EUGENE BARRETT, | |
| Defendant. | |

---

**GOVERNMENT'S NOTICE OF FILING OF AMENDED CERTIFICATE OF SERVICE**

---

Comes now, Plaintiff, the United States of America, by and through undersigned counsel and submits this notice regarding its opposition to Defendant Kenneth Eugene Barrett's pro se motion for the appointment of counsel and a certificate of appealability so that he can seek permission to file a successive motion under 28 U.S.C. § 2255 (Dkt. 519).

On May 2, 2024, government counsel filed its opposition by way of the Court's ECF system. Counsel subsequently realized that they had omitted to serve the pro se defendant personally. Upon recognizing the oversight, counsel directed the mailing of the brief to Barrett. A copy of an amended certificate of service regarding the opposition is attached to this notice as Exhibit 1. The government will likewise serve Barrett, by mail, with this notice.

Dated May 3, 2024:

Respectfully submitted,

CHRISTOPHER J. WILSON, OBA # 13801
United States Attorney
Eastern District of Oklahoma

*/S/ Christopher J. Wilson*
520 Denison Avenue

1

Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

*/S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Deputy Chief, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; 6th Fl.
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

- Kimberly C. Stevens, Attorney for Defendant
- Laura E. Udall, Attorney for Defendant

I hereby certify that on May 3, 2024, I caused the attached document to be transmitted by U.S. Mail to the following person:

Kenneth E. Barrett
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

/S/ Jeffrey B. Kahan
JEFFREY B. KAHAN
Deputy Chief, Capital Case Section