## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

- Kimberly C. Stevens, Attorney for Defendant
- Laura E. Udall, Attorney for Defendant

I hereby certify that on May 3, 2024, I caused the attached document (Government's Response to Defendant's Motion for Appointment of § 2255 Counsel and a Certificate of Appealability) to be transmitted by U.S. Mail to the following person:

Kenneth E. Barrett, #04342-063
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

*/S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN
Deputy Chief, Capital Case Section