# UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Kenneth Eugene Barrett,
    Movant

v.

United States
of America

District Court Case
No. 6:04-CR-00115-RAW

## Notice of Appeal

By way of Pro-Se Movant Kenneth Eugene Barrett comes to this court Announcing his intent to Appeal the District Courts resent ruling denying Barrett's request for Appointment of Habeus counsel. Doc. 522

Certificate of Service by mail to:
U.S Attorney Christopher Wilson and Jeffery Kahn At 520 Denison Ave, Muskogee, OK 74401

Respectfully submitted
on 6-10-24 Kenneth E Barrett
P.O Box 33, Terre Haute, IN
    47808

Dear Clerk

Please find 2 seperate motion for filing with the court, I have inclosed the originials And 2 extra copies of each motion.

Please send me the forms to proceed without prepayment, I figure 1 form for each motion. Thank you.

Kenneth Barrett
#04342-063
P.O Box 33
TerreHaute, IN
47808

6-10-24

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2024 JUN 25 AM 7:18