UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 26, 2024

Bonnie Hackler
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607 Muskogee, OK 74401

    Re: Misdirected notice of appeal in district court case no. **6:04-cr-00115-RAW-1**

Clerk:

    Enclosed please find a misdirected notice of appeal filed by Kenneth Eugene Barrett. For your court to take the appropriate steps to provide us with the preliminary record in this matter, the notice of appeal is being sent to you so it can be properly filed with the file date of June 25, 2024. *See* Fed. R. App. P. 4(d).

Please contact this office if you have questions.

                    Sincerely,

                    Christopher M. Wolpert
                    Clerk of the Court

CMW:art