UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

TRANSMITTAL SHEET
(Notice of Appellate Action)

_____

Date Notice filed:  06/25/2024

Style of Case:  USA v. BARRETT

Appellant:  Kenneth Eugene Barrett

District Court No:  6:04-CR-00115-RAW-1

Tenth Circuit Case No:

_____

☐ Amended NOA                    ☐ Cross Appeal
☐ Interlocutory Appeal           ☐ Successive Petition (2254 or 2255) (no fee)

_____

Notice of appeal, docket entries and district court order transmitted to all parties and to 10th Circuit Court of Appeals:

Judge:  Ronald A. White, U.S. District Judge

**APPEAL FILED BY PRO SE**

Appeal Fee Paid                                          ☐

IFP Granted                                              ☐

Motion for IFP on Appeal Form Mailed/Given               ☑

Motion for IFP on Appeal Filed                           ☐

**APPEAL FILED BY COUNSEL**

Appeal Fee Paid                                          ☐

IFP Granted                                              ☐

Motion for IFP on Appeal Form Made Available             ☐

Motion for IFP on Appeal Filed                           ☐

Court Appointed Counsel (CJA/FPD)                        ☐

USA                                                      ☐

_____

Signature of:  Rachel Keeling          Date:  06/27/2024          Phone: (918) 684-7920