

BONNIE HACKLER
CLERK OF COURT

TELEPHONE
(918) 684-7920

United States District Court
Eastern District of Oklahoma
P. O. Box 607
Muskogee, Oklahoma 74402
September 18, 2024

Clerk, U.S. Court of Appeals
for the Tenth Circuit

**RECORD ON APPEAL**

District Court Case No.: 6:04-CR-00115-RAW-1

Circuit Appeal No: 24-7060

The Record on Appeal is being transmitted via e-mail this date. The following sets out the contents of each volume.

Volume I - Pleadings: 285, 362, 363, 367, 403, 404, 405, 415, 417, 428, 429, 439, 440, 442, 446, 447, 452, 453, 458, 459, 467, 468, 482, 485, 491, 496, 500, 501, 502, 503, 506, 507, 508, 510, 516, 518, 519, 520, 521, 522, 523

Volume II - Sealed Pleadings: 1, 9, 52, 416

Volume III - Pleadings from 6:09-CV-00105-JHP: 95, 149

Sincerely,

BONNIE HACKLER
CLERK OF COURT

By:  s/ Rachel Keeling
_____
Deputy Clerk

cc:  Counsel of Record  **(SEE NOTICE OF ELECTRONIC FILING)**