***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 09/18/2024 at 3:24:04 PM Mountain Daylight Time and filed on 09/18/2024

**Case Name:** United States v. Barrett
**Case Number:** 24-7060
**Document(s):** Document(s)

**Docket Text:**
[11121923] Record on appeal filed. No. of Volumes: 3. Comments: Vol. I - Plaedings; Vol. II - Sealed Pleadings; Vol. III - Pleadings. Appellant's brief due on 10/28/2024 for Kenneth Eugene Barrett. [24-7060]

**Notice will be electronically mailed to:**

Ms. Megan L. Hayes: mlhayes@wyoming.com
Mr. Shannon Henson: Shannon.Henson@usdoj.gov, caseview.ecf@usdoj.gov, linda.epperley@usdoj.gov
Mr. Jeffrey Bradford Kahan: jeffrey.kahan@usdoj.gov

The following document(s) are associated with this transaction:
**Document Description:** Vol. I - Pleadings
**Original Filename:** 24-7060 - Volume I - Corrected Pleadings.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=09/18/2024] [FileNumber=11121923-0] [281f097bd1ebf1678ff33f59170021a6e69f68011e5c8aa133c323af2e420eef64af80038f400d8c34919c330074c7a15ab7f9039572044403d5eab76d87e925]]

**Document Description:** Vol. II - Sealed Pleadings
**Original Filename:** 24-7060 - Volume II - Sealed Pleadings.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=09/18/2024] [FileNumber=11121923-1] [c98fd1183474d8c51a6923d5e07d84d2e1c7a7e7bc2ab23324e56b9b1452d6ab067a52b75dd7de90e823b29e425d0287f703b6d35cd07466e73bdb6e4a9cb72e]]

**Document Description:** Vol. III - Pleadings

**Original Filename:** 24-7060 - Volume III - Pleadings from 6-09-CV-00105-JHP.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=09/18/2024] [FileNumber=11121923-2]
[df30b08b9c4c9d6510c4146ef9523a6acd927fcc03a91dcc54c654fc20c7a45179d0634e31f03a2dfb829fdf
9c4d7702083b35c77a113bf338cc21f9f4a5f5d8]]

**Document Description:** Cover Sheet
**Original Filename:** 24-7060 - Record on Appeal Transmittal Sheet Corrected.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=09/18/2024] [FileNumber=11121923-3]
[b11e7ff507ac2698842a7842c61146bff3e777398faebd700e0c1a889d880fa86c26da88c9831ccca910873
b4e9e59317ab728a13a2540791527c417650a2382]]

**Document Description:** Appt. Counsel ROA Notice
**Original Filename:** /opt/ACECF/live/forms/247060_11121923_129.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=09/18/2024] [FileNumber=11121923-4]
[1fe309d323fa38bd81b6f8af32573b8a109cf5055edd080aa4570f9755d8edd5a59541f509ea7a6a50c940
9a32d5943c12e85c8beb4d8b059e18351fdce31694]]
**Recipients:**

- Ms. Megan L. Hayes
- Mr. Shannon Henson
- Mr. Jeffrey Bradford Kahan