# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:04-CR-00115-RAW** |
| | ) | |
| **KENNETH EUGENE BARRETT,** | ) | **CAPITAL CASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

COMES NOW Capital Resource Counsel Kimberly C. Stevens, on behalf of the Capital Resource Counsel Project, and files this motion to withdraw as counsel of record.

1.      Counsel anticipate no further action in this case with regard to the non-capital sentencing hearing until the Tenth Circuit Court of Appeals resolves Mr. Barrett's pending petitions, until at least the summer of 2025.  Ms. Stevens has an extensive capital caseload at this time requiring her attention.

2.      Ms. Udall entered her appearance in the case on June 4, 2021, at DN 466, and has been representing Mr. Barrett for 14 months longer than Ms. Stevens.  DN 474.

3.      On February 16, 2024, at DN 502, the government filed its motion for status conference and notice of withdrawal of the notice of intent to seek the death penalty.

4.      Ms.  Udall consents to this motion, and Ms. Stevens will notify the client that this motion to withdraw has been filed.

5.      Counsel for Mr. Barrett has spoken with counsel for the government, U.S.

Attorney Chris Wilson. He has no objection to this request.

A proposed Order is attached.

DATED this 11th day of December, 2024.

Respectfully submitted,


*/s/ Kimberly C. Stevens*
Kimberly C. Stevens
NC State Bar # 20156
Senior Capital Resource Counsel
1070-1 Tunnel Road, Ste 10-215
Asheville, NC 28805
Telephone: (336) 575-4337
E-mail: Kim_Stevens@fd.org

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on the United States by e-filing same to its counsel of record, Jeffrey B. Kahan, United States Department of Justice; Christopher J. Wilson, Assistant United States Attorney, United States Department of Justice, Eastern District of Oklahoma, this 11th day of December, 2024.


*/s/ Kimberly C. Stevens*
Kimberly C. Stevens