**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KENNETH EUGENE BARRETT,** ) | |
| ) | |
| Movant, ) | |
| ) | |
| ) | |
| **v.** ) | **Case No. 6:04-CR-00115-RAW** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**ORDER**

This matter is before the Court on Capital Resource Counsel Kimberly C. Stevens, on behalf of the Capital Resource Counsel Project's, motion to withdraw as counsel of record. This motion is unopposed.

This Court GRANTS the motion. Ms. Stevens and the Capital Resource Counsel Project are relieved from all further duties of representation.

This the ___ day of December, 2024.

_____
Honorable Ronald A. White
United States District Judge

1