Kenneth Barrett
#04342-063
P.O Box 33
Terre Haute, IN
47808



RECEIVED

AUG 18 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

Legal -
Mail

- Clerk of the Court -
U.S District Courthouse
For the Eastern District of Oklahoma
101 N. 5th st.
Muskogee, OK
74401

RECEIV
AUG 11 20
BY:_____

INMATE
IDENTIFICATION
CONFIRMED

INMATE
IDENTIFICATION
CONFIRMED